March 26, 2007

Mr. Bruce Lamar Hill
#138707 (0-6) KCF
P.O. Box 150
Mt. Meigs, Alabama
36057

RECEIVED
2007 MAR 28  A 9:53
DEBRA P. HAC[KETT]
U.S. DISTRI[CT]
MIDDLE DIST[RICT]

2:07CV266-WKW

C/O: Hon. Clerk, Federal Bldg.
United States Court House
The Middle District of Alabama

IN RE: Constitutional violations of inmates civil rights and access to the courts - Requesting injunction or Temporary Restraining Order

To: Hon. Magistrate /or Judge
C/O: Hon. Clerk,

Dear All,

Hopefully your day is well. Please excuse this form of paper but the Alabama Dept. of Corr. at Kilby Corr. Fac., has been violating my constitutional rights since my arrival of February 14, 2007, I've been forced to use deplorable living and shower areas which cell had feces on the wall a shower would back up w/ raw sewage. I've filed several com-

PLAINTS, ONLY TO END UP BEING PLACED IN THE MENTAL HEALTH WARD DENIED ACCESS TO LEGAL MATERIAL <u>LAW BOOKS</u>, <u>PAPER</u>, <u>ENVELOPES</u>, <u>THEY WILL NOT CERTIFY FORMA PAUPERIS</u> AND <u>BASICALLY HAVE ME IN A SECLUDED CELL WITH LITTLE TO NO VENTALATION</u>. I'D LIKE TO FILE AN §1983 CIVIL ACTION.

I NEED AN <u>INJUNCTION</u> ORDERING OR <u>T.R.O.</u> ORDERING: (ADOC - KILBY CORR. FAC.) TO ALLOW ME ACCESS TO LAW LIBRARY AND LEGAL SUPPLIES SO THAT I MAY FILE CIVIL COMPLAINT 42 USC 1983 AND PROCEED 28 USC §1915.

YOUR HONOR, I'M IN THIS SITUATION BECAUSE I WAS TRANSFERRED HERE FROM LIMESTONE CORR. FAC. ALLEGEDLY FOR FED. CT. WITHOUT SUBPOENA SERVICE FOR WITNESS AND SINCE I'VE BEEN AT THIS FACILITY I'VE AIDED SEVERAL INMATES WITH LEGAL INFORMATION THAT HAVE LEAD TO: <u>OFFICER(S) BEING ARRESTED</u>, <u>RESIGNING</u>, <u>CIVIL SUITS</u>, ETC. ... AND THIS IS THEIR WAY OF PUNISHING ME PLACING ME IN SECLUDED AREAS WRITING DISCIPLINARY FRAME UPS AND DENIAL OF ACCESS TO COURTS / LEGAL SUPPLIES AND SUBJECTING ME TO MENTAL HEALTH INMATES ALL DAY & NIGHT WHICH IS CRUEL AND UNUSUAL PUNISHMENT.

RESPECTFULLY SUBMITTED
MR. BRUCE LAMAR HILL
#128707 (0-6) KCF

P.S. NEED EXHIBIT A BACK PLEASE

Mr. Abdul L. Lee
#138707 (O-6) KCF
P.O. Box 150
Mt. Meigs, AL. 36057

"Legal Mail"

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

BX 711

To: Hon. Clerk, Federal Bldg.
United States Courthouse
The Middle District of Alabama
Montgomery, Alabama 36101

US POSTAGE
HASLER
017H15504986
$0.390
03/27/2007
Mailed From 36057

EXHIBIT A

# LAW LIBRARY SERVICE
## SEGREGATION RESTRICTED INMATES

Inmates will submit this request to the Law Clerk or Segregation Officer by 1:30 p.m. for next day law service. Law library clerks will receive the request from the Segregation Officer by 1:30 p.m. If you are going to be out of your cell, leave your request in the bars.

Your request **must** have your Name, **AIS#, Cell #, Title & Volume** (if known) of any books requested.

You may request up to two (2) books a day. **You are responsible for any damage to the books!**

Copies of legal documents may be obtained at $0.50 per page. Send a request slip for approval to the Captain's office.

Notary service is available from the Captain's office. Send a request slip requesting service to the Captain's office.

/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\

## SUPPLIES

1. You may request two "legal paper kits" per week. A "legal paper kit" consist of four (4) sheets of plain white paper and one envelope marked "legal mail". Additional paper and envelopes may be purchased from the Canteen.
2. Carbon paper is available upon request.
3. You may send two pieces of legal mail free each week. The envelopes must be marked "legal mail". Free legal mail is posted on Tuesday of each week.

   List any supplies you may need: _____
   _____

/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\/*\

## INMATE DAILY SERVICE REQUEST

Date: 3/12/07

Name: Bruce L. Hill      AIS#: 138707      Cell #: L-6

### Books Requested

| Title | Volume # | Page # |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Questions/Comments: Your Request for 30 sheets of paper was denied by Capt. Bolling - 3-12-07  You can't have hard back books  M.H.

7-22-99