IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| ALABAMA DEPT. OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon review of the document filed by the plaintiff on March 28, 2007, it is

ORDERED that on or before April 12, 2007 the plaintiff may file an amendment to his complaint. To aid the plaintiff in filing a response to this order, the CLERK is DIRECTED to provide him a copy of the form complaint utilized by prisoners in filing civil actions with this court.

Done this 28th day of March, 2007.

      /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE