IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

BRUCE LAMAR HALL 138707, ET AL,  )
Full name and prison number       )
of plaintiff(s)                   )
MENTAL HEALTH INMATES L-BLOCK AND Q )
                                  )
v.                                )    CIVIL ACTION NO. 2:07 CV 266 WKW
                                  )    (To be supplied by Clerk of
ALABAMA DEPARTMENT OF CORRECTIONS,)    U.S. District Court)
WARDEN DEPUTY ROWELL, CAPT. BARRETT,)
CAPT. BOILING, SGT. STREETER,     )
SGT. SMITH W/M, OFFICER HARRIS, COI,)   "MOTION TO AMEND"
OFFICER HALL, COI, OFFICER JACKSON COI,)
OFFICER BARNES, COI, OFFICER ROWE, COI,)
OFFICER McCRAY COI, ET. AL.       )
LINDA BELL DIRECTOR OF NURSES     )
PRISON HEALTH SERVICES, ET. AL.,  )
Name of person(s) who violated    )
your constitutional rights.       )
(List the names of all the        )
persons.)                         )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (   )  NO ( ✓ )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (   )  NO ( ✓ )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____N/A_____

               Defendant(s) _____N/A_____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____N/A_____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT KILBY CORRECTIONAL FACILITY P.O. BOX 150 MT. MEIGS, ALABAMA 36057

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED KILBY CORRECTIONAL FACILITY P.O. BOX 150 MT. MEIGS, ALABAMA 36057

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | MR. ROWELL, DPTY. WARDEN | P.O. BOX 150 MT. MEIGS, AL 36057 |
| 2. | MR. BOILING, CAPT. | " " " " |
| 3. | MR. BARRETT, CAPT. | " " " " |
| 4. | SGT. STREETER | " " " " |
| 5. | COI BARNES | " " " " |
| 6. | COI ROWE | " " " " |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Feb. 15, 16, 17, 20, 22, 26, 28, 2007; March 1st - 6, 2007; March 13th - 31st, 2007; April 1st - 2, 2007.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: EIGHTH AMENDMENT VIOLATION OF UNITED STATES CONSTITUTION "SANITATION" COMPELLED TO SHOWER IN UNIT WITH RAW SEWAGE

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

BACK UP FROM FEB. 17th THRU MAR. 6th, 2007. GAVE WRITTEN NOTICE TO CAPT. BARRETT AND SGT. STREETER 2x EA. WITHOUT ANY RESPONSE AND GAVE NOTICE TO WARDEN ROWELL NO DIRECT RESPONSE TO COMPLAINT BUT MAINTENANCE ENTERED UNIT ON MAR. 6th, 2007 W/ PAINT CREW. THE RAW SEWAGE CAUSED PERMANENT FOOT IRRITATION WITH MEDICAL TREATMENT IN L-BLOCK.

GROUND TWO: FIRST, FIFTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENT VIOLATIONS OF UNITED STATES CONSTITUTION WROTE A NOTICE OF VIOLATIONS TO

SUPPORTING FACTS: WARDEN ROWELL, CAPT. BARRETT, CAPT. BOILING, SGT. STREETER, CONCERNING EXCESSIVE LIGHTING AND NOISE FROM MENTAL INMATES CANT SLEEP, AM BEING DENIED ACCESS TO LAW LIBRARY BOOKS AND COURTS PER CAPT. BOILING THROUGH CLERK SMITH (BAMA), THERE WAS FECES ON WALLS AND FLOOR AND TOILET WHEN PLACED IN CELL ON FEB. 16, 2007 AFTER BEING MOVED FROM O-BLOCK 19 OF WHICH HAD TO WAIT TIL 2nd SHIFT OFFICER JACKSON GAVE ME CLEANING AD.

GROUND THREE: EIGHTH AMENDMENT AND FOURTEENTH VIOLATIONS U.S. CONST. ON MARCH 13, 2007 WAS MOVED FROM L-BLOCK 6 TO O-BLOCK 6 MENTAL HEALTH UNIT

SUPPORTING FACTS: AND PLACED IN CELL WITH A MATTRESS GIVEN TO ME BY COI BARNES AND ROWE WITH A STENCH OF URINE AND IT WAS TORN UP SGT. STREETER WOULD NOT ALLOW OFFICER McCRAY TO EXCHANGE MATTRESS, SGT. STREETER AND I HAD AN ARGUMENT CONCERNING URINATED MATTRESS VIOLATING CONST. RGT.'S AND SGT. STREETER THREATENED ME WE ARGUED SOME MORE HE WROTE THREE FABRICATED INFRACTIONS AND THEY HAVE ME HOUSED IN UNIT WITH MENTALLY ILL INMATES W/ EXCESSIVE NOISE, I CANT SLEEP PROPERLY AND I CANT BE MOVED OR AIDED UNLESS I SEEK PSYCHIATRIC TREATMENT, I WROTE WARDEN ROWELL, CAPT. BOILING AND CAPT. BARRETT NO RESPONSE FROM ANY OF THEM, I'M BEING DENIED LAW BOOKS IN THIS UNIT ALSO CANT LITIGATE CRIMINAL CASES NOR CIVIL CASES W/ PROPER LAW CITATIONS.

Full Circumstances of Constitutional Violations:

On Feb 14, 2007 I was transfered to Kilby Corr. Fac. and placed in segregation for protected custody by Sgt. Rudolph on Feb. 15, 2007 I requested to see unit supervisor I was confronted by Sgt. Streeter I informed him this could possibly be a constitutional violation by placing me in protected custody and at that point Sgt. Streeter stated "Dont come down here with that litigation shit" I stated "I'd like to see a superior supervisor" and Sgt. Streeter stated "You're not seeing no one else, we dont want to here your bullshit - that cell will hold you and he left the unit" On Feb. 16, 2007 I informed Capt. Barrett of the incident during segregation review board and when Capt. Barrett went on down the teir Sgt. Streeter stated "He's going to fuck me up since I'm a litigator" because "Capt. Barrett informed me that I was here allegedly for federal court" but I did not have any civil litigation in federal court, Approximately an hour later I was ordered to pack my property I was being moved, I was moved to L-Block 6 cell from D-Block 19 cell and placed in cell with feces on wall, floor and toilet and that was about 10:20 am I was not able to clean cell until that evening about 3:30 p.m when 2nd shift officer Jackson COI entered unit he had cleaning supplies summoned because the first shift officers would not allow me to clean cell COI Barnes and Sgt. Streeter and I informed them of the feces in the cell on wall, floor and toilet. I wrote complaint to Capt. Barrett concerning threat by Sgt. Streeter and deplorable cell

conditions on Feb. 16, 2007 no response from Capt. Barrett. From Feb. 17 through Feb. 28, 2007 filed 2x ea. complaints to Capt. Barrett and Sgt. Streeter concerning raw sewage back up in shower with no response from either which ended up w/ me receiving medical treatment for foot irritation which is permanent and it was not until March 6th, 2007 that maintenance w/ paint crew came in L-block unit and painted and maintenanced the shower area. I had also written the warden Mr. Rowell on Feb. 28, 2007 and on March 2, 2007 Capt. Barrett and Sgt. Streeter entered unit very argumentive and belligerent concerning complaint to warden. March 5th, 2007 Sgt. Streeter entered unit and stated to me, "He's going to fuck me up again" I filed complaint to warden Rowell no response. I informed Capt. Barrett and Sgt. Streeter of the excessive lighting in cell and excessive noise of mental inmate in unit day and night yelling, punching plexy glass, flushing toilet constantly periodically Mr. Owens he's on psychiatric medications and they're just holding them back there in the lock up unit HD, officer(s) on first shift would close all my doors and with the heat on at that time it was very crucial on me because I suffer with high blood pressure and it would be very hard to breath sometime which was very cruel. Filed complaint to PHS medical unit concerning improper dispensing of my medication to Linda Bell Director of Nurses on March 11, 2007 no response concerning Nurse Hardy fabricating medical chart, filed another complaint to Linda Bell, D.O.N. concerning living conditions of mental inmates in L-Block

-2-

AND O-BLOCK ON MARCH 15, 2007 AND NO RESPONSE AND I ALSO REQUESTED FOR SOMETHING THAT WOULD HELP ME SLEEP DUE TO THE ACTIONS OF SOME OF THE MENTALLY ILL INMATES NO RESPONSE. FILED COMPLAINT TO WARDEN LOWELL, CAPT. BARRETT AND CAPT. BOILING CONCERNING BEING PLACED IN O-BLOCK ON MARCH 13, 2007 WITH INMATES OF MENTAL ILLNESSES AND BEING GIVEN A MATTRESS WITH THE STENCH OF URINE AND TORN UP AND BEING THREATEN BY SGT. STREETER TO BE ASSAULTED IF I BUCK AND STRIKE IT UP ABOUT THE MATTRESS WE HAD AN ARGUMENT AND I JUST WAITED UNTIL THEY CHANGED SHIFTS AND SUMMONED OFFICER HALL COI AND OFFICER HARRIS COI AND ASKED IF I COULD SEE THE SHIFT COMMANDER WHICH WAS SGT. SMITH W/M AND I INFORMED HIM OF THE DEPLORABLE CONDITIONS OF THE MATTRESS HE ORDERED I BE PLACED IN RESTRAINTS AND OFFICER HARRIS OPENED CELL DOOR SGT. SMITH W/M COULD SMELL THE STENCH OF URINE COMING FROM THE MATTRESS HAD THE MATTRESS REMOVED FROM CORNER OF CELL AND HAD OFFICER HALL BRING ME ANOTHER MATTRESS FROM SOMEWHERE ELSE. ALSO INFORMED THEM OF THE DENIAL OF LEGAL ACCESS TO LAW BOOKS AND SUPPLIES AND NO RESPONSE EACH OF THE GENTLEMEN ARE AWARE THAT THESE VIOLATIONS VIOLATES CLEARLY ESTABLISHED LAW BECAUSE I INFORMED THEM IN THE COMPLAINTS, AND NOW CAPT. BARRETT INFORMS ME I'M NOT HERE FOR FEDERAL COURT IT'S BEEN POSTPONED I'VE NEVER BEEN SUBPOENAED NOR BEFORE DID I HAVE ANY CIVIL LITIGATION PENDING AND THE ALABAMA DEPARTMENT OF CORRECTIONS HAVE ME HOUSED IN A CELL WHERE THE VENTILATION SYSTEMS ARE COVERED UP W/ PLEXY GLASS CAUSING NO AIR CIRCULATION!!!

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

ONE HUNDRED THOUSAND DOLLARS PUNITIVE DAMAGES, JURY TRIAL, ONE HUNDRED THOUSAND DOLLARS COMPENSATORY DAMAGES, APPOINTMENT OF COUNSEL, A REVIEW OF S.O.P./A.R.&R. #208, #433, #434, #327, #403; CLASSIFICATION MANUAL PHS-MENTAL HEALTH GUIDELINES/REG. AND HEALTH CARE REG.

_Bruce Lamar Hill #138707_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _April 2, 2007_
(Date)

_Bruce Lamar Hill 138707_
Signature of plaintiff(s)

4

Bruce L. Hill
#138707 (0-6-01A)
P.O. Box 150
Mt. Meigs, AL. 36057

c/o: Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711



HASLER
017H15504986
$0.090
Mailed From 36057
04/03/2007
US POSTAGE