IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL, #138707,          )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        CIVIL ACTION NO. 2:07-CV-266-WKW
                                    )
ALABAMA DEPT. OF CORRECTIONS, et al, )
                                    )
        Defendant.                  )

**ORDER ON MOTION**

In his amendment to the complaint, the plaintiff requests the appointment of counsel. *Court Doc. No. 6* at 7. The court construes this request as a motion for appointment of counsel. Upon review of the complaint, as amended, the court finds that the facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the pleadings filed by the plaintiff in this case and several other cases establish that the plaintiff is capable of presenting the necessary elements of his claims to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 5th day of April, 2007.

_____/s/ Wallace Capel, Jr._____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE