**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sgt. Smith
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06cv266 [6] & 13

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9624

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Barnes, CO I
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 [13] & [6]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9532

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Prison Health Services
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 (6 & 13)

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9570

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda Bell, Director of Nurses
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer

C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 (6 & 13)

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9556

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Harris, CO I
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Bruce Vermilyer ☒ Agent ☒ Addressee

B. Received by (Printed Name) Bruce Vermilyer

C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 [13] & [6]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9648

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sgt. Streeter
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer

C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06cv266 [6] & [13]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9631

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Harris, CO I
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer

C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 [6 & 13]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9655

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Rowe, CO I
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer

C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06cv266 [6 & 13]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9587

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Captain Bolling
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer

C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 (6 & 13)

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9600

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Captain Barrett
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer

C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 (6&13)

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9549

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Hall, CO I
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer

C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 (6&13)

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service 7006 2760 0005 4873 9617

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer McCray, CO I
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer ☒ Agent ☐ Addressee

B. Received by (Printed Name) Bruce Vermilyer

C. Date of Delivery 4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 (6&13)

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 9563

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Deputy Rowell
Kilby Correctional Facility
P.O. Box 150
Mt. Miegs, AL 36057

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Bruce Vermilyea
☒ Agent
☐ Addresse

B. Received by (Printed Name)
Bruce Vermilyea

C. Date of Delive
4-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv266 [6 & 13]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandis
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Numbe *(Transfer from* 7006 2760 0005 4873 9594

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-15