IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| ALABAMA DEPT. OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

In his complaint, the plaintiff names Sgt. Smith and officer Jackson as defendants in this cause of action. Service was attempted but unperfected on Sgt. Smith and officer Jackson because these individuals are not adequately identified for purposes of service of process. Specifically, the plaintiff must provide the court with a first name for each of the aforementioned individuals so that service can be perfected. The plaintiff is advised that if a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Sgt. Smith and officer Jackson, the plaintiff must furnish the clerk's office with a full name for each of these individuals. Accordingly, it is

ORDERED that on or before April 15, 2007 the plaintiff shall furnish the clerk's office with first names such that Sgt. Smith and officer Jackson can be located at the address provided by the plaintiff. **The plaintiff is advised that the court will not continue to**

**monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Sgt. Smith and officer Jackson these individuals will not be considered parties to this cause of action, the court will on its own initiative dismiss the claims against Sgt. Smith and officer Jackson, and this case will proceed against only the defendants on whom service has been perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 10th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE