In the District Court of the United States
For the Middle District of Alabama
Northern Division

Bruce Lamar Hill,
  Plaintiff,

v.

Warden Rowell, et al.,
  Defendant(s)

Civil Action No. 2:07-CV-266-WKW

RECEIVED 2007 APR 13 A 9:20
M.R. HACKETT, DISTRICT COURT
MIDDLE DISTRICT ALA

## Response to Order of Document #15-1

Comes now Plaintiff and in above styled cause moves this Honorable Court for the following reasons with the following information and request of right:

(1) *Caldwell v. Miller*, 790 F.2d 589 (7th Cir. 1986)
  1. District courts should take steps to inform prisoners proceeding pro se of their right to have proceedings in their causes conducted before a District Judge as opposed to a Magistrate, and to ensure that unfamiliarity of any such prisoner with judicial system does not work to deny him exercise of that right.
  28 USCA § 636(c); USCA Const. Art. 3, § 1 et. seq.
  United States Magistrate Key 5

(2) Sgt. Allen Smith w/m has been transferred from: Kilby Corr. Fac. Located-To: Frank Lee Corr. Fac. for the Ala. Dept. of Corr.

(3) William Jackson B/m COI located at Kilby Corr. Fac. (ADOC).

(4) To: Hon. Wallace Capel Jr. United States Magistrate Judge, I've done the best I could, not having access to courts through prison library until 4/10/07, I'm in a secluded area of the prison mental health unit by retaliation of Kilby administrators due to complaints of civil violations to administrators which have resulted in this civil litigation so please acknowledge they are limiting me to this access to certain legal work, material and assistance, you misconstrued my objection to the denial of injunction for a motion for appointment of counsel because with the administrators denying me access to the law library for a month violated *Bounds v. Smith*, 52 L.Ed 2d 72 access to the courts "to properly respond to all of your orders and present proper motions before this Honorable Court".

Done this 11th day of April 2007.

Respectfully Submitted,
Mr. Bruce Lamar Hill Pro Se
Mr. B_____ Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF FOREGOING HAVE BEEN SERVED ON THE FOLLOWING, BECAUSE THE DEFENDANT(S) HAVE NOT BEEN REPRESENTED BY ANY ATTORNEY:

TO: THE OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711 ;

BY PLACING A COPY IN THE UNITED STATES MAIL POSTAGE PRE PAID ON 11 DAY OF APRIL 2007.

RESPECTFULLY SUBMITTED,
Mr. [signature] PRO SE
MR. BRUCE LAMAR HILL    PLAINTIFF
#138707 (06-01A)
P.O. BOX 150
MT. MEIGS, ALABAMA
36057