IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| ALABAMA DEPT. OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On April 13, 2007, the plaintiff filed a response in which he advises the court of correct names and addresses for Sgt. Smith and officer Jackson. The plaintiff identifies these defendants as Sgt. Allen Smith and officer William Jackson. The Clerk is hereby DIRECTED to (i) correct the docket to reflect the full names of the aforementioned defendants as Sgt. Allen Smith and officer William Jackson, and (ii) serve a copy of the complaint, the April 4, 2007 amendment to the complaint (Court Doc. No. 6), the April 5, 2007 order of procedure (Court Doc. No. 13) and this order on Sgt. Allen Smith at the Frank Lee Correctional Facility and officer William Jackson at the Kilby Correctional Facility. Accordingly, it is

ORDERED that Sgt. Allen Smith and officer William Jackson shall file a written report within thirty (30) days of service of this order.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Sgt. Allen Smith and officer William Jackson these

individuals will not be considered a parties to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

    Done this 16th day of April, 2007.


        /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE