IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| ALABAMA DEPT. OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

In his complaint, the plaintiff names officer Hall as a defendant in this cause of action. Service was attempted but unperfected on officer Hall because this individual was not adequately identified for purposes of service of process so that he/she could be located at the address provided by the plaintiff. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against officer Hall, the plaintiff must furnish the clerk's office with an adequate name and a correct address for this individual. Accordingly, it is

ORDERED that on or before May 1, 2007 the plaintiff shall furnish the clerk's office with the full name and correct address of officer Hall. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on officer Hall he/she will not be

considered a party to this cause of action, the court will on its own initiative dismiss the claims against officer Hall, and this case will proceed against only the defendants on whom service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 16th day of April, 2007.

                                             /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE