| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x Bruce Vermilyn   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Bruce Vermily   C. Date of Delivery: 4-17-07 |
| 1. Article Addressed to:<br><br>Officer William Jackson<br>Kilby Correctional Facility<br>P.O. Box 150<br>Mt. Miegs, AL 36057<br><br>07cv266 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>#1, 6, 13, & 17<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0005 4873 0843 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540