**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Allen Smith
   Frank Lee Youth Center
   P.O. Box 220410
   Deatsville, AL 36022

   2:07cv266

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Horace Burt_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Horace Burton
C. Date of Delivery: 4/12/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   #1, 6, & 13

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 0836

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540