IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-00266-WKW |
| ) | (WO) |
| ALABAMA DEPT. OF CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On April 5, 2007, the Magistrate Judge filed a Recommendation (Doc. # 9) in this case. No objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 9) is ADOPTED; and

2. The Alabama Department of Corrections is DISMISSED from this case with prejudice.

DONE this the 30th day of April, 2007.

                        /s/ W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE