IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAY -2 A 9:31
A.P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

BRUCE LAMAR HILL,
   PLAINTIFF,

V.

WARDEN ROWELL, ET. AL.,
   RESPONDENT(S)/
DEFENDANT(S)

CASE NO. 2:07-CV-266-WKW

REQUEST TEMPORARY RESTRAING ORDER, Fed. R. Civ. P. RULE 65(B),
MOTION FOR LEAVE TO AMEND
AMENDMENT TO COMPLAINT

COMES NOW PLAINTIFF AND MOVES THIS HONORABLE COURT IN THE ABOVE STYLED CAUSE FOR THE FOLLOWING:

1) PLAINTIFF WAS PLACED IN CELL BLOCK-O CELL 6 ON THE 13th DAY OF MARCH 2007 AND THE CELL LIGHTS STAYED ON CONSTANTLY FOR 34 DAYS 24 HOUR A DAY WHICH IS UNDER SIX (6) FLORESCENT LIGHTS, CAUSING PLAINTIFF PAIN TO EYES, IMPROPER SLEEP, PLAINTIFF WEARS BIFOCAL GLASSES.

2) ON APRIL 17th, 2007 PLAINTIFF CELL LIGHTS WENT OUT CAUSING PLAINTIFF TO HAVE NO LIGHTS AT NIGHT AS OF MAY 1st, 2007.

3) PLAINTIFF HAVE FILED SEVERAL COMPLAINTS WRITTEN TO DEPUTY WARDEN ROWELL, CAPT. BARRETT AND CAPT. BOILING AND SGT. STREETER CONCERNING THIS CONSTITUTIONAL DEPRIVATION AND TO NO AVAIL HAVE ANY OF THEM RESPONDED.

4) PLAINTIFF INFORMED CAPT. BOILING PERSONALLY ALSO OF NO LIGHTS HE MERELY LAUGHED AND RESPONDED AREN'T YOU SUING US NOW AND WALKED OUT OF UNIT.

5) PLAINTIFF REQUESTED TO BE MOVED TO ANOTHER CELL BLOCK OR UNIT IN COMPLAINTS AND PERSONALLY TO SUPERVISORS AND TO NO AVAIL WILL THEY MOVE PLAINTIFF TO HUMAN DECENCY STANDARD YET THEY CONTINUE TO LEAVE PLAINTIFF IN PRIMITIVE CAVE MAN STANDARDS OF A DARK BLACK HOLE "CAVE".

6) THERE IS STILL NO VENTILATION IN THIS CELL.

7) PLAINTIFF SUFFERS FROM HIGH BLOOD PRESSURE AND WEARS BIFOCAL GLASSES AND THIS EMOTIONAL STRESS AND PHYSICAL PAIN IS ONLY CAUSING PAIN THAT COULD LEAD TO PLAINTIFF HAVING A STROKE OR HEART ATTACK IN THIS HOT DARK CELL PLAINTIFF TAKES BLOOD PRESSURE MEDICATION TWICE 2x DAILY.

8) PLAINTIFF REQUESTED MEDICAL TREATMENT AND WAS INFORMED BY MEDICAL STAFF THATS (ADOC) ISSUES / MAINTANENCE NOT MEDICAL

9) PLAINTIFF REQUEST CELL WITH LIGHTS AND PROPER VENTILATION OF COURT ORDER.

RESPECTFULLY SUBMITTED,

/s/ Mr. B_____  , PRO SE
MR. BRUCE LAMAR HILL, PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT COPY HAVE BEEN SERVED ON, DUE TO DEFENDANTS YET TO BE REPRESENTED BY ATTORNEY AS OF YET:

HON. CLERKS OFFICE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA
    36101-0711,

BY PLACING COPY IN U.S. MAIL POSTAGE PRE PAID ON MAY, 1ST DAY OF 20 07,

RESPECTFULLY SUBMITTED,
MR. _____ PRO SE
MR. BRUCE CARMICHAEL, PLAINTIFF
#138707 (0-6-C1A)
P.O. BOX 150
MT. MEIGS, ALABAMA
    36057

Arthur T. Hill
#138707 10-6-01A)
P.O. Box 150
Mt. Meigs, AL 36057

**LEGAL MAIL**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+07

Middle District of Alabama
Office of Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711



HASLER
$0.39⁰
US POSTAGE