In the District Court of the United States
For the Middle District of Alabama
Northern Division

Bruce Lamar Hill, 138707,
    Plaintiff,

v.

Warden Rowell, et. al.,
    Defendant(s),

Case No. 2:07-CV-266-WKW

RECEIVED 2007 MAY -2 A 9:22

MOTION FOR DISCOVERY - FEDERAL RULES OF CIVIL PROCEDURE RL. 26(A), RL. 26(B)(1), RL. 34 REQUEST FOR PRODUCTION OF DOCUMENT(S)

Comes now Plaintiff in the above styled cause and moves this Honorable Court in request that it order defendant(s) to respond to Motion for Discovery - Request for Production of Document(s) Pursuant to Federal Rules of Civil Procedure RL. 26(A), RL. 26(B)(1), and RL. 34, that Defendant(s) produce document(s) requested as follows:

(1) A copy of Standard Operation Procedure #208, #217, #327 and the duties of Warden and Deputy Warden as far as security and inspection(s) and investigation of Institution/Facility and the duties of the Institutional Investigation Officers.

(2) A copy of Administrative Rules and Regulations #403, #433, #434 and September 1st 2006 Classification Manual.

(3) A copy of PHS, Inc. Medical Unit Policies and Procedures and Program Manual for General Medical Unit and Mental Health Unit also.

(4) A copy of Detention Notification Package for Bruce Lamar Hill 138707 of Feb. 14, 2007 as received at Kilby Corr. Fac. from Limestone.

(5) A copy of Assignment Roster(s) of D-Block from Feb. 14, 2007 until Feb. 16, 2007 and Post Log also of (ADOC).

(6) A copy of Assignment Roster and Post Log of L-Block from Feb. 16, 2007 until Mar. 13, 2007 of (ADOC).

(7) A copy of Assignment Roster and Post Log of O-Block from March 13, 2007 until April 24, 2007 of (ADOC).

(8) PHS, Inc. be given a copy of the Assignment Roster(s) so they'll be able to identify each inmate that was on D-Block, L-Block and O-Block during Feb. 14, 07 to Feb. 16, 07, Feb. 16, 07 to March 13, 07, and March 13, 07 to April 24, 07 that was under Mental Health Professional Treatment in those units and their purpose for being in these units.

(9) A copy of all 3 Disciplinary Reports # KCF-07-217 Rule Violations # 44, 56 and 57 written by Sgt. Streeter on Bruce Lamar Hill 138707, dated March 13, 2007.

(10) A copy of "Shift Directive" from: Lt. John Crow, dated: 2/26/07, To: All First Shift Employee(s) Approved By: Capt. Boiling.

Part - I thru Part - VIII  (11) A copy of American Bar Association Standards for Criminal Justice (1986) Chapter 23 Legal Status of Prisoners), Part - I 23-1.1; 23-2.1.2.3; 23-3.1.2.3.4; 23-4.1.2.3; 23-5.1.2.3.4.5.6.7.8; 23-6.1.2.3.4.5.6.7-.8.9.10.11.12.13.14; 23-7.1.2.3.4; 23-8.1.2.3.4.5.6.7.8

Part - I thru Part - X  (12) A copy of Uniform Law Commissioner's Model Sentencing and Corrections Act Article 4 Treatment of Convicted and Confined Persons Part I §4-101. thru 4-123.; §4-201. thru 4-207.; §4-301. thru 4-307.; §4-401. thru 4-416.; §4-501. thru 4-512.; §4-601. thru 4-602.; §4-701. thru 4-706.; §4-801. thru 4-816.; §4-901. thru 4-905.; §4-1001. thru 4-1005.

(13) National Advisory Commission on Criminal Justice Standards and Goals, Corrections Standards (1973), Standard 1.1, 2.4, 2.5, 2.8, 2.9, 2.11, 2.11(3), 2.11(4), 2.12, 2.14, 3.4(6), 4.2, 4.3, 4.5, 6.2, 6.3, 6.6(C), 6.8, 6.10(C), 6.10(D), 6.11(B)(iii), 6.12, 6.12(2)(A), 6.12(C), 11.6, 11.6(7), 11.10(5), 12.3(1), 12.3(4)(C).

(14) National Sheriffs Association, Standard for Inmates Legal Rights (1987) Right 12; 14, cmt 53; 13; 15; 15, cmt 55; 16, cmt 57; 20; 20, cmt 67; 20, cmt 68; 47.

(15) Commission on Accreditation for Corrections, Certification Standards for Health Care Programs, HC-042, 043, 048, 049, 050, 053, 057, 058, 059, 069, 070, 071, 083, 086, 092.

(16) United Nations, Standards Minimum Rule for the Treatment of Prisoners (1955), Rule 8; 17; 18; 19; 21; 52; 53; 71(2); 71(6); 73; 74(1); 74(2); 75; 76; 88; 93 (1955).

(17) National Commission on Correction Health Care, Standard for Health Care Services in Jails (1987, Standard J-01; 02; 03; 07; 08; 15; 17; 18; 19; 20; 22; 24; 25; 29; 30; 31; 33; 34; 39; 40; 41; 42; 44; 47; 52; 53; 54; 56; 58; 60; 61; 62; 63; 64; 65; 68; 69; 70; 71.

(18) American Correctional Association, Standards for Adult Correctional Institutions (1990) Standards, Standard 32; 56; 60; 62; 63; 64; 70; 71; 72; 73; 4024; 4064; 4165; 4259; 4295; 4303; 4311; 4319; 4320; 4325; 4327; 4333; 4372; 4373; 4374; 4376; 4377; 4380; 4390; 4392; 5021; 5163; 5262; 5285; 5335; 5336; 5350. Standard 3'-4129 (1990).

(19) Department of Justice Federal Standards for Prisons and Jails - Dec. 16, 1980; Preable; Notice to Reader; 1.01-.14; 2.01-.30; 3.01-.25; 4.01-.16; 5.01-.51; 6.01-.37; 7.01-.11; 8.01-.14; 9.01-.12; 10.01-.20; 11.01-.24; 18.01-.09; 21.01-.19.

(20) A copy of the maintanance record of L-Block for the past five (5) years shower, plumbing, lighting and ventilation.

Done this 24th day of April 2007.

Respectfully Submitted,
Mr. _____ 135707
Mr. Bruce Lamar Hill, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAVE BEEN SERVED ON THE FOLLOWING BECAUSE DEFENDANTS HAVE NOT BEEN REPRESENTED BY ATTORNEY AS OF NOW:

C/O: HON. CLERK(S) OFFICE
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
     36101-0711

BY PLACING A COPY IN THE U.S. MAIL POSTAGE PRE PAID ON THE 24 DAY OF APRIL 20 07.

RESPECTFULLY SUBMITTED,

/s/ Bruce Lamar Hill, PRO-SE

MR. BRUCE LAMAR HILL, PLAINTIFF
#138707 (O-6-01A)
P.O. BOX 150
MT. MEIGS, ALABAMA
     36057

Bruce Jamon III
#235787 (0-6-014)
P.O. Box 150
Mt. Meigs, AL.
36057

"LEGAL MAIL"

To: Hon. Clerk's Office
United States District Court
P.O. Box 711
Montgomery, Alabama
36101



HASLER
$0.390
US POSTAGE