In the District Court of the United States
For the Middle District of Alabama
Northern Division

Bruce Lamar Hill, 138707,
        Plaintiff,

v.                                              Case No. 2:07-CV-266-WKW

Warden Rowell, et. al.,
        Defendant(s),

## Motion in Response to Document #18 of Court

Comes now Plaintiff and moves this Honorable Court in the above styled cause for the following:

(1) Officer Clarence Hall COI is located at Kilby Corr. Fac. (ADOC), Box 150, Mt. Meigs, Alabama 36057.

Done this 24 day of April 2007.

Respectfully submitted,
Mr. Bruce Lamar Hill, 138707, Plaintiff, Pro Se