IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| OFFICER BARNES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for discovery filed by the plaintiff on May 2, 2007 (Court Doc. No. 23), and as the defendants have not yet filed their written report which must contain all evidentiary materials relevant to the claims presented by the plaintiff, it is

ORDERED that this motion be and is hereby DENIED at this time.

Done this 2nd day of May, 2007.

       /s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE