IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, ) | |
| ) | |
| ) | |
| v.      ) | CIVIL ACTION NO. 2:07-CV-266-WKW |
| ) | |
| OFFICER BARNES, et al.,     ) | |
| ) | |
| Defendants.   ) | |

**ORDER**

On May 2, 2007, the plaintiff filed a response in which he advises the court of a complete name and address for officer Hall.  The Clerk is hereby DIRECTED to serve a copy of the complaint, amendments to the complaint, orders of procedure and this order on officer Clarence Hall, c/o Kilby Correctional Facility, P. O. Box 150, Mt. Meigs, Alabama 36057.  Accordingly, it is

ORDERED that Clarence Hall shall file an answer and written report in compliance with the orders of procedure entered herein.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served.  This is the plaintiff's responsibility.  The plaintiff is cautioned that if service is not perfected on Clarence Hall this individual will not be considered a party to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 2nd day of May, 2007.

          /s/ Wallace Capel, Jr.
     WALLACE CAPEL, JR.
     UNITED STATES MAGISTRATE JUDGE