| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Bruce Vermunn* ☐ Agent ☑ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Bruce Vermilyik   5-4-07 |
| 1. Article Addressed to:<br><br>Office Clarence Hall<br>c/o Kilby Correctional Facility<br>P.O. Box 150<br>Mt. Miegs, AL 36057 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv266 #23, 26 (o) 13<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0005 4873 0850 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540