IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL (AIS# 138707),     *

         Plaintiff,                *

v.                         *    CASE NO. 2:07-CV-266-WKW

ALABAMA DEPARTMENT OF        *
CORRECTIONS, et al.             *

         Defendants.           *

## SPECIAL REPORT OF DEFENDANTS
## PRISON HEALTH SERVICES, INC. AND LINDA BELL

COME NOW the Defendants, Prison Health Services, Inc. and Linda Bell, Director of Nursing (hereinafter "PHS"), by and through counsel, and in response to the Plaintiff's Complaint and this Honorable Court's Order, presents the following Special Report with regard to this matter.

## I. INTRODUCTION

The plaintiff, Bruce Lamar Hill (AIS# 138707), has filed a multi-count complaint against the Alabama Department of Corrections, several individual officers at Kilby Correctional Facility, and, tangentially, Linda Bell, Director of Nursing, and Prison Health Services. The overwhelming focus of Hill's claim pertains to allegedly unconstitutional treatment by correctional officers. With regards to his complaint against Prison Health Services and Linda Bell, it is difficult, if not impossible, to isolate claims pertaining to a denial of medical care or a deliberate indifference to a serious medical need. Hill claims he is entitled to $100,000 in punitive damages and $100,000 in compensatory damages, as well as a review of multiple standard operating procedures in his classification manual.

Pursuant to this Court's instructions, PHS has undertaken a review of prisoner Hill's claims to determine the facts and circumstances that warrant a claim being asserted against it. At this time, PHS submits this Special Report which is supported by the following documents:

1.  Exhibit "A" – a certified copy of plaintiff Hill's medical records;

2.  Exhibit "B" – specific enumerated medical records;

3.  Exhibit "C" – Affidavit of Yolanda Hardy;

3.  Exhibit "D" – Affidavit of Linda Bell; and

4.  Exhibit "E" – Affidavit of Linda Lawrence.

These evidentiary submissions demonstrate that prisoner Hill not only has failed to allege any constitutional violation regarding medical treatment or the denial of same, he has failed to state a cognizable claim against PHS or its employees requiring that his claims be dismissed. Furthermore, it is undisputed that prisoner Hill failed to comply with mandatory requirements under the Prison Litigation Reform Act, 42 U.S.C. §1997(e), et seq., based on the investigation by these Defendants.

## II. NARRATIVE SUMMARY OF FACTS

At all pertinent times, it appears Bruce Lamar Hill (AIS #138707) has been incarcerated at Kilby Correctional Facility in Mt. Meigs, Alabama. [Plaintiff's Complaint, ¶ II]. Hill claims that constitutional violations occurred between February 15, 2007, and April 2, 2007, with specific emphasis on being compelled to shower in a unit with raw sewage. Hill also claims constitutional violations for being moved from L-Block 6 to O-Block 6, which is a mental health unit against his will. This results in excessive noise and an inability to sleep as well as a lack of accessibility to law books to litigate his criminal cases. A review of his Complaint and his three page summary, does not contain a single allegation against PHS or its employee, Linda Bell.

[Plaintiff's Complaint]. Instead, Hill references two specific medical issues (1) a requirement that he receive medical treatment for foot irritation as a result of having to shower in a stall with raw sewage and (2) suffering from high blood pressure causing him difficulty in breathing.

Generally speaking, Hill may be asserting a claim regarding the dispensing of medication under living conditions of mentally ill inmates. Mr. Hill has received his necessary medications at all times. [ Exhibit "C" – Affidavit of Yolanda Hardy; Exhibit "D" – Affidavit of Linda Bell]. As for the living conditions of mental inmates, no one at PHS has received any written requests from him regarding these matters. [Id.]. Furthermore, procedures are in place wherein Mr. Hill could seek redress of this grievance if he has a complaint regarding this assignment. [Exhibit "E" – Affidavit of Linda Lawrence]. PHS has established a two-step procedure for identifying inmate grievances at Kilby Correctional Facility and Hill failed to comply with these mandatory provisions prior to seeking judicial intervention regarding allegedly improper medical care. [Exhibit "E" – Affidavit of Linda Lawrence].

On February 23, 2007, Hill filed a Sick Call Request indicating his blood pressure medication would run out in two days without a renewal. Physician's orders confirm a renewal of Clonidine medication for the prisoner's blood pressure condition. On March 9, 2007, Hill presented to the PHS clinic complaining of pain in his eye. Progress Notes indicate Hill received proper treatment at that time and was dismissed to the population without incident.

### III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.     The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA

directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.    The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.    The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.    The Plaintiff's Complaint fails to state a claim against the Defendants for which relief can be granted.

5.    The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.    The Plaintiff is not entitled to any relief requested in the Complaint.

7.    The individual Defendants plead the defense of qualified immunity and aver that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.    The Defendants cannot be held liable on the basis of <u>respondeat superior</u>, agency, or vicarious liability theories.

10.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.    The allegations contained in the Plaintiff's Complaint against the Defendants sued in their individual capacity, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. <u>See</u> <u>Oladeinde v. City of Birmingham</u>, 963 F.2d 1481, 1485 (11th Cir. 1992); <u>Arnold v. Board of Educ. Of Escambia County</u>, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.    The Defendants aver that they were at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against the Defendants in their official capacity are barred by the Eleventh Amendment to the United States Constitution.

17.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.    The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.    The Defendants plead the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

5

21.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.    The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

23.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.    The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against them and that any such award would violate the United States Constitution.

25.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.    The Defendants assert that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F. Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

A.    **Because Hill Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint..**

Congress passed the Prison Litigation Reform Act of 1995 ("PLRA") in order to control frivolous prisoner lawsuits.  The Act contains multiple, mandatory provisions that require the dismissal of complaints identical to those asserted by Mr. Hill.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.  42 U.S.C. §1997e(h).

Hill admits to being incarcerated in his complaint, therefore, he meets the definition of "prisoner" as defined by the PLRA.  See Boyd v. Corrections Corporation of America, 380 F.3d 989 (6th Cir. 2004).

The crux of the PLRA requires a prisoner to exhaust all internal, administrative remedies prior to filing suit.  The PLRA requires that the Court on its motion or the motion of a defendant dismiss any action with respect to prisoner conditions or medical treatment upon failure to exhaust these remedies.  42 U.S.C. §1997e(a).  This provision states the following:

**(a)    Applicability of Administrative Remedies.**
No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility <u>until such administrative remedies as are available are exhausted</u>.  (emphasis added).

**(b)    Failure of State to Adopt or Adhere to Administrative Grievance Procedure.**
The failure of a State to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997a or 1997c of this Title.

**(c)    Dismissal**
The Court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

42 U.S.C. § 1997e(a)

"Administrative remedies" pursuant to this Act constitute prison or jail grievance procedures such as those identified in this Special Report. Before filing suit, the prison/plaintiff must submit his claim through this procedure and the grievance must address the specific issue upon which the suit is based. Failure to strictly follow these procedures requires dismissal of the action. Even if the prisoner/plaintiff has no knowledge regarding the existence of the procedures, this does not relieve the requirement. See <u>Zolicoffer v. Scott</u>, 55 F. Supp. 2d 1372 (N.D. Ga. 1999), affirmed without opinion (252 F.3d 440 (11th Cir. 2001).

In this particular case, Hill failed to follow available, required administrative procedures that existed within the Kilby Correctional Facility. [<u>Exhibit "E"</u> – Affidavit of Linda Lawrence]. These procedures required Hill to seek administrative relief of his claim <u>before seeking court intervention</u> regarding his claim. His failure to follow these internal procedures concerning his

medical grievances require his claim be dismissed with prejudice. <u>Woodford v. NGO</u>, 126 S. Ct. 2378, 165 L.Ed.2d 368 (2006).

The <u>Woodford</u> case is extremely instructive because the United States Supreme Court took the opportunity to clarify issues concerning the Prison Litigation Reform Act.    In <u>Woodford</u>, a California state prisoner challenged a disciplinary act but did so in an untimely manner, violating California's Prison Grievance System.    Subsequently, the prisoner sued the system in federal court, but the district court granted the Department's Motion to Dismiss, stating the prisoner had not fully exhausted his administrative remedies, pursuant to the Prison Litigation Reform Act.    On appeal, the Ninth Circuit reversed, claiming that because no administrative remedies remained available to the prisoner, he had "not exhausted them" amongst other reasons.

On appeal, the United States Supreme Court reversed the Ninth Circuit and affirmed the dismissal of the prisoner's complaint.    The Court's opinion focused extensively on the "exhaustion" of available remedies and concluded that whether procedural deficiencies existed or whether a prisoner is poorly educated and unfamiliar with such proceedings, it is <u>a requirement that administrative remedies be followed prior to litigation ensuing in federal court.</u> <u>Id.</u> At 2387, 2388, 2390, 2392-2393.

Hill's case is no different from that outlined in <u>Woodford</u>.    Hill must exhaust internal, administrative remedies before seeking redress for his complaints within the legal system. Adhering to these procedures serves a two-fold interest, (1) it allows Hill the opportunity to advise correctional officers or healthcare employees regarding his concerns and (2) it permits internal procedures to address and alleviate concerns raised by prisoners through this process. More importantly, it eliminates frivolous litigation by giving both the prisoner and the

correctional facility the opportunity to be aware of complaints and address them prior to the expense of litigation.

**B.** **The Plaintiff Has Failed To Prove That The Defendants Acted With Deliberate Indifference To Any Serious Medical Need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Hill's medical records reveals that he has been given appropriate medical treatment at all times. [See Exhibits "A" - "D"].

The Plaintiff's Complaint fails to state a claim against the Defendants with the detail and specificity required by the Alabama Medical Liability Act, ALA. CODE § 6-5-551, which provides as follows:

> In any action for injury, damages, or wrongful death, whether in contract or tort, against a health care provider for breach of the standard of care, whether resulting from acts or omissions in providing health care, or the hiring, training, supervision, retention or termination of care givers, the Alabama Medical Liability Act shall govern the parameters of discovery and all aspects of the action. The plaintiff shall include in the complaint filed in the action a detailed specification and factual description of each act and omission alleged by plaintiff to render the health care provider liable to plaintiff and shall include when feasible and ascertainable the date, time, and place of the act or acts. The plaintiff shall amend his complaint timely upon ascertainment of new or different acts or omissions upon which his claim is based; provided, however, that any such amendment must be made at least 90 days before trial. Any complaint which fails to include such detailed specification and factual description of each act and omission shall be subject to dismissal for failure to state a claim upon which relief may be granted. Any party shall be prohibited

from conducting discovery with regard to any other act or omission or from introducing at trial evidence of any other act or omission. (emphasis added).

ALA. CODE § 6-5-551.

The Plaintiff's Complaint fails to state a claim against the Defendants because it fails to include a "detailed specification and factual description" of each act and omission alleged by Plaintiff to render the Defendants liable to Plaintiff; in particular, said Complaint fails to include the required statement of "the date, time, and place of the act or acts" of alleged malpractice, as required by the Act. See ALA. CODE § 6-5-551 (emphasis added).

In order to state a cognizable claim under the Eighth Amendment, Hill must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Hill must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." (citations omitted). [Id.].

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994),

11

Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if it had knowledge of Hill's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Hill cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that PHS employees applied the appropriate standard of care to the treatment of Mr. Hill. [Exhibit "A" – "D"].

The Defendants are, also, entitled to qualified immunity from all claims asserted by Hill in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Hill to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Hill must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendants fair warning that their alleged treatment of Hill was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Hill must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that their practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Hill's constitutional rights. All of Hill's medical needs have been addressed or treated. [See Exhibits "A" - "D"]. The Defendants have provided Hill with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. <u>CONCLUSION</u>

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in their favor.

Respectfully submitted,


/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Linda Bell
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail

this the 15th day of May, 2007, to:

Mr. Bruce Lamar Hill (AIS # 138707)
Kilby Fountain Correctional Facility
P. O. Box 150
Mt. Meigs, AL  36057

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc. and Linda Bell

# EXHIBIT A

# A F F I D A V I T

STATE OF ALABAMA          )
                          )
<u>Montgomery</u>     COUNTY   )


    I, <u>Catherine Stallworth</u>, hereby certify and affirm that I am a

<u>Medical Records Supv.</u>, at <u>   Kilby   </u>; that I am one

of the custodians of medical records at this institution; that the attached

documents are true, exact, and correct photocopies of certain medical records

maintained here in the institution medical file of

one <u>Bruce Hill</u>, AIS# <u> 138707 </u>; and that I am over

the age of twenty-one years and am competent to testify to the aforesaid

documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual

and ordinary course of business at <u>  KIlby  </u>; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the <u> 9th </u> day of

<u>April</u>, 2007.

*Catherine Stallworth*


SWORN TO AND SUBSCRIBED BEFORE ME THIS THE
<u>9th</u> Day of <u>April</u>, 2007.

*Cynthia R Evans*
Notary Public
<u>6-15-08</u>
My Commission Expires



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10 / 12 / 05 | TIME 325 AM PM | ORIGINATING FACILITY Staten ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES ASA | CONDITION ON ADMISSION ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 98° ORAL/RECTAL     RESP. 20     PULSE 78     B/P 136/80     RECHECK IF SYSTOLIC <100> 50 ___ / ___

NATURE OF INJURY OR ILLNESS

S- I was shot in left arm
and I have cramps in my
legs. I have a hx of
bronchitis.

|  | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

SATS 98%      Peak Flow 350, 425

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Lungs clear bil. Able
to move arms c̄ difficulty.
Walked c̄ steady gait.
No difficulty getting in
and out of chair.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Chem 7 ordered 10/13/05 | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 10 / 12 / 05 | TIME 347 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE C. Lewder | DATE 10/12/05 | PHYSICIAN'S SIGNATURE ___ for | DATE 10/12/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hill, Bruce | DOC# 138707 | DOB | R/S | FAC. Staten |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 1/2/06 | TIME 0915 ☑AM ☐PM | ORIGINATING FACILITY Staton ☐SIR ☐PDL ☐ESCAPEE ☐___ | | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

| VITAL SIGNS: TEMP 98.4 PO ☐ORAL/RECTAL | RESP. 18 | PULSE 68 | B/P 138,84 | RECHECK IF SYSTOLIC <100> 50 ___/___ |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ___ SUTURES |

S) I was grabbed by Doc
on both arms. I need to
have my arms & shoulders
X-Rayed. P/O Pain in both
elbows & shoulders. Sick
call slip completed at time
of Body chart Completion.

Pain — PROFILE RIGHT OR LEFT

No Pain

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O) No bruising or trauma
noted able to use both
arms easily.

No trauma noted

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| Motrin 600mg PO (dwe) | 0920 | KS |
| | | |
| | | |

A) alt in Comfort.

| | | |

P) Released to DOC advised to
SC in AM 1/3/06. Motrin given

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 1/2/06 | TIME 0925 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE D Smith | DATE 1/2/06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Hill Bruce | DOC# 138707 | DOB 9/1/65 | R/S BM | FAC. Staton |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

*Body Chart*

| ADMISSION DATE 12/10/06 | TIME 10:00 AM/PM | ORIGINATING FACILITY ___LCF___ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ Inmate | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES ASA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98² | ORAL RECTAL | RESP. 16 | PULSE 82 | B/P 122/72 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

(S) "Fight that's all"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

(O) Denies any physical injuries. Ø physical injuries noted.

(A) Body Chart

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

(P) House arrest / 9 Dorm

(E) Obey DOC Rules

**DIAGNOSIS**
See A

**INSTRUCTIONS TO PATIENT**
See E

| DISCHARGE DATE 12/10/06 | TIME 10:10 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE D. Milstead, RN | DATE 12-10-06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hill, Bruce | DOC# 138707 | DOB 9-1-65 | R/S B/M | FAC. LCF |
|---|---|---|---|---|



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: BRUCE LAmar Hill    Date of Request: 9/21/05
ID # 138707    Date of Birth: 9/1/65    Location: (B4-12-T)
Nature of problem or request: would like to Have High
Blood pressure med. KOP Again p
Tylenol          Thanks   Bruce Hill
                                              *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 9/23/05
Time: 1525 AM (PM)
Allergies: ASA

RECEIVED
Date: 9/27/05
Time: 9:15 pm
Receiving Nurse Initials

(S)ubjective: I have ↑ B/P and Bronchitis I take
Clonidine. I have been assigned to work on
the farm. I am enable to work in the heat.
I had a profile before.

(O)bjective  (V/S): T: 98 P: 68 R: 20 BP: 130/80 WT: 160
No New Medical Complaint. States needs profile
is being assigned to work on the farm. due
to heat. Request to see MD.

(A)ssessment:

alt in Comfort

(P)lan:

HCU for Review 9/26/05 Request from DOC
                                              LTi Copeland
Refer to: (MD/PA) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

                    J Smith RN  / L Kimbrum
                    SIGNATURE AND TITLE   9-27-05

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *BRUCE LAMAR Hill*    Date of Request: *10/3/05*
ID # *138707*    Date of Birth: *9/1/65*  Location: *64-12-T*
Nature of problem or request: *Need to See Doctor for High Blood pressure and K O P and Bronchieties & Need to See Eye Doctor.*

*Bruce L. Hill*
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: *10/4/05*
Time: *1505* AM/(PM)
Allergies: *NKDA ⊙ ASA*

| RECEIVED |
| --- |
| Date: *10-3-5* |
| Time: *12 m/n* |
| Receiving Nurse Intials *JW* |

(S)ubjective: *I need to see the Doctor about getting my Blood Pressure under Control. I need to start getting my tylenol, that was previously ordered*

(O)bjective  (V/S): T: *97⁸*   P: *70*   R: *18*   BP: *160/98*  WT: *170*
*order written 9/27/05 to schedule CC appt. Tylenol order expired, states never received tylenol needs renewed.*

(A)ssessment:

*alt in Comfort*

(P)lan:

*HCl for Review*

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

*A. Smith RN*
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name _BRUCE Hill_      Date of Request: _10/16/05_
ID # _138707_          Date of Birth: _9/1/65_  Location: _G4 12 T_
Nature of problem or request: _High Blood pressure Causing_
_Black Spots to appear in vision, Also,_
_I'm Having Severe Headaches / Body Aches._
_need to see the Doctor Please Thank you._
_Shaving Profile Irritated   Bruce L. Hill_
_Facial Area                Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _10/17/05_
Time: _1520_  AM (PM)
Allergies: _ASA_

┌─────────────────────────────┐
│        RECEIVED             │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** _I take clonidine .4mg Per day. I am_
_seeing Black spots in my vision and I am also_
_Dizzy. This is my 4th Sick call requesting to_
_see the Doctor, I also need to see that eye Doctor_

**(O)bjective   (V/S): T:** _98.1_ **Po  P:** _68_   **R:** _18_   **BP:** _140/82_  **WT:** _170_
_No new Medical Problems request to see MD._
_Concerning BP and working on the farm in_
_the heat. Request to see the MD. Irritation_
**(A)ssessment:** _noted to both sides of face & under chin_

_alt in Comfort_

**(P)lan:**

_Hill for Review Shave Profile X60 (Sixty) days_

Refer to:  (MD/PA)  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
                   **CIRCLE ONE**
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
     Was MD/PA on call notified:   Yes ( )   No ( )

_R Smith RN      (signature)_
                   **SIGNATURE AND TITLE**      _10-18-05_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Bruce L. Hill_  Date of Request: _11/14/05_
ID # _138707_  Date of Birth: _9/1/65_ Location: _64 12 T_
Nature of problem or request: _DENTAL_
_BROKEN TOOTH WHICH IS BLEEDING THIS IS_
_AN EMERGENCY TO MYSELF. THANK YOU!_
_Bruce L. Hill_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 11/14/05
Time: 2300
Receiving Nurse Intials _AM_ Dental

(S)ubjective: *Broken tooth bleeding*

(O)bjective  (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____
*Dental screening*

(A)ssessment: *Request reviewed*

(P)lan: *Extraction apt made Watch the Newsletter Thank you*

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

*Anne Gantt DA*
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _BRUCE L. Hill_          Date of Request: _12-4-05_
ID # _138707_          Date of Birth: _9/1/65_ Location: _6412 T_
Nature of problem or request: _severe pain in upper and lower_
_limbs and Hips and lower Back Area And also_
_a Skin Irritation_

_Bruce Lamar Hill_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 12/5/05
Time: 2015
Receiving Nurse Intials CU
```

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**        *See Evaluation Tool Sheet*

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB

Patient Name: _Hill Bruce_

Inmate Number: _138707_            Date of Birth: _9 / 1 / 65_
                                                                  MM   DD   YYYY

Date of Report: _12 / 6 / 05_            Time Seen: _0750_ AM PM Circle One
                        MM   DD   YYYY

_Subjective:_  Chief Complaint(s): _Pain in joints. Rash on Arm + Leg_

Onset: _X 2 weeks_

Brief History: _I have chronic joint pain, possibly_
(Continue on back if necessary)  _arthritis. I also have a rash on my_
_Arms + both legs._

☐ Check Here if additional notes on back

_Objective:_  Vital Signs: (As Indicated) T:_97.0_ P: _78_  RR: _18_  B/P: _148 / 70_

Examination Findings: _Rash noted to Ⓛ arm, possibly_
(Continue on back if necessary)  _being worm. C/O Pain in joints_
_chronic. Request MD appt for above._
_also needs KOP B/P pills renewal_

☐ Check Here if additional notes on back

_Assessment: (Referral Status)_ Preliminary Determination(s): _____

☐ Referral NOT REQUIRED

☑ Referral REQUIRED due to the following: (Check all that apply)
   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _Rash spreading_                    _Has order for_
                                                                          _Clonidine_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
              (Describe)
OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Hill Joe Perine_  Date for referral: _12 / 6 / 05_
                                                                                                              MM   DD   YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____
                                                                                                          Time _____



*EMERGENCY*

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: *Bruce Hill*                    Date of Request: *12/13/05*
ID # *138707*                    Date of Birth: *9/1/65*   Location: *G4 12 T*
Nature of problem or request: *Skin Irritation has worsen Due to Denial of Medical Aide. Need to see Doctor and Severe pain to Joints and Bones.*

*Bruce L. Hill*
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

**RECEIVED**
Date: _____
Time: _____
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**   *See evaluation tool sheet*

*No Sick call completed, requesting copies of sick call sheets. MD + Correctional notified. Inmate*

**(P)lan:**

Refer to:   MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PRISON HEALTH SERVICES
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Bruce L. Hill_ _____ Date of Request: _12-19-05_
ID # _138707_ _____ Date of Birth: _9/1/65_ Location: _64 12 T_
Nature of problem or request: _Medication and profile_ _____
_____
_____
_____

_Bruce Lamon Hill_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────────┐
│         RECEIVED                     │
│ Date: 12/19/05                       │
│ Time: 2100                           │
│ Receiving Nurse Intials _C_          │
└─────────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**     Sick call
                      not needed
                      appt 12/21/05

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                     CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

_____
                                 SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Bruce Hill_ _____ Date of Request: _1-2-06_
ID # _13890_ _____ Date of Birth: _7-1-65_ Location: _G4-12-T_
Nature of problem or request: _Elbows And Shoulders_
_Ache Because of Being Attacked By_
_Sgt. Rogers & COI unknown w/o cause._

_____
                                    _Bruce Hill_
                                    Signature

**DO NOT WRITE BELOW THIS LINE**

_____

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

No Show

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

1/3/05

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                          CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                    Was MD/PA on call notified:   Yes ( )     No ( )

_____
                              SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

RECEIVED
FEB 0 8 2006

Print Name: _BRUCE Hill_     Date of Request: _2-7-06_
ID # _138207_     Date of Birth: _9-1-65_  Location: _11A 17B_
Nature of problem or request: _General Pain in Bones And_
_Sharp pain in lower abdomin._

_Bruce Hill_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _2/9/06_
Time: _/35_ AM (PM)
Allergies: _ASA_

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** _all my joints hurt Severe aches & pulled muscle in groin lifting water_

**(O)bjective:** (V/S): T: _98³_  P: _72_  R: _18_  BP: _140/100_  WT: _191_
Etoh HIV Bone disease
HAD Full Body X-RAY stated
B/M AAOx3 WAD 1) ↓ ↓gait ml
2) grip Uneven

**(A)ssessment:**

**(P)lan:** _Cont. Naprosyn RX from Doctor_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_E Smith RN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

RECEIVED
FEB 2 7 2006



PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Bruce L. Hill_ Date of Request: _2-24-06_

ID # _138707_ Date of Birth: _9-1-65_ Location: _____

Nature of problem or request: _Severe pain to lower limbs_
_and Back and also need KOP Renewed._
_of Pain medication_ "_I NEED TO SEE DOCTOR_" _THANK YOU!_

_Bruce L. Hill_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _2/27/06_
Time: _1:50_ AM/PM
Allergies: _ASA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _Why "Took x-ray from other Station Correction_
_Facility, Family hx of bone dz." KOP was taken away by an_
_other inmate got his supply. warden @ station was involved_

**(O)bjective (V/S): T:** _97.9_ **P:** _93_ **R:** _22_ **BP:** _145/99_ **WT:** _191_
_walks ē Sli ght limp_

**(A)ssessment:** _Naprosyn 375mg TID X 10d. / to come to pill call window_

**(P)lan:** _Scheduled ē chron. care, 1st of March = make sure_
_① check X-ray; done in Dec full body =_
_To be seen by chronic care._

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
NP
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_RW_    _2-27-06_
SIGNATURE AND TITLE



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

RECEIVED
MAY 1 1 2006

Print Name: BRUCE LAMAR Hill    Date of Request: 5/11/06
ID # 138767    Date of Birth: 9/1/65 Location: 11A 17 8)
Nature of problem or request: Irritated Facial Shaving
Area, need to Renew Shaving Profile.

Bruce L. Hill
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 5/13/06
Time: _____ AM/PM
Allergies: ASA.

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**    (V/S): T: 97.5    P: 99    R: 18    BP: 128/82    WT: 192
Shaving Bumps to face &

**(A)ssessment:**    neck
psuedofolliditis Berbay

**(P)lan:**    Y 8" Clipper Shave 5 TWO PO Day

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT




RECEIVED
MAY 2 6 2006

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: BRUCE LAMAR Hill                Date of Request: 5/25/06
ID # 138707                Date of Birth: 9/1/16 Location: 4 A M B
Nature of problem or request: I'd Be appreciative if I could
See the Hygienist Having slight pain while chew-
ing in upper Tooth / also need teeth cleaned.
Thank you!

                                Bruce L. Hill
                                _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: 6/6/06
Time: 10³⁰  (AM) PM
Allergies: NKDA

```
RECEIVED
Date: 6·6·06
Time: 10³⁰ A
Receiving Nurse Intials  X
```

**(S)ubjective:** Same as above.

**(O)bjective    (V/S): T:____    P:____    R:____    BP:____    WT:____**

**(A)ssessment:**

**(P)lan:** Appt. has been scheduled w/ hygienist for a cleaning.
Check newsletter for that appt. date.

Refer to:    MD/PA    Mental Health   (Dental)   Daily Treatment        Return to Clinic PRN
                                CIRCLE ONE

Check One:    ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

                                X , DA.
                        _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



DENTAL

PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

RECEIVED

JUN 2 6 2006

Print Name: _BRUCE L. Hill_     Date of Request: _6/25/06_
ID # _138707_     Date of Birth: _9-1-65_ Location: _11 A 17 B_
Nature of problem or request: _HAVE A CAVITY, WHICH ACHES_
_OFTEN.  THANK YOU._

_Bruce Hill_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _6/27/06_
Time: _11_ (AM) PM
Allergies: _NKDA_

Sickcall
6-27-06
D. B mR

RECEIVED
Date: _6.27.30_
Time: _11 AM_
Receiving Nurse Intials _SL_

(S)ubjective: _same as above_

(O)bjective    (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

(A)ssessment:

(P)lan: _appt. Scheduled_

Refer to:    MD/PA    Mental Health    (Dental)    Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:    Yes ( )    No ( )
      Was MD/PA on call notified:    Yes ( )    No ( )

_____, _LDA_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT





RECEIVED

JUN 2 6 2006

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Bruce L. Hill_  Date of Request: _6/25/06_

ID # _138207_  Date of Birth: _9-1-65_ Location: _UA 17B_

Nature of problem or request: _HAVE A CAVITY, WHICH ACHES_

_OFTEN._  _THANK YOU._

_Bruce Hill_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6 27 06_
Time: _6 PM_  AM  PM
Allergies: _ASA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:** _Referral to Dental for cavity top back_

Refer to:  MD/PA  Mental Health  (Dental)  Daily Treatment  Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE ( )  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No ( )

Was MD/PA on call notified:  Yes ( )  No ( )

_____

*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

PRISON
HEALTH
SERVICES
INCORPORATED

RECEIVED
JUL 2 1 2006

Print Name: _BRUCE L. Hill_    Date of Request: _7/21/06_
ID # _138207_    Date of Birth: _9-1-65_ Location: _11 A 17 B_
Nature of problem or request: _Follow up on Having " NAPROXEN –_
_RENEWED / REORDERED    KOP !!_
_THANKS !_

_Bruce L. Hill_
                                                Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**    (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**    no show
SS

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____          _____
                                            *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Nursing Evaluation Tool:                                    General Sickcall

Facility: KCF
Patient Name: Hill, Bruce
Inmate Number: 138 70 4
Date of Report: 10-3-06                Date of Birth: 9 1 45
                                        Time Seen: 1000  AM/PM  Circle One

Subjective: Chief Complaint(s): Clipper shave
Onset:

Brief History:
(Continue on back if needed)

Objective: Vital Signs: (As Indicated) T: 98.2  P: 84  RR: 20  B/P: 124 / 74
Examination Findings: Razor Rash
(Continue on back if needed)

Assessment: (Referral Status) Preliminary Determination(s):  alter comfort eff
  ☐ Referral NOT REQUIRED                                   alleve statement
  ☐ Referral REQUIRED due to the following: (Check all that apply)
      ☐ Recurrent Complaint (same time 2 visits for the same complaint)
      ☐ Other:

Comments: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient, the nature of the appropriate care to be given.

Plan:  Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other:
OTC Medications given ☐ NO  ☐ YES (If Yes List):  KOP Benzoyl x 90d
Referral: ☐ NO  ☐ YES (If Yes, When/Where):  Clipper shave x 30D
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?):       Date for referral: / /   Time:

x _LGraves, LPN_              Name: Lorraine Graves
  Nurse Signature                      Print

**PHS**

**Nursing Evaluation Tool:**      Eye Pain Complaint

Facility: BBB

Patient Name: _Hill_     _Bruce_
       Last              First

Inmate Number: _138707_     Date of Birth: _9_/_1_/_65_
                                        MM   DD   YYYY

Date of Report: _10_/_19_/_06_     Time Seen: _12A_ AM / PM  Circle One
         MM   DD   YYYY

**Subjective:**     **Chief Complaint:** (Check All That Apply)
- ❑ **Foreign body:**   ❑ Right side ☒ Left side   **Foreign body type:** _____ or ❑ Unknown
- ❑ **Change in vision:**   ❑ Right side ❑ Left side ☒ Blurred ❑ Decreased
- ❑ **Eyelid Complaint:**   ❑ Right side ☒ Left side (Describe Below)
- ❑ **Trauma:**   ❑ Right side ❑ Left side (Describe Below) **Trauma sustained in altercation with custody staff, or**
- ❑ **Conjunctivitis:**   ❑ Right side ❑ Left side   **other inmate?** ☒ NO ❑ YES (Requires notification of correctional staff)
- ❑ **Seeing spots / flashes / floaters:**   ❑ Right side ❑ Left side
- ☒ **Request for glasses:** ❑ No other visual complaint   **Prior History of glasses?** ❑ NO ❑ YES ❑ Last time seen by optometrist:

**Associated Symptoms / Additional Eye History**
- ☒**Pain:** ❑ NO ☒ YES   **Pain Scale:** (1-10) _3_   **Pain Description:** _By Rata/Stinging_ Pain (eg., Sharp, Dull, Burning, Stinging, etc.
- **Tetanus Toxoid Within 10 years:** ❑ YES ❑ NO   **Recent eye surgery** ☒ NO ❑ YES
- **Conjunctivitis symptoms:** ☒NO ❑ Hay fever / Allergies ❑ Itchy ❑ Redness ❑ Watery ❑ Redness ❑ Discharge: _____
- **History of Glaucoma?:** ☒NO ❑ Yes (taking glaucoma medications? ❑ YES ❑ NO   **Cataracts** ☒NO ❑ YES
- **History of Retinal Detachment?:** ☒NO ❑ Yes (_____)
- **History of trauma** ☒NO ❑ YES   **Type:** ❑ Blunt ❑ Penetrating ❑ Chemical ❑ Other: _____
- Onset: _X the_
- History: _As Coming in from Rain_
  (Continue on back if necessary)

❑ Check Here if additional notes on back

**Objective:**   **Vital Signs:** (As Indicated) T: _98.2_ P: _80_ RR: _18_ B/P: _123_/_70_

**Visual acuity:** R_____     L_____   (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

**Periorbital Exam:** ☒Normal ❑ Swelling ❑ Evidence of Infection ❑ Bruising ❑ Other:_____

| Eye Exam: | Normal Findings | Abnormal Findings |
|---|---|---|
| Pupil: | ☒PERRL | ❑ Pupil unequal/abnormal: _____ |
| Conjunctiva: | ☒Conjunctiva pink | ❑ Conjunctiva Pale ❑ Red ❑ Discharge _____ |
| Sclera: | ☒ Sclera white | ❑ Yellow ☒ Red |
| Foreign body: | ☒ No Foreign body | ❑ Foreign body |
| Eyelid: | ❑ Normal | ☒ Red/Discolored ❑ Injury/Lesion ❑ Scaly ☒Inflamed at margin ❑ Hematoma ❑ Drainage:_____ ❑ Sty |

❑ **Additional Examination:** _____
    Continue on back if necessary

❑ Check Here if continued on back

**Assessment:** *(Referral Status)*     **Preliminary Determination(s):** _Foreign Body_
- ☒ Referral **NOT Required**   Expedited referral to a clinician except for: isolated itching with normal visual activity or glasses request only.
- ❑ Referral **Required**   **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply: ☒ Irrigate with sterile H₂O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
- ☒ Instructions on care/treatment of conjunctivitis.
- ❑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ❑ YES ☒NO (If NO then schedule patient for appropriate follow up visits)
- ☒ Instructions to return if condition worsens.
- ❑ Other:_____

OTC Medications given ☒NO ❑ YES (If Yes List): _____
                                      (Describe)

Referral: ☒NO ❑ YES (If Yes, Whom/Where): _____    Date for referral:___/___/___
                                                                        MM   DD   YYYY

Referral Type: ❑ Routine ❑ Urgent ❑ Emergent (if emergent who was contacted?)_____   Time_____

_E Smith_     Name: _E Smith LPN 10/19/06_
Nurses Signature                      Printed

RECEIVED

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Bruce Lamar Hill   Date of Request: 10 20 06
ID # 138767   Date of Birth: 9 1 65 Location: 11A 16 B
Nature of problem or request: Severe Eye Infection
In Left eye, Eye was Washed out on
10/19/06 and this morning it was Closed
Shut and Its very Swollen. Hill
Bruce L. Hill
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: 10 20 06
Time: 6 ___ AM (PM)
Allergies: ASA

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective   (V/S): T:_____ P:_____ R:_____ BP:_____ WT:_____**

**(A)ssessment:**

L med-upper eyelid edge
ē small amount of edema &
redness ē small "white head"
in center. sclera not reddened.
Conjunctiva pink & drainage
or matter & eyelashes at this
slight reddness noted to inner
laramil duct.

**(P)lan:**

Refer to: MD/PA  Mental Health  Dental  Daily Treatment   Return to Clinic PRN
P moist heat compress qtd ē massage
Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

E. Smith LPN
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



RECEIVED
DEC 0 4 2006

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Bruce Hill_     Date of Request: _12-4-06_

ID # _138707_     Date of Birth: _9-1-65_ Location: _11416B_

Nature of problem or request: _Eyes Irritation / Burning /_
_Itching_

_Bruce Hill_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

<table>
<tr><td></td><td>RECEIVED</td></tr>
<tr><td></td><td>Date:</td></tr>
<tr><td></td><td>Time:</td></tr>
<tr><td></td><td>Receiving Nurse Intials _____</td></tr>
</table>

**(S)ubjective:**

12/5/06
See Nut

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

    If Emergency was PHS supervisor notified:   Yes ( )    No ( )

      Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Nursing Evaluation ___ I:                    Eye Pain/Complaint

Facility: Alabama Department of Corrections

Patient Name: _Hill_ _Bruce_
                Last            First

Inmate Number: _138707_          Date of Birth: _9_ / _11_ / _65_ _MI
                                                 MM   DD   YYYY

Date of Report: _12_ / _15_ / _06_   Time Seen: _1:30_ AM / **PM** Circle One
                MM   DD   YYYY    _Allergy: ASA -rash_

**Subjective:    Chief Complaint:** (Check All That Apply)
- ☐ Foreign body:       ☐ Right side ☐ Left side   **Foreign body type:** _____ or ☐ Unknown
- ☐ Change in vision:   ☐ Right side ☐ Left side ☐ Blurred ☐ Decreased
- ☐ Eyelid Complaint:   ☐ Right side ☐ Left side (Describe Below)
- ☐ Trauma:             ☐ Right side ☐ Left side (Describe Below) Trauma sustained in altercation with custody staff, or
                                                  other inmate? ☑NO ☐ YES (Requires notification of correctional staff)
- ☐ Conjunctivitis:     ☐ Right side ☐ Left side
- ☐ Seeing spots / flashes / floaters: ☐ Right side ☐ Left side
- ☐ Request for glasses: ☐ No other visual complaint  Prior History of glasses? ☐ NO ☑YES  Last time seen by optometrist: _____

**Associated Symptoms / Additional Eye History**
- ☐ Pain: ☑NO ☐ YES  Pain Scale: (1-10) _____ Pain Description: _____ Dull, Aching, Burning, Stinging, etc.
- Tetanus Toxoid Within 10 years: ☑YES ☐ NO   Recent eye surgery ☑NO ☐ YES _____
- Conjunctivitis symptoms: ☐ Hay fever / Allergies ☐ Itchy ☐ Redness ☐ Watery ☑ Redness ☐ Discharge: _____
- History of Glaucoma?: ☑NO ☐ YES (taking glaucoma medications? ☐ YES ☑NO  Cataracts ☑NO ☐ YES
- History of Retinal Detachment?: ☑NO ☐ Yes ( _____ )
- History of trauma: ☑NO ☐ YES Type: ☐ Blunt ☐ Penetrating ☐ Chemical ☐ Other: _____
- Onset: _X 3 days_
- History: _Pt. wears bifocals for read'g - not c̄ pt, unable to see eye c̄_
  (Continue on back if necessary)

**Objective:  Vital Signs:** (As Indicated) T: _98_ P: _60_ RR: _16_ B/P: _124_ / _84_

Visual acuity: R _____ L _____  (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

Periorbital Exam: ☐ Normal  ☐ Swelling  ☑ Evidence of Infection  ☐ Bruising  ☐ Other: _____

| Eye Exam: | Normal Findings | Abnormal Findings |
|---|---|---|
| Pupil: | ☑ PERRL | ☐ Pupil unequal/abnormal: _____ |
| Conjunctiva: | ☐ Conjunctiva pink | ☐ Conjunctiva Pale ☐ Red  ☐ Discharge _____ |
| Sclera: | ☐ Sclera white | ☑Yellow ☑Red  _yellowish pink_ |
| Foreign body: | ☑ No Foreign body | ☐ Foreign body |
| Eyelid: | ☐ Normal | ☐ Red/Discolored ☐ Injury/Lesion ☐ Scaly ☑ Inflamed at margin ☐ Hematoma |
|  |  | ☐ Drainage: _pus pt. in AM non-pt._ |

☐ Additional Examination: _Pt. d/c'd from Infirmary (seen at present time)_
Continue on back if necessary  _on 11-16-06 for same problem_

**Assessment:** (Referral Status)       Preliminary Determination(s): _Pt. in Comfort._
- ☐ Referral **NOT Required**  _____
  Expedited referral to a clinician except for: isolated itching with normal visual activity or glasses request only.
- ☑ Referral **Required**
  Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply: ☐ Irrigate with sterile H2O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
- ☐ Instructions on care/treatment of conjunctivitis.
- ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits) ☑ Instructions to return if condition worsens.
- ☐ Other: _Dr. Hobbs assessed pt. cont. current eye drops_
  (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____   _____
Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____   Date for referral: __/__/__

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time
x _Lana Wethington Vaughn_          Name: _Lana Wethington Vaughn_ / _12/15/06_
      Nurses Signature                    Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

RECEIVED
JAN 0 5 2007

Print Name: _Bruce L. Hill_    Date of Request: _1-7-07_
ID # _138707_    Date of Birth: _9/1/65_  Location: _9-63-B_
Nature of problem or request: _Severe Stomach Pains ;_

_Bruce L Hill_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _1 19 07_
Time: _108_ AM PM
Allergies: _ASA_

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:** _c/o Abdominal Pain cramping medication x 1 month_
_c/o poor appetite x 1 month_
_c/o burning ____ in stomach_
_c/o foreign body sensation (R) eye_

**(O)bjective / (V/S): T:** _98.8_  **P:** _76_  **R:** _11_  **BP:** _120/82_  **WT:** _175_
_Bowel Sounds normal_
_____ soft, nontender, symmetric —____ ____

**(A)ssessment:** _Chalazian_
_Poor Appetite_
_GERD_

**(P)lan:** _↑ Zantac to 300mg ½ bid x 90 days √_
_Neosporin eye nmds_
_Refer to chronic care for Poor Appetite_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*EMERGENCY*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *BRUCE LAMAR Hill*    Date of Request: *1-17-07*
ID # *138707*    Date of Birth: *9-1-65*  Location: *9-63-B*
Nature of problem or request: *Inflamation on Right Side*
*Soarness / Itching And Stomach Irritation &*
*weight loss - Need to see Doctor*
*This is Second Request*    *Bruce L. Hill*
                                          *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

*Was seen in Sick Call 1-17-07 by Mr Hooper CRNP*

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                                 CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:  Yes ( )    No ( )
               Was MD/PA on call notified:   Yes ( )    No ( )

_____
                            *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*URGENT*



FEB 05 2007

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *MR. BRUCE LAMAR Hill*  Date of Request: *2/4/07*
ID # *138707*  Date of Birth: *9/1/65*  Location: *9-57-B*
Nature of problem or request: *PLEASE INFORM DR. HOBBS, THAT THE INFLA-MATION IN RGT. EYE IS STILL THERE AND LET HIM KNOW I NEED IT SURGICALLY REMOVE, ITS CAUSING PHYSICAL /EMOTIONAL STRESS.*
*★ NEED TO SEE DR. HOBBS, THANK YOU, ALL*
                                              *ML*
                                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: *2/6/07*
Time: *1150* AM PM
Allergies: *ASA*

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective: *C/o "Bump on Eye"*
*C/o Joint aches in all knees*

(O)bjective   (V/S): T: *99.8*  P: *92*  R: *16*  BP: *111/80*  WT: *172*
*small hordeolum @ eye his*
*growing on L lower eyelid*

(A)ssessment: *Hordeolum, not responding to treatment*
*ABT HLBM*

(P)lan: *Refer to M.D. for evaluation*
*continue with compresses*
*Tylenol 325mg ⨛ PRN, PO × days*

Refer to: (MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

*2/28/07*
*BP meds Renewal*

Print Name: _BRUCE HILL_     Date of Request: _2|23|07_

ID # _13807_     Date of Birth: _9-1-65_   Location: _C-6_

Nature of problem or request: _CHRONIC CARE BLOOD PRESSURE_
_MEDICATION RUNS OUT IN 2 DAYS NEEDS REFIL_
_AND NEED CHRONIC CARE REVIEW TIME IS OVER DUE_
_THANK YOU._

                                              *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___ / ___ / ___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S):   **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                  CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )
         If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                 Was MD/PA on call notified:    Yes ( )    No ( )

                                                            *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

**Nursing Evaluation Tool:**                    **Eye Pain Complaint**

Facility: KILBY
Patient Name: Hill, Bruce
Inmate Number: 138707                    Date of Birth: 9 / 1 / 65
                                              MM   DD   YYYY   MI
Date of Report: 3 / 9 / 07               Time Seen: 100   AM / PM Circle One
                MM  DD  YYYY

## Subjective:

**Chief Complaint:** (Check All That Apply)
- ❑ **Foreign body:**    ❑ Right side ❑ Left side    **Foreign body type:** _____ or ❑ Unknown
- ❑ **Change in vision:** ❑ Right side ❑ Left side ❑ Blurred ❑ Decreased
- ❑ **Eyelid Complaint:** ❑ Right side ❑ Left side (Describe Below)
- ❑ **Trauma:**          ❑ Right side ❑ Left side (Describe Below) **Trauma sustained in altercation with custody staff, or**
- ❑ **Conjunctivitis:**   ❑ Right side ❑ Left side    **other inmate? ❑ NO ❑ YES** (Requires notification of
- ❑ **Seeing spots / flashes / floaters:** ❑ Right side ❑ Left side                                correctional staff)
- ❑ **Request for glasses:** ❑ No other visual complaint **Prior History of glasses?** ❑ NO ❑ YES ❑ Last time seen by optometrist: _____

**Associated Symptoms / Additional Eye History** _____
❑ Pain: ❑ NO ❑ YES  Pain Scale: (1-10) _____  Pain Description: _____
Tetanus Toxoid Within 10 years: ❑ YES ❑ NO   Recent eye surgery ❑ NO ❑ YES   Dull, Aching, Burning, Stinging, etc.
Conjunctivitis symptoms: ❑ Hay fever / Allergies ❑ Itchy ❑ Redness ❑ Watery ❑ Redness ❑ Discharge: _____
History of Glaucoma?: ❑ NO ❑ Yes (taking glaucoma medications? ❑ YES ❑ NO   Cataracts ❑ NO ❑ YES
History of Retinal Detachment?: ❑ NO ❑ Yes ( _____ )
History of trauma: ❑ NO ❑ YES   Type: ❑ Blunt ❑ Penetrating ❑ Chemical ❑ Other: _____
Onset: _____
History: _____
(Continue on back if necessary)

## Objective:

**Vital Signs:** (As Indicated) T: 97.2  P: 104   RR: 20   B/P: 140 / 102   ❑ Check Here if additional notes on back
Visual acuity: R 20/50    L 20/50         (If patient wears corrective lenses acuity should be
                                            checked with and without wearing corrective device)
**Periorbital Exam:** ❑ Normal ❑ Swelling ❑ Evidence of Infection ❑ Bruising ❑ Other: _____

**Eye Exam:**     **Normal Findings**        **Abnormal Findings**
Pupil:            ❑ PERRL                     ❑ Pupil unequal/abnormal:
Conjunctiva:      ❑ Conjunctiva pink          ❑ Conjunctiva Pale ❑ Red  ❑ Discharge _____
Sclera:           ❑ Sclera white              ❑ Yellow  ❑ Red
Foreign body:     ❑ No Foreign body           ❑ Foreign body
Eyelid:           ❑ Normal                    ❑ Red/Discolored ❑ Injury/Lesion ❑ Scaly ❑ Inflamed at margin ❑ Hematoma
                                              ❑ Drainage: _____  ❑ Sty
❑ Additional Examination: _____
    Continue on back if necessary

## Assessment: (Referral Status)
                                              ❑ Check Here if continued on back
❑ **Referral NOT Required**                   **Preliminary Determination(s):** _____
                      Expedited referral to a clinician except for: isolated itching
☑ **Referral Required**  with normal visual activity or glasses request only.    _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the
appropriate care to be given.

## Plan: Check All That Apply:
❑ Irrigate with sterile H$_2$O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
    ❑ Instructions on care/treatment of conjunctivitis.
    ❑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding
      what they should do as well as appropriate follow-up. ❑ YES ❑ NO (If NO then schedule patient for appropriate follow-
      up visits) ❑ Instructions to return if condition worsens.
    ❑ Other: _____
                          (Describe)
OTC Medications given ☑ NO ❑ YES (If Yes List): _____
Referral: ❑ NO ☑ YES (If Yes, Whom/Where): B Adams CRNP       Date for referral: 3 / 9 / 07
                                                                                    MM  DD  YYYY
Referral Type: ❑ Routine ❑ Urgent ❑ Emergent (if emergent who was contacted?): _____  Time
X _____                        Name: Lorraine Graves        / /
    Nurses Signature                        Printed



*No Show*

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Hill, Bruce    Date of Request: 3/22/07
ID # 138707    Date of Birth:    Location:
Nature of problem or request: Flu eye records

3/26/07 Patient scheduled to see
Eye Doctor 3/28/07 Pt was notified NBaker RN    *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S):  T:_____   P:_____   R:_____   BP:_____   WT:_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PRISON HEALTH SERVICES, INC.

**SICK CALL REQUEST**

Print Name: _BRUCE CAMHK Hill_   Date of Request: _3/30/07_

ID # _138707_   Date of Birth: _9/11/65_   Location: _0-6_

Nature of problem or request: _Need antibiotic Renewed for_
_Inflammation on Right Eye Lid._
_Thank you!_

_(signature)_

Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA  Mental Health   Dental  Daily Treatment     Return to Clinic PRN
                              CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____   _____

_SIGNATURE AND TITLE_

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Staton_

Resident's Name: _Will Bruce_     ID# _138707_

D.O.B. _9/1/65_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.   Refused medication.                          ____ E.   Refused X-Ray services.

____ B.   Refused dental care.                          ____ F.   Refused other diagnostic tests.

____ C.   Refused an outside medical appointment. ____ G.   Refused physical examination.

____ D.   Refused laboratory services.            X    H.   Other (Please specify)

_No Show for SICK Call_
_____

Reason For Refusal _____

_____

Potential Consequences Explained _____

_____

   I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Marie L. Woll  COT_
Witness Signature

_____            _____
Witness Signature                    Patient Signature

_____            _____
Date                                 Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Staton_

Resident's Name: _Hill, Bruce_       ID# _138900_

D.O.B. _____

I, _Hill, Bruce_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

_No MO clinic_

Reason For Refusal _____

_____

_____

Potential Consequences Explained _____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_C. Lewis_
Witness Signature

_____ COI
Witness Signature

_10/19/00_
Date

_____
Patient Signature

_____
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _LCF_

Resident's Name: _Hill Bruce_    ID# _138707_

D.O.B. _____

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✗ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _Cause she told me to. Its not helping me_

Potential Consequences Explained _yes · DH_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Thomas Nelson COI_   _Refuse To Sign_
Witness Signature

_D. Haynes LPN_
Witness Signature

_refused to sign_
Patient Signature

_7/31/06_
Date

_9:15 AM_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

PHS MD-70108



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hill, Bruce #138904          D.O.B.:9 / 01 / 65 |
|---|---|
| 9-22-05 3:15pm | R'cvd SCC/SACU w/I of I ¢ meds — O.Elleby |
| 1/3/05 | No show for sick call — |



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hill, Bruce    # 138707    D.O.B.: 9 11 16? |
|---|---|
| 10/7/05 | TO HCU re: ↓ B/P reschedule——— Clerk |
| 10/21/05 | "My Bones ache" |
| | c/o Bones aching w/ "prolonged standing & walking". |
| | Works on the farm. Report NO changes in ADL |
| | Tylenol helps some. Can't take NSAIDs. NO c/o voiced |
| | about deformity / Arthritis / weight changes / muscle |
| | weakness / history bone injury or trauma. Ø Balance issues voiced |
| | Associated so report black spots / headaches. However, |
| | has had these sx for 2days since 1st diagnosed w/ |
| | hypertension + no new changes. NO other complaints |
| | Ⓞ EXT w/p natural color 3+ pulses   to cramping |
| | No deformity. No joint swelling. Strength strong |
| | upper + lower extremities, ROM intact |
| | Ⓐ musculoskeletal pain |
| | — ↑Tylenol 35mg 2tabs Two pow pow. Pt keep |
| | KOP. |
| | — ↑fluid intake to prevent dehydration |
| | — √ creat |
| | —RTC if worsen sx or Ⓓ juice ??? no better |
| 12/21/05 | 20/NCP u, eval rash |
| | Ⓢ Pt return f √ of Rash. Pt got his |
| | steroid cream as ordered. |
| | Ⓞ Rash unchanged |
| | Ⓐ Rash. multiple find psor |
| | Ⓟ Pt seek to early to Recheck |

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

12/15/05 Pt with multiple pain & complaints

2450 ① Pt concerned that staff prevents him from seeing the
Doctor. Pt c/o a rash that been present for 3wk who
spreading and getting worst. NO s/s VD and last VDRL c
negative. Also c/o persistant pain in ℝ groin
which interferes with walking and standing. No history
of injury except for being hit by a ~~car~~ cow as a
child without known sequela

② alert in NAD

Tender LS spine no muscle spasm

Tender mns of ℝ groin to palpation - pt lifts ℝ leg extends
& grossly.

   Ⓛ shoulder - crepitus s limitation
   Ⓛ knee pops
   Bilat hand grip weakness

Ⓐ ① multiple joint pain
   ② Bilat hand pain c ↓ grip strength
   ③ Non specific rash almost ?generalized on arm
      legs

Ⓟ See order

                                    J Closanh [signature]



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES   178101

| Date/Time | Inmate's Name: Hill Bruce | D.O.B.: 9/1/65 |
|---|---|---|

1/6/06  1PM Received @ ICF Kitchen screening intake Checklist + referral to CC done
                                                        S. Haynes LPN

2/20/06 - CCC visit rescl due to inclement weather and — OHutRN —

3/27/06 - Seen in CCC by NP/nurse ——————  OHt LPN —

7/12/06 - Seen in CCC by NP/nurse ——————  OHt ts

8/1/06 Annual PE                                          DBRN

8/9/06 - No show CCC - Will resct ——————  OHt ts

8/11/06 - Seen in CCC by NP ——————  OHt ts —

8/11/06   Inmate was seen in CCC 7-12-06 + Since was
11:50AM  not taking clonidine placed on Atenolol —
         inmate is in clinic today c/o Unable
         to take Atenolol "It makes me sick + drowsy
         I am better off c̄ clonidine, I think I can come
         to Pill Call + get it."
         B.P 132/84       HR 76   RR 14   Temp 98.2  W.T 180
         PE no change since last visit
         A: HTN non compliant c̄ medication
         P: Not taking Atenolol, will put back on
         Clonidine → Monitor MAR if inmate taking the
         medication   S.Peursen ed CRNP
8/10/06 @ + Referral to CCC made ——————   J Ceric CRN
1440



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hill, Bruce | D.O.B.: 9 / 01 / 65 |
|---|---|---|

**5/02/06**
**0900**

(S) C/O bone aches + pains for 4 years. Mainly legs.

(PE) NAD c̄ nl gait

Angry affect c̄ poor eye contact. When there is eye contact, he uses it to intimidate.

**190 lbs** Lungs CTA c̄ good air movement.

**138/80** Heart RR s̄ m, S1S2 nl.

**98⁷** Abd soft, NT c̄ nl bowel sounds. No masses.

**104** Liver is @ costal margin.

**12** Both calfes measure 41 cm at mid point. There is good muscle tone. No atrophic skin changes.

He voluntarily performs SLR while removing shoes without pain. No atrophic skin or nail changes c̄ either foot. DP pulses 3 ⊕ Achilles DTR's 2⊕.

(Labs) All electrolytes nl

(XR) All x-rays nl

(A) Musculoskeletal pain, benign

(P) No work profiles at this time.
Tylenol 325, ī ī tabs po tid pro pain No KOP in keeping c̄ station.

ML Bosserman M1



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: 9 / 1 / 45 |
|-----------|----------------|---------------------|
| 10/10/06 | I/M received to RCI. Kitchen Screen complete ———————— J. Guice LPN | |
| 10/25/06 | I/m Out gates To Etowah Court ——————— E. Cato | |
| 11/8/06 | — Seen in CCC by NP/nurse —— Offstat | |

| Date/Time | Inmate's Name: | ...ll Bruce    138707 | D.O.B.: 9/1/65 |

11-15-06
13:00

S: Inmate Presenting to HCU c/o allergic to eye drops, red eyes, watery eyes for Past 3-4 days

O: NAD, Conjunctiva red, Watery clear discharge
PUPIL PEERLA, Cornea clear.
Noted on the (L) mandible slight swedling
∅ difficulty in swallowing, ⊘ adenopathy

A: Conjunctivits/

P: Admit to infimary
Will stop The eye drop, monite in infima
adviced inmate to Avoid rubbing The eyes
S. Poulried C&P

11/30/06
① No Complaints         Follow-up
② Both Eyes have Completely Cleared
③ As Above
④ Reassure



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hill, Bruce | D.O.B.: 9 11 165 |
|---|---|---|

| | |
|---|---|
| 1-19-07 1400 | S: PT c/o "BUMP ON MY EYEBALL" |
| | O: 0.5mm LESION ON EDGE OF EYELID OF ® EYE. |
| 13/P 140/88 | A: HORDEOLUM |
| P 82 | P: EXAMINE OPHTHAMIC OINT APPLY QHS x 7days, |
| R 16 | WARM COMPRESS, APPLY QID x 7days |
| T 99.1° | TYLENOL 325mg po 2 TID, PRN x 15days |
| | [signature] LPN |
| | |
| 1/24/07 | ① Small Hordeolum ® eye. Stead Symptoms. Not controlled by Zmtrc |
| | ② Rx per Orders [signature] |
| | |
| 3/9/07 1335 | CC: Thinks redness in ® eye is coming back — need to find out if/when they will do surgery on his eye. |
| | HPI: 41 y/o aa Male presents c̄ c/o thinking his ® eye is starting to turn red again. He thinks it is a result of toilet bowl brush being used on sink area he has been using during his entire stay. States the Dr. (Hobbs) is following him for a knot in his ® eye and await pending surgery for removal of knot. States this has been ongoing for a while. |
| | PE: Cooperative — No distress — Skin W&D Pupils equal reactive no redness or swelling noted — no drainage. Eye exam s̄ glasses OU = 20/50 - OS 20/50 - OD 20/50. |
| | cont. M Bakey RN [signature] |

60111 (5/85)          Comp   Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

**3/9/07 1335** Cont'd PE — Very tiny round firm knot area palpated at inner aspect/area of ® eye — No grimace noted when palpated. Assess: Possible Hordeolum

Plan: ① Obtain most recent records re ® eye
② Motrin 600mg ~~? PO BID PRN x 7 days~~
③ Keflex 250mg PO BID x 7 days
④ Eye Referral
⑤ RTC = 2 weeks - f/u

M. Baker, RN / Bln CRNP

---

**4/3/07 S** Sick call request
Pt requests antibiotics for lesion to eyelid. States lesion has been there x 6mos.

**O** Alert/NAD
(+) firm <.5cm lesion to upper lid @ medial canthus
Sclear Conjunctiva Clear

**A/P:** Small Chalazion ® Lid
✓ Pt referred → Opthalmology and findings consistent with consult (See Eye Examination Sheet 3/14/07)
✓ Explained benign nature of lesion and the fact that it is inflammation and not infection and does not require antibiotics. Offer pt information sheet which patient refuses. States "it would be a waste of your time and mine"
✓ Encourage pt to continue warm compresses/ massages.

Valerie Harcum

# PHS

**Prison Health
Services Inc.**

## INFIRMARY ADMISSION

INMATE NAME Hill, Bruce    DOC# 138707

ADMISSION DATE: 11/15/00

ADMITTING DIAGNOSIS: Rt eye irritation

ADMITTING PHYSICIAN: Poursaid

ESTIMATED LENGTH OF STAY:

## INFIRMARY DISCHARGE

DISCHARGE DATE:

DISCHARGING DIAGNOSIS:

DISCHARGING PHYSICIAN:



PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|-----------|---|
| 11/15/00 1400 | I/M admitted to infirmary c̄ severe eye irritation. Unable to see Dr. Hobbs until tomorrow, will hold in infirmary until seen by Hobbs ——————— J Grice |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|-----------------------------------|------|-----|-----|------|
| Hill, Bruce | | | B/M | LCF |

PHS-MD-70049                    Complete Both Sides Before Using Another Sheet



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## *Vital Signs Flow Sheet*

Patient Name: Hill, Bruce
Date of Birth: 09-01-1965

2006

| Date | 11/15 | 7/15 | 4/16 | 11/16 | | | | | | | | | | | |
|------|------|------|------|------|---|---|---|---|---|---|---|---|---|---|---|
| Time | 7:13 | 3:41 | 11:7 | | | | | | | | | | | | |

**TEMPERATURE**

| 104 | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | |
| 98 | 98° | 97° | 97° | 98.0 | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |

**BLOOD PRESSURE**

| 260 | | | | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | |
| 140 | 140 | | | | | | | | | | | | | | |
| 120 | 80 | 120 | 116 | 113 | | | | | | | | | | | |
| 100 | | 78 | 70 | 70 | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |

**PULSE**

| 160 | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | |
| 80 | 88 | 70 | 70 | 78 | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | |

**RESPIRATIONS**

| 40 | | | | | | | | | | | | | | | |
| 20 | 16 | 18 | 16 | 16 | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |

PHS-MD-70063

# INFIRMARY ASSESSMENT

DATE: 11/15/06    PATIENT: Hill, Bruce

KEY/DIRECTIONS:

- ✓ Assessment done; No changes found within established criteria.
- \* Assessment done; changes found outside established criteria, details in progress notes.
- # Notation in progress notes (indicate in signature/title block)
- PC Assessment done; changes found outside established criteria; secondary to pre-existing condition.

## PHYSICAL ASSESSMENT:

| | | 7-3 | | 3-11 | | | 11-7 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL |
| NEUROLOGICAL (A/A/O, memory intact, pearl, active ROM to all extremities, speech clear) | 7-3 | ✓ | JG | 3-11 | ✓ | | 11-7 | — | SC |
| NEUROVASCULAR (skin warm, dry, pink + peripheral pulses palpable, no edema, + sensation) | | ✓ | | | ✓ | | | — | |
| RESPIRATORY (rate 10-20 B/min at rest, quiet, regular, clear sputum, pink nailbeds, normal breath sounds) | | ✓ | | | ✓ | | | — | |
| CARDIOVASCULAR (S₁ & S₂ audible, + apical pulse, HR regular, VSS; skin warm/dry) | | ✓ | | | ✓ | | | — | |
| GASTROINTESTINAL (abdomen soft, + bowel sounds in all four quadrants) | | ✓ | | | ✓ | | | — | |
| GENTIOURINARY (urine clear, yellow to amber, no pain, void) (no vag/penile discharge) | | ✓ | | | ✓ | | | — | |
| INTEGUMENTATION (no rashes, no breakdown, no red areas) | | ✓ | | | ✓ | | | — | |
| MUSCULOSKELETAL (no joint swelling/tenderness /weakness) | | ✓ | | | ✓ | | | — | |
| PSYCH/SOCIAL (appearance, behavior, verbalization appropriate to situation) | | ✓ | | | ↓ | | | — | |
| PAIN (if relieved by meds, indicate in progress notes) | | \* | JG | 3-11 | ✳ | JG | | — | |

## IV THERAPY:    TYPE

HL-HEPLOCK    C-D-INT. JUGULAR
IV-INTRAVENOUS    #15-16 - EXT. JUGULAR
A-B-CVP

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| SITE #1 | | | |
| TYPE | | | |
| CONDITION | | | |
| SITE #2 | | | |
| TYPE | | | |
| CONDITION | | | |
| TIME DRESSING CHANGED | | | |
| TIME TUBING CHANGED | | | |
| RESTART: CATH GAUGE | | | |
| TIME | | | |
| LOCATION # | | | |

## INCISIONAL / WOUND CARE:

| | | | |
|---|---|---|---|
| LOCATION/IDENTIFY SITE | | | |
| SUTURES/CLIPS | | | |
| DRAINS, TYPE | | | |
| DRAINAGE TYPE | | | |
| TIME DRSG. CHANGED | | | |

RIGHT LEFT    LEFT RIGHT
ANTERIOR    POSTERIOR

SIGNATURES/TITLES:    JG J Gusica    Kewisplaury/m    SC emma

## PATIENT CARE/NOTES

| 11/15/06 | 7-3 | J Gusica | 1400 - Assessment complete. VSS. Presents Eye irritation x 2wks. Will hold until evaluated by Dr. Hobbs per Ms. Shala will monitor — J Gusica |
|---|---|---|---|
| 11/15/06 | 3-11 | Kewisplaury/m | Assess. done. VSS. ⊕ bil. sclera into reddened ⊕ bil. conjunctival redness. ⊕ photophilia. — Kewisplaury/m |
| | 11-7 | SC emma | Sleepmostly slept. Awakened |

INFIRMARY ASSESSMEN

PATIENT: Hill, Bruce

DATE: 11-16-06

KEY/DIRECTIONS:

☑ Assessment done; No changes found within established criteria.    # Notation in progress notes (indicate in signature/title block)

* Assessment done; changes found outside established criteria,    PC Assessment done; changes found outside established
   details in progress notes.    criteria; secondary to pre-existing condition.

**PHYSICAL ASSESSMENT:**

| | 7-3 | | | 3-11 | | | 11-7 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL |
| NEUROLOGICAL (A/A/O, MEMORY INTACT, PEARL, ACTIVE ROM TO ALL EXTREMITIES, SPEECH CLEAR) | 73 | ✓ | AS | | | | | | |
| NEUROVASCULAR (SKIN WARM, DRY, PINK + PERIPHERAL PULSES PALPABLE, NO EDEMA, + SENSATION) | | ✓ | | | | | | | |
| RESPIRATORY (RATE 10-20 B/MIN AT REST, QUIET, REGULAR, CLEAR SPUTUM, PINK NAILBEDS, NORMAL BREATH SOUNDS) | | ✓ | | | | | | | |
| CARDIOVASCULAR (S₁ S₂ AUDIBLE, + APICAL PULSE, HR REGULAR, VSS; SKIN WARM/DRY) | | ✓ | | | | | | | |
| GASTROINTESTINAL (ABDOMEN SOFT, + BOWEL SOUNDS IN ALL FOUR QUADRANTS) | | ✓ | | | | | | | |
| GENTIOURINARY (URINE CLEAR, YELLOW TO AMBER, NO PAIN, VOID) (NO VAG/PENILE DISCHARGE) | | ✓ | | | | | | | |
| INTEGUMENTATION (NO RASHES, NO BREAKDOWN, NO RED AREAS) | | ✓ | | | | | | | |
| MUSCULOSKELETAL (NO JOINT SWELLING/TENDERNESS WEAKNESS) | | ✓ | | | | | | | |
| PSYCH/SOCIAL (APPEARANCE, BEHAVIOR, VERBALIZATION APPROPRIATE TO SITUATION) | | ✓ | | | | | | | |
| PAIN (IF RELIEVED BY MEDS, INDICATE IN PROGRESS NOTES) | | N/A | | | | | | | |

| IV THERAPY: | TYPE | | 7-3 | | | 3-11 | | | 11-7 | |
|---|---|---|---|---|---|---|---|---|---|---|
| HL-HEPLOCK    C-D-INT. JUGULAR | | | | | | | | | | |
| IV-INTRAVENOUS    #15-16 - EXT. JUGULAR | | | | | | | | | | |
| A-B-CVP | SITE #1 | | | | | | | | | |
| | TYPE | | | | | | | | | |
| | CONDITION | | | | | | | | | |
| | SITE #2 | | | | | | | | | |
| | TYPE | | | | | | | | | |
| | CONDITION | | | | | | | | | |
| | TIME DRESSING CHANGED | | | | | | | | | |
| | TIME TUBING CHANGED | | | | | | | | | |
| | RESTART: CATH GAUGE | | | | | | | | | |
| | TIME | | | | | | | | | |
| | LOCATION # | | | | | | | | | |



RIGHT LEFT    LEFT RIGHT
ANTERIOR    POSTERIOR

**INCISIONAL/WOUND CARE:**

| | |
|---|---|
| LOCATION/IDENTIFY SITE | both eyes |
| SUTURES/CLIPS | Ø |
| DRAINS, TYPE | clear |
| DRAINAGE TYPE | |
| TIME DRSG. CHANGED | n/a |
| | AS Summs LPN |

SIGNATURES/TITLES:

**PATIENT CARE NOTES**

| 11-16-06 | 73 | AS Summs LPN | Assessment complete VSS, both eyes red and irritated c slight drainage noted, will monitor. AS |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY DISCHARGE

INMATE NAME: _Hill, Bruce_ DOC# _138707_

DISCHARGE DATE: _____

_____

DISCHARGING DIAGNOSIS: _____

_____

_____

DISCHARGING PHYSICIAN: _____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Hill, Bruce
13840A

D.O.B. 9/1/65
ALLERGIES: ASA

Use Last    Date 10/18/05

DIAGNOSIS (If Chg'd)
Schedule CC @ this camp please ASAP

10/21/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Blassetuc RNP

---

NAME: Hill Bruce
138704

D.O.B. 9/1/65
ALLERGIES: ASA    Staton 0749 @ N

Use Fourth    Date 10/5/05

DIAGNOSIS (If Chg'd)
✓ Please schedule CC HTN if not already done    done 9/6/05
Tylenol 325 mg ii po BID x 30days HHA/CRP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Lasiturnd

---

NAME: Hill, Bruce
138709

D.O.B. 9/1/65    Staton
ALLERGIES: ASA    081S

Use Third    Date 9/27/05

DIAGNOSIS (If Chg'd)
CC HTN - please schedule
May have Clonidine KOP
B/P V 2x/wk x 4 wks please inform inmate
( mild ↑↑↑ V 9/27/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Blassetuc CRNP

---

NAME: Hill, Bruce
138707

D.O.B. 9/1/65
ALLERGIES: NKDA   Hardy 8-30-05

Use Second    Date 8/30/05

DIAGNOSIS (If Chg'd)
① Clonidine 0.2 mg p.o. BID x 180d
② Tylenol 650 mg p.o. BID x 30d PRN
③ BP v's 2x/wk x 4wks (done per L Lawrence
                                                        HS

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Grdm CRNP

---

NAME: Hill, Bruce
138707

D.O.B. 9/1/65   Hardy 8-30-05
ALLERGIES: ASA NKDA    11 25 Am

Use First    Date 8/30/05

DIAGNOSIS
CCC - HTN
Eye clinic referral
EKG, CXR
CMP, CHO
T/O B Adams CRNP   Hardy, RN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Grdm CRNP

---

60110 (4/03)    MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Hill, Bruce 138707 | ⓐ Give Hydrocortisone cream 1% X 2 wk |
| | ① X-ray Both feet ② Ankles + both knee |
| D.O.B. 9/1/65 | Both hands. 1/2/05 no visit |
| ALLERGIES: ASA | ⑥ Zantac 150mg BID X 100 days |
| | ④ Naprosyn 375mg TID X 100 days 12/18/05 |
| Use Last    Date  /  / | ⑧ HCU visit c Dr Reese in 3-4 wk |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hill Bruce 138707 | DIAGNOSIS (If Chg'd) |
| | ① VDRL, and ② 97279 |
| D.O.B. 9/1/65 | ② X-ray - Both shoulder |
| ALLERGIES: ASA | - L-S spine |
| | - Both hips |
| Use Fourth    Date 12/15/05 | - Both knees |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hill, Bruce 138707 | DIAGNOSIS (If Chg'd) |
| | HCU walk-ins 1 wk 12/8/05 no visit |
| D.O.B. 9/1/65  Station 1430 | 12/8/05 |
| ALLERGIES: ASA | |
| Use Third    Date 12/8/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hill, Bruce | DIAGNOSIS (If Chg'd) |
| | Tylenol 5mg tab X 3 days |
| D.O.B. 9/1/65 | |
| ALLERGIES: ASA | |
| Use Second    Date 1/12/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hill, Bruce | DIAGNOSIS (If Chg'd) K Jones, LPN 10/21/05 3:35 pm |
| | Annual EYE Exam / urn submitted |
| D.O.B. 09/01/1965   Station 138707 | √ 275117 Chem 7 |
| ALLERGIES: ASA | Tylenol 325mg i - ii tabs po |
| | prn pain TID x 30 days |
| Use First    Date 0-01/05 1135 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  D-juice exam |

60110 (4/03)

MEDICAL RECORDS COPY



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Hill, Bruce 138707 | DIAGNOSIS (If Chg'd) Dose |
|---|---|
| | IAD PRT Trane X 6 mo    6 mo - 1 Tab e |
| D.O.B. 9/1/65    noted Maccan | APP Smith |
| ALLERGIES: | |
| Use Last    Date 8/12/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill Bruce 138707 | DIAGNOSIS (If Chg'd) |
|---|---|
| | Naprosyn 375mg + po BID x100 days |
| D.O.B. 9/1/65 | S. Poulmied CNP |
| ALLERGIES: NKDA | |
| Use Fourth    Date 3/27/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill, Bruce | DIAGNOSIS (If Chg'd) |
|---|---|
| | Clonidine .2mg + po BID x100 days |
| D.O.B. 9/1/65    Noted 3-1-06 | Zantac 150mg + po BID x100 days |
| ALLERGIES: NKDA | TO. Dr. Bosserman /McRipp |
| Use Third    Date 2/1/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill Bruce 138707 | DIAGNOSIS (If Chg'd) |
|---|---|
| | DF2 (fasting), Urine Microalbumin cr Ratio |
| | 1-10-06 |
| D.O.B. 9/1/1965 | S. Poulmied CNP |
| ALLERGIES: NKDA | |
| Use Second    Date 1/6/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill, Bruce Status 138707 | DIAGNOSIS |
|---|---|
| | D/c when KEP Program |
| D.O.B. 9/1/68 | Inmate to cane to pill call to |
| ALLERGIES: NKDA | get meds. |
| Use First    Date 12/7/05  1240 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)              MEDICAL RECORDS COPY



**PRISON HEALTH SERVICES INCORPORATED**

### PHYSICIANS' ORDERS

---

NAME: Hill Bruce
138707

D.O.B. 9,1,65
ALLERGIES: ASA

Use Last    Date 8,11,06

DIAGNOSIS (If Chg'd)
Clonidine 0.2 mg ↑ Po BID (Not KOP)
x90 days
Dc Atenolol
S. Poursaied CRNP    8/11/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hill Bruce
138707

D.O.B. 9,1,65
ALLERGIES: ASA

Use Fourth    Date 7,31,06

DIAGNOSIS (If Chg'd)
Schedule app in ccc
S. Poursaied CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hill Bruce

D.O.B. 9,1,65
ALLERGIES: ASA

Use Third    Date 7,27,06

DIAGNOSIS (If Chg'd)
Naprosyn 250mg ↑ Po BID x90 days
Schedule app in ccc
S. Poursaied CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hill Bruce
138707

D.O.B. 9,1,65
ALLERGIES: ASA

Use Second    Date 7,12,06

DIAGNOSIS (If Chg'd)
Dc clonidine
Atenolol 25mg ↑ Po QD x90 days
S. Poursaied CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hill Bruce
#138707

D.O.B. 9,1,65
ALLERGIES: ASA

Use First    Date 6,28,06

DIAGNOSIS
Clonidine HCL 0.2mg ÷ po BID x90d
Zantac 150mg ÷ po BID x90d
VO S Poursaied / Lidenap LPN
S. Poursaied CRNP    6/28/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

50110 (4/03)

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / <br> ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / <br> ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / <br> ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / <br> ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill, Bruce | DIAGNOSIS |
|---|---|
| | Zartac 150mg - po BID |
| | x 10 days |
| D.O.B. 9/1/65 | S. Rowland CRNP        9/1/06 |
| ALLERGIES: ASA | V.O. S. Townsend CRNP/sm |
| Use First    Date 9/1/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |




**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill Bruce 138707 | DIAGNOSIS (If Chg'd) Eye Patch x24 hour |
|---|---|
| | DP (Fasting) 1-23-07 |
| | EKG |
| D.O.B. 9,11,65 | Neomycin Sulfate Ophthalmic |
| ALLERGIES: NKDA | I to II drops in (R) eye |
| | x7days (given in the office |
| Use Fourth    Date 11/08/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   S.Poussied CRNP |

| NAME: Hill Bruce 138707 | DIAGNOSIS (If Chg'd) (Not kop) |
|---|---|
| | Clonidine .2mg = po BID x 90 days |
| D.O.B. 9 11 65 | Naproxen 250mg = po BID x 90 days PRN |
| ALLERGIES: NKDA 10/20/06 4pm | V.O. S.Poussaird CRNP/dmb |
| | S.Poussied CRP   10/20/06 |
| Use Third    Date 10/9/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill Bruce 138707 | DIAGNOSIS (If Chg'd) Appt 11/8/06 |
|---|---|
| | Schedule app in CCC |
| D.O.B. 9,1,65 | S.Poussied CRP |
| ALLERGIES: NKDA | 10/10/06 |
| Use Second    Date 10/10/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill, Bruce 138707 10/3/06 835A noted | DIAGNOSIS |
|---|---|
| | Clippers shave x30d |
| | Benzoyl Heroc 10% Lotion BID KOP PRN |
| D.O.B. 9,11,65 | x90d |
| ALLERGIES: NKDA | WB Adams CRNP/ shaver |
| Use First    Date 10/3/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |





**PRISON HEALTH SERVICES INCORPORATED**

### PHYSICIANS' ORDERS

NAME: *Hill, Bruce*
138707

D.O.B. 9/1/65

ALLERGIES: ASA

Use Last    Date /Apr/9?

DIAGNOSIS (If Chg'd)
Zantac 300mg ÷ BID x 50 Amp
d/c Zantac 150mg
(Neomycin (polymyxin) + Dexamethasone)
eye Sol'n ÷ (Tobradex 1qtts)
B/L 14

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: *Hill, Bruce*
138707

D.O.B. 9/1/65

ALLERGIES: ASA

Use Fourth    Date 12/1/06

DIAGNOSIS (If Chg'd)
Zantac 150mg ÷ po BID x 180 days
S. Poulard CRNP
V.O. S. Poulard CRNP/ND-

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: *Hill, Bruce*

D.O.B. 9/1/65  138707

ALLERGIES: ASA

Use Third    Date 6 Nov 06

DIAGNOSIS (If Chg'd)
① PZ4 430 NOS c MD
③ Discharge from infirmary

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: *Hill, Bruce*

D.O.B. 9/1/65  138707

ALLERGIES: ASA

Use Second    Date 6 Nov 06

DIAGNOSIS (If Chg'd)
① Ciprofloxin Ophthalmic Suspension
(Neomycin polymyxin B, & Dexamethasone)
Gtts II each eye BID X 14 days
② Provide 4x4's to pt to cleanse
Eyes

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: *Hill, Bruce*
138707

D.O.B. 9/1/65

ALLERGIES: ASA

Use First    Date 11/5/06

DIAGNOSIS
Admit to infirmary
S. Poulard CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)                **MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Hill, Bruce
138707

D.O.B. 9,1,65
ALLERGIES: ASA

Use Last    Date 2,6,07

DIAGNOSIS (If Chg'd)
Tylenol 325mg ʊ̄ Tid prn x 14day

Charles Hoard, CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hill Bruce
138707

D.O.B. 9,1,65
ALLERGIES: ASA

Use Fourth    Date 2,1,07

DIAGNOSIS (If Chg'd)
Repeat LP₂ (Fasting) 2-2-07
S. Poulmied CRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hill Bruce
138707

D.O.B. 9,1,65
ALLERGIES:

Use Third    Date 1,24,07

DIAGNOSIS (If Chg'd)
Ref. PAC    (KOP)
Omeprazole Capsules 20mg Each day x180days
Simethicone 80mg take II pc & HS x180days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hill Bruce
138707

D.O.B. 9,1,65
ALLERGIES: ASA

Use Second    Date 1,9,07

DIAGNOSIS (If Chg'd)
Tylenol 325mg ʊ̄ Tid, PRN x
14 days
Gentamicin Opthalmic Ointment
Apply QHS x 7days
when comp ms to R eye q 1d x 7day

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hill Bruce
138707

D.O.B. 9,1,65
ALLERGIES: ASA

Use First    Date 1,1,07

DIAGNOSIS
Clonidine .2mg ī po BID
x 180 days
S. Poulmied NP
r.o. S. Poulmard CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill, Bruce 138707A | DIAGNOSIS (If Chg'd) |
|---|---|
| 3/9/07 | 1) Eye Referral — ® eye |
| 3:10p | 2) Most recent records Rt: ® eye |
| noted Pharm | 3) RTC 2 weeks – Ju |
| D.O.B. 9/1/65 | 4) Keflex 250mg PO BID x 7 days |
| ALLERGIES: ASA | 5) Motrin 600mg PO BID x 7d - Pt Baker, RN |
| Use Third    Date 3/9/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill, Bruce 138707 | DIAGNOSIS (If Chg'd) |
|---|---|
| 3/5/07 | AFC BID KOP X 30d |
| 3:05p | |
| noted grm | |
| D.O.B. 9/1/65 | |
| ALLERGIES: Salicylates | UO B. Adams CRNP/JJram |
| Use Second    Date 3/5/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill, Bruce 138707 | DIAGNOSIS |
|---|---|
| | Renew: 1) Clonidine 0.2 mg p.o. BID X 90 days |
| noted @ 0945 2/28/07 | |
| D.O.B. 9/10/65 | V.O. Dr. Robins / _____ kn |
| ALLERGIES: Salicylates | |
| Date 02/28/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Hill_, _Bruce_____

                             LAST              FIRST          MI

**DATE OF BIRTH** _9-1-65_     SS# _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_

**Housing Recommendations:**

              General Population__X__

              Medical Observation Unit_____

              Lower Level/Lower Bunk_____

              Suicide Precautions_____

              Special Watch (15 Minute Checks)_____

              Isolation_____

              Initiate Universal Precautions_____

**Individual found to be:**

              Frail/Elderly_____

              Physically Handicapped_____

              Developmentally Disabled_____

              Drug/Alcohol Withdrawal_____

              Special Mental Health Needs____

              Expressed Suicidal Ideation_____

              History of Seizures_____

              Other _CC - HTN_

        Specify_____

Nurse _[signature]_____      Date _____

STAT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### BLOOD PRESSURE RECORD

INSTRUCTIONS: BP ✓    q T+ F X 4wks

PHYSICIAN: _____

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| 8/30/05 | 170/92 | L | SV |
| 9/2/05 | 140/100 | L | CK |
| 9/6/05 | 134/90 | L | LH |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NAME: Hill Brett    138702

LOCATION: E-32

60103 (3/98)

Prison Health Services
Treatment Record

*Laudo camp 3/27/05*

**Treatment Ordered:**

BP √ 2 x wk x 4 weeks          Mon + Fri

| Date 9/30 | Date 10/3 | Date 10/7 | Date 10/10 | Date 10/14 | Date 10/17 | Date 10/21 |
|---|---|---|---|---|---|---|
| 126/80 | 120/80 | | 120/80 | 1 | 128/80 | |
| C | JW | | gl | | JW | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| 138767 Hill, Bruce | ASA | Staton |

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: 9/6/05    Time: 0805    Facility: KCF    8/29

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ __TB

**Vital Signs:** BP 129/100 P 60    R 18    T 98⁴    WT 155 lbs
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:_____

ALLERGIES: NKDA    CURRENT DIET: Regular
MEDICATIONS:_____
DESCRIBE MED AND DIET ADHERANCE: good
DESCRIBE ANY MED SIDE EFFECTS: none
VACCINES: Flu ⊘    Pneumovax ⊘    Hep A ⊘    Hep B ⊘
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____: CD4 & HIV-RNA ___/___on_____:
Peak Flow___: LFTs____ on _____; Serum Drug Levels __ on _____; EKG _____; CXR 9-1-05

Medications:
Clonidine 0.2 mg p.o. BID
Tylenol ## tabs p.o. QD

Race — Af. Am.
Gender — Male

Lifestyle
diet
exercise
habits

Patient Educated on:
Risk Factors : non-modifiable vs modifiable

Inmate Signature X Bruce Lamar Hill #138707

Nurses Signature and Title ___ Jaquin RN

Hill, Bruce
NAME

138707
AIS

male
GENDER

Black
RACE

9-1-65
DOB

(01/31/05

Name: _____ RRW, WROEZ
DC _____ |_____ Race:____ Gender____ 13870

## Physician's Chronic Care Clinic

Date: 10/18/05      Time: _____      Facility: _____

Check all applicable CICs being evaluated: √ Card/HTN __DM__GI__ID__PUL__SZ __TB

**OBJECTIVE:**  BP ___/___ HR ___ RR ___ Temp ___Wt ___ Peak Flow ___

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

HTN 20yrs
Clonidine

No show for CC 10/19/05 @ noon

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:**

F/U:     Routine 90 days: _____

         Other _____

_____ MD
Physician

Problem List updated:     Yes     No

(01/31/05)

DOB: _____  Race: _____ Gender _____

Physician's Chronic Care Clinic

Date: 10/21/05    Time: 945    Facility: Staton

Check all applicable CICs being evaluated: ✓ Card/HTN __ DM_GI_ID_PUL_SZ_TB

**OBJECTIVE:** BP 128/94 HR 72 RR 20 Temp 98.6 Wt 177 Peak Flow ____ 82 Sat 99%

Allergies: ASA

Ht 5'10"   c/o cramping   see doctor progress notes

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

PMH:
⊕ HTN / Sickle cell Trait / Hepatitis Blackspot   A&O×3   NAD noted   08/30/05

SH: Cocaine abuse

FH:
Father died 59yo Heart Attack
Mother living 62yo Wheat DM HTN
Sister living 43yo Heart DZ
GM/GF Died Heart DZ

CV: nl
Lung CTOB Expansion equal
Abd BS ⊕
ENT w/o ∅ deformity
Strong strength bilaterally
3+ pulses NO joint tenderness
or swelling
BP ✓   No Show
09/30   10/10   10/7 & 10/14
126/80   120/80
10/3 120/80   10/17 120/80

142/104 / 74   AST 27
4.1/24 / 1.0   ALT 0/
GGT 8

Lipids 152 Chol 8.1/ 15.4/26
76 Trig   /48.1
78 LDL   MCV 87
MCH 27.
8/31/05 EKG/SR   MCHC 32.
8/30/05 CHEST / WNL
8/29/05 HIV NEG
UA NEG

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | Ⓖ | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | Ⓢ | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: ① HTN CPM – Stressed importance of keeping BP ✓
② Chronic headaches ↑ Tylenol 325 mg ī or īī tabs po Q 4 hr prn HA
③ Musculoskeletal pain Tylenol ✓ LBB for life imbalance.
④ Health Education – Heart Dt. r/t HTN

F/U: Routine 90 days: ✓ – Diet / exercise r/t HTN
– Risk factors for long term complication HTN
Other _____ – Hydration while working DYU cerup MD
to avoid Dehydration×   Physician

Problem List updated:  (Yes)   No

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Hill, Bruce | 138707 | 40 | B/m |

## Chronic Care Clinic
### Evaluation (New Patient) – Referral (Continue Follow-Up) Form

To:  **Unit Medical Doctor - Director**
**Chronic Care Clinic Nurse**

Referral Date: _1/6/04_

Referring Dept./Person: _D. Haynsip_

Name of Patient: _Hill Bruce_

AIS Number: _138701_ _____ Location: Limestone Correctional Facility

Reason Requesting Assessment: _HTN on meds · new_
_intake_

_____

_____

_____

_____

_____

_____

Due Date of Follow – Up Needed: _____

Chronic Care Clinic: _HTN_

Last Seen: _10/31/05_

***************Chronic Care Clinic Follow-Up Appointment******************

(Set By Chronic Care Clinic Nurse) Date: _2/06 – DH_

Form disbursement:
Nursing Intake Department
Physicals Department
Med. Surg. Unit
Mental Health Department
Doctor's Clinic
Chronic Care Nurse

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: _3/27/06_   Time: _12³⁰ PM_   Facility: _LCF_

Check all applicable CICs being evaluated: _✓_Card/HTN __DM_GI_ID_PUL_SZ_TB

Vital Signs: BP _142/80_ P _72_ R _16_ T _98_  Weight _194 lbs_

SUBJECTIVE: ___ C/o joint pains + Body aches ⟶ Refer to NP

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __ Dates: ___
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: __ Dates: ___
For seizure patients, list the # of witnessed seizures since the last CIC visits: __ Dates: ___

_Smokes 45 ½ pk_

ALLERGIES: _NKDA_  _ASA_   CURRENT DIET: _Regular_
MEDICATIONS: _See Below_
DESCRIBE MED AND DIET ADHERENCE: _Compliant_
DESCRIBE ANY MED SIDE EFFECTS: _None_
VACCINES: Flu ___ Pneumovax ___ Hep A ___ Hep B ___
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. ___
(This should equate to one inhaler per month)

Lab/Diagnostic test(s) w/ date(s): HbA1c __ on __ ; CD4 & HIV-RNA __ / __ on __
Peak Flow __ ; LFTs w/ __ on _11/10/06_ ; Serum Drug Levels __ on __ ; EKG __ ; CXR _8/05_

Medications:
_Naprosyn 375₹ TID PRN_
_Clonidine. 2y BID_
_Zantac 150 y BID_

_Reviewed c inmate_
_Verbalized understanding_

Patient Educated on:
_Meds + side effects / Diet (↓ Nat ↓ Fat) / Exercise / Lose wt /_
_Stop smoking / Risk Factors for CAD / S + S of TBP / 7# on intake_

Inmate Signature _Bruce L. Hill  138707   3-27-06_

Nurses Signature and Title _____

_Hill, Bruce_
NAME

_138707_
AIS

_M_
GENDER

_B_
RACE

_9/1/65_
DOB

01/31/05
Revised 5/18/2005

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _3/22/06_    Time: _12 40 pm_    Facility: _LCF_

Check all applicable CIC's being evaluated: _Card/HTN _DM _GI _ID _PUL _SZ _TB

**SUBJECTIVE:** C/o joint Pain, body ache Would like no long standi Profile, back brace

**OBJECTIVE:** BP _142/80_ HR _72_ RR _16_ Temp _98_ Wt _154_ Peak Flow -___

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

X-Ray Bilateral shoulder 12-21-05 nl
Bilateral Knees - nl
Lumber spine - nl
Bilateral hands - nl
Bilateral hips - nl
Bilateral Ankles/feet - nl

AXO X3 NAD, Angry affect
HEENT: nl, fundi benign
CV: RRR, S₁ S₂
PUL: CTA    GI, GU - nl
EXT: ⊕ Pulses ⊖ edema    Gait nl
CN II - XII grossly intake

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Contri | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** HTN - On clonidine - Continue c̄ Present tx
All the X-Ray's Chronic joint Pain - On Nafrosyn, Explained to inmate that the X-Ray's are nl, was seen by Dr Bosserman 3/2/06 For the sam

**F/U:** Routine 90 days: ✓ Other ____    Problem List Updated: (Yes)  No
Problem, Profile was denied, inmate left the office c̄ officer Arguing + mad.

_S. Poursied_____
Physician/NP/PA

_Hill, Bruce_
NAME

_138707_
AIS#

_M_
GENDER

_B_
RACE

_9/1/65_
DOB

(Revised 5/18/05)

# PRISON HEALTH SERV...

## Physician's Chronic Care Clinic

Date: 7/12/06 Time: 6:00 pm Facility: LCF

Check all applicable CIC's being evaluated: ✓ Card/HTN __DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** I am missing clonidine Pill Calls most of the time "I dont like to come out of my dorm that much I dont like to interact c̄ other people

**OBJECTIVE:** BP 130/84 HR 80 RR 14 Temp 97.5 Wt 196 Peak Flow —

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Smokes 5 a week. Cut The grass around the camp once a week Once a week w.t pile Occasional store visit

NAD, calm affect
HEENT: nl, fundi: benign
CV: RRR, S, S₂
Pul: CTA
GI, Gu - nl
Ext: ⊕ Pulses ⊖ edema

1/10/06
Chol - 179
TG - 43
HDL 75
LDL - 95

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD (circled) | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G (F) P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I (S) W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** HTN - Not taking clonidine on regular basis, will change it to Atenolol, actions side effects discussed c̄ inmate + not to stop the medication on his own, verbalized u+A
Target B.P is = 120/80 or <

F/U: Routine 90 days: ✓ Other ____ Problem List Updated: Yes (No)

S. Pousaied CRNP
Physician/NP/PA

Hill, Bruce
NAME

138707
AIS#

M
GENDER

B
RACE

9/1/65
DOB

(Revised 5/18/05)

M W Bosserman MD
7/18/06

**PHS**
PRISON HEALTH SERVICES INC.

DEPARTMENT OF CORRECTIONS
## NURSE'S
# CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| **DATE/TIME** 7/12/06 - 6PM | | | ASA |
| O: VS  T 97.9  P 80  R 19  WT 186/41 | | | HX a treadmill?   Y  (N) |
| BP  130/86   IF BP > 140/90 REFER TO MD/NP/PA | | | Date: ____ |
| Do you smoke?  "occess" | (Y) | N | HX bypass surgery:   Y  (N) |
| Use salt? | (Y) | N | Date: ____ |
| Family History of CVHTN? | (Y) | N | |
| Obese? | Y | (N) | |
| Stress? | Y | (N) | |
| Blurred vision  "occess" | (Y) | N | |
| Headache  "occess" | (Y) | N | |
| Fatigue | Y | (N) | |
| Muscle weakness | Y | (N) | |
| Polyuria | Y | (N) | |
| Epistaxis | Y | (N) | P: LABS REVIEWED ✓ |
| S.O.B.  "occess" | (Y) | N | Labs ordered |
| Compliant with meds | (Y) not | (N) | Last CMP-14 1/10/06 |
| KOP  "Clonidine not" | Y | (N) | Last EKG 8/05 |
| Counseled on risk factors  Describe:  BM / Htx / Smokes | (Y) | N | |
| Labs/EKG WNL              NA | (Y) | N | |
| CXR if over 50  9/05 | | | |
| Education Done  Sd s of P↓BP / ETBOIntake | (Y) | N | |
| Topic: Meds↓side effects / Diet / Exercise / | | (N) | **CURRENT MEDICATIONS:** |
| Recently admitted to hospital/infirmary | Y | (N) | Zantec 150 x BD |
| Notes: | | | Naprosyn 325 mg BID |
| | | | Clonidine .2 BID |
| "Come take Clonidine when I'm awake" | | | |
| | | | **Status:** (circle)  IMPROVED ~~UNCHANGED~~ WORSENED |
| | | | **Level of Control:** (circle)  (GOOD) FAIR  POOR |
| | | | CCC WITH NURSE (circle)  1, 2, (3) Months |
| | | | CCC WITH MD  (circle)  1, 2, (3) 4, 5, 6 Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Hill, Bruce | 138707 | 40 | BM | [signature] |

Control   Good---BP < 140/90
              Fair-----BP 140-160/90/100
              Poor----BP > 160/100

Status:   Improved---BP< previous visit
              Unchanged---BP unchanged
              Worsened----BP increased,

Bruce Hill  138707

## Chronic Care Clinic
## Evaluation (New Patient) – Referral (Continue Follow-Up) Form

**To:  Unit Medical Doctor - Director**
**Chronic Care Clinic Nurse**

**Referral Date:** _10 / 10 / 06_

**Referring Dept./Person:** _____

**Name of Patient:** _Hill, Bruce_

**AIS Number:** _138707_    **Location:** Limestone Correctional Facility

**Reason Requesting Assessment:** _____

_– HTN_

_– needs 2nd ppd done_

_1 Dec 06_

**Due Date of Follow – Up Needed:** _____

**Chronic Care Clinic:** _HTN_

**Last Seen:** _2/06_

**************Chronic Care Clinic Follow-Up Appointment******************

**(Set By Chronic Care Clinic Nurse) Date:** _11/06–AH_

Form disbursement:
Nursing Intake Department
Physicals Department
Med. Surg. Unit
Mental Health Department
Doctor's Clinic
Chronic Care Nurse

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 11/8/06    Time: 12pm    Facility: LCF

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

**SUBJECTIVE:** C/o infection in ® eye going on for 2 weeks + swelling to ⓛ side of the face.

**OBJECTIVE:** BP 86/128 HR 22 RR 18 Temp 98 Wt 188 Peak Flow ____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Ø Doc Job.
Smokes 2.5 a week
(not every week)
occassional store
visit.

NAD, Pleasant affect
HEENT: ® eye upper eyelid inside noted small
nodule, conjunctiva nl, fundi benign.
Ø adenopathy
CV: RRR S₁S₂ Ø
PUL: CTA
GI, GU-nl    Ext: ⊕ pulses ⊖ edema.

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** HTN - Continue c̄ clonidine 0.2mg Po BID
Chalazion - Inmate was seen + examined by Dr Hobbs
in the office and adviced for Neomycin sulfate eyedrop

**F/U:** Routine 90 days: ✓ Other ____    Problem List Updated: Yes (No)

T - II drops in ® eye x QD
Eye Patch x 24 hours
Warm compress
Reevaluate in 7 days

S Buthurier CRP
Physician/NP/PA

Hill Bruce
NAME

138707
AIS#

Male
GENDER

B
RACE

9/1/65
DOB

(Revised 5/18/05)

DEPARTMENT OF CORRECTIONS
NURSE'S
## CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME | 11/9/06 — 11 50 AM | | NKDA |
| O: VS T 9P. P 72 R 14 WT 188 lbs | | | HX a treadmill?   Y   N |
| BP 126/78   IF BP > 140/90 REFER TO MD/NP/PA | | | Date: |
| Do you smoke? | | Y   N | HX bypass surgery:   Y   N |
| Use salt? | | Y   N | Date: |
| Family History of CVHTN? | | Y   N | |
| Obese? | | Y   N | |
| Stress? | | Y   N | |
| Blurred vision | | Y   N | |
| Headache | | Y   N | |
| Fatigue | | Y   N | |
| Muscle weakness | | Y   N | |
| Polyuria | | Y   N | |
| Epistaxis | | Y   N | |
| S.O.B. | | Y   N | P: LABS REVIEWED |
| Compliant with meds | | Y   N | Labs ordered |
| KOP | " Clonidine " | Y   N | Last CMP-14  1/10/06 |
| Counseled on risk factors | | Y   N | Last EKG |
| Describe: BM/ Smoker/ Hx/ Envmnt Lifestyl | | | |
| Labs/EKG WNL | NA | Y   N | |
| CXR if over 50  9/1/05 | | | |
| Education Done  SAs of CCBP/ PW/Pation in can | | Y   N | Stepsnot |
| Topic: Meds & side effects/ Diet/ Exercise/ | | | Lwse wt/ |
| Recently admitted to hospital/infirmary | | Y   N | CURRENT MEDICATIONS: |
| Notes: | | | Clonidine .2g B2D |
| | (R) | | Zantec 150g B2D |
| " C/f infection too | | | Neprosyn 250g B2D |
| eye going on too | | | |
| 2w/6s " | | | Status: (circle) |
| | | | IMPROVED UNCHANGED WORSENED |
| | | | Level of Control: (circle) |
| | | | GOOD   FAIR   POOR |
| | | | CCC WITH NURSE (circle) |
| | | | 1, 2, (3) Months |
| | | | CCC WITH MD  (circle) |
| | | | 1, 2, (3) 4, 5, 6 Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Hill, Bruce | 138707 | 41 | Bm | |

Control   Good—BP < 140/90
Fair—BP 140-160/90/100
Poor—BP > 160/100

Status:   Improved----BP< previous visit
Unchanged—BP unchanged
Worsened----BP increased,

8/30/2005



138707    **HILL, BRUCE**

ESCAPE SHEET LCF

NAME: Hill, Bruce

AIS#: 138707-A    DOB: 09/01/1965    R/S:  B/M

HEIGHT: 5'9    WEIGHT: 170    HAIR: Black

EYES: Brown    SSN: 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

CUSTODY: Medium    AKA: SEE TIMESHEET

CURRENT AGE: 40    EDUCATION LEVEL: GED

NUMBER OF ESCAPES: None    JOB SKILL: Concrete

SCARS/TATTOOS:  None reported.

SENTENCE DATE: 07/02/1986 01/10/1990    ADMIT DATE: 08/29/2005    RELEASE DATE: (min.)  05/29/2081
                                                                  (long)  06/30/2084

TOTAL TERM:  99 years    COUNTIES OF CONVICTION: Etowah

CRIMES:  RSP II (X3).

EMERGENCY ADDRESS:  Barbara Hill (mo): 354 Starnes Rd  Gadsden AL 35901  256-492-3030

FAMILY MEMBERS:

SPOUSE:  Single.    M-GRANDPARENTS:  Dora Matthews:  South Carolina

MOTHER:  See EA    P-GRANDPARENTS:

FATHER:  Joe Lewis Congyers:  New York

SIBLINGS:  Cassandra Hill:  TN, TX, NC – she travels and has many homes all over the US.

Martha Hill:  Gadsden AL -- had no address or phone.

Cynthia Hill:  New York – did live with father, but she is on her own now.

CHILDREN    Bruce Hill, Jr.:  Gadsden AL

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: Limestone | Institution: Staton | ASA |

RECEIVED: Inmate/Health Record
Institution: Limestone
Date: 1/6/06  Time: 1  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
Staton

RECEIVING MEDICAL STATUS
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record
Institution: Staton
Date: 1/6/05  Time: 1:15  AM/PM

RELEASE FROM:
- [ ] Infirmary   [✓] Segregation
- [ ] Population   [ ] Mental Health
- [ ] Other

RELEASE TO:
- [ ] DOC   [ ] Infirmary   [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: ASA

PHYSICAL EXAMINATION
Date of last exam: 10/21/05
Chest X-Ray Date: 9/01/05  Result: neg
PPD Reading:
Classification:
Limitations:

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | 8/3/05 | ✓ | | Wears Glasses/Contacts | ✓ | | |
| Urinalysis | 8/12/05 | ✓ | | Dental Prosthesis | | ✓ | |
| HIV/RPR | 8/3/05 | | ✓ | Hearing Aide | | ✓ | |
| | | | | Other Prosthesis | | ✓ | D. Haynes |
| | | | | | | | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

HTN

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
Statn KOP
meds
See MAR

| | MEDICATIONS | [✓] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|---|
| | X-RAY FILM | [ ] Sent w / inmate | [✓] Not sent w / inmate |
| | HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |

Released to: DOC
Date: 1/6/06  Time: 1:15  AM/PM

| MEDICATIONS | [✓] Received | [ ] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [✓] Received | [ ] Not Received |
| CHART REVIEWED | [ ] YES | [ ] NO |

SCHEDULE FOR CHRONIC CARE CLINIC
DATE: _____  LAST CLINIC: 10/21/05

Received by: D. Haynes
Signature of Receiving Nurse
Date: 1/6/06  Time: 1  AM/PM

FOLLOW-UP CARE NEEDED
- [✓] Medical   [ ] Dental
- [ ] Mental Health

| Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|
| 1/6/06 | 1PM | Ms Hunt / D Haynes | Sch CCC - 2/06-00 |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | ✓ | |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | ✓ | |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | ✓ |
| | Appearance | | ✓ |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | ✓ |

| CONDITION | | | |
|---|---|---|---|
| | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

INTAKE
Sick Call Procedures Explained: ✓
Height: 5'10"
Weight: 178
Blood Pressure: 130/80
Temperature: 97.9
Pulse Resp.: 18  80
Other:

M. M____ LPN
Signature of Nurse Completing Assessment (Sending Nurse)

1/6/06
Date

D. Haynes LPN
Signature of Intake Screening Nurse (Receiving Nurse)

1/6/06
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Hill, Bruce | 138707 | 9-1-65 | B/m | SCC |

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME Hill, Bruce                    AIS# 138707

Medication Allergies: NKDA — ASA / ASA

Medical: Chronic (Long-Term) Problems
    Roman Numerals for Medical/Surgical

DOB 9/1/65

Mental Health Code: SMI  HARM  HIST  NONE
    Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 8/30/05 | HTN | | | BB |
| 9/01/05 | PPD ∅mm | | | No |
| | 11/23-2005 Hep B Vaccine #1 Lot # AHBVBOO4BA EXP: 1/20/06 | | | |
| 12/18/05 | Hep A/B Vaccine #2 | | | |
| 2/10/06 | No Mental Health problems | MH-O | | NW PMP |
| 6/23/06 | Hep A/B Vaccine #3 | | | Old |
| 8-1-06 | PPD -∅mm | | | Burns |
| 9-22-06 | PPD = ∅mm - 2 step PPD due in 10 weeks | | | XX |
| 12/11/06 | PPD -∅mm | | | AH |

**If Asthmatic label:  Mild – Moderate – or Severe.**

# MEDICAL INFORMATION TRANSFER FORM
## Confidential Medical Data

To: _Kilby_

From: __Medical Unit__
_Etowah_ __County Jail__

Inmate's Name: _Hill Bruce_         DOB: _9/1/65_

S.S.#: _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_

a/k/a:_____

MEDICAL PROBLEMS: _↑ B/P_

TREATMENTS/MEDICATIONS: _Clonidine 0.1mg # PO BID_
_Tylenol 325mg # BID_

ALLERGIES: _NKA_

PREGNANT:  Yes  No  Unknown

TB SKIN TEST: (Neg)  Pos  Date: _8/5/05_

CXR:  Neg  Pos  Date:_____

OTHER LAB DATA:_____

TESTED:
|  | | | Treated | Date |
|---|---|---|---|---|
| RPR: | Neg | Pos | Yes (No) | _____ |
| VDRL: | Neg | Pos | Yes (No) | _____ |
| GC: | Neg | Pos | Yes (No) | _____ |
| Other:_____ | | | Yes (No) | |

PERSON COMPLETING FORM: _Regina Willis LPN_

Printed Name: _Regina Willis LPN_      Date: _8/28/05_

Southern Health Partners, Inc.
Confidential Medical Information



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

| Date: 8/24/05 | AIS#: 138707. |
|---|---|

| Last Name: Hill | First: Bruce | Middle: |
|---|---|---|
| Birthplace: Englewood, New Jersey | DOB: 9/1/65 | SS#: 423 92 2220 |

| **FEMALES:** Pregnancy test: (circle one)  Positive  Negative | B/P 128/85  Temp 98.8  Pulse 95  Resp. 20  Weight 160 |
|---|---|
| | FSBS 122  If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
Acut Bronchitis  8/3/05 Gaston Regional, DR, Enfinger

Previous Incarcerations (Date & Facility)
2000, KCF, St. Clair

| Medications: ☐None Clonidine, Tylenol | Special Diet (Prescribed) NO |
|---|---|
| Allergies: ☐NKA ASA, | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form)  NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

### CLINICAL OBSERVATIONS

| | |
|---|---|
| 1) Level of Consciousness: (✓) Alert  ( ) Oriented; time, place, person  ( ) Lethargic ( ) Stuporous ( ) Comatose  Describe: | 3) Substance Abuse:  ( ) Yes  (✓) No  ( ) Suspected  ( ) Current intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms  ( ) Drugs ( ) Alcohol  Describe- What kind? Amount/Frequency?  • If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.  Last Use: (Time/Date): |
| 2) General Appearance  (✓) Normal ( ) Abnormal  3) Signs of Trauma  ( ) Yes  (✓) No | |
| 4a) Behavior/Conduct: (✓) Calm  (✓) Cooperative  ( ) Non-Violent  ( ) Agitated  ( ) Uncooperative  ( ) Violent  ( ) Manipulative  ( ) Disorganized  Describe: | 4b) Affect/Mood: (✓) Normal ( ) Manic  ( ) Depressed  ( ) Euphoria  ( ) Flat  ( ) Emotionally Confused  Describe: |
| 4c) Perceptions:  ( ) Delusional  ( ) Hallucinations | ( ) Hearing Voices |
| 5a) Is there h/o actual suicide attempt?  ( ) Yes (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No |
| 5c) Is there evidence | 5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No |
| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:  *Any abnormal observations #4 or 5 require immediate Mental Health Referral. | Triggers for Suicide Watch  - Currently Suicidal  - History of actual attempt  - Fails to maintain control on  Close Watch    Y or N | Triggers for Close Watch  - Emotionally distraught and unable to regain composure by end of intake process  - Actively hallucinating or not making any sense   Y or N |
| 6a) Communication Difficulties  ( ) Yes  (✓) No | 6b) Memory Defects  ( ) Yes  (✓) No |
| 6c) Hearing Impairment  ( ) Yes  (✓) No | 6d) Speech Difficulties  ( ) Yes  (✓) No |
| 7) Physical Aids: ( ) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches  ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other | |

8) Additional comments, complaints, symptoms:  ☐ None
S) High Blood Pressure, Cramps in V extremeties,

0)   Fever  Y  (N)        Swollen Glands  Y  (N)        Signs of Infection  Y  (N)        Skin Intact  (Y)  N

A)

P)

If known Diabetic * Call M.D. for order _____.  Initial Insulin given: _____.

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for

health services to be provided to me by and through PRISON HEALTH SERVICES.

Bruce Lamar Hill                                    R. Laurence
Inmate's Signature/Date



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

*Barbara Ann Hill*            *Mother*
**Name**                              **Relationship**

*354 Staines Park Gadsden 35901*    *256-492-3030*
**Street Address**                              **Phone Number**

*Gadsden*              *Alabama*    *35901*
**City**                  **State**      **Zip Code**

*Bruce Lamar Hill*    *138707*  *422 92 2220*  *8/29/05*
**Inmate Signature**        **AIS#**      **SS#**        **Date**

*Williams*                              *8/29/05*
**Witness**                                      **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Hill, Bruce. | 138707 | 9/1/65 | B/m | Kilby |

# RECEIVING SCREENING FORM

INMATE'S NAME: Hill, Bruce          DATE: 8/29/05   TIME: 1030 am

DOB: 9-1-65     OFFICER: R Boyd     INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | ___ |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | ___ | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | ___ | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | ___ | X |
| Is the skin in poor condition or show signs of vermin or rashes? | ___ | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? | ___ | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | ___ | X |
| Is the inmate making any verbal threats to staff or other inmates? | ___ | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | ___ | X |
| Does the inmate have any obvious physical handicaps? | ___ | X |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    X   a.  Released for normal processing

_____ b.  Referred to health care unit

_____ c.  Immediately sent to the health care unit.

_R. Boyd_____
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

INTAKE HEALTH EVALUATION

NAME: Hill Bruce
AIS #: 138707
D.O.B.: 9-1-65

Age 39  Sex M  Race B  Height 5'10"  Weight 160
Temp: 97.9  B/P: 148/90  Pulse: 68  Resp: 20
** B/P – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma 2000 | ✓ | | Gastritis | | | **HIV/AIDS ***** | | ✓ |
| Loss of Consciousness 2000 | ✓ | | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | ✓ | | Bleeding Coughing 1week ago | ✓ | | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | ✓ | | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse! cocaine, mj | ✓ | | Regularity | | |
| High Blood Pressure | ✓ | | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or (Trait) | ✓ | | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | T.B. | | ✓ | Type: | | |
| Asthma * | | ✓ | PPD - date given: 8-30-05 | | | | | |
| *Peak Flow Reading | | | RFA/(LFA) | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: 9-01-05 | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: ∅ mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD      OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/40 | | | EKG (@ age 35) | | |

Immunization History: _____

Immunizations Needed: _____

***HIV Medications: _____

Acute or Chronic Problem Noted: (Y)   N   Refer to (Mid-Level) or M.D. if yes.

RN or Mid-Level, Signature _____        Date/Time  8/30/05 @ 1114

60511-AL

INTAKE HEALTH APPRAISAL

NAME:_____    _____
AIS#:_____    _____
D.O.B.:_____    R/S_____

**HEALTH CLASSIFICATIONS:**
(Circle One)

1 – **No Restrictions**

2 – **Temporary Restrictions**
   See Special Needs Form
3 – **Permanent Restrictions**
   See Special Needs Form
4 – **A&I (Aged & Infirmed)**

5 – **Not Determined**
   Recheck_____.

**PLACEMENT:**

General Population        (✗)
Emergency Department   ( )
Isolation               ( )
Medical Observation     ( )
Other_____

**REFERRAL:**
CCC Placement        ↙

Clinic(s)____Cv/HTN____
   See MD/Mid-Level flow sheet
   for clinic(s).
Medical          ( )
Dental           ( )
Mental Health    ( )
Other_____
When: ( ) Immediately
      ( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____
_____

| APPRAISAL | | N | Abn/Comment |
|---|---|---|---|
| General Movement | Deformity Pain, Bleeding Habitus, Hygiene | ✓ | |
| Neuro | Mental Status Intox Withdrawal, Tremor Neuro-Deficits | ✓ | |
| Skin | Injury, Bruises, Trauma Jaundice Diaphoretic Rash, Lesions, Infestations Needle Marks Color, Turgor | ✓ | Tattus – 1 scars – ⓇFA, Ⓡmshield |
| Head | Normocaphalic Atraumatic Hair, Scalp | ✓ | |
| Eyes | Glasses/Vision Pupils Sclera, Conjunctiva | ✓ | |
| Ears | Appearance Canals, TMs, Hearing | ✓ | |
| Nose | Epistaxis Sinuses | ✓ | |
| Throat | Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | ✓ | |
| Neck | C-Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | ✓ | |
| Chest | Config. Ausc/Resp Cough/Sputum Breast/Masses | ✓ | |
| Heart | Ausc Rate, Rhythm Murmurs, Ectopy | ✓ | |
| Abdomen | Bowel Sounds Palp, G/R/T, Hernia | ✓ | |
| GU | Flank Tenderness Bladder Tenderness/Distention | ✓ | |
| Back | ROM, Spasm, Injury | ✓ | |
| Extremities | Edema, Pulse | ✓ | |
| Genitals | Injuries/Lesions | | deferred 8/30/05 @ 11:46 |
| Pelvic Pap | | | |
| Rectal/Guiac | (required @ 45 and up) Deferred/follow-up: | | |

Medications Ordered: _____

1) HTN
   - Cont. meds
   - Routine tests
   - CCC

_____  CRNP    8/30/05
M.D. or Mid-Level Signature        Date/Time

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _Bruce Lamar Hill_ _____ Date _8/30/05_ _____

AIS# _138707_ _____

Medical Staff _MMardy, rpel_ _____ Date __8-30-05__ _____

4/13/04

_TON CORRECTIONAL CENT_
RECEIVING SCREENING FORM

INMATE'S NAME: Bruce Hill     AIS# 138707     DATE: 9-21-05

TIME: 9:29     DOB: 9-1-65     OFFICER: Yelder

### Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| 1. Is the inmate conscious? | ✓ | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? | | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? | | ✓ |
| 10. Does the inmate have any obvious physical handicaps? | | ✓ |
| 11 Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | ✓ | |
| 12. Do you want to talk to a mental health counselor? a. Did inmate respond? | ✓ | ✓ |
| 13. Do you have epilepsy? | | ✓ |
| 14. Do you have any medical problems we should know about? | | ✓ |

**FOR THE OFFICER: (circle action)**
15. The inmate was   A: Released for normal processing.  B: Referred to appropriate health care unit.
    C: Immediately sent to health care unit

Bruce L. Hill 138707                    L. Yelder
INMATE'S SIGNATURE/AIS #                OFFICER'S SIGNATURE

**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _STGM_ | Institution: _Kilby_ | _ASA_ |
| Date: ___ Time: ___ AM/PM | Date: _9/20/05_ Time: _2000_ AM/PM | PHYSICAL EXAMINATION |
| RECEIVED FROM: | RELEASE FROM: | Date of last exam: ___ |
| Institution/Work Release Center/Free-World Hospital | ☐ Infirmary ☐ Segregation | |
| | ☑ Population ☐ Mental Health | Chest X-Ray Date: ___ Result: ___ |
| RECEIVING MEDICAL STATUS | ☐ Other ___ | PPD Reading _9/1/05_ _0mm_ |
| ☑ Population | RELEASE TO: | Classification: ___ |
| ☐ Infirmary | ☑ DOC ☐ Infirmary ☐ Mental Health | Limitations: ___ |
| ☐ Isolation | Institution/Work Release Center/Free-World Hospital | |

| LAB RESULTS - - LAST REPORT | | | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | Wears Glasses/Contacts | ☐ | ☑ | |
| CBC | 8/30/05 | ☑ | ☐ | Dental Prosthesis | ☑ | ☑ | _W. Wilson_ |
| Urinalysis | 8/30/05 | ☐ | ☐ | Hearing Aide | | ☑ | |
| | | | | Other Prosthesis | | ☑ | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

_HTN_                    _Hx bronchitis_

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | | |
|---|---|---|
| _Clonidine 0.2mg po Bid_ | MEDICATIONS | ☑ Sent w / inmate ☐ Not sent w / inmate |
| _x 180dy 8/30/05_ | X-RAY FILM | ☐ Sent w / inmate ☐ Not sent w / inmate |
| _Tylenol 650mg po Bid_ | HEALTH RECORD | ☐ Sent w / inmate ☐ Not sent w / inmate |
| _x PRN x 30dys 8/30/05 - 9/30/05_ | Released to: ___ | |

Date: ___ Time: ___ AM/PM

| | | |
|---|---|---|
| | MEDICATIONS | ☑ Received ☑ Not Received |
| | X-RAY FILM | ☐ Received ☐ Not Received |
| SCHEDULE FOR CHRONIC CARE CLINIC | HEALTH RECORD | ☑ Received ☐ Not Received |
| | CHART REVIEWED | ☑ YES ☐ NO |
| DATE: ___ LAST CLINIC: ___ | Received by: _MW_ | |
| | Signature of Receiving Nurse | |
| | Date: _9/21/05_ Time: _1230_ AM/PM | |

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical ☐ Dental | | | ___ | ___ |
| ☐ Mental Health | | | ___ | ___ |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | ☑ | |
| Mental Illness | | ☑ |
| Suicide Attempt | | ☑ |
| Chronic Care | ☑ | |

| STATUS | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | ☑ |
| Lice | | ☑ |
| Edema | | ☑ |
| Warm & Dry | ☑ | |
| Cool & Moist | | |

| CONDITION | | |
|---|---|---|
| Alert | ☑ | |
| Oriented | ☑ | |
| Uncooperative | | ☑ |
| Depressed | | ☑ |

| INTAKE | Yes | No |
|---|---|---|
| Sick Call Procedures Explained | | ✓ |
| Height | | _5'10"_ |
| Weight | | _160_ |
| Blood Pressure | | _128/101_ |
| Temperature | | _98_ |
| Pulse Resp. | | _68-18_ |
| Other ___ | | |

Signature of Nurse Completing Assessment (Sending Nurse)

_9/20/05_ Date

Signature of Intake Screening Nurse (Receiving Nurse)    _9/25-5_ Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| _HILL, BRUCE_ | _138707_ | _09/11/65_ | _B/M_ | _KC_ |

## Access to Care
### Prison Health Services
### Alabama Department of Corrections

Incarcerated individuals are afforded timely access to care to meet their serious medical, dental and mental health needs in each health care unit.

In emergency situations you are to advise the nearest correctional officer for immediate health services activation.

Inmates in population areas may fill out a routine sick call request form and place the completed form in the sick call collection locked box conveniently located in your facility for daily medical collection and routing to the correct health division.

Population, weekend and holiday sick call written request are reviewed by nurse triage staff each day – weekends and holidays. Those identified as unable to medically wait for the next routine and scheduled nurse triage will be located for necessary assessment. Those found able to wait for the next regularly scheduled nurse triage encounter will be forwarded for review during normal operating hours.

Inmates in lock down or single cells (segregation) may give their sick call request daily to nursing service. You will be contacted within a 24 hour timeframe barring extenuating circumstances.

Incarcerated individuals are not punished for seeking care for their serious health needs.

You will not be denied access to care or care services by medical staff based on any inability to meet co-pay assessments. There is no charge for physicals as scheduled by medical staff, chronic care, medical initiated care, follow-up care (to include test results) or public health care needs.

Inmate health care encounters in each institution are set in accordance with institutional requirements as approved by the Warden.

Medical grievance forms concerning health services may be obtained in the same manner as sick call request forms and returned to health services in the same manner. In segregation you may also ask a correctional officer for a medical grievance form and return the completed form to the officer for forwarding to the unit Health Services Administrator for review. If you are unable to resolve the initial grievance submitted you will be issued a formal grievance for completion by the Health Services Administrator. This form is to be returned to the Health Services Administrator at your site. Grievances are reviewed within three days of receipt.

If you are eligible for our Keep on Person medication program you will be advised and offered the opportunity to participate.

Some over the counter medications are available to you in the canteen. Over the counter medications are not issued from health services as Keep on Person medication.

Medical staff is unable to release your health information to family members.

If you initiate a medical care encounter and are scheduled an appointment for medical or dental services, you are expected to keep your appointment or sign a release of liability form prior to the scheduled encounter. Medication is to be taken as ordered. If you miss your medication you are subject to a counsel by medical staff. Your medical care is important. This is a joint effort between the patient, department of corrections and Prison Health Services.

Your assigned institution will provide you a copy of pill call times, sick call times and other unit specific information you should be aware of.

Staton Correctional Facility:

Sick call is performed at 7:00 pm in the health care unit Monday through Friday. All completed sick call requests and grievances must be placed in the locked sick call request box located beside the pill call window. All sick call requests must be completed and turned in by 2:30 pm daily.

Pill call is performed three times a day from the pill call room located in the common area at the times stated below. Pill call is subject to change by health care unit and security.

1. Morning pill call: 3:30 am
2. Noon pill call: 11:00 am
3. Evening pill call: 3:30 pm

Any dental, medical, or mental health educational information can be obtained through a written request to the Health Services Administrator.

I have had the opportunity to ask questions concerning the above information, and I have received a copy.

Inmate Signature: _Bruce Hill #138707_    Date: _9-25-8_

Nurse Signature _____    Date: _9-25-5_

4/13/04

PRISON HEALTH SERVIC
CHOICES Program and Palliative Care

Advanced Medical Directives

Patient Name___*Hill*_____*Bruce*_____ #_*B/138707*___
                Last           First         MI

Institution___*LCF*_____ Location *Gen Pop* DOB *9 1 1 65*

X I, *Bruce L. Hill 138707*_____, make the following
advanced directives to be followed if and when I become incapacitated and/or
terminally ill and unable to make decisions for myself.  I understand that I may
revoke the directives at any time.

☐ **Do not perform CPR.**

☐ **Do not use a defibrillator to shock my heart.**

☐ **Do not put me on a ventilator.**

☐ **Do not administer blood products.**

☐ **Do not administer IV fluids.**

☐ **Do not administer antibiotics.**

☐ **Do not use any artificial means to prolong a vegetative state.**

☐ **Do not order fruitless tests or procedures.**

☐ **Other** _____

_____

_____

Signature *Bruce L. Hill 138707*_____ Date _*1 16 06*_

Witness *DHaynes LPN*_____ Date _*1 16 06*_

Attending Physician_____ Date __/__/__

Advanced Directives (CHOICES and Palliative Care)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

| | |
|---|---|
| _Bachra    Hill_ | _mother_ |
| Name | Relationship |
| _354   Starnes Park_ | _256- 492- 3030_ |
| Street Address | Phone Number |
| _Gadsden_    _Al_ | _35901_ |
| City    State | Zip Code |

_Bruce L Will 138707_     _138707_    _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_   _1-6-06_
Inmate Signature          Doc#         S.S.#         Date

_DHaynes LPN_                                        _1-6-06_
Witness                                              Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| _Hill,    Bruce_ | _138707_ | _9-1-65_ | _B/m_ | _LCF_ |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)



PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

# CONSENT TO TREAT FORM

(ROUTINE MEDICAL TREATMENT)

The inmate whose signature appears below does hereby grant authority to
administer and perform routine examinations, treatments of minor illnesses and
injuries, medications, and diagnostic procedures which may, during the course of
the inmate's incarceration, be deemed advisable or necessary by physicians,
dentists, registered nurses, or psychiatrists serving as contract providers. The
individual reserves the right to refuse any medical or surgical treatment. <u>Refusal
must be documented in writing VIA release of responsibility</u>. This consent
also releases the medical record of the undersigned inmate in the whole or part to any
outside consultant providing treatment or other services to the inmate on referral basis.

x _Bruce L. Hill #138707_                    _1-6-06_
Signature of Inmate                          Date

_D Haynes LPN_                               _1-6-06_
Witness                                      Date

| INMATE NAME (LAST, FIRST, MIDDLE) | ID # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| _Hill, Bruce_ | 138707 | 9-1-65 | B/m | LCF |

PHS MD- 70030 (rev. 11/99)

PRISON HEALTH SERVICE
Alabama Department of Corrections
KOP Medication Protocol

The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication correctly, they will be removed from the list and face possible disciplinary actions. The KOP medications will include formulary medications.

1. The inmate will have in his possession the medication in blister pack. The inmate should take the medication as directed on the package sticker.

2. The inmate is to bring the package to the infirmary when he gets down to the reorder row of pills so the nursing staff can pull the sticker off the card and reorder. If the inmate waits until they have finished the last row of pills before coming to the nurse, they are likely to run out before their order comes in. The card will be checked at this time against the MAR to determine if the number of pills remaining is accurate (not too many left, not too few). This will be noted by looking at the date the card was given. Each inmate is responsible for keeping their medication in a secure area. We will not be responsible for stolen medications.

3. When the inmate receives their card of medication, usually #30 tabs per card, they should pop them out in numerical order, i.e. #30, #29, etc.

4. In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or has been known to be non-compliant in the past. The inmate will be required to come to the infirmary and sign a KOP agreement that we have formulated. At this time the staff will explain the procedure to the inmate and document that the information was explained and the individual can again sign that the program has been explained in its entirety.

5. Once we have established the program, others will be free to request to be placed on KOP. If research finds that he will qualify, we will repeat the above with this individual.

6. We will not place just anyone on KOP. The individual must have past history evaluated first. This program will not include out-patient or inpatient mental health inmates.

7. Inmates may be requested to present for a medication check at any time to see that the correct number of pills are accounted for. The Medical Staff will be doing random checks for compliance.

8. The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions.

Inmate Signature: _Bruce L Hill 138787_    AIS #: _B/138707_

Nurse Signature: _DHaynes LPN_    Date: _1-6-06_

_Bruce Hill_

# PHS

**Prison Health Services**

Limestone Correctional Facility

## INTAKE CHECKLIST

Inmate Name: _Hill Bruce_ , _____ AIS #: _____

### Holding Area:

| | | |
|---|---|---|
| ✓ | 1. | Kitchen clearance physical assessment with vital signs |
| ✓ | 2. | Consent to treat form |
| ✓ | 3. | Notification of next of kin |
| ✓ | 4. | Advance medical directive |
| ✓ | 5. | Check status Hep A/B – Notify Ms. Debbie Hunt |
| ✓ | 6. | Verbal explanation re: access to health care services, especially sick call |
| ✓ | 7. | Handicapped / Vision or Hearing Impairment / Language or Speech Impairment |

### Chart Review:

| | | |
|---|---|---|
| ✓ | 1. | Signing required areas on transfer and receiving screening form |
| ✓ | 2. | PPD status |
| ✓ | 3. | Current lab results |
| ✓ | 4. | Glasses, dental, or other prosthesis |
| ✓ | 5. | Allergies |
| ✓ | 6. | Meds, jacket, x-ray received |
| ✓ | 7. | Follow-up care needed |
| ✓ | 8. | Intake re: vital signs, skin and mental status |
| ✓ | 9. | Nursing progress note and referral, when needed to CC or MH |
| ✓ | 10. | Notify MD or CRNP about anything re: the new inmate* |

- Medical notification for MD/CRNP within 48 hours, especially for:
  - o Reactive PPD
  - o Sutures
  - o Positive PPD without treatment
  - o Medication
  - o HIV
  - o Anything abnormal that may require immediate care

- MD needs to know about labs:
  - o RPR
  - o HIV

_D. Haynes LPN_     _1/6/04_
Intake Nurse Signature          Date

Created: 11/23/05
Revised: 11/30/2005

DOC N610
09/87

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATES NAME: *HILL, BRUCE B/138707*   DATE: *1-6-06*   TIME: *11:40AM*

DOB: *9-1-65*   OFFICER: *K. Cossey, COI*   INSTITUTION: *LCF*

BOOKING OFFICERS VISUAL OPINION

|  | Yes | No |
|---|---|---|
| 1. Is the Inmate Conscious ? | Yes |  |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services ? |  | X |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care ? |  | X |
| 4. Any obvious fever, swollen lymphnodes, jaundice, or other evidence of infection which might spread through the institution ? |  | X |
| 5. Is the skin in poor condition or show signs of vermin or rashes ? |  | X |
| 6. Does the inmate appear to be under the influence of Alcohol, or Drugs ? |  | X |
| 7. Are there any visible signs or Alcohl or Drug withdrawal ? (Extreme perspiration, shakes, nausea, pinpoint pupils etc) |  | X |
| 8. Is the inmate making any verbal threats to staff or other inmates ? |  | X |
| 9. Is the inmate carring any medication or report that he is on any medication which must be continuously administered or available ? |  | X |
| 10. Does the inmate have any obvious physical handicaps ? |  | X |

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

| 11. Are you presently taking medication for diabetes, heart disease, seizure, athritis, asthma, ulcers, (high blood pressure) or psychiatric disorder?  *PAIN* | ✓ |  |
|---|---|---|
| 12. Are you on any special diet prescribed by a physician ? (if yes - what type ? ) |  | X |
| 13. Do you have a history of veneral disease or abnormal discharge ? |  | X |
| 14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness ? |  | X |
| 15. Have you ever attempted suicide ? (If yes - When ?_____ How ?_____) |  | X |
| 16. Do you want to do any harm to yourself now ? |  | X |



**PHS**
PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

| I. | HISTORY – (LPN or RN) | YES | NO | COMMENT(S) |
|---|---|---|---|---|
| | Weight Change (greater 15 lbs.) *gain* | ✓ | | 160 - 1yr ago |
| | (Compare Weight Below) | | | Last weight at least 6 months ago |
| | Persistent Cough | | | |
| | Chest Pain | ✓ | | yrs ago - worked in ER |
| | Blood in Urine or Stool | | ✓ | |
| | Difficult Urination | | ✓ | |
| | Other Illnesses (Details) | ✓ | | HTN - CCC - apt 8-9- |
| | Smoke Dip or Chew | | ✓ | occasional |
| | ALLERGIES | | | ASA |

Weight 135 Height 5'9'' Temp 98³ Pulse 92 Resp 16 Blood Pressure 112/74

Eye Exam: OD Dec. 05 OU

If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.

| II. | TESTING – (LPN or RN) | RESULTS |
|---|---|---|
| | Tuberculin Skin Test (q yr) | Date given 8/1/06 Site R FA |
| | | Read on 9/3/06 Results 0 mm |
| | Past Positive TB Skin Test → | Survey Completed — |
| | (Chest x-ray if clinical symptoms) | Date ____ Results — |
| | RPR (q 3 yrs) | Date 8-30-05 Results NR |
| | EKG (baseline at 35, over 45 q 3 yrs) | 8-31-05 |
| | Cholesterol (at 35 then q 5 yrs) | 1-10-06 |
| | Finger Stick Blood Sugar | Results 133 |
| | * If > than 200 repeat Finger Stick BS within 48 hours | Results — ate 3 hours ago |
| | Optometry Exam (@ 50 if not already seen) | Evan Dec 05 |
| | Mammogram | Date ____ Results — |
| | (females @ 40, q 1 yr/other M.D. order) | |

| III. | PHYSICAL RESULTS – (RN, Mid-Level, M.D.) | |
|---|---|---|
| | Heart | regular rate/rhythm |
| | Lungs | CTA |
| | Breast Exam | — |
| | Rectal (yearly after 45) | Results — |
| | with Hemoccult | Results — |
| | Pelvic and PAP (q 1 yr) | Date ____ Results — |

Facility LCF Nurse Signature Debbie Burnal Date 8-1-06

M.D. or Mid-Level Signature S. Poursaied CRNP Date 8-7-06

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Hill Bruce | 138707 | 9-1-65 | B/m |



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

_Barbara Hill_ _____ _Mother_
**Name**                          **Relationship**

_354 Starnes Park_ _____ _256-492-3030_
**Street Address**                  **Phone Number**

_Gadsden_ _____ _Al_ _____ _35901_
**City**                  **State**       **Zip Code**

_Bruce Conrad Hill_ _134707_ _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_ _8-1-06_
**Inmate Signature**           **AIS#**       **SS#**       **Date**

_Debbie Bunn RN_ _8/1/06_
**Witness**                              **Date**

Revised 3/1/06

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|-------------|------|--------|----------|
| _Hill Bruce_ | _138707_ | _9-1-65_ | _B/m_ |

60513-AL

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution:

Date: 9/18/06  Time:  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
LCF

RECEIVING MEDICAL STATUS
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: LCF

Date: 9-18-06  Time: 7  AM/PM

RELEASE FROM:
- [ ] Infirmary
- [✓] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [ ] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: ASA

PHYSICAL EXAMINATION

Date of last exam: 8-1-06

Chest X-Ray Date: _____  Result: _____

PPD Reading  0 mm

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | [ ] | [ ] |
| Urinalysis | | [ ] | [ ] |
| HIV/RPR | 8-30-05 | [✓] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | | |
| Dental Prosthesis | | |
| Hearing Aide | | |
| Other Prosthesis | | |
| Recieving Nurse | | [✓] |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

HTN

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Zantac 150 mg
Naprosyn 250 mg
Clonidine 0.2 mg

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: _____  Time: _____  AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [✓] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [✓] Received | [ ] Not Received |
| CHART REVIEWED | [ ] YES | [ ] NO |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: 7/18/06  LAST CLINIC: HTN

Received by: _____
Signature of Receiving Nurse
Date: 9/18/06  Time: 5:05  AM/PM

FOLLOW-UP CARE NEEDED
- [✓] Medical
- [ ] Dental
- [ ] Mental Health

Date     Time     With Whom - Location (Sending Nurse)     Date/Appt. Made w/Whom (Rec. Nurse)

| HISTORY (SENDING NURSE) | | Yes | No |
|---|---|---|---|
| | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | ✓ | |
| STATUS | Special Diet | | ✓ |
| | Appearance | ✓ | |

OTHER PERTINENT NURSING ASSESSMENT

| SKIN (RECEIVING NURSE) | | Yes | No |
|---|---|---|---|
| | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | ✓ |
| CONDITION | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

INTAKE
- Sick Call Procedures Explained
- Height
- Weight
- Blood Pressure
- Temperature
- Pulse Resp.
- Other _____

Signature of Nurse Completing Assessment (Sending Nurse)

9-18-06
Date

Signature of Intake Screening Nurse (Receiving Nurse)    9/18

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Hill, Bruce | 138707 | 9/1/65 | Bm | LCF |

 

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _____  Inmate's Name: *Hill Bruce*
(Agency)

_____  a/k/a: _____  *AIS 13827*

(Address)  D.O.B.: *9/1/65*  SS #: _____

Person Completing Form

From: *KCF*  Name: *DETRA BURNS LPN*
(Institution)

*18201 WARES ferry Rd Mt Meigs*  Signature: *Detra Burns LPN*
(Address)

*(334) 215-6706*  Date: *9/28/06*
(Telephone)

---

**MEDICAL PROBLEM(S):**

*HTN.*

**TREATMENTS/MEDICATIONS:**

*9/22/06 PPD - ∅mm - 2 step ppd due 10wks*

---

**Allergies:**  *ASA*

| | TB Skin Test: | NEG | POS | Date *9/22/06* |
|---|---|---|---|---|
| | CXR: | NEG | POS | Date _____ |

**Pregnant:**  Yes  *N/A*  Unknown

| Test | | | Treated | Date |
|---|---|---|---|---|
| RPR: | NEG | POS | Yes No | _____ |
| VDRL: | NEG | POS | Yes No | _____ |
| GC: | NEG | POS | Yes No | _____ |
| Other: | _____ | | Yes No | _____ |

**Other Lab Data:**

---

60109 (4/87)  WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: LCF

Date: 10/10/06 Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

Kilby

RECEIVING MEDICAL STATUS

- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Kilby

Date: 10/6/06 Time: 430 AM/PM

RELEASE FROM:
- [ ] Infirmary  [ ] Segregation
- [✓] Population  [ ] Mental Health
- [ ] Other

RELEASE TO:
- [✓] DOC  [ ] Infirmary  [ ] Mental Health
- [ ] Institution/Work Release Center/Free-World Hospital

ALLERGIES:

ASA

PHYSICAL EXAMINATION

Date of last exam: 8/1/06

Chest X-Ray Date: _____ Result: _____

PPD Reading 8-1-06 0 mm
9/22/06 0 mm
Classification:
2 step PPD due in
Limitations: PPD due in
10 wks from 9/22/06

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | 1-10-06 | ✓ | | Wears Glasses/Contacts | ✓ | |
| Urinalysis | | | | Dental Prosthesis | | ✓ |
| HIV/RPR | 8/30/05 | NR | | Hearing Aide | | ✓ |
| | | | | Other Prosthesis | | ✓ |

J. Quise LPN
Receiving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

HTN, 2 step PPD due in 10 wks from 9/22/06

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Benzoyl H2O2 10% Lotion KOP
Clonidine 0.2mg BID
Zantac 150mg po BID

| | | |
|---|---|---|
| MEDICATIONS | [✓] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [✓] Not sent w / inmate |
| HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |
| Released to: | DOC | |

Date: 10/6/06 Time: 435 AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [✓] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [✓] Received | [ ] Not Received |
| CHART REVIEWED | [✓] YES | [ ] NO |

Received by: J. Quise, LPN
Signature of Receiving Nurse

Date: 10/10/06 Time: 1230 AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

FOLLOW-UP CARE NEEDED

- [✓] Medical  [ ] Dental
- [ ] Mental Health

Date _____ Time _____ With Whom - - Location (Sending Nurse) Date/Appt. Made w/Whom (Rec. Nurse)

2 step PPD due in 10 wks from

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | ✓ | |
| STATUS | Special Diet | | ✓ |
| | Appearance | ✓ | |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | |
| CONDITION | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | |
| | Depressed | | |

INTAKE

| | |
|---|---|
| Sick Call Procedures Explained | ✓ |
| Height | 70" |
| Weight | 180 |
| Blood Pressure | 114/74 |
| Temperature | 98.0 |
| Pulse Resp. | 81 |
| Other | |

Signature of Nurse Completing Assessment (Sending Nurse) _____

10/6/06
Date

Signature of Intake Screening Nurse (Receiving Nurse) J. Quise LPN

10/10/06
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|---|
| Hill Bruce | W Down 0468 | 138709 | 9/1/68 | B M | 10/6 |



PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

BARBARA Hill

_____    Mother
Name                                Relationship

354 STHRNES PK.                     256-492-3030
Street Address                      Phone Number

GADSDEN            ALABAMA          35903
City               State            Zip Code

Bruce L. Hill      138707    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
Inmate Signature   Doc#      S.S.#        Date

Janet K. Guise LPN                  10/10/00
Witness                             Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Hill, Bruce | 138707 | 9/1/65 | BM | LCF |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)

# PHS

## Prison Health Services

Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749
Telephone: (256) 233-4600, Ext. 234 or
(256) 230-9417
Fax: (256) 230-9417

I have read the Access to Health Care information sheets and have been given a copy. I understand how to access health care.

Name _Bruce L. Hill #138707_    Date _10/10/06_

AIS # _138707_

Medical Staff _Janet K. Quise LPN_ Date _10/10/06_

# PHS

## Prison Health Services
### Limestone Correctional Facility

### INTAKE CHECKLIST

Inmate Name: _Hill Bruce_    AIS #: _138707_

Holding Area:

- ✓ 1.  Kitchen clearance physical assessment with vital signs
- ✓ 2.  Consent to treat form
- ✓ 3.  Notification of next of kin
- ✓ 4.  Advance medical directive
- ✓ 5.  Check status Hep A/B – Notify Ms. Debbie Hunt
- ✓ 6.  Verbal explanation re: access to health care services, especially sick call and grievance procedure
- ✓ 7.  Handicapped / Vision or Hearing Impairment / Language or Speech Impairment

Chart Review:

- ✓ 1.  Signing required areas on transfer and receiving screening form
- ✓ 2.  PPD status
- ✓ 3.  Current lab results
- ✓ 4.  Glasses, dental, or other prosthesis
- ✓ 5.  Allergies
- ✓ 6.  Meds, jacket, x-ray received
- ✓ 7.  Follow-up care needed
- ✓ 8.  Intake re: vital signs, skin and mental status
- ✓ 9.  Nursing progress note and referral, when needed to CC or MH
- ✓ 10. Notify MD or CRNP about anything re: the new inmate*
- ✓ 11. Intake Screening / Intake Evaluation Sheet
- ✓ 12. Diabetic Intake Screening (when applicable)

- Medical notification for MD/CRNP within 48 hours, especially for:
  - ○ Reactive PPD
  - ○ Sutures
  - ○ Positive PPD without treatment
  - ○ Medication
  - ○ HIV
  - ○ Anything abnormal that may require immediate care

- MD needs to know about labs:
  - ○ RPR
  - ○ HIV

_Janet K Cruise_    _10/10/06_
Intake Nurse Signature    LPN    Date



**PRISON
HEALTH
SERVICES
INCORPORATED**

DEPARTMENT OF CORRECTIONS

# CONSENT TO TREAT FORM

(ROUTINE MEDICAL TREATMENT)

The inmate whose signature appears below does hereby grant authority to
administer and perform routine examinations, treatments of minor illnesses and
injuries, medications, and diagnostic procedures which may, during the course of
the inmate's incarceration, be deemed advisable or necessary by physicians,
dentists, registered nurses, or psychiatrists serving as contract providers. The
individual reserves the right to refuse any medical or surgical treatment. <u>Refusal
must be documented in writing VIA release of responsibility</u>. This consent
also releases the medical record of the undersigned inmate in the whole or part to any
outside consultant providing treatment or other services to the inmate on referral basis.

_Bruce L. Hill_
Signature of Inmate

_10/10/06_
Date

_Janet K. Guise LPN_
Witness

_10/10/06_
Date

_No Blood Transfusions_

| INMATE NAME (LAST, FIRST, MIDDLE) | ID # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Hill, Bruce | 138707 | 9/1/65 | BM | LCF |

PHS MD- 70030 (rev. 11/99)

PHS
Limestone Correctional Facility

## KOP Medication Protocol

**POLICY:**    The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication incorrectly, they will have to come get their medications during designated pill call; in addition, they may face possible disciplinary actions from the ADOC.

**PROCEDURE:**
1. The medication comes in 'inmate' specific blister packs.
2. Use as directed on sticker.
3. Refills for KOP are done on specific times. You must bring your empty card(s) to the Heath Care Unit (HCU); otherwise, you will not receive your next card. The card will be checked at that time against the MAR to determine if the number of pills remaining is accurate (not too many left, not too few).
4. Counseling may be required if inmate is taking medications wrong.
5. Each inmate is responsible for keeping his medication in a secure area. We will not be responsible for stolen medications.
6. When the inmate receives their card(s) of medication, usually #30 tabs per card, they should pop them out in numerical order, i.e., #30, #29, etc.
7. In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or others deemed by the ADOC or the Medical Doctor. Also, if there is a history of non-compliance.
8. The inmate will be required to come to sign a KOP agreement at intake orientation. At this time, the staff will explain the procedure to the inmate and document that the information was explained.
9. Inmates admitted to the infirmary need to bring all their KOP medications, and the infirmary nurse will dispense those mediations.
10. The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions.

_Bruce L. Hill_
Inmate Signature

_138707_
AIS #

_Janet K. Qusie LPN_
Nurse Signature

_10/10/06_
Date

Created 11.02.05
Revised 07.25.06

DOC N610
09/87

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATES NAME: HILL, BRUCE  8/38 707    DATE: 10-10-06  TIME: 1:40 PM

DOB: 9-1-65    OFFICER: _____    INSTITUTION: LCF

BOOKING OFFICERS VISUAL OPINION

|  | Yes | No |
|---|---|---|
| 1. Is the Inmate Conscious ? | Yes | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services ? | | X |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care ? | | X |
| 4. Any obvious fever, swollen lymphnodes, jaundice, or other evidence of infection which might spread through the institution ? | | X |
| 5. Is the skin in poor condition or show signs of vermin or rashes ? | | X |
| 6. Does the inmate appear to be under the influence of Alcohol, or Drugs ? | | X |
| 7. Are there any visible signs of Alcohl or Drug withdrawal ? (Extreme perspiration, shakes, nausea, pinpoint pupils etc) | | X |
| 8. Is the inmate making any verbal threats to staff or other inmates ? | | X |
| 9. Is the inmate carring any medication or report that he is on any medication which must be continuously administered or available ? | | X |
| 10. Does the inmate have any obvious physical handicaps ? | | X |

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

| 11. Are you presently taking medication for diabetes, heart disease, seizure, athritis, asthma, ulcers, high blood pressure or psychiatric disorder? (PAIN) | ✓ | |
| 12. Are you on any special diet prescribed by a physician ? (if yes - what type ? ) | | X |
| 13. Do you have a history of veneral disease or abnormal discharge ? | | X |
| 14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness ? | | X |
| 15. Have you ever attempted suicide ? {If yes - When ? ___ How ? ___ | | X |
| 16. Do you want to do any harm to yourself now ? | | X |

*Etowah County Detention Center*
*Office of the Sheriff*



Dear Warden or Prison Administrator,          Date *11-2-06*

We are providing the following information about the inmate you are receiving from us to make your staff aware of any circumstances that might prove to be of benefit to you and/or the inmate.

Inmate name: *BRUCE LAMAR HILL*          DOB *9-1-65*

SSN *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*  Sex *M*   Race *B*   AIS # *138707A*

Next of Kin: *BARBARA HILL*     Address: *354 STARNS PARK*
                                          *GADSDEN AL 35903*

Phone #: _____

Ⓨ N    Does the inmate have a medical condition?
Y Ⓝ    Has the inmate attempted suicide?
Y Ⓝ    Does the inmate have a known history of escape or attempts?
Y Ⓝ    Does the inmate have a known history of assaultive behavior?
Y Ⓝ    Has the inmate been involved in any incident in this jail?
Y Ⓝ    Does the inmate have a detainer?
Y Ⓝ    Does the inmate have a mental problem?
          Attach documentation for any yes response

COMMENTS: *ALLERGIC TO TEA + MILK*
_____
_____
_____
_____
_____
_____

FOR CHIEF SCOTT HASSELL, CHIEF OF CORRECTIONS

**PHS** PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: KiLBY

Date: 2/14/07   Time: 4:40   AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS

- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: LCF

Date: 2/14/07   Time: 0700   AM/PM

RELEASE FROM:
- [ ] Infirmary   [X] Segregation
- [X] Population   [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [X] DOC   [ ] Infirmary   [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
ASA

PHYSICAL EXAMINATION

Date of last exam: 8/7/06

Chest X-Ray Date: _____ Result: _____

PPD Reading 9/22/06  12/1/07

Classification: _____

Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | [ ] | [ ] |
| Urinalysis | | [ ] | [ ] |
| | | [ ] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [X] |
| Dental Prosthesis | [ ] | [ ] |
| Hearing Aide | [ ] | [ ] |
| Other Prosthesis | [ ] | [ ] |

Receiving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
HTN

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

See orders

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [X] Not Received |
| X-RAY FILM | [ ] Received | [X] Not Received |
| HEALTH RECORD | [X] Received | [ ] Not Received |
| CHART REVIEWED | [ ] YES | [ ] NO |

Received by: _____
Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

FOLLOW-UP CARE NEEDED

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [ ] Medical | | | | |
| [ ] Dental | | | | |
| [ ] Mental Health | | | | |

NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | ✓ | |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | ✓ |
| | Appearance | ✓ | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | ✓ |

| CONDITION | | | |
|---|---|---|---|
| | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

INTAKE

| | |
|---|---|
| Sick Call Procedures Explained | Yes |
| Height | 5'10" |
| Weight | 180 |
| Blood Pressure | 136/90 |
| Temperature | 98.6 |
| Pulse Resp. | 82 |
| Other | |

Kathleen Glasscock LPN
Signature of Nurse Completing Assessment (Sending Nurse)

2/14/07
Date

Signature of Intake Screening Nurse (Receiving Nurse)

02/14
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Hill, Bruce | 138707 | 9/1/1965 | B/M | LCF |

PHS-MD-70009    (White - Medical Jacket  Yellow - Transfer Coordinator)

60527-AL



PRISON
HEALTH
SERVICES
INCORPORATED

SEGREGATION HEALTH LOG

Name: Nell, Bruce          AIS# 138707          Cell L-6

Name Key: NC  No Complaints
          C   Complaint (Provide Documentation in Complaint Section)

| Year 07 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Time** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **January** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **February** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **March** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | NC | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **April** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **May** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **June** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **July** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **August** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **September** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | NC | | | | | | | |
| **October** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **November** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **December** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurse's Signature and Initials:



**LabCorp** Laboratory Corporation of America
LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 242-684-3109-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NPY12        FASTING: N
             DOB: 9/01/1965

**CLINICAL INFORMATION**
CD- 41139320904

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 138707 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HILL,BRUCE | M | 39 / 11 |

PT. ADD.:

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs         AL 36507-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 8/30/2005 | 6:00 | 8/30/2005 | 8/30/2005 | 17:12  202 |

ACCOUNT NUMBER:  01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 8.1 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 5.56 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 15.4 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 48.1 | % | 36.0 - 50.0 | YX |
| MCV | 87 | fL | 80 - 98 | YX |
| MCH | 27.8 | pg | 27.0 - 34.0 | YX |
| MCHC | 32.1 | g/dL | 32.0 - 36.0 | YX |
| RDW | 13.4 | % | 11.7 - 15.0 | YX |
| Platelets | 269 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 54 | % | 40 - 74 | YX |
| Lymphs | 39 | % | 14 - 46 | YX |
| Monocytes | 5 | % | 4 - 13 | YX |
| Eos | 2 | % | 0 - 7 | YX |
| Basos | 0 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.4 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 3.2 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000



KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

DATE OF REPORT: 8/31/2005
TIME OF REPORT: 1:21 PM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| NPY12/138707 | BRUCE HILL | Kilby |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 8/30/05 | 8:30 AM | | 8/29/05 | 12:39 PM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | NEG | | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested

WAYNE  D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.  01D0706289

HCX

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: KCF

Name: Hill, Bruce

State ID No: 138707

DOB 9-1-65

Race: B        Sex: m

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Adams | 8-30-05 | 11:25 Am | ✓ | | |

HISTORY/DIAGNOSIS:

HTN

| X-RAY REQUEST | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

REPORT

Hill

Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D: & T: 09-01-05 Howard P. Schiele, M.D./jhi Board Certified Radiologist  (Signature on file)

---

K.M., RT
X-RAY TECHNOLOGIST'S NAME (PRINT)        X-RAY TECHNOLOGIST'S SIGNATURE        DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 8-30-05 | PE | ☐ IP  ☐ OP | |

| Clinical Diagnosis | Date of Onset |
|---|---|
| **EKG** | Date of Surgery |

### AREA OF TREATMENT (CIRCLE)

**PROGRESS NOTES:**

L. Thomas 8/31/05

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Hill, Bruce | | | 39 | B/m | 13870 |





**LabCorp**
Laboratory Corporation of America

LabCorp Mo:    nery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 243-684-3059-0 | S | YX | COMPLETE | Page #:   1 |

### ADDITIONAL INFORMATION

PE#12/30          FASTING: N
                  DOB: 9/01/1965

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HILL,BRUCE | M | 39  /  11 |
| PT. ADD.: | | |

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 8/30/2005      10:50 | 8/31/2005 | 8/31/2005 | 17:12 | 255 |

### CLINICAL INFORMATION
CD- 41139320994

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 138707 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs                    AL   36507-0000
ACCOUNT NUMBER:  01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | YX |
| Chemistries | | | | |
| Glucose, Serum | 74 | mg/dL | 65  -  99 | YX |
| Uric Acid, Serum | 4.0 | mg/dL | 2.4 - 8.2 | YX |
| BUN | 11 | mg/dL | 5  -  26 | YX |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | YX |
| BUN/Creatinine Ratio | 11 | | 8  -  27 | |
| Sodium, Serum | 142 | mmol/L | 135 - 148 | YX |
| Potassium, Serum | 4.1 | mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 104 | mmol/L | 96  - 109 | YX |
| Carbon Dioxide, Total | 24 | mmol/L | 20  - 32 | YX |
| Calcium, Serum | 9.5 | mg/dL | 8.5 - 10.6 | YX |
| Phosphorus, Serum | 3.1 | mg/dL | 2.5 - 4.5 | YX |
| Protein, Total, Serum | 7.5 | g/dL | 6.0 - 8.5 | YX |
| Albumin, Serum | 4.4 | g/dL | 3.5 - 5.5 | YX |
| Globulin, Total | 3.1 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.4 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | YX |
| Alkaline Phosphatase, Serum | 96 | IU/L | 25  - 150 | YX |
| LDH | 177 | IU/L | 100 - 250 | YX |
| AST (SGOT) | 20 | IU/L | 0  - 40 | YX |
| ALT (SGPT) | 27 | IU/L | 0  - 55 | YX |
| | **Please note reference interval change** | | | |
| GGT | 21 | IU/L | 0  - 65 | YX |
| Iron, Serum | 134 | ug/dL | 40  - 155 | YX |
| | | | | YX |
| | | | | YX |
| Lipids | | | | |
| Cholesterol, Total | 152 | mg/dL | 100 - 199 | YX |
| Triglycerides | 76 | mg/dL | 0  - 149 | YX |
| HDL Cholesterol | 59 | mg/dL | 40  - 59 | YX |
| VLDL Cholesterol Cal | 15 | mg/dL | 5  - 40 | |
| LDL Cholesterol Calc | 78 | mg/dL | 0  - 99 | |
| T. Chol/HDL Ratio | 2.6 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

                                        T. Chol/HDL Ratio
                                          Men    Women
                           1/2 Avg.Risk   3.4      3.3
                               Avg.Risk   5.0      4.4
                            2X Avg.Risk   9.6      7.1
                            3X Avg.Risk  23.4     11.0

| Pat Name:  HILL,BRUCE | Pat ID: 138707 | Spec #: 243-684-3059-0 | Seq #: 255 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 243-684-3059-0 | S | YX | COMPLETE | Page #:  2 |

ADDITIONAL INFORMATION

PE#12/30                    FASTING: N
                           DOB: 9/01/1965

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HILL,BRUCE | M | 39 / 11 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 8/30/2005 | 10:50 | 8/31/2005 | 8/31/2005 | 17:12 | 255 |

CLINICAL INFORMATION
CD- 41139320994

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 138707 |

ACCOUNT:  Kilby Correctional Facility
          Prison Health Services
          12201 Wares Ferry Road
          Mt. Meigs            AL  36507-0000
ACCOUNT NUMBER:  01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

LAB: YX LabCorp Montgomery Hull              DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000



 LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 304-684-3192-0 | S | YX | COMPLETE | Page #: | 1 |

| ADDITIONAL INFORMATION |
|---|
| STATON          FASTING: N |
| DOB: 9/01/1965 |

| CLINICAL INFORMATION |
|---|
| CD- 41147607995 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| PEASANT J | 138707 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HILL,BRUCE | M | 40 / 1 |
| PT. ADD.: | | |

ACCOUNT:  Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore          AL   36205-0000
ACCOUNT NUMBER:   01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/31/2005 | 7:30 | 10/31/2005 | 10/31/2005 | 23:35 | 1212 |

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| BMP without BUN/Cr | | | | | |
| Glucose, Serum | 88 | mg/dL | 65 - 99 | | YX |
| BUN | 11 | mg/dL | 5 - 26 | | YX |
| Creatinine, Serum | 0.9 | mg/dL | 0.5 - 1.5 | | YX |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | | YX |
| Potassium, Serum | 4.3 | mmol/L | 3.5 - 5.5 | | YX |
| Chloride, Serum | 104 | mmol/L | 96 - 109 | | YX |
| Carbon Dioxide, Total | 27 | mmol/L | 20 - 32 | | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

| Pat Name:  HILL,BRUCE | Pat ID:  138707 | Spec #:  304-684-3192-0 | Seq #:  1212 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

**LabCorp** Laboratory Corporation of America

Phone: 334-263-5745

| SPECIMEN 308-684-3207-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| SCC          FASTING: Y          DOB: 9/01/1965 |

| CLINICAL INFORMATION CD- 41147608055 | |
|---|---|
| PHYSICIAN ID. PEASANT J | PATIENT ID. 138707 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HILL,BRUCE | M | 40 / 2 |

| PT. ADD.: |
|---|

**ACCOUNT:** Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL   36205-0000
**ACCOUNT NUMBER:**   01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 11/04/2005 | 10:09 | 11/04/2005 | 11/04/2005 | 23:36 | 1311 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| BMP without BUN/Cr | | | |
| Glucose, Serum | 88          mg/dL | 65  -  99 | YX |
| Abnormal results possibly due to prolonged exposure of serum to cells. | | | |
| BUN | 11          mg/dL | 5  -  26 | YX |
| Creatinine, Serum | 0.9          mg/dL | 0.5 - 1.5 | YX |
| Sodium, Serum | 139          mmol/L | 135 - 148 | YX |
| Potassium, Serum | 4.3          mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 103          mmol/L | 96 - 109 | YX |
| Carbon Dioxide, Total | 24          mmol/L | 20 - 32 | YX |

| LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD |
|---|
| 543 Hull Street, Montgomery,  AL 36104-0000 |



| Pat Name:  HILL,BRUCE | Pat ID: 138707 | Spec #:  308-684-3207-0 | Seq #: 1311 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

# Hepatitis B Vaccine Consent Form

**FACILITY NAME:**    STATON CORRECTIONAL FACILITY

D.O.B - 9-1-65

BRuce Hill L.                          138207
**Inmate Name**                              **AIS    Number**

Bruce Hill L.                          11-17-05
**Inmate Signature**                        **Date**

**********************************************************
**To be filled out by medical personnel**

**Date Shot Given:**    11/22/05

**Dose Given:**    1 ml

**Site Given:**    (L) Deltoid

**Administered by:**    Clewer

**Lot Number and Expiration Date:**    AHBV0004BA    01/20/06

02/28/2006 TUE 15:28  FAX 334 567 1538 Staton Health Unit                    ☑001/004

HCX                                                    Name: ~~Bruce~~ B Bruce

HEALTHCARE CORRECTIONS                                 State ID No.: ~~~~
RADIOLOGY SERVICES REQUEST AND REPORT
                                                       DOB: 9/11/65

INSTITUTION: SCC                                       Race: Black   Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request 12/15/05 | Time of request AM | Routine ✓ | Priority | Transportation or special needs ✓ |
|---|---|---|---|---|---|

HISTORY/DIAGNOSIS:

X-Ray both feet; Ankles (both heels), both hands
X-Ray Both shoulders, L-spine, both hips & both Knees

R/O arthritis

### X-RAY REQUEST

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | ✓ FOOT  L + R | ORBITS | STERNUM |
| X ANKLE  L + R | BONE | OS CALCES (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | ✓ HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Hill

BILATERAL ANKLES: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NO BONY ABNORMALITY IS DETECTED. HOWEVER, IF SYMPTOMS PERSIST A FOLLOW UP EXAMINATION IS RECOMMENDED.

BILATERAL FEET: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NO BONY ABNORMALITY IS DETECTED. HOWEVER, IF SYMPTOMS PERSIST A FOLLOW UP EXAMINATION IS RECOMMENDED.

D & T: 12-22-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

Shahla Poursaied, CRNP
S.P CRNP 2/28/06

| J Kerhetz RT | | 12-21-05 |
|---|---|---|
| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |

FORM NSY 1269   WHITE-CHART COPY/CANARY-PHYSICIAN'S COPY/PINK-ER COPY

# Hepatitis B Vaccine Consent Form
## Second Shot

**FACILITY NAME:**    STATON CORRECTIONAL FACILITY

_Hill, Bruce_
**Inmate Name**

_138707_
**AIS   Number**

_Bruce L. Hill 138707_
**Inmate Signature**

_12-20-05_
**Date**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**To be filled out by medical personnel**

**Date Shot Given:** 12/20/05

**Dose Given:** _1ml_

**Site Given:** _LDel_

**Administered by:** _____

**Lot Number and Expiration Date:** _AHBV0004BA  01/20/06_

# Hepatitis B Vaccine Consent Form
## Second Shot

**FACILITY NAME:**    STATON CORRECTIONAL FACILITY

*Hill, Bruce*
_____
**Inmate Name**

*138707*
_____
**AIS   Number**

*Bruce L. Hill 138707*
_____
**Inmate Signature**

*12-20-05*
_____
**Date**

**************************************************************
To be filled out by medical personnel

**Date Shot Given:** 12/20/05

**Dose Given:** _____

**Site Given:** _____

**Administered by:** _____

**Lot Number and Expiration Date:** AHBVB0048A  01/20/06

CONSULTATION PROVIDED BY
CAHABA IMAGING, P.C.
HOMEWOOD PLAZA OFFICE BLDG
3125 Independence Drive, Suite 105
Birmingham, Al. 35209
(205) 802-6100 * 1-800-535-2189 * fax (205) 870-1207

I, the provider listed below, agree that I have looked at this patient's x-ray (s), documented the findings in the medical record, and treated the patient accordingly. Based on my findings I am requesting a "consultation/second opinion" on this patient. I agree that Medicare WILL NOT be billed for this "consultation/second opinion".

| NAME | | AGE | EXAM DATE | PATIENT # |
|------|---|-----|-----------|-----------|
| Hill, Bruce | | | 12-21-05 | |
| CLINIC NAME | | PROVIDER NAME | | |
| Staton | | | | |
| PROCEDURE (S) | | HISTORY | | |
| L + R hands L + R hips | | | | |

Hill

BILATERAL HANDS: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NO BONY ABNORMALITY IS DETECTED. HOWEVER, IF SYMPTOMS PERSIST A FOLLOW UP EXAMINATION IS RECOMMENDED.

BILATERAL HIPS: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NO BONY ABNORMALITY IS DETECTED. HOWEVER, IF SYMPTOMS PERSIST A FOLLOW UP EXAMINATION IS RECOMMENDED.

D & T: 12-22-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

Shahla Poursaied, CRNP
2/28/06 s.Pcrnp

CONSULTATION PROVIDED BY
CAHABA IMAGING, P.C.
HOMEWOOD PLAZA OFFICE BLDG
3125 Independence Drive, Suite 105
Birmingham, Al. 35209
(205) 802-6100 * 1-800-535-2189 * fax (205) 870-1207

I, the provider listed below, agree that I have looked at this patient's x-ray (s), documented the findings in the medical record, and treated the patient accordingly. Based on my findings I am requesting a "consultation/second opinion" on this patient. I agree that Medicare WILL NOT be billed for this "consultation/second opinion".

| NAME | AGE | EXAM DATE | PATIENT # |
|------|-----|-----------|-----------|
| Hill, Bruce | | 12-21-05 | |
| CLINIC NAME | PROVIDER NAME | | |
| Staton | | | |
| PROCEDURE (S) | HISTORY | | |
| Bil Knees, Lspine | | | |

Hill

BILATERAL KNEES: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NO BONY ABNORMALITY IS DETECTED. HOWEVER, IF SYMPTOMS PERSIST A FOLLOW UP EXAMINATION IS RECOMMENDED.

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D & T: 12-22-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

Shahla Poursaied, CRNP
2/28/06 S.Pchup

CONSULTATION PROVIDED BY
CAHABA IMAGING, P.C.
HOMEWOOD PLAZA OFFICE BLDG
3125 Independence Drive, Suite 105
Birmingham, Al. 35209
(205) 802-6100 * 1-800-535-2189 * fax (205) 870-1207

I, the provider listed below, agree that I have looked at this patient's x-ray (s), documented the findings in the medical record, and treated the patient accordingly. Based on my findings I am requesting a "consultation/second opinion" on this patient. I agree that Medicare WILL NOT be billed for this "consultation/second opinion".

| NAME | AGE | EXAM DATE | PATIENT # |
|------|-----|-----------|-----------|
| Hill 'Bruce | | 12-21-05 | |
| CLINIC NAME | PROVIDER NAME | | |
| Staton | | | |
| PROCEDURE (S) | HISTORY | | |
| L & R shoulders | | | |

Hill

BILATERAL SHOULDERS: The examination shows no evidence of recent fracture or other significant abnormality.
IMPRESSION: NEGATIVE STUDY. IF AC SEPARATION IS SUSPECTED, THEN WEIGHT BEARING VIEWS OF BOTH SHOULDERS WOULD BE RECOMMENDED.

D & T: 12-22-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

Shahla Poursaied, CRNP
2/28/06 S.Pcl

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 010-558-0095-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

FASTING: Y
DOB: 9/01/1965

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HILL,BRUCE | M | 40 / 4 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/10/2006 | 2:40 | 1/10/2006 | 1/11/2006 | 8:37 | 473 |

CLINICAL INFORMATION
CD- 41124908251

| PHYSICIAN ID. POURSAIEDS | PATIENT ID. 138707 |
|---|---|

ACCOUNT:  Limestone Correctional Facil.
Prison Hlth Serv - Medical Rec
28779 Nick Davis Road
HARVEST          AL  35749-7009
ACCOUNT NUMBER:   01209900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 85 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 4.6 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 13 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.1 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 12 | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.0 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 103 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.9 ✓ | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.2 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.1 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.8 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 94 | IU/L | 25 - 150 | MB |
| LDH | 165 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 12 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 23 ✓ | IU/L | 0 - 55 | MB |
| GGT | 36 | IU/L | 0 - 65 | MB |
| Iron, Serum | 76 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 179 | mg/dL | 100 - 199 | MB |
| Triglycerides | 43 Good | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 75 H | mg/dL | 40 - 59 | MB |
| Comment | | | | MB |

HDL cholesterol values >59 mg/dL are associated with reduced cardiac risk.

| | | | | |
|---|---|---|---|---|
| VLDL Cholesterol Cal | 9 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 95 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 2.4 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

Sheila Poursaied, CRNP
1-11-06 S-PCRNP

| Pat Name: HILL,BRUCE | Pat ID: 138707 | Spec ID: 010-558-0095-0 | Seq #: 473 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** LabCorp Birmingham
Laboratory Corporation of America  1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 010-558-0095-0 | S | MB | COMPLETE | Page #: | 2 |

ADDITIONAL INFORMATION

FASTING: Y
DOB: 9/01/1965

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HILL,BRUCE | M | 40  /  4 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/10/2006 | 2:40 | 1/10/2006 | 1/11/2006 | 8:37 | 473 |

| CLINICAL INFORMATION |
|---|
| CD- 41124908251 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| POURSAIEDS | 138707 |

ACCOUNT:  Limestone Correctional Facil.
Prison Hlth Serv - Medical Rec
28779 Nick Davis Road
HARVEST          AL  35749-7009
ACCOUNT NUMBER:  01209900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | 3X Avg.Risk 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | MB |
|---|---|---|---|---|
| Thyroid | | | | MB |
| TSH | 1.079 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 6.4 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 33 | % | 24  - 39 | MB |
| Free Thyroxine Index | 2.1 | | 1.2 - 4.9 | |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell(WBC)Count | 7.6 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.91 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.0 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 41.9 | % | 36.0 - 50.0 | MB |
| MCV | 85 | fL | 80  - 98 | MB |
| MCH | 28.5 | pg | 27.0 - 34.0 | MB |
| MCHC | 33.4 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.0 | % | 11.7 - 15.0 | MB |
| Platelets | 264 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 49 | % | 40  - 74 | MB |
| Lymphs | 43 | % | 14  - 46 | MB |
| Monocytes | 5 | % | 4  - 13 | MB |
| Eos | 2 | % | 0  - 7 | MB |
| Basos | 1 | % | 0  - 3 | MB |
| Neutrophils (Absolute) | 3.7 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 3.3 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | MB |
| Microalb/Creat Ratio, Randm Ur | | | | |
| Creatinine, Urine | 147.4 | mg/dL | Not Estab. | MB |
| Microalbum., U, Random | 9.7 | ug/mL | 0.0 - 17.0 | MB |
| Microalb/Creat Ratio | 6.6 | ug/mg creat | 0.0 - 30.0 | |

LAB: MB LabCorp Birmingham    1-11-06    Shahla Poursaied, CRNP    DIRECTOR: John Elgin N MD

| Pat Name: HILL,BRUCE | Pat ID: 138707 | Spec #: 010-558-0095-0 | Seq #: 473 | |
|---|---|---|---|---|

# IMMUNIZATION RECORD

Name _Hill, Bruce_    AIS _138707_    D.O.B. _9-1-65_

| **Hep A Vaccine** | **Hep B Vaccine** |
|---|---|

Date _____ By _____          1) Date _____ By _____

Date _____ By _____          2) Date _____ By _____

                                     3) Date _6-23-06_ By _MD_  Twin Rix

## Influenza

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## Pneumococcal

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## TB PPD

Date _9-01-05_ Result _0mm_    Date _____ Result _____
Date _8-01-06_ Result _0m_     Date _____ Result _____
Date _12/1/06_ Result _0m_     Date _____ Result _____
Date _____ Result _____     Date _____ Result _____
Date _____ Result _____     Date _____ Result _____
Date _____ Result _____     Date _____ Result _____
Date _____ Result _____     Date _____ Result _____
Date _____ Result _____     Date _____ Result _____

Tetanus Date _____ By _____
Tetanus Date _____ By _____



DORM



## INFORMED CONSENT FOR HEPATITIS A/B VACCINE

Hepatitis A/B Vaccine is a vaccine produced by yeast cells using genetic engineering. It has comparable potency and protective efficacy when compared to vaccine from human sources but because it is not derived from human sources, it cannot be a source of any infections. It is entirely free from human blood or blood products and is sterile.

SIDE EFFECTS: Most patients experience no side effects. The most common side effect is soreness at the injection site. Rarely, fever and body aches may occur. No death has ever been reported as a result of the vaccine.

ALLERGIES: If you are allergic to YEAST, you MUST NOT take the vaccine. This vaccine is safe during pregnancy.

DOSE SCHEDULE: A series of three injections over six months is required to achieve optimal immunity. The second injection should be given one month after the first with the third injection administered six months after the first. It is very important to follow this schedule of the timing of the injections in order to achieve maximal immunity.

I, _Bruce L. Hill  138707_ , understand the risks and benefits of Hepatitis A/B
     Print Name

Vaccine and agree to receive it.

1.   First Dose _____/_____/_____   Manufacturer: Glaxo SmithKline

     Signature _____   Given by: _____

2.   First Dose _____/_____/_____   Manufacturer: Glaxo SmithKline

     Signature _____   Given by: _____

3.   First Dose _6_/_23_/_06_   Manufacturer: Glaxo SmithKline

     Signature _Bruce Lamar Hill_   Given by: _____

Hepatitis A
Inactivated & Hepatitis B
(Recombinant) Vaccine
1 mL  TWINRIX  A/B
LOT                    EXP.
AHABB043CA 01/05/08

```
LIMESTONE CORR. FACILITY
28779 NICK DAVIS RD.
HARVEST, AL  35749

(A0108-4)  Bio-Net Print        -FINAL-  Original Report 01/31/2007

 HILL, BRUCE               138707.767            POURSAIED, SHAHLA

 103573837   01/26/2007 03:00   01/31/2007 09:54 1/31/2007 02:24 41 Y    M
```

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : , DIAGNOSTIC PROFILE II, ,

Comment :
        FASTING
------------------------------* CHEMISTRY *------------------------------

| | | | | |
|---|---|---|---|---|
| Total Protein | 7.1 | | 5.9-8.4 | gm/dl |
| Albumin | 4.5 | | 3.2-5.2 | gm/dl |
| Globulin | 2.6 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.7 | | 1.1-2.9 | |
| Glucose | SEE NOTE | | 70-109 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | SEE NOTE | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 24 | | 21-29 | mmol/L |
| BUN | 8 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 8 LO | 10-28 | |
| Calcium | 9.6 | | 8.4-10.4 | mg/dl |
| Uric Acid | 4.3 | | 2.4-7.0 | mg/dl |
| Iron | 109 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.3 | | 0.1-1.0 | mg/dl |
| LDH | 151 | | 94-250 | u/l |
| Alk Phos | 102 | | 39-120 | u/l |
| AST (SGOT) | 13 | | < 37 | u/l |
| Phosphorous | 4.1 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 14 | | < 40 | u/L |
| G-GTP | 26 | | 7-51 | u/L |
| Cholesterol | 182 | | < 200 | mg/dl |
| Triglycerides | 50 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 59 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 32 | | % |
| Chol/HDL Ratio | | 3.08 | | |
| LDL/HDL Ratio | 1.92 | | 0-3.55 | |
| LDL Cholesterol | | 113 HI | < 100 | mg/dL |

```
*******************************************************************
Glucose Result Less Then 35. Result Not Reported
due to Gross Hemolysis and/or Improper Specimen Handling.

*******************************************************************
Potassium Result Greater Than 7.0 MEQ/L. Result Not Reported due
to Gross Hemolysis and/or Improper Specimen Handling.
```

Ordered Test to
be repeated
& Poursaiedcars

Continued on Next Page        Page; 1

```
LIMESTONE CORR. FACILITY
28779 NICK DAVIS RD.
HARVEST, AL  35749

(A0108-4)  Bio-Net Print            -FINAL-  Original Report 01/31/2007

HILL, BRUCE                138707.767              POURSAIED, SHAHLA

103573837   01/26/2007 03:00   01/31/2007 09:54 1/31/2007 02:24 41 Y   M
```

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

```
****************************************************************************
* GFR, Estimated = 87.35 mL/min/1.73m2

****************************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
     ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

---------------------------* MISCELLANEOUS *----------------------------


TSH                        1.770                   0.27-4.2 uIU/mL
THYROXINE(T4)              6.8                      4.5-12.0 ug/dL
T3 UPTAKE                  32.5                     24.3-39 %
FREE T4 INDEX              2.2                      1.1-4.5
"PROBLEM" REQUEST          SEE NOTE#3               SEE NOTE#3
****************************************************************************
**NOTE#3:  Dear Client: During the processing of your request,
a question arose requiring further instructions. Our Technical Services
Department will contact you for additional information. The results
of any additional testing will follow under a separate lab ID no.
If you have any questions you can call the lab and dial ext.8296

****************************************************************************
NOTE: The specimen submitted for CBC and/or ESR was TOO OLD for
accurate testing.  Please resubmit lavender-top tube for repeat
hematology testing as needed.

****************************************************************************
NOTE: The POTASSIUM was repeated and confirmed.

****************************************************************************
NOTE: The result for GLUCOSE has been confirmed
      by repeat analysis.
```

Final Report                                              Page: 2

*[handwritten:] Test to Ordered repeated to be ried S. Pou... C... 2/1/07*

```
LIMESTONE CORR. FACILITY
28779 NICK DAVIS RD.
HARVEST, AL  35749

(A0108-4)  Bio-Net Print          -FINAL-  Original Report 02/07/2007

  HILL, BRUCE                138707.925               POURSAIED, SHAHLA

  103659921  02/06/2007 03:12 AM 02/07/2007 10:24 2/7/2007 12:41  41 Y   M
```

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : DIAGNOSTIC PROFILE II, ,

  Comment :
        FASTING
------------------------------* CHEMISTRY *------------------------------

| | | | | |
|---|---|---|---|---|
| Total Protein | 7.1 | | 5.9-8.4 | gm/dl |
| Albumin | 4.5 | | 3.2-5.2 | gm/dl |
| Globulin | 2.6 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.7 | | 1.1-2.9 | |
| Glucose | 83 | | 70-109 | mg/dL |
| Sodium | 142 | | 133-145 | mmol/L |
| Potassium | 4.1 | | 3.3-5.3 | mmol/L |
| Chloride | 106 | | 96-108 | mmol/L |
| CO2 | 24 | | 21-29 | mmol/L |
| BUN | 10 | | 7-25 | mg/dl |
| * Creatinine | 1.1 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 9.1 LO | 10-28 | |
| Calcium | 9.6 | | 8.4-10.4 | mg/dl |
| Uric Acid | 4.7 | | 2.4-7.0 | mg/dl |
| Iron | 93 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.3 | | 0.1-1.0 | mg/dl |
| LDH | 126 | | 94-250 | u/l |
| Alk Phos | 104 | | 39-120 | u/l |
| AST (SGOT) | 11 | | < 37 | u/l |
| Phosphorous | 4.3 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 17 | | < 40 | u/L |
| G-GTP | 30 | | 7-51 | u/L |
| Cholesterol | 180 | | < 200 | mg/dl |
| Triglycerides | 59 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 60 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 33 | | % |
| Chol/HDL Ratio | | 3 | | |
| LDL/HDL Ratio | 1.82 | | 0-3.55 | |
| LDL Cholesterol | | 109 HI | < 100 | mg/dL |

****************************************************************************
* GFR, Estimated = 78.24 mL/min/1.73m2

                        Continued on Next Page                    Page: 1

                    Shahla P_____ CRNP
                      2|8|07 s.__-p

```
LIMESTONE CORR. FACILITY
28779 NICK DAVIS RD.
HARVEST, AL  35749

(A0108-4)  Bio-Net Print           -FINAL-  Original Report 02/07/2007

HILL, BRUCE                138707.925              POURSAIED, SHAHLA

103659921  02/06/2007 03:12 AM 02/07/2007 10:24 2/7/2007 12:41  41 Y    M
```

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

```
*********************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
       ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.
```

```
----------------------------* HEMATOLOGY *----------------------------
```

| Test | Result | Reference Range | Units |
|---|---|---|---|
| WBC | 9.5 | 3.40-11.80 | x10(3) |
| RBC | 5.5 | 4.20-5.90 | x10(6) |
| HGB | 15.2 | 12.3-17.0 | gm/dl |
| HCT | 47.9 | 39.3-52.5 | % |
| MCV | 86.6 | 80.0-100.0 | FL |
| MCH | 27.5 | 25.0-34.1 | pg |
| MCHC | 31.7 | 30.0-35.0 | gm/dl |
| RDW | 14.1 | 10.9-16.9 | % |
| POLYS | 46 | 36-78 | % |
| LYMPHS | 45 | 12-48 | % |
| EOS | 2 | 0-8 | % |
| BASOS | 0 | 0-2 | % |
| MONOS | 7 | 0-13 | % |
| Platelet Count | 252 | 144-400 | x10(3) |

```
----------------------------* MISCELLANEOUS *----------------------------
```

| Test | Result | Reference Range |
|---|---|---|
| TSH | 1.180 | 0.27-4.2 uIU/mL |
| THYROXINE(T4) | 6.3 | 4.5-12.0 ug/dL |
| T3 UPTAKE | 33.2 | 24.3-39 % |
| FREE T4 INDEX | 2.1 | 1.1-4.5 |

```
                              Final Report              Page: 2
```

Shahla P_____ _____ _____

2\8\07 3.P cm

LIMESTONE CORR. FACILITY
28779 NICK DAVIS RD.
HARVEST, AL  35749

(A0108-4)  Bio-Net Print          -FINAL-  Original Report 02/09/2007

  HILL, BRUCE                    138707.977              POURSAIED, SHAHLA

  103679565  02/07/2007 08:44 AM 02/09/2007 10:00 2/9/2007 12:44  41 Y   M

Test Description                 Result     Abnormal     Reference Range

 Tests Ordered : CBC W/DIFF & PLTS, ,
 ------------------------------* HEMATOLOGY *-----------------------------

| Test | Result | | Reference Range | |
|------|--------|--|-----------------|--|
| WBC | 6.6 | | 3.40-11.80 | x10(3) |
| RBC | 5.5 | | 4.20-5.90 | x10(6) |
| HGB | 14.6 | | 12.3-17.0 | gm/dl |
| HCT | 46.5 | | 39.3-52.5 | % |
| MCV | 85.3 | | 80.0-100.0 | FL |
| MCH | 26.8 | | 25.0-34.1 | pg |
| MCHC | 31.4 | | 30.0-35.0 | gm/dl |
| RDW | 13.8 | | 10.9-16.9 | % |
| POLYS | 48 | | 36-78 | % |
| LYMPHS | 39 | | 12-48 | % |
| EOS | 3 | | 0-8 | % |
| BASOS | 0 | | 0-2 | % |
| MONOS | 10 | | 0-13 | % |
| Platelet Count | 247 | | 144-400 | x10(3) |

                           Final Report                 Page: 1

Shahla Poursaied, CRNP
2/12/07 S.PCA

## ALABAMA DEPARTMENT OF CORRECTIONS
## <u>INMATE ORIENTATION TO MENTAL HEALTH SERVICES</u>

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

| | | |
|---|---|---|
| _Bruce Laman Hill_ | _1387027_ | _5/29/05_ |
| Inmate Signature | AIS # | Date Signed |

HILL, Bruce

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**RECEPTION MENTAL HEALTH SCREENING**

Institution: _____KILBY_____     Date/Time Inmate Received: ___8/29/05  859___
Date/Time of Screening: _8/29/05_     Signature /Title of Screener: _____

*MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC*
□ Yes  ☒No   Psychotropic Medication: _Hx_
□ Yes  ☒No   Medication turned over to a DOC upon arrival?
□ Yes  ☒No   Mental Health follow – up in last 90 days: _____
□ Yes  ☒No   Suicide/self harm attempts in last 90 days: _____

*MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):*
☒ Yes  □No   Outpatient treatment: _____
□ Yes  ☒No   Inpatient treatment: _____
□ Yes  ☒No   Psychotropic Medication: _____
□ Yes  ☒No   Suicidal Attempts: _____
□ Yes  ☒No   Suicidal Thoughts: _____
☒ Yes  □ No   Head injury: _Struck in head 5,6 yrs ago - Hosp  otpt._
□ Yes  ☒No   Seizures: _____
□ Yes  ☒ No   Violent Behavior: _____
□ Yes  ☒No   Substance Abuse: _____
☒ Yes  □ No   Substance Abuse Treatment: _20 yrs ago - inpt. @ Reality house_
□ Yes  ☒No   Special Education classes: _____ Gadsden AL.

*INMATE SELF – REPORT OF CURRENT STATUS*
□ Yes  ☒No   First incarceration (reaction): _(#4)  I just feel Sad_
☒ Yes  □ No   Reports family support: _wife  mother  sisters_
□ Yes  ☒No   Reports serious depression/remorse: _I didnt open my mouth when they want me do_
□ Yes  ☒No   Thinking about suicide: _____
□ Yes  ☒No   Has plan for suicide: _____
□ Yes  ☒No   Possible to implement plan: _____
□ Yes  ☒No   Reports hallucinations: _____

*BEHAVIORAL OBSERVAIONS*
□ Poor eye contact          □ Poor hygiene          □ Unable to pay attention    □ Unresponsive
□ Disorientated             □ Overly anxious        □ Unable to follow directions □ Unable to read
□ Crying                    □ Memory deficits       □ Signs of self-mutilation   □ Afraid
□ Illogical speech content  □ Appears to be hearing voices of seeing things □ Paranoid
□ Hostile       □ Other unusual behavior: _Ø behaviors_

DISPOSITION PLACEMENT RECOMMENDATION *(Based on reception mental health screening)*
□ Routine housing and mental health follow-up          □ Emergency mental health referral
□ Priority mental health follow-up but not emergency   □ Safe cell recommended
□ Current Psychotropic meds verified/interim supply ordered  ☒ Parole violator interim assessment referral

| Inmate Name: | AIS#: |
|---|---|
| Niel Bruce | 138707A |

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:
- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary, for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems
        (adjustment to prison, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:
- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonably clear risk of escape or creation of institutional disorder
- Receiving psychotropic medication
- Require movement to a special unit or cell for observation and treatment
- Require transfer to a psychiatric hospital outside of the prison
- Require a new program assignment for mental health, medical or security reasons

Mental health staff have a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access to your mental health records when completing their duties.
The following persons may have access to your mental health records on a need to know basis:
- Warden of the institution or designee
- Internal investigative staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment
All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*The information on this form has been explained to me and I have received a copy of this information for my future reference.*

| | | |
|---|---|---|
| *Bruce Lamar Hill* | *138707* | *1-6-06* |
| Inmate Signature | AIS Number | Date Signed |
| BRUCE LAMAR HILL | | ALDOC Form # 444-01 |

Draft AR444 – June 27, 2001

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/10/06 | 1:30p | S) I/m was seen by Mental Health @ the request of security. I/m reports he has a problem with his job. I/m states he is currently on the farm. I/m states his job is stressful and it is causing him to have problems with anxiety. I/m states he has several complaints about the farm. O) Euthymic, appropriate, oriented x4. A) No Diagnosis, Axis I, Axis II - Antisocial Personality Disorder - I/m appears to be trying to manipulate to get off the farm. P) Refer to psych Associate to voice complaints. I/m does not have any mental health problems. He will not be add to the caseload. _Susan Bailey MS, MHP_ | |
| 2/10/06 | 1:45 Pm | S) Inmate Hill was referred to this writer by MHP Mr Bailey. Subject reports he has been placed on the Farm Squad #9 and has been exposed to cruel and unusual punishment. Pt states he was forced to walk through a creek during cold weather and made to work in a briar patch. Inmate feels he is being physically and mentally challenged which causes him some anxiety. Subject states he has filed complaints O) Orientated x4 Concentration/Attention Span good. Cognitive functioning intact. Denies Suicidal or Homicidal ideations. Insight fair. Judgement Fair. A) Axis I - None Axis II - Possible Antisocial Personality. Militant type attitude. P) Inmate Hill was advise to follow up with filling his complaint form and make a request to see the Warden on Warden Interview _Gregory Smith PA II_ | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hill, Bruce | 138707 | | B/m | LCF |

F-61

09/26/2005 MON 13:12 FAX

09/16/2005 09:53 FAX 3342158126          ADMIN                                    013

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

PHS

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First)** Hill, Bruce | **Date: (mm/dd/yy)** 09,15,05 |
| **Site Phone #** 334-215-6708 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 09,01,65 |
| **Site Fax #** 334-215-6698 | **Inmate #** 138707 | **PHS Custody Date: (mm/dd/yy)** 08,29,05 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☑Male ☐Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 5,29,81 |
| **Responsible party:** ☑PHS ☐ Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): | |

## CLINICAL DATA

**Requesting Provider:** ☐ Physician    ☐ NP, PA    ☐ Dental
Dr. M. Bradford

**Facility Medical Director Signature and Date:**
Mike Robbins MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)          ☐ X-ray (XR)          ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)
☑ Routine                    ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** _/_/_
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**        ☐ Radiation therapy
                                       ☐ Chemotherapy
**Number of Visits/Treatments:** ____  ☐ Other____

**Specialist referred to:** Optometrist

**Type of Consultation, Treatment, Procedure or Surgery:**
Vision Exam

**Diagnosis:**
**ICD-9 code:** V72.0

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**

HTN

**Results of a complaint directed physical examination:**

Ou - 20/40

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☑ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information
**Date resubmitted:** _____

**Regional Medical Director Signature, printed name and date required; MD**
Will Mosier                                    5/15 (mm/dd/yy)

Do not write below this line: For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: AL 1506 |
|---|---|---|---|

05a - UM Referral review form

PHS

Please send this form must be Complete and Legible. You must Type o...
the Authorization Letter to the service provider     e of the Appointment

## DEMOGRAPHICS

**Site Name & Number:**
Staton 843

**Patient Name: (Last, First,)**
Hill, Bruce

**Date: (mm/dd/yy)**
10.21.05

**Site Phone #**
(334) 567-1548

**Alias: (Last, First,)**

**Date of Birth: (mm/dd/yy)**
09.01.65

**Site Fax #**
(334) 567-1538

**Inmate #**
138707

**PHS Custody Date: (mm/dd/yy)**
08.29.05

**SS Number**
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

**Will there be a charge?** ☑ Yes ☐ No

**Sex** ☑ Male ☐ Female

**Potential Release Date: (mm/dd/yy)**
09.  .07

**Responsible party:** ☑ PHS   ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician   ☑ NP, PA   ☐ Dental

Glassten CRNP   Dnuceanp

**Facility Medical Director Signature and Date:**
Glen Gram

☐ Service meets criteria for "approval via protocol"   10/21/05

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy
☐ Chemotherapy
**Number of Visits/Treatments:** 1   ☐ Other:___

**Specialist referred to:** Dr Bradford

**Type of Consultation, Treatment, Procedure or Surgery:**

In House Eys Exam

**Diagnosis:**
**ICD-9 code:**
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**
OD
OS   History Hypertension
OU "

**Results of a complaint directed physical examination:**

Black spots } 20yrs
Headache     } Since 1st
             } Diagnosed w/ HTN

**Previous treatment and response (including medications):**
Clonidine 0.2mg BID

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted** ___/___/___

FAXED
10/28/05

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

U5a - UM Referral review form

RECEIVED JAN 24 2007

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Limestone Correctional Facility - 0841 | Hill, Bruce | 1/24/07 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (256) 233-4600 | 138 707 | 09/01/65 |

| Site Fax # | BPP ID # | PHS Custody Date |
|---|---|---|
| (256) 230-6861 | A-484 | 08/29/2005 |

**Diagnosis:**
GERD

☐ Male   ☐ Female

**Medication Allergies:**
ASA

**Requested Non-Formulary and Strength:**
Omeprazole Capsule 20 mg (Generic)

**Directions:**
Caps = Each day X 180 days

**Duration of Therapy:**
(Maximum approval is 90 days)

☐ 7 days   ☐ 30 days   ☐

**Justification for Rx's non-for...**

TO: RCC
for Fed. Ct.

Site changes:
Moderately
controlled c

**Compliance:** ☑ > 80%

**Practioner Information:**

Name:

Daytime Phone:

INVIRASE 500 mg
(saquinavir mesylate)

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

| Determination: | ☑ Approved | ☐ Additional information requested | ☐ Alternative clinical rational |
|---|---|---|---|

**Corporate/Regional Medical Director/Designee**

Name:

Date:

Signature: _____ 1/27/07



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8-29-05

**To:** ADOC

**From:** PHS

**Inmate Name:** Hill, Bruce          **ID#:** 138707

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Blood pressure checks daily x 4 weeks.
Go to out patient clinic at 0500 hours on
Tuesdays and Fridays for 4 weeks. Follow
up in out patient clinic in 4 weeks ——

**Date** 8-29-05 **MD Signature** M. Robbins md / S. Laurent **Time:** 8-29-05

8/30/05

60418



PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/23/05

**To:** Staton Corrections

**From:** Health Care Unit

**Inmate Name:** Hill Breece    **ID#:** 138707

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

See MD 9/26/05 in AM per DOC

Lt Copeland

_____

_____

**Date:** 9/23/05   **MD Signature:** _Di Pleasant/ks Snitler_   **Time:** 1545

60418



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/4/05

**To:** Staton Corrections

**From:** Health Care Unit

**Inmate Name:** Hill Bruce          **ID#:** 138707

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

HCU 10/4/05 See Ms Smith B/P ✓

tylenol

_____

_____

_____

**Date:** 10/4/05 **MD Signature:** Dr Pleasant / Smith RN **Time:** 1515

60418



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/12/05

**To:** Staton

**From:** HCU

**Inmate Name:** Hill, Bruce          **ID#:** 138900

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**

Report to lab am for Chem 7  10/13/05

**Date:** 10/12/05   **MD Signature:** Lewis / Pleasant   **Time:** _____

60418



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _12/14/05_

**To:** _Staton_

**From:** _Hill_

**Inmate Name:** _Hill Bruce_        **ID#:** _138707_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Shave profile x (60) Sixty Days._
_Start 12/14/05 - 2/14/06. No Mustache._

_____

_____

**Date:** _12/14/05_   **MD Signature:** _Pleasant / x Smither_   **Time:** _0750_

60418



PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/17/05

**To:** Staton Correction

**From:** Health Care Unit

**Inmate Name:** Hill Bruce          **ID#:** 138707

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Shave profile X(60) Sixty Days.

Start 10/17/05 - 12/17/05. No Mustache

_____

_____

**Date:** 10/17/05    **MD Signature:** Dr Pearson/ J Smith    **Time:** 1530

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/15/05

**To:** DOC

**From:** HCU

**Inmate Name:** Hill, Bruce          **ID#:** 138707

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____ KOP    MEP _____

**Comments:**

Hydro cortison Cream B.I.D X 2Wks
12/15/05  to  12/29/05
W. Pretty LPN

**Date:** _____ **MD Signature:** _____ **Time:** _____



## SPECIAL NEEDS COMMUNICATION FORM

PRISON
HEALTH
SERVICES
INCORPORATED

Date: 10\3\06

To: DOC

From: OPC

Inmate Name: Hill, Bruce          ID#: 138707

**The following action is recommended for medical reasons:**

1.    House in _____

2.    Medical Isolation _____

3.    Work restrictions _____

4.    May have extra _____ until _____

5.    Other _____

**Comments:**

Clipper shave x 30d

KOP - Benzoyl x 90d

_____

_____

Date: _____  MD Signature: UOBAdams CRNP/Ahaves,VR  Time: _____

10\3\04
bn

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: 11-6-06

To: DOC

From: HW

Inmate Name: Hill Bruce          ID#: 138707

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until_____

5.  Other _____

**Comments:**

Inmate can have Eye Patch and
eye Patch gauze en Prison
will be reevaluted in 7 days

Date: 11-8-06  MD Signature: S. Poulnied          Time: 12:45

60418

Facility Name: Killby

Month/ of Charting: Aug '05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Clonidine 0.2mg 0900

PO q error pA 1800

BID x 180d

Start Date: 8-31-05    Prescriber: Adams CRNP

Stop Date: 3-02-05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Tylenol 650mg    P

PO BID x 30d prn    R

N

Start Date: 8-31-05    Prescriber: Adams CRNP

Stop Date: 9-1-05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-----------|-------------------|---------|-------------------|---------|---------------------|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies NKDA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 138707 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| Hill, Bruce | | Date of Birth: 9-1-65 | | | 10. Other |

| Facility Name: Kilby Station | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month of Charting: Sept. '05

Clonidine 0.2mg
po BID x180d
(KOP)

0900
1800

Start Date: 8-31-05    Prescriber: Adams CRNP
Stop Date: 3-2-06    RX #:

Tylenol 650mg
po BID x30d
prn

P
R
N

Start Date: 8-31-05    Prescriber: Adams CRNP
Stop Date: 10-1-05    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKDA | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 138707 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | Date of Birth: 9-1-05 | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: | STATON | | | | | | | | | | Month/Y | | | Charting: 10/05 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Clonidine 0.2 mg
PO BID x 180 drugs

6a
6p ✗ Bruce Will 138707  10-4-05
60 # Tabs/Crim N/Suraw

Start Date: 8/31/05   Prescriber: Pleasant
Stop Date: 3/2/06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Tylenol 325 mg
PO BID x 30 days

6a
6p ✗ Bruce Will 138707
KOP
PF Start Date: 10/5/05   Prescriber: Lassiter
Stop Date: 11/5/05   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 138707 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Hill, Bridie | | | | | 9. No Show |
| | Date of Birth: 9/1/65 | | | | 10. Other |

| Facility Name: Staton | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Month/Year Charting: October 2005 | | | | | | | | | | | | | | | | | | |

Tylenol 325 mg 1-2 tabs po TID X30 days PRN

Start Date: 10/21/05    Prescriber: Guice
Stop Date: 11/20/05     RX #:

Start Date:    Prescriber:
Stop Date:     RX #:

Start Date:    Prescriber:
Stop Date:     RX #:

Start Date:    Prescriber:
Stop Date:     RX #:

Start Date:    Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial |
| K Jones, LPN | BJ | | |

Allergies: ASA

Housing Unit:
Patient ID Number: 138707
Patient Name: Hill Bruce,

Date of Birth: 9/1/6?

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Staton Correctional Facility

Month/Year of Charting: 11/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clonidine HCl 0.2MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

KOP

#60 10/4/05     #60 11/2/05

Start Date: 09-27-2005    Prescriber: Peasant, John
Stop Date: 03-02-2006    RX #: 250671707

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Acetaminophen 325MG Tab    120.00

Take 2 tablet(s) (=650mg) by mouth twice daily

KOP

#60    10/18/05     11/2/05

Start Date: 09-27-2005    Prescriber: Peasant, John
Stop Date: 03-02-2006    RX #: 250671710

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Miller | | | |

Diagnosis

Allergies: NKDA

Housing Unit: Population
Patient ID Number: 138707
Patient Name:

Hill, Bruce

Date of Birth: 9-1-65

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name:  Staton Correctional Facility, | | | | | | | | | | | | | | | | | | | | | Month of Charting:   12/05 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clonidine HCl 0.2MG Tab          60.00

Take 1 tablet(s) by mouth twice daily

NOT KOP

Start Date: 09-27-2005
Stop Date: 03-02-2006

Prescriber: Peasant, John
RX #:  250671707

acetominophen 325mg
4 tabs po BID

NOT KOP

Start Date: 9-2705
Stop Date: 3-206

Prescriber: Peasant
RX #:

Naprosyn 375mg PO
T.I.D X 100 days

Start Date: 12/15/05
Stop Date: 3/25/06

Prescriber:
RX #:

Zantac 150mg PO
B.I.D. X 100 days

Start Date: 12/15/05
Stop Date: 3/25/06

Prescriber:
RX #:

Hydrocortisone cream
B.I.D X 2wks
KOP

Start Date: 12/15/05
Stop Date: 12/29/05

Prescriber:
RX #:

Start Date:
Stop Date:

Prescriber:
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Johnson RN | SJ | | | 1. Discontinued Order |
| Allergies       NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit:    Population | | | | | 5. Lock Down |
| Patient ID Number:  138707 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Hill, Bruce | | | | | 8. Medication Held |
| | | Date of Birth: | 9-1-68 | | 9. No Show |
| | | | | | 10. Other |

NOT KOP

Facility Name: Staton Correctional Facility

Month/Year of Charting: 01/06

**Clonidine HCl 0.2MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 09-27-2005
Stop Date: 03-02-2006

Prescriber: Peasant, John
RX #: 250671707

Date Rec'd Qty 30 #4
LPN Rec'd Bruce

**Hydrocortisone 1% Cream     1**

Use as directed

Start Date: 12-20-2005
Stop Date: 01-09-2006

Prescriber: Peasant, John
RX #: 250995796

**zantac 150MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 12-20-2005
Stop Date: 03-29-2006

Prescriber: Peasant, John
RX #: 250995444

**Naprosyn 375MG Tab     90.00**

Take 1 tablet(s) by mouth Three Times Daily

Start Date: 12-20-2005
Stop Date: 03-29-2006

Prescriber: Peasant, John
RX #: 250995799

Date Rec'd Qty 90
LPN Rec'd Bruce

Acetominophen 325mg
ii tab po BID

Start Date:
Stop Date:

Prescriber:
RX #:

Start Date:
Stop Date:

Prescriber:
RX #:

Diagnosis

Allergies     AKA

Housing Unit: Population
Patient ID Number: 138707
Patient Name:
**Hill, Bruce**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Johnson RN | SV | K Jones | RJ |
| | AG | P Washington | Pw |

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 9-1-65

| Facility Name: | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Mon ar of Charting: 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clonidine .2mg
÷ po BID

5a

Date 3/7 Qty 60
LPN CS Rec'd *Bruce Hill* 138707

Sp  MCA

1-26   #4

Start Date 9-29-05    Prescriber: *Peasant*
Stop Date: 3-02-06    RX #: 250671707

Hydrocortison cream
1% to AA

*Complete*

Start Date: 12 20 05    Prescriber: *Peasant*
Stop Date: 01 09 06    RX #:

12-27

Zantac 150mg
÷ po BID

5a

Sp   *Bruce L. Hill* 138707    *Bruce Hill* 138707

Start Date: 12 20 05    Prescriber: *Peasant*
Stop Date: 3 29 06    RX #: 2509954

Naproxen 375g
÷ po tid

5a
RN 999999
Sp 9

90T 1-26-06

K
Op

Start Date: 12 20 05    Prescriber: *Peasant*
Stop Date: 3 29 06    RX #: 25099579

Diagnosis

Allergies   NKDA

Housing Unit: # 138707
Patient ID Number:
Patient Name:

Nurse's Signature    Initial    Nurse's Signature    Initial

C Carter    Ce
L Barnes    BS

Documentation Cod
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Sto
8. Medication Held
9. No Show
10. Other

Date of Birth:

| Facility Name:  Limestone Correctional Facility | | | Month/Year of Charting:   03/06 |

**Month/Year of Charting: 03/06**

zantac 150MG Tab      60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 12-20-2005
Stop Date: 03-29-2006
Prescriber: Peasant, j.
RX #: 250995444

---

Naprosyn  375MG Tab      90.00

Take 1 tablet(s) by mouth Three Times Daily

Sa 9 9 9 9 9 9

BN

SP          9          3-4-06  81  Bruce Hill  D

3/8/06 - Seumeuch  D/D

1-26      90

Start Date: 12-20-2005
Stop Date: 03-29-2006
Prescriber: Peasant, j.
RX #: 250995799

---

Catapres 0.2MG Tablet      60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 02-03-2006
Stop Date: 08-01-2006
Prescriber: Poulsaied, S
RX #: 251139645

---

Clonidine .2mg  Sa
~ po BID

SP  3-6-06  lot  Bruce Hill  D

2-7    60T

Start Date: 3-1-06
Stop Date: 6-10-06
Prescriber: Bosserman
RX #:

---

Zantac 150 mg  Sa
~ po B10

SP  3-6-06  lot  Bruce Hill  D

Date  3/7  Qty  Bruce Hill
LPN  Rec

2/25  60

Start Date: 3-1-06
Stop Date: 6-10-06
Prescriber: Bosserman
RX #:

---

Naprosyn 375mg
'/i po BID PRN
X 100days

SAm

SPm  Date 3/7  Qty 30  Bruce Hill
LPN  Rec

ROP

Start Date: 3/27/06
Stop Date: 7/7/06
Prescriber: S Poussard C4D
RX #:

---

Diagnosis

Allergies

Housing Unit:  Population
Patient ID Number:  138707
Patient Name:
**Hill, Bruce**

| Nurse's Signature | Initial | Nurse's Signature | Initial |

Date of Birth:

**Documentation Code**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Limestone Correctional Facility | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Catapres 0.2MG Tablet  60.00 | Sa | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth twice daily. | Sp | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 02-03-2006  Stop Date: 08-01-2006  Prescriber: Poulsaled, S  RX#: 251139645

Zantac 150 mg ī po BID   Start Date: 3-1-06  Stop Date: 6-10-06  Prescriber: Bosserman

Naprosyn 375 ī po BID x 100 dys   Start Date: 3/2/06  Stop Date:

Clonidine .2mg ī po BID   3-6  #60   Start Date: 3-1-06  Stop Date: 6-10-06  Prescriber: Bosserman

Date 4-6 Qty 60  LPN Rec'd Bruce RN

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Housing Unit: Population
Patient ID Number: 138707
Patient Name: Hill, Bruce

| Facility Name: Limestone Correctional Fac. | | Month of Charting: 05/06 |
|---|---|---|

Facility Name: Limestone Correctional Fac.

**Hour** | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Clonidine HCl 0.2MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

Date 3/4 Qty 40 Bruce Hill 138707
LPN Rec'd

Start Date: 03-29-2006    Prescriber: Bosserman, M.
Stop Date: 07-06-2006    RX #: 251348393

**Hour** | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

zantac 150MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 03-29-2006    Prescriber: Bosserman, M.
Stop Date: 07-06-2006    RX #: 251348394

**Hour** | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Naprosyn 375MG Tab    30.00

Take 1 tablet(s) by mouth twice daily
as needed

Date 3/4 Qty 40 Bruce Hill 138707
LPN Rec'd

Start Date: 03-29-2006    Prescriber: Pouisaied, S
Stop Date: 07-06-2006    RX #: 251344965

**Hour** | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

TAO p̄ z̄ Shave
X 6 months

Start Date: 5-12-06    Prescriber: N P
Stop Date: 11-12-06    RX #:

**Hour** | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date:    Prescriber:
Stop Date:    RX #:

**Hour** | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 138707 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| **Hill, Bruce** | | Date of Birth: | | | 9. No Show |
| | | | | | 10. Other |

Month or of Charting:    06/06

| Facility Name: | Limestone Correctional F. |
|---|---|

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Clonidine HCl 0.2MG Tab        60.00

Take 1 tablet(s) by mouth twice daily

5A    Date 6/1 Qty 9 *Bruce Hill* 138707

5P    Date 6/29 Qty 18
      LPN RS Rec'd *Bruce Hill* 138707

LOT 5-4-06

Start Date: 03-29-2006    Prescriber: Bosserman, M.
Stop Date: 07-06-2006    RX #: 251348393

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

zantac 150MG Tab        60.00

Take 1 tablet(s) by mouth twice daily

5A

5P  9   Date 6/1 Qty 9 *Bruce Hill* 138707
        LPN     Rec'd

Start Date: 03-29-2006    Prescriber: Bosserman, M.
Stop Date: 07-06-2006    RX #: 251348394

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Naprosyn 375MG Tab        60.00

Take 1 tablet(s) by mouth twice daily

5A    Date 6/1 Qty 9 *Bruce Hill* 138707
      LPN     Rec'd

5P    Date 6/29 Qty 46
      LPN RS Rec'd 8  *Bruce L. Hill* 138707

LOT 5-4-06

Start Date: 04-22-2006    Prescriber:
Stop Date: 07-20-2006    RX #: 251435856

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

TAO p̄ q frame
& Lenno.

Start Date: 5-12-06    Prescriber: NP
Stop Date: 11-12-06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | Ridings LPN | LR | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: MHM | | | | | 5. Lock Down |
| Patient ID Number: 138707 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Sto |
| **Hill, Bruce** | | Date of Birth: | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Vital Signs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Instructions:**
Initial appropriate box when medication or treatment is given.
Circle initials when medication or treatment if refused.
State reason for refusal under medication notes.
State reason and result for prn medication or treatment.
Indicate injection site with appropriate code.

**Documentation Codes:**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
0. Other

**Results Codes:**
A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes:**
1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

| Result | Action | Route | Medication and Strength | Initials | Time | Date |
|---|---|---|---|---|---|---|

7/31/06 *Secured after refused to sign refusal sheet. Atenolol. Turning them on his own accord during KOP* — D.H. Byrd

Facility Name: _LCF_

Month/Yr _____ Charting _7/06_

Atenolol
25mg
-/1 po q day

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|-|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 5pm | | | | | | | | | | 9 | 9 | 9 | 9 | 9 | | | | | | | | | | | | | | |

Date 7/6 Qty 30
LPN ____ Rec'd ____
Bruce Hill 138-70

Patient Refused 7/3/04
Start Date: 7/12/04    Prescriber: SP oursled camp
KOP    Stop Date: 10/12/04    RX #:

Naprosyn 250mg
-/1 po BID PRN
X 90 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 5pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 9 | 9 |
| 5pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 9 |

Date 7/6/04 Qty 180
LPN QW Rec'd ____
Bruce L. Hill 138-70

Start Date: 7/27/06    Prescriber: SP oursled camp
KOP    Stop Date: 10/27/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: ____    Prescriber: ____
Stop Date: ____    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: ____    Prescriber: ____
Stop Date: ____    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: ____    Prescriber: ____
Stop Date: ____    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: ____    Prescriber: ____
Stop Date: ____    RX #:

Diagnosis _HTN_

Allergies _ASA_

Housing Unit: ____
Patient ID Number: _138707_
Patient Name: _Hill, Bruce_

Nurse's Signature    Initial    Nurse's Signature    Initial
_P. Washington_    _w_

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
0. Other

Date of Birth

| Facility Name: Limestone Correctional Facility | | Month/Year of Charting: 07/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Clonidine HCl 0.2MG Tab   60.00

Take 1 tablet(s) by mouth twice daily

rewritten 6/28/06

60T 6-1-06    KoP

| Start Date: 03-29-2006 | Prescriber: Bosserman, M. |
| Stop Date: 07-06-2006 | RX #: 251348393 |

zantac 150MG Tab   60.00

Take 1 tablet(s) by mouth twice daily

rewritten 6/28/06

60T 6-1-06    KoP

| Start Date: 03-29-2006 | Prescriber: Bosserman, M. |
| Stop Date: 07-06-2006 | RX #: 251348394 |

Naprosyn 375MG Tab   60.00

Take 1 tablet(s) by mouth twice daily

46T 6-29-06
60T 6-1-06    KoP

| Start Date: 04-22-2006 | Prescriber: Pouisaied, S |
| Stop Date: 07-20-2006 | RX #: 251435856 |

TAO p̄ q̄
shave x Lemo.

| Start Date: 5-12-06 | Prescriber: NP |
| Stop Date: 11-12-06 | RX #: |

Clonidine HCl
0.2mg ǐ po
BID X 90d
18T 6-29-06
60T 6-1-06

5AM
5PM    KoP

D/C 7/12/06 - DH

| Start Date: 6-28-06 | Prescriber: Pouisaied |
| Stop Date: 9-28-06 | RX #: |

Zantac 150mg
ǐ po BID
X 90d
60T 6-1-06    KoP

| Start Date: 6-28-06 | Prescriber: Pouisaied |
| Stop Date: 9-28-06 | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | L Ridings LPN | LR | Bonnie | RR | 1. Discontinued Order |
| Allergies  ASA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit:  MHM | | | | | 5. Lock Down |
| Patient ID Number:  138707 | P. Washington | Pw | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| **Hill, Bruce** | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: _LCF_

Month of Charting: _7/06_

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Atenolol 25mg
¹/₁ po g day

5pm ..... 9 9 9 9 9    Date 7/N  Qty 30
LPN  Rec'd
Regused refusal 7/31/06    Bruce 7/31/87

KOP

Start Date: 7/12/06    Prescriber: SP ourselcd CRNP
Stop Date: 10/12/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naprosyn 250mg
¹/₁ po BID PRN
X 90 days

5pm .....     7/06 Bruce L. Hill  138207  9 9 9
5pm .....  Date 7/306 Qty 180  9 9
LPN DW  Rec'd

KOP

Start Date: 7/27/06    Prescriber: SP ourselcd CRNP
Stop Date: 10/27/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis: _HTN_

Allergies: _ASA_

Housing Unit:
Patient ID Number: _138207_
Patient Name:
_Hill, Bruce_

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
|  |  | P. Washington | PW |
|  |  |  |  |
|  |  |  |  |

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stoc
8. Medication Held
9. No Show
10. Other

Date of Birth:

Facility Name: Limestone Correctional Fac.

Month of Charting: 08/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Atenolol 25MG Tab    30.00

Take 1 tablet(s) by mouth daily

D/C    8/11/06 — SHw RN

3OT 7-18-06

Start Date: 07-14-2006    Prescriber: Pouisaied, Shala

Stop Date: 10-11-2006    RX #: 251724729

Zantac 150mg

½ P.O. BID

x 90D

66T 7-18-06 ✓

Start Date: 6-28-06    Prescriber: Ponrsaied

Stop Date: 9-28-06    RX #:

Naprosyn 250mg

½ P.O. BID

PRO x 90 Days

6OT 7-31-06 ✓

Date 8-24 Qty 60

LPN ___ Rec'd Bruce Hill 138707

Start Date: 7-27-06    Prescriber: SPonrsaied

Stop Date: 10-27-06    RX #:

5 Am

8 Pm

Clonidine .2mg

½ po BID

x 90days

NOT KUP

Start Date: 8/11/06    Prescriber: SPonrsaied cnp

Stop Date: 11/11/06    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

Diagnosis

Allergies    ASA

Housing Unit: Population

Patient ID Number: 138707

Patient Name:

**Hill, Bruce**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | OH | OMS | |
| D. Thadpn | DS | MPSnaclen | MB |
| | | Janet Guice | Jg |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: | Limestone Correctional Fac... | | Month of Charting: 09/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

**Atenolol 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

D/C  8/11/06

Start Date: 07-14-2006  Prescriber: Pouisaied, Shala
Stop Date: 10-11-2006  RX #: 251724729

**Naprosyn 250MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily as needed

5A
5P
KOP

Start Date: 07-29-2006  Prescriber: Pouisaied, Shala
Stop Date: 10-26-2006  RX #: 251777560   DOT 8-24-06

**Clonidine HCl 0.2MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

5A
5P
NOT KOP

Start Date: 08-12-2006  Prescriber: Pouisaied, Shala
Stop Date: 11-09-2006  RX #: 251827587

**Zantac 150mg i po BID x 90d**

5A
5P
KOP

Start Date: 6-28-06  Prescriber: Pouisaied
Stop Date: 9-28-06  RX #:

**Zantac 150mg i po BID x 90days**

5A
5P

Start Date: 9-12-06  Prescriber: Pouisaied
Stop Date: 12-12-06  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | L Bidings LPN | LB | LS Votrul | | 1. Discontinued Order |
| Allergies ASA | K Glasscock LPN | KG | M Buchin | MB | 2. Refused |
| | Dilure Brown | DB | | | 3. Patient out of facility |
| Housing Unit: Population | E. Carter LPN | EC | X Shonlewgn | | 4. Charted in Error |
| Patient ID Number: 138707 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| **Hill, Bruce** | | | Date of Birth: | | 7. Medication out of Sto... |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: | | Month of Charting | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Clonidine 0.2mg ī tab po BID x90d

Hour: 0900 / 1600

Start Date: 8·12·06    Prescriber:
Stop Date: 11·12·06    RX #:

Naproxen 250mg ī po BID x 90

Hour: 0900 / 1600

Start Date: 07·27·06    Prescriber:
Stop Date: 10·28·06    RX #:

Zantac 150 mg ī Bid x90d

Hour: 0900 / 1600

Start Date: 9·12·06    Prescriber:
Stop Date: 12·13·06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies: ASA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| | | | | | 6. Self Administered |
| Housing Unit: | | | | | 7. Medication out of Stock |
| Patient ID Number: 138707 | | | | | 8. Medication Held |
| Patient Name: | | | | | 9. No Show |
| Hill Bruce | | | Date of Birth: 9·1·65 | | 10. Other |

Facility Name: KLF                                    Month or of Charting: 10/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clonidine 0.2mg    0900
ī tab po bid       0500
x 90d              1600
                   SP

Start Date: 8-1-06      Prescriber:
Stop Date: 11-12-06     RX #:

Naproxen 250mg    0900
ī po bid x 90d    5A
                  1600
                  SP

Start Date: 7-27-06     Prescriber:
Stop Date: 10-28-06     RX #:

Zantac 150mg      0900
ī bid x 90d       5A
                  1600
                  SP

Start Date: 9-12-06     Prescriber:
Stop Date: 12-13-06     RX #:

(59) 10/14/06

Benzoyl H2O2 10%    K O P
Lotion BID KOP
x 90d

Start Date: 10/3/06     Prescriber:
Stop Date: 1/3/07       RX #:

Start Date:             Prescriber:
Stop Date:              RX #:

Start Date:             Prescriber:
Stop Date:              RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | K Glasscock LPN | kg | W Oucran | MB | 1. Discontinued Order |
| Allergies ASA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 138707 | | | | | 7. Medication out of Sto |
| Patient Name: | | | | | 8. Medication Held |
| Hill Bruce | | | | | 9. No Show |
| | Date of Birth: 9-1-65 | | | | 10. Other |

| | | Month of Charting: 11/06 |
|---|---|---|

Facility Name: Limestone Correctional Fac.

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clonidine HCl 0.2MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

5A

5P

NOT KOP

Start Date: 08-12-2006    Prescriber: Pouisaied, Shala

Stop Date: 11-09-2006    RX #: 251827587

---

Ranitidine HCl ( for zantac ) 150MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

59T 10/14/06

5A

5P

KOP

Date 11/2    Qty 60
LPN    Rec'd    Bruce Hill

Start Date: 09-13-2006    Prescriber: Pouisaied, Shala

Stop Date: 12-11-2006    RX #: 251930478

---

Naprosyn 250mg
÷ po BID
    X 90 days

5a

5p

Date 11/12    Qty 60
LPN /5    Rec'd    Bruce Hill

Start Date: 10/9/06    Prescriber: Pouisaied

Stop Date: 1/9/07    RX #:

---

Clonidine .2mg
÷ po qd
    X90 days

5a

5p

WNCM no order

Start Date: 10/9/06    Prescriber: Pouisaied

Stop Date: 1/9/07    RX #:

---

Clonidine 0.2mg
÷ P.O. BID
    X 90 Days

5A

5p

Start Date: 10-19-06    Prescriber: Pouisaied

Stop Date: 1-19-07    RX #:

---

Neomycin & Polymyxin B
Sulfate & Dexamethasone
Ophthalmic Suspension
÷ gtts both eyes RID
    X 14 days

KOP

Start Date: 11-16-06    Prescriber: Dobbs

Stop Date: 11-29-06    RX #:

---

| Diagnosis HTN | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | L Riding LPN | LR | | ND | 1. Discontinued Order |
| Allergies Salicylates | L Shredu LPN | | | D | 2. Refused 3. Patient out of facility 4. Charted in Error 5. Lock Down |
| | K glass cook | Kg | | SC | 6. Self Administered 7. Medication out of Stock 8. Medication Held 9. No Show 10. Other |

Housing Unit: MHM

Patient ID Number: 138707

Patient Name:

**Hill, Bruce**

Date of Birth:

Facility Name: LCF

Month of Charting: 11/6

Provide IM
c sterile gauge
while on eye
gtts.

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|--|

Start Date: 11-16-06    Prescriber: HOBBS
Stop Date: 11-29-06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|--|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis: HTN

Allergies: ASA

Housing Unit:
Patient ID Number: 138707
Patient Name: Hill, Brian

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|-------------------|---------|-------------------|---------|
| A Simms LPN | AS | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

Facility Name: Limestone Correctional Facility

Month/Year of Charting: 12/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ranitidine HCl ( for zantac ) 150MG Tab     60.00 | 5A | 3 | | sec | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth twice daily | 5P | NO | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOT  11-12-06 | LOT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-13-2006     Prescriber: Pouisaied, Shala     Date 12/4  Qty __
Stop Date: 12-11-2006     RX #: 251930478     LPN __  Rec'd __

| Clonidine HCl 0.2MG Tab     60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth twice daily | 8A | 3 | | sec | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-20-2006     Prescriber: Pouisaied, Shala
Stop Date: 02-18-2007     RX #: 252109580

| Naproxen ( for Naprosyn ) 250MG Tab 60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8A | 3 | | sec | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth twice daily as needed | 5P | NO | 2 | 0 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOT  11-12-06 | LOT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-20-2006     Prescriber: Pouisaied, Shala     Date 12/4  Qty __
Stop Date: 01-18-2007     RX #: 252109587     LPN __  Rec'd __

Liqui Learn 1 pt
ou BID
x 30 days

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12-1-06     Prescriber: M.P.
Stop Date:

Zantac 150 mg
= po BID
x 180 days

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12-1-06     Prescriber: Pouisaied
Stop Date: 6-1-07     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

Diagnosis HTN

Allergies Salicylates

Housing Unit: Population
Patient ID Number: 138707
Patient Name:

**Hill, Bruce**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| L Ridings LPN | LR | M Buck LPN | MB | 1. Discontinued Order |
| K Easterock LPN | KE | A Davis LPN | AD | 2. Refused |
| | | J___ LPN | JF | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |

Facility Name: Limestone Correctional Fac.

Month of Charting: 01/07

**Clonidine HCl 0.2MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily

Start Date: 11-20-2006  
Stop Date: 02-18-2007  
Prescriber: Pouisaied, Shala  
RX #: 252109580

NOTE KOP

**Naproxen ( for Naprosyn ) 250MG Tab 60.00**
Take 1 tablet(s) by mouth twice daily as needed

Start Date: 10-20-2006  
Stop Date: 01-18-2007  
Prescriber: Pouisaied, Shala  
RX #: 252109587

**Ranitidine HCl ( for zantac ) 150MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily

Start Date: 12-14-2006  
Stop Date: 06-11-2007  
Prescriber: Pouisaied, Shala  
RX #: 252208501

Zantac 300mg / P.O. BID x 90 Days

Start Date: 1-9-07  
Stop Date: 1-9-07  
Prescriber: Hooper  
RX #:

Neomycin, Polymicin Dexamenisolone Eye gtts / ℞ Ear QD x 14 Days

Start Date: 1-9-07  
Stop Date: 1-22-07  
Prescriber: Hooper  
RX #:

Neomycin Polymicin Dexamethasone eye gtts ℞ ℞ eye QD 14 day

Start Date: 1-10-07  
Stop Date: 1-23-07  
Prescriber: Hooper  
RX #:

X Bruce Hill #138707

Diagnosis:

Allergies: Salicylates

Housing Unit: Population  
Patient ID Number: 138707  
Patient Name:

**Hill, Bruce**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| 2. McLinson | | J. Simms | AS |
| K Glasscock RN Rg | | W Buck LPN | MB |
| | | A. Davis, LPN | AD |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: | | Month of Charting: |
|---|---|---|

**Tylenol 325mg ii TID PRN X 14 days**
Hour: 8A, 4P, 11P
Start Date: 1-19-07  Prescriber: HOOPER
Stop Date: 2-2-07  RX #:

**Gentamycin ointment Opthalmic ~~Solution~~ Apply QHS X7days**
Hour: KOP
Start Date: 1-19-07  Prescriber: HOOPER
Stop Date: 1-26-07  RX #:
Date 1-19-07 Qty #1  LPN MB Rec'd

**Warm Compress to (R) eye QID X7days**
Start Date: 1-19-07  Prescriber: HOOPER
Stop Date:  RX #:

**Omeprazole Cap. 20mg Q day X180 days**
Hour: 4P
Start Date: 1-24-07  Prescriber: Hobbs
Stop Date: 2-26-07  RX #:

**Simethicone 80mg ii tabs PC&HS X180 days Must Recieve 4x day**
Hour: 8A, 11A, 4P, 11P
Start Date: 1-24-07  Prescriber: Hobbs
Stop Date: 2-26-07  RX #:

Diagnosis: GERD/HTN
Allergies: Salicylates
Housing Unit:
Patient ID Number: 138707
Patient Name: Hill Bruce

Nurse's Signature: M Buckle LPN — Initial MB
K Glasscock LPN Kg
A. Davis, LPN — AD
J Gist LPN JG

Documentation Codes: 1. Discontinued Order 2. Refused 3. Patient out of facility 4. Charted in Error 5. Lock Down 6. Self Administered 7. Medication out of Stock 8. Medication Held 9. No Show 10. Other

Facility Name: Limestone Correctional Fac...

Month of Charting: 02/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Clonidine HCl 0.2MG Tab   60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 11-20-2006   Prescriber: Poulsaied, Shala
Stop Date: 02-18-2007   RX #: 252109580

**Ranitidine HCl ( for zantac ) 300MG Tab   60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 01-10-2007   Prescriber: Hobbs, William Douglas
Stop Date: 04-09-2007   RX #: 252272555

**Tylenol 325MG Tab   42.00**

Take 1 tablet(s) by mouth Three Times Daily as needed

Start Date: 01-19-2007   Prescriber: Hooper, C
Stop Date: 02-02-2007   RX #: 252304041

*Prilosec 20mg ± po qd x180days*

Start Date: 1-24-07   Prescriber: Hobbs
Stop Date: 7-24-07   RX #:

*S.methicone 80mg ± po pc+hs x180days*

Start Date: 1-24-07   Prescriber: Hobbs
Stop Date: 7-24-07   RX #:

*Clonidine .2mg ± po x180days BID*

Start Date: 1-17-07   Prescriber: Poulsaird
Stop Date: 7-17-07   RX #:

Diagnosis: HTN/GERD

Allergies: Salicylates

Housing Unit: Population
Patient ID Number: 138707
Patient Name:

**Hill, Bruce**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | A. Davis, LPN | AD |
| | | K Glasscock, LPN | |
| | | | SG |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Kilby

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clonodine 0.2mg
1 tab p.o. BID
X 180 days

0900
HS
2100

Start Date: 01/18/07    Prescriber: Robin Hope
Stop Date: 07/17/07    RX #: 7/20/07

Omeprazole 20mg
1 qday x
180 days

0600
1600

Start Date: 01/18/07    Prescriber: Foster
Stop Date: 7/26/07    RX #:

Amitriline 80mg
" tabs TC + HS
X 180 days Must
receive QID dose

0800
0900
1600
2100

Start Date: 01/24/07    Prescriber:
Stop Date: 07/26/07    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis: ASA

Allergies: ASA

Housing Unit:
Patient ID Number: 138707
Patient Name: Hill, Bruce

Date of Birth: 9/01/66

Nurse's Signature    Initial    Nurse's Signature    Initial

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: _LCF_
_Hutson Neg. fn_

Tylenol 325 mg #
P.O. TID PRN x
14 days

Month: _____ of Charting: 2/07

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2-6-07    Prescriber: Mr. Hooper CRNP
Stop Date: 2-20-07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis: _Dental Pain_

Allergies: _ASA_

Housing Unit: _____
Patient ID Number: _138 707_
Patient Name: _Hill, Bruce_

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| _LW Hutson fn_ | _fn_ | _A Simmons N_ | _AS_ |
| | | _K Glasscock LPN_ | _kg_ |
| | | _R. Ravin, LPN_ | _RV_ |
| | | _nurse Dw_ | _JS_ |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: _9-1-65_



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: Bruce Hill _____ AIS #: 138707A

1.   I agree to having dental x-rays taken of my teeth and jaws in order to determine my dental problems.

2.   I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.   I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.   I have had the opportunity to ask questions which have been answered to my satisfaction.

5.   I understand there is no guarantee of success or permanence of the treatment.

_Bruce Lamar Hill_ _____     11/21/05 _____
Patient's Signature                                         Date

_____     11/21/05 _____
Dentist's Signature                                          Date



PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination    8-30-05

Initial Classification

Oral Pathology .......................................... Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms ..................................... Periapical
Bitewing
Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☑ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☑ | ☐ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☑ | ☐ | Heart Disease |
| ☐ | ☑ | Asthma | ☑ | ☐ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 11/21/05 | 3 | | S: c/c "My teeth hurt, bleed, swelling" | | |
| | | | O: P↑ # 13 fate. IOE revealed | | |
| | | | #13 ling DOB Caries extend till pulp | | |
| | | | exploring sub gingival | | |
| | | | A: #13 fracture tooth, pulp = Non PDL | | |
| | | | P: Rx Mel 500 Caps #13 sig: | | |
| | | | Ext. removed w/ curet Bone | | |
| | | | 27 Caules Simm on 18 % 0 IPA | | |
| | | | rinse slly dismd Rx: IBu | | |
| | | | 600 id X 3 days | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hill   Bruce | 138707 | 9-1-65 | B | KCF |

PHS-MD-70015



PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION
## FOR ORAL SURGERY OR EXTRACTION

Patient Name  **Bruce Hill**          AIS# **138707**

1. I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lips, tongue, skin, gums, cheek or teeth.  Some complications may require further treatment and or surgery.

2. I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3. I have had the opportunity to ask questions which have been answered to my satisfaction.

4. I understand there is no guarantee of success or permanence of the treatment.

5. I authorize the disposal of any tissues, which, in the course of treatment, may be removed.


## SPECIFIC TREATMENT

| Tooth Number | Procedure | Date |
|---|---|---|
| 13 | Ext | 11/21/05 |
|  |  |  |
|  |  |  |
|  |  |  |


_Bruce Lamar Hill # 138707_                    11/21/05
Patient's Signature                                    Date

_(signature)_                                             11/21/05
Dentist's Signature                                     Date



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 6-15-06 | | | Annual | AD, RDH | |
| | | | Prophy, scale, OHI | | |
| | | | PTR #3 tx when he submits s/c request | | |
| 6-29-06 11:40A | 3 | Recurrent Caries | s- referral s/c | | |
| | | | O- Rg toncl an c recurrent caries PTO | | |
| | | | A- recommended op #3 prognosis: guarded | | |
| | | | informed pt | | |
| | | | P. Pt placed on restorative waiting list | 3 ___ | |
| 8-31-06 9:45A | 3 | | 2c.l. dr. octo c epi removal of caries | | |
| | | | decay Vitrebond Amalgam occl. | | |
| | | | well tolerated | 3 ___ | |

---

| PATIENT LAST NAME | FIRST | MIDDLE | DOB 9-1-65 | R/S B/m | ID NO. 138707 |
|---|---|---|---|---|---|
| Hill, Bruce | | | | | |

'HS-MD-70022

'E EXAMINATION SHEET

| TO: (Service Physician) | FROM: (Requesting Ward, Med. Fac. Phys.) | Date of Request: |
|---|---|---|
| Dr. Bradford | Staton Corr Facility | 12/2/05 |

Reason For Request: (Complaints and Finding)

Eye Dilated 828

Past History

Old Rx

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

## CONSULTATION REPORT

Subjective: OD 20/70
OS 20/70  OU 20/50

OPHTH: 12/2/01

New Rx: OD
OS          Seg. Ht. 20

Ext:
Date Dispensed & Initials:

Seg. Type: + 125 / + 2.00
+ 125      add 67/64    5 4/8/145

IDP & Time:

Frame:
Size:
Color:

12/2/5

OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | I D No. |
|---|---|---|---|---|---|
| Hill, Bruce | | | 40 | | 138707 |

F-65 Rev. (1-95)

## EYE EXAMINATION SHEET

| Facility: *Kilby Correctional* | Date of Request: 3/7/07 |
|---|---|

Subjective:

Past History:

**CONSULTATION REPORT**

| | W/Glasses | W/O Glasses |
|---|---|---|
| Snelling: | OD | |
| | OS | |

*ou*

**OPHTH & EXT:**
**Dilated Eye Exam**
YES        NO
(circle one)

Mydriatic solution  1 to 2 gts per eye.

_____
Optometrist Signature

_____
Nurse Signature

| New RX: | OD | |
|---|---|---|
| | OS | |

**Glaucoma:**    YES        NO
(circle one)

IOP: _____
Details:

*No show*

**Cataracts:**    YES        NO
(circle one)
Details:

Frame:
Size:
Color:
Seg Ht:

_____
Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| *Hill* | *Bruce* | | | B/M | #138787 |

60437-AL

## EYE EXAMINATION SHEET

Facility: *Kilby Correctional*    Date of Request: 3/14/07

Subjective: MYOPIA, HTN    12/05 GLASSES

Past History: C/O BUMP ON EYELID X 2-3mo / USING NEOMYCIN/DEXAMETHIS DROP

### CONSULTATION REPORT

| Snelling: | | W/Glasses | W/O Glasses |
|---|---|---|---|
| | OD | | 20/50 |
| | OS | | 20/50 |
| | OU | | 20/50 |

OPHTH & EXT:
Dilated Eye Exam  (YES)  NO
(circle one)

SMALL NOV = TONDL
CVHBR3OY

30b C/O / WM
X (R)

Mydriatic solution  1 to 2 gts per eye.

_____
Optometrist Signature

_____
Nurse Signature

Glaucoma:   YES   (NO)
(circle one)

IOP: _____
Details:

New RX:   OD

OS

Dr MDS
— HEAT + MASSAGE, PRN
— NO TX REQUIRED

Cataracts:   YES   (NO)
(circle one)

Details:

Frame:
Size:
Color:
Seg Ht:

MD 3/28/07
Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| Hill | Bruce | 42 | 9/1/65 | BM | 138707 |



**PRISON
HEALTH
SERVICES**
INCORPORATED

*Height - 5'10*
*Weight - 170*
*Glasses - yes*
*97.9*
*18*
*130/90*
*80*

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: ① *Allergic to: Aspirin*        ② *Takes meds*

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: *D. Haynes LPN*        DATE: *1-6-06*

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: *X Bruce L. Hill 138707*   DATE: *1-6-06*

EXPIRATION DATE: *1/6/07*  _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| *Hill    Bruce* | *138707* | *9-1-65* | *B/m* | *LCF* |

PHS-MD-70042    (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 5 / 12 /06     ORIGINATING INSTITUTION/WORK RELEASE CENTER _LCF_

REASON FOR
PROFILE     _∅ pseudofolliculitis Barbae_

TREATMENT: _1/8" Clipper Shave, TAOF ō Shave_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _11 / 12 /06_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ___/___/___
                 DATE
☑ Inmate _5 / 12 /06_
                 DATE

_____     _____
NURSE'S SIGNATURE          PHYSICIAN'S SIGNATURE
(Distributed By)           (Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Hill, Bruce | 9/1/65 | 40 | B/M | +8 138707 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate                    PINK - Warden

F-13

Ht· 70"
wt~ 180
glasses? yes
√/s 98.0
114/74
81



**PRISON HEALTH SERVICES INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: 2 step PPD initiated. 1st done 22 Sep. Next due 1 Dec 06

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: Janet K Cruise LPN    DATE: 10/10/06

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: Bruce L. Hill 138707    DATE: 10/10/06

EXPIRATION DATE: 10/10/07

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Hill, Bruce | 138707 | 9/1/05 | BM | LCF |

PHS-MD-70042    (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 11 / 17 / 06  ORIGINATING INSTITUTION/WORK RELEASE CENTER ___LCF___

REASON FOR PROFILE: _Pseudo Folliculitis_

TREATMENT: _clipper only_

### SHAVE PROFILE INSTRUCTIONS

1  Specific area of face or neck involved is to be identified on the above profiles by the physician.
2  Hair in the areas shown on the diagrams is not to exceed 1/8".
3  The type shave to be used is clipper.
4  This shaving profile expires on __5 / 17 / 07__
5  Any corrections automatically cancel this profile authorization.
6  If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7  Designated copies of this Shaving Profile Authorization have been distributed to:

☒ Warden 11 / 17 / 06  DATE
☒ Inmate 11 / 17 / 06  DATE

_____
NURSE'S SIGNATURE
(Distributed By)

_S. Pouncied CRNP_
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS# |
|---|---|---|---|---|
| Hill Bruce | 9-1-65 | 41yr | BM | 138707 |

ORIGINAL - Blue Medical Jacket       YELLOW - Inmate       PINK- Warden

F-13

# EXHIBIT B



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

*Body Chart*

| ADMISSION DATE 12/10/06 | TIME 10:00 AM/PM | ORIGINATING FACILITY LCF ☐ SIR ☐ PDL ☐ ESCAPEE ☒ inmate | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES  ASA

| | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98² ORAL / RECTAL   RESP. 16   PULSE 82   B/P 122/72   RECHECK IF SYSTOLIC ___/___  <100> 50

NATURE OF INJURY OR ILLNESS

(S) "Fight that's all"

| ABRASION /// | CONTUSION # | BURN xx / xx | FRACTURE z / z | LACERATION / ___ ___ SUTURES |

PHYSICAL EXAMINATION

(O) Denies any physical injuries. Ø physical injuries noted.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

(A) Body Chart

(P) House arrest / 9 Dorm

(E) Obey DOC Rules

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| --- | --- | --- |
| | | |

DIAGNOSIS   See A

INSTRUCTIONS TO PATIENT   See E

| DISCHARGE DATE 12/10/06 | TIME 10:10 AM/PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE D. Milstead, RN | DATE 12-10-06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Hill, Bruce | DOC# 138707 | DOB 9-1-65 | R/S B/M | FAC. LCF |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

*2/28/07*
*BP meds Renewal*

Print Name: *BRUCE HILL*          Date of Request: *2 23 07*
ID # *13807*          Date of Birth: *9-1-65* Location: *C-6*
Nature of problem or request: *CHRONIC CARE BLOOD PRESSURE*
*MEDICATION RUNS OUT IN 2 DAYS NEEDS REFIL*
*AND NEED CHRONIC CARE REVIEW TIME IS OVER DUE*
*THANK YOU.*

                                        *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/____
Time: _____ AM PM
Allergies: _____

```
┌──────────────────────────────┐
│          RECEIVED            │
│  Date:                       │
│  Time:                       │
│  Receiving Nurse Intials ____│
└──────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): **T:**_____   **P:**_____   **R:**_____   **BP:**_____   **WT:**_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                Was MD/PA on call notified:   Yes ( )     No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *BRUCE CAMAX Hill*      Date of Request: *3/30/07*
ID # *138707*                  Date of Birth: *9/11/65*  Location: *O-6*
Nature of problem or request: *Need antibiotic Renewed for*
*Inflammation on Right Eye lid.*
*Thank you!*

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )      No ( )
Was MD/PA on call notified:    Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

| Date/Time | Inmate's Name: | | D.O.B.: / / |
|---|---|---|---|

3/9/07 1335   Cont. PE — Very tiny round firm knot area palpated at inner aspect/area of (R) eye — No grimace noted when palpated.

Assess: Possible Hordeolum

Plan: ① Obtain most recent records re: (R) eye
② Motrin 600mg PO BID PRN x 7 days (error)
③ Keflex 250mg PO BID x 7 days
④ Eye Referral
⑤ RTC 2 weeks - s/u

M. Baker, RN / B. ___ LPN

4/3/07 S) Sick call request

Pt requests antibiotics for lesion to eyelid. States lesion has been there x 6 mos.

O) Alert/NAD

(+) firm <<.5cm lesion to upper lid @ medial canthus
Sclera Conjunctiva Clear      Chalazion

A/P: Small Chalazion @ lid

✓ Pt referred → Opthalmology and findings
consistent with consult (See Eye Examination
Sheet 3/14/07)

✓ Explained benign nature of lesion and the fact
that it is inflammation and not infection and
does not require antibiotics. Offer pt information
Sheet which patient refuses. States "it would
be a waste of your time and mine"

✓ Encourage pt to continue warm compresses/
Massages.

Patient ___



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hill, Bruce | DIAGNOSIS (If Chg'd) |
|---|---|
| 138707A  3/9/07  310p  noted  Brewer | ① Eye Referral — ® eye |
| | ② last recent records Rt; ® eye |
| D.O.B. 9/1/65 | ③ RTC 2 weeks — f/u |
| ALLERGIES: ASA | ④ Keflex 250mg PO BID x 7days |
| Use Third    Date 3/9/07 | ⑤ Motrin 600mg PO BID x 7d  9/____  Baker, RN |
| | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hill, Bruce | DIAGNOSIS (If Chg'd) |
|---|---|
| 138707  3/5/07  305p  noted  jm | AFC BID KOP X 30d |
| D.O.B. 9/1/65 | |
| ALLERGIES: Salicylates | UD B.Adams CRNP / Ishan |
| Use Second    Date 3/5/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hill, Bruce | DIAGNOSIS |
|---|---|
| 138707  noted  @0945  2/28/07 | Renew: 1) Clonidine 0.2 mg p.o. BID |
| | X 90 days |
| D.O.B. 9/01/65 | |
| ALLERGIES: Salicylates | V.O. Dr. Robbins / Dog - kr |
| Date 02/28/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

Facility Name: Limestone Correctional Fa...    Mont.  of Charting:  02/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clonidine HCl 0.2MG Tab    60.00

**Take 1 tablet(s) by mouth twice daily**

Start Date: 11-20-2006    Prescriber: Pousaied, Shala
Stop Date: 02-18-2007    RX #: 252109580

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Ranitidine HCl ( for zantac ) 300MG Tab    60.00

**Take 1 tablet(s) by mouth twice daily**

Start Date: 01-10-2007    Prescriber: Hobbs, William Douglas
Stop Date: 04-09-2007    RX #: 252272555

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 325MG Tab    42.00

Take 1 tablet(s) by mouth Three Times Daily as needed

Start Date: 01-19-2007    Prescriber: Hooper, C
Stop Date: 02-02-2007    RX #: 252304041

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prilosec 20mg ⇄ po qd x180 days

Start Date: 1-24-07    Prescriber: Hobbs
Stop Date: 7-24-07    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

S.methicane 80mg ⇄ po pc & hs x180 days

Start Date: 1-24-07    Prescriber: Nobbs
Stop Date: 7-24-07    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Claudine 2mg ⇄ po x 180 days BID

Start Date: 1-17-07    Prescriber: Pousard
Stop Date: 7-17-07    RX #:

Diagnosis: HTN/GERD/

Allergies
Salicylates

Housing Unit:    Population
Patient ID Number: 138707
Patient Name:

**Hill, Bruce**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| 2 mh APN | | A. Davis, LPN | AD |
| ADunwa | | X Glasscock, LPN | BG |
| R Davis, Wade, Spen | | Rua LPN | JC |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRUCE LAMAR HILL, (AIS#138707) | * | |
| | * | |
| Plaintiff, | * | |
| | * | 2:07-CV-266-WKW |
| V. | * | |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | * | |
| Defendant. | * | |

## AFFIDAVIT OF YOLANDA HARDY, LPN

**BEFORE ME,** Perry O. Woods, a notary public in and for said County and State, personally appeared **YOLANDA HARDY,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Yolanda Hardy. I am over the age of twenty-one and I am personally familiar with all of the facts set forth in this affidavit. I received my nursing diploma from Trenholm State Technical College in Montgomery, Alabama in 1996. I have practiced as a licensed practical nurse in a variety of positions and settings. In particular, I have been employed as a LPN with Kilby Correctional Facility since June 2003 and I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates since November 3, 2003.

Bruce Lamar Hill (AIS# 138707) is an inmate currently incarcerated at Kilby Correctional Facility. It is my understanding that Mr. Hill has made an allegation in this matter

that I improperly dispensed his medication to him in March 2007. Mr. Hill's allegations in this regard are untrue.

I do remember an incident that occurred on a weekend in March of this year regarding Mr. Hill's medication. I was working on the Day Shift and it was "Pill Call." I had placed Mr. Hill's medication in a cup to administer to him. I approached Officer Washington and advised him that I needed to give Mr. Hill his medication. Mr. Hill was being held in "L Block." Officer Washington was the only officer working this Post and an officer must accompany a nurse during Pill Call. Officer Washington stated that he was getting ready to begin Diabetic Pill Call. At the conclusion of Diabetic Pill Call, pill call for the general population begins. I continued to wait for Officer Washington until after 4:00 p.m., which was after my shift had ended.

Diabetic Pill Call was still going on and I spoke with Nurse Audrey Willis the evening shift nurse and advised her that I had not given Mr. Hill his medication. I asked Nurse Willis if she would administer Mr. Hill his medication and she said she would. I then left for the day and this was sometime after 4:00 p.m.

I later spoke with Nurse Willis and she told me that when she went to give Mr. Hill his medication, there was no officer at the gate. Therefore, she could not give it to him. Nurse Willis also said that later during this same shift when Nurse Gene Lysykancyz was handling Pill Call for "L Block," Mr. Hill advised him that he had not received his medication. At this time, Nurse Lysykancy did administer Mr. Hill's medication to him.

Mr. Hill was not denied his medication from me or any other PHS personnel at Kilby. At no time have I or any of the PHS staff at Kilby Correctional Facility denied Mr. Hill any needed medical treatment or medication, nor have we ever acted with deliberate indifference to any

serious medical need of Mr. Hill. At all times, Hill's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_Yolanda Hardy, LPN_
YOLANDA HARDY, LPN


STATE OF ALABAMA                    )

COUNTY OF Montgomery               )

SWORN TO and SUBSCRIBED BEFORE ME on this the 8th day of May, 2007.

_Penny A. Woods_
NOTARY PUBLIC
My Commission Expires: May 28 2007

(NOTARIAL SEAL)

# EXHIBIT D

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL, #138707          *

                               *

       Plaintiff,

                               *

V.                                      2:07-CV-266-WKW

                               *

ALABAMA DEPARTMENT OF
CORRECTIONS, et al.,              *

       Defendant.                 *

### AFFIDAVIT OF LINDA BELL, RN, DIRECTOR OF NURSING

**BEFORE ME,** Perry O. Woods, a notary public in and for said County and State, personally appeared LINDA BELL, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Linda Bell. I am over the age of twenty-one and I am personally familiar with all of the facts set forth in this affidavit. I have been a licensed, registered nurse in Alabama since 1983. I hold an Associate's Degree in Nursing from Troy State University in Montgomery, Alabama. I have practiced nursing since 1983. In particular, I have been employed as the Director of Nursing at Kilby Correctional Facility in Montgomery, Alabama, since November 29, 2004.

Bruce Lamar Hill (AIS# 138707) is an inmate currently incarcerated at Kilby Correctional Facility. It is my understanding that Mr. Hill has made an allegation in this matter that he has filed complaints to me regarding the dispensing of his medication, the living

conditions of mentally ill inmates and his request for something to help him sleep. Mr. Hill's allegations in this regard are untrue.

I am aware of Mr. Hill's allegation regarding the dispensing of his medication. I have confirmed that Mr. Hill did in fact receive his medication. (See the attached Affidavit of Yolanda Hardy, LPN.)

With respect to Mr. Hill's other allegations concerning the living conditions of mental inmates and his request to receive something to help him sleep, I have not spoken with Mr. Hill nor have I received any written request from him regarding these matters. I have no personal knowledge of these allegations made by Mr. Hill nor do his medical records reflect these allegations.

At no time has any of the PHS staff at Kilby Correctional Facility denied Mr. Hill any needed medical treatment or medication. The PHS staff at Kilby has never acted with deliberate indifference to any serious medical need of Mr. Hill. At all times, Hill's known medical complaints or any other registered complaints have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_Linda Bell, RN, DON_
LINDA BELL, RN, DON

STATE OF ALABAMA                    )
COUNTY OF Montgomery               )

SWORN TO and SUBSCRIBED BEFORE ME on this the ___8th___ day of
_____May_____, 2007.

_Terri A. Woods_
NOTARY PUBLIC
My Commission Expires: _May 28, 2007_

(NOTARIAL SEAL)

# EXHIBIT E

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRUCE LAMAR HILL (AIS # 138707), | * | |
| Plaintiff, | * | |
| V. | * | 2:07-CV-266-WKW |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | * | |
| | * | |
| Defendants. | | |

## AFFIDAVIT OF LINDA LAWRENCE, R.N., H.S.A.

**BEFORE ME,** Perry O. Woods , a notary public in and for said County and State, personally appeared **LINDA LAWRENCE, R.N., H.S.A.,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Linda Lawrence. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1997. I hold an Associates Degree in nursing from Troy State University in Montgomery. I have worked as a nurse at Kilby Correctional Facility in Mt. Meigs, Alabama, since March of 2002, and have been the Health Services Administrator (H.S.A.) at Kilby since May of 2002. Since November 3, 2003, I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple two-step procedure for identifying and addressing inmate grievances at Kilby Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Informal Grievance" form. These are standard forms that may be acquired in the healthcare unit or from an inmate's supervising officer in his dormitory. The informal grievance allows an inmate to communicate any healthcare related concern by placing the form in the medical services complaint box or mailbox to be forwarded to the healthcare unit. I subsequently review the concern and respond via in house mail.

If the inmate is unsatisfied with my response, he may request an "Inmate Grievance Appeal" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the informal grievance form. After the inmate has submitted the grievance appeal, I will meet with him face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Bruce Lamar Hill has filed suit in this matter alleging that Prison Health Services, Inc. has failed to provide him with appropriate medical care. However, Mr. Hill has failed to exhaust Kilby's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, as relevant to his Complaint, Mr. Hill has submitted neither an inmate informal grievance nor an inmate grievance appeal. As such, the healthcare unit at Kilby has not been afforded the opportunity to resolve Mr. Hill's medical complaints prior to filing suit."

Further affiant sayeth not.

LINDA LAWRENCE, R.N., H.S.A.

2

STATE OF ALABAMA      )
                         )
COUNTY OF Montgomery   )

     Sworn to and subscribed before me on this the _____ day of _____ May _____, 2007.

_____
Notary Public

My Commission Expires:

May 28 2007