# ORDERED STRICKEN FROM THE RECORD AS A DOCKETING ERROR. THIS ORDER WAS ENTERED IN THE WRONG CASE IN ERROR. PLEASE DISREGARD THIS ENTRY FROM THE DOCKET.