**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

May 25, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Bruce Lamar Hill vs. Alabama Department of Corrections**
**Case Number: 2:07cv266-WKW**

**Pleading : #31 - Scheduling Order**

**Notice of Correction is being filed this date to advise that the referenced order was docketed on 5/25/2006 in the case referenced above in error. Parties are directed to disregard this entry from the docket.**