IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL,
   PLAINTIFF,

V.

ALABAMA DEPARTMENT OF
CORRECTIONS, ET. AL.,
   DEFENDANT(S)

CASE NO. 2:07-CV-266-WKW

## MOTION FOR LEAVE TO AMEND
## AMENDMENT TO COMPLAINT

COMES NOW PLAINTIFF IN THE ABOVE STYLED CAUSE AND MOVES THIS HONORABLE COURT FOR THE FOLLOWING REASONS:

(1.) ON MAY 15th, 2007 PRISON HEALTH SERVICE, INC. DEFENDANTS AND LINDA BELL DIRECTOR OF NURSING SUBMITTED A SPECIAL REPORT IN WHICH THEY HAVE SUBMITTED AFFIDAVITS FROM YOLANDA HARDY, LPN, LINDA BELL, DON AND LINDA LAWRENCE, RN, HEALTH SERVICE ADMINISTRATOR "HAVE STATED THAT PLAINTIFF DID NOT FILE INMATE INFORMAL GRIEVANCE NOR INMATE GRIEVANCE APPEAL. AS SUCH, THE HEALTH CARE UNIT AT KILBY HAS NOT BEEN AFFORDED THE OPPORTUNITY TO RESOLVE MR. HILL's MEDICAL COMPLAINT'S PRIOR TO FILING SUIT."

WHICH THIS STATEMENT IS UNTRUE AND AN ATTEMPT TO MISLEAD THIS HONORABLE COURT BY PERJURY.

(2) PLAINTIFF HAVE WITNESSES THAT WILL ATTEST TO THE FACT

that Plaintiff did file informal grievance to medical staff and they did receive it by this Plaintiff need to add through motion for leave to amend amendment to complaint the names of staff and date on March 11, 2007 Plaintiff submitted last informal grievance concerning Nurse Hardy to Correctional Officer I WASHINGTON 2nd shift upon which he turned it over to Sgt. Allan Smith 2nd shift who turned it in to the medical unit personally and Alferda Delaney, LPN Kilby Corr. Fac. saw the complaint personally in administrators possession at medical unit offices;

* Need to Amend Defendant(s):
(A) MR. WASHINGTON, COI, B/m, 2nd shift
(B) MS. ALFERDA DELANEY, B/F, LPN 1st shift
(C) MR. ALLAN SMITH, SGT. W/m 2nd shift to F.L.Y. Center.

F.R.Civ.P. Rule 15(A) amending the complaint, the reason I'm requesting this amend is due to false affidavits, by defendants special report section IV. Argument (A) defendants seeks dismissal with prejudice only the testimony of these defendant's will substantiate the truth that Plaintiff did follow the required grievance procedures for assessing medical complaints prior to filing his lawsuit.

Done this 23 day of May 2007.

Respectfully submitted
/s/ — Pro se
Mr. Bruce Lamar Hill #138707, Plaintiff

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE FOREGOING HAVE BEEN SERVED BY U.S. MAIL THIS THE 23rd DAY OF MAY 2007,
TO:

HON. THE CLERK, OFFICE
MIDDLE DISTRICT OF ALABAMA
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

_____, PRO SE
MR. BRUCE LAMAR HILL #138707 (O-6)
P.O. BOX 150
MT. MEIGS, ALABAMA
36057

-3-