IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| OFFICER BARNES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend complaint filed by the plaintiff on May 30, 2007 (Court Doc. No. 34), in which the plaintiff seeks to add officer Washington and nurse Alferda Delaney as defendants and again lists Allan Smith as a defendant solely because these individuals can provide evidence relevant to the exhaustion defense presented by the medical defendants, and as the plaintiff does not allege that these individuals in any way acted in violation of his constitutional rights, it is

ORDERED that the motion for leave to amend be and is hereby DENIED. Nevertheless, based on the allegations presented by the plaintiff with respect to the information within the personal knowledge of the individuals listed in the motion to amend, it is further

ORDERED that on or before June 14, 2007 the medical defendants shall file a supplement to their special report which contains (i) affidavits from officer Washington, nurse Alferda Delaney, and Sgt. Allan Smith (now employed at Frank Lee Youth Center)

which addresses the plaintiff's claim that he filed an informal grievance to the medical staff, and (ii) copies of all medical grievances, including appeals, filed by the plaintiff since his transfer to Kilby Correctional Facility.

    Done this 30th day of May, 2007.

                                          /s/ Wallace Capel, Jr.
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE