IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL (AIS# 138707), | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:07-CV-266-WKW |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al. | * |
| Defendants. | * |

### DEFENDANTS' MOTION TO EXTEND TIME TO FILE SUPPLEMENT TO THEIR SPECIAL REPORT AND ANSWER

COME NOW the Defendants, Prison Health Services, Inc. and Linda Bell, by and through counsel, and respectfully request that this Honorable Court extend the time period which these Defendants have to supplement their Special Report in this action by fourteen (14) days, up to and including June 28, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1. A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2. On or about May 30, 2007, counsel for the Defendants received a copy of this Court's Order requiring the Defendants to supplement their Special Report on or before June 14, 2007.

3. Counsel for the Defendants currently has a jury trial set for Monday, June 11, 2007, in the Circuit Court of Houston County, Alabama, and has been devoting a large part of his time preparing for this trial and has not had adequate time to properly prepare a supplement to

Defendants' Special Report. However, a brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

WHEREFORE, all premises considered, the Defendants respectfully request an extension within which to file a supplement to their Special Report, said supplement to be filed on or before June 28, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Linda Bell
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 7th day of June, 2007, to:

Mr. Bruce Lamar Hill (AIS # 138707)
Kilby Fountain Correctional Facility
P. O. Box 150
Mt. Meigs, AL 36057

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc. and Linda Bell