IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL, #138707,        )
                                  )
                                  )
        v.                        )  CIVIL ACTION NO. 2:07-CV-266-WKW
                                  )
OFFICER BARNES, et al.,           )
                                  )
        Defendants.               )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical

defendants on June 7, 2007 (Court Doc. No. 37), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the defendants be GRANTED an extension from June 14, 2007 to

and including June 28, 2007 to file their supplemental special report.

Done this 7th day of June, 2007.

/s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE