IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | | |
|---|---|---|
| BRUCE LAMAR HILL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:07-CV-266-WKW-WC |
| OFFICER BARNES, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ANSWER OF DEFENDANTS

COME NOW the Defendants, **Otis Barnes, Bobby Barrett, Leon Bolling, Clarence Hall, Irvin Harris, William Jackson, Nathaniel McCray, Michael Rowe, William Streeter, W.G. Rowell, and Allan Smith**, by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they violated the Plaintiff's due process rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

Defendants deny that they conspired, retaliated or discriminated against the Plaintiff in any way.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

The Plaintiff's claims are barred by the statute of limitations.

Defendants are entitled to qualified immunity.

Defendants are entitled to sovereign immunity under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,

TROY KING
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 11th day of June, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Bruce Lamar Hill, AIS 138707
Holman Correctional Facility
Holman 3700
Atmore, Alabama 36503-3700

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General