IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRUCE LAMAR HILL,** <br> **AIS #138707,** <br><br> Plaintiff, <br><br> v. <br><br> **OFFICER BARNES,** *et al.***,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     CASE NO. 2:07-cv-266-WKW <br> ) <br> ) <br> ) <br> ) |

## ORDER

This case is before the court on plaintiff's objection (Doc. # 41) to the Recommendation of the Magistrate Judge (Doc. # 36). After an independent review of the file in this case and upon consideration of the Recommendation and plaintiff's objection, it is ORDERED that:

1.  The Objection to Recommendation of the Magistrate Judge (Doc. #41) is OVERRULED;

2.  The Recommendation of the Magistrate Judge (Doc. # 36) is ADOPTED;

3.  This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 19th day of June, 2007.

                                          /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE