In the District of the United States

Bruce Lamar Hill
#138707

RECEIVED
2007 JUN 26  A 9:37
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

To: Hon. Clerk
The Middle District of Alabama
In the District Court of United States

In Re: Notice of Change of Address
Bruce Lamar Hill v. State of Alabama
Case No. 2:07-CV-266-WKW

---

Hon. Clerk,

I'm writing giving notice that I've changed address from: P.O. Box 150 Mt. Meigs, AL. 36057, To: Holman Unit Correctional Facility

Bruce Lamar Hill
#138707 (L-44)
3700 Holman Unit
Atmore, AL.
  36503.

Respectfully Submitted,
Mr. [signature], Pro Se
Mr. Bruce Lamar Hill, Plaintiff
#138707 (L-44)
3700 Holman Unit
Atmore, AL.
  36503

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY ON JUNE 24th, 2007 I SERVED A COPY OF FOREGOING BY U.S. MAIL ON THE FOLLOWING:

c/o: THE HON. CLERK
IN THE DISTRIC COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRIC OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA
   36101-0711

AND

c/o: PAUL M. JAMES, JR.
   ATTORNEY AT LAW
   P.O. BOX 270
   MONTGOMERY, AL.
      36101-0270

Mr. Bruce J. Hill
V 38707 (L-44)
3700 Holman Unit
Atmore, AL.
36503

**LEGAL MAIL**
This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

C/: Office of Clerk
Middle District of Alabama
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004370190
$ 00.41⁰
JUN 25 2007
MAILED FROM ZIPCODE 36502