IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL (AIS# 138707), | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 2:07-CV-266-WKW |
| | * |
| ALABAMA DEPARTMENT OF | * |
| CORRECTIONS, et al. | * |
| | * |
| Defendants. | * |

### DEFENDANTS' SECOND MOTION TO EXTEND TIME TO FILE SUPPLEMENT TO THEIR SPECIAL REPORT AND ANSWER

COME NOW the Defendants, Prison Health Services, Inc. and Linda Bell, by and through counsel, and respectfully request that this Honorable Court extend the time period which these Defendants have to supplement their Supplemental Special Report in this, up to and including July 13, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1.  A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2.  On or about May 30, 2007, counsel for the Defendants received a copy of this Court's Order requiring the Defendants to supplement their Special Report on or before June 14, 2007.

3.  On or about June 21, 2007, counsel for the Defendants received a copy of this Court's Order granting their motion for an extension of time to file this Supplemental Special Report, said Supplemental Special Report due on or before June 27, 2007.

4.  Upon receipt of this Court's June 21, 2007, Order, this office reviewed the initial medical records we received from Kilby Correctional Facility, and, subsequently, contacted Kilby Correctional Facility to request any additional medical records.

5. On June 25, 2007, my office received an e-mail response from Kilby Correctional Facility stating that Mr. Hill had been transferred to Holman Correctional Facility. The Health Service Administrator forwarded our request for medical records to Donny Myers at Holman Correctional Facility and requested him to produce these additional medical records.

6. My office received a telephone call on June 25 from Donny Myers at Holman asking that we forward him an e-mail requesting these additional medical records because his Warden required this request. The e-mail was sent to Mr. Myers on the same day, requesting the medical records.

7. My office contacted Mr. Myers this morning, June 27, to find out the status of my request and was informed that there had been a death at the facility yesterday and they were working on my request and hoped to send them to me by the end of the day.

WHEREFORE, all premises considered, the Defendants respectfully request an extension within which to file a supplement to their Supplemental Special Report, said supplement to be filed on or before July 13, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Linda Bell
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 27th day of June, 2007, to:

Mr. Bruce Lamar Hill (AIS # 138707)
Holman Correctional Facility
3700 Holman Unit
Atmore, AL  36503

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Benjamin Howard Albritton, Esq.
Office of the Attorney General
Alabama State House
11 Union Street
Montgomery, AL  36130-0152

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc. and Linda Bell