In the United States District Court for the
Middle District of Alabama, Northern Division

Bruce Lamar Hill,
    Plaintiff

v.                              Case No. 2:07-CV-266-WKW-WC

Officer Barnes et. al.,
    Defendant(s)

## Motion For Discovery - Federal Rules of Civil P. Rule 26(A), Rule 26(B)(1), Rule 34 Request For Production of Documents

Comes now Plaintiff in the above styled cause and moves this Honorable Court in request that it order defendants to respond to Motion For Discovery-Request For Production of Document(s) Pursuant to F.R.Civ.P. Rule 26(A), 26(B)(1) and Rule 34. This Honorable Court ordered in Document #13-1 p.1-5 that Defendant(s) respond to initial civil complaint and produce all administrative rules, regulations or guidelines and copies of all documents be furnished by defendants records and regulations of which defendants have failed to comply with this Honorable Courts order in an attempt to mislead and deceive this Honorable Court, Plaintiff request this Honorable Court order defendant(s) to produce the following requested documents in order for Plaintiff to prove that defendants violated his civil rights and due process of law:

1). Under - Caldwell v. Miller, 790 F.2d 589 (7th Cir. 1986)
   [32] Administrative Law and Procedure Key 416
      Agency must conform its actions to procedures that it had adopted.
   [33] Prison Key 12
      Inmate has right to expect prison officials to follow its policies and regulations.

2). A copy of all disciplinary investigation, incident and disciplinary reports written against plaintiff while at Kilby Corr. Fac. from Feb. 14th, 2007 til June 22nd, 07.

3). A copy of A.R. #403, #433, #434 and a copy of Sept. 1st, 2006 classification manual in order for plaintiff to show and prove to this Honorable Court of violations of plaintiff's Civil Rights.

4). A copy of S.O.P. #208, #217, #327 and copy of Duties of Wardens as far as institutional security of inmates and inspections of conditions of confinement of prisoners at facility yearly.

5). A copy of inmate assignment roster(s) of each day plaintiff was at Kilby Corr. Fac. of each unit - D-Block from Feb. 14-16, 2007, L-Block from Feb. 16, 2007 til March 12, 2007, O-Block from March 13, 2007 til June 22, 2007 by identifying each inmate who was on mental health evaluation weekly such as suicidal watch, of inmates who cut their wrist, tried to hang themselves etc. And a copy of post log of each unit during those days which should have data of monitoring these inmates of mental health, which is of 120 days and is not an unusual request of documents in order of plaintiff to prove his claim that each defendant allegedly denies.

6). A copy of maintenance logs of plumbing for the past five (5) years of L Block especially from Feb. 16, 2007 til March 12, 2007 and post log unit entries to prove that the shower backing up have also come to find out

-2-

HAS BEEN A CONSTANT PROBLEM IN L BLOCK UNIT FOR YEARS.

7). A COPY OF MAINTENANCE LOGS OF ELECTRICAL AND VENTILATION WORK OF O-BLOCK FROM APRIL 2007 TIL JUNE 22, 2007 AND NAME OF CONTRACTOR(S) THAT HAD TO COME IN ON SEVERAL OCCASIONS FOR WEEKS TO EXCHANGE CIRCUIT BOARD AND DO ELECTRICAL WORK ON LIGHTS AND VENTILATION IN ORDER TO PROVE PLAINTIFF'S CLAIMS AND NAME OF INSTITUTIONAL MAINTENENCE OFFICIALS AND INMATES THAT ALSO WORKED ON UNITS

8). A COPY OF "SHIFT DIRECTIVE" FROM: LT. JOHN CROW, DATED: 2/26/07 TO ALL FIRST SHIFT EMPLOYEE'S APPROVED BY: CAPT. BOLLINGS.

9). A COPY OF EACH COMPLAINT SENT TO WARDEN ROWELL, CAPT. BARRETT, CAPT. BOLLINGS, SGT. STREETER FROM: FEB. 15, 2007 TIL JUNE 12, 2007 CONCERNING THREATS FROM SGT. STREETER AND CONDITIONS OF CONFINEMENTS.

10). PLAINTIFF REQUEST THAT THIS HONORABLE COURT RECONSIDER INITIAL REQUEST FOR MOTION OF DISCOVERY ALONG WITH THIS REQUESTED MOTION IN ORDER TO PROVE THAT PLAINTIFF CAN SHOW THAT DEFENDANTS HAVE SUBMITTED AFFIDAVIT'S WITH DELIBERATE INTENT TO MISLEAD AND DECIEVE THIS HONORABLE COURT.

DONE THIS 1ST DAY OF July 2007.

RESPECTFULLY SUBMITTED,

MR. BRUCE LAMAR HILL, PLAINTIFF PRO SE

-3-

Case 2:07-cv-00266-WKW-WC    Document 46    Filed 07/03/2007    Page 4 of 5

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF FOREGOING HAVE BEEN SERVED ON July 1st, DAY OF 20 07 BY PLACING IN U.S. MAIL POSTAGE PRE PAID TO THE FOLLOWING:

C/O: OFFICE OF HON. CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
    36101-0711,

AND

C/O. OFFICE OF ATTORNEY GENERAL
STATE OF ALABAMA
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA
    36130-0152,

RESPECTFULLY SUBMITTED,
/s/ Bruce Lamar Hill, Pro Se
(MR. BRUCE LAMAR HILL, PLAINTIFF)
#138707 (L-44)
3700 HOLMAN UNIT
ATMORE, ALABAMA
    36503

-4-

Willie F. Hill
#138707 (L-44)
L-O Hellman Unit
Atmore, AL
36503

**LEGAL MAIL ONLY**

36101+0711

C/O: The Office of Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711



02 1A
0004370190
MAILED FROM ZIP CODE 36502
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41°
JUL 02 2007