IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, ) | |
| ) | |
| ) | |
| v.    ) | CIVIL ACTION NO. 2:07-CV-266-WKW |
| ) | |
| OFFICER BARNES, et al.,    ) | |
| ) | |
| Defendants.    ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to conduct discovery filed by the plaintiff on July 3, 2007 (Court Doc. No. 46), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent the plaintiff seeks access to information which is contained in his prison file.

2. This motion be and is hereby DENIED in all other respects as the plaintiff seeks production of documents which (i) address privileged matters, (ii) would undermine prison security, (iii) are cumulative or duplicative in nature to information provided in the special report(s), (iv) are irrelevant to a determination of the constitutional issues before this court, and/or (iv) would be overly burdensome on the defendants.

3. On or before July 25, 2007, the defendants shall allow the plaintiff to inspect and/or copy all documents contained in his inmate file.  **The plaintiff is hereby informed that prison officials are not required to provide him with copies of documents without**

**prepayment of all costs associated with producing the copies**. **Thus, if the plaintiff seeks to obtain photocopies of documents contained in his medical records, he must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his medical records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

Done this 5th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE