IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| OFFICER BARNES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on July 3, 2007 (Court Doc. No. 46), in which he requests that the court reconsider its May 2, 2007 order (Court Doc. No. 25) denying his initial motion for discovery, and for good cause, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 5th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE