In the District Court of the United States
for the Middle District of Alabama, Northern Division

Bruce Lamar Hill #138707,
        Plaintiff,

v.

Officer Barnes, et. al.,
        Defendant(s)

✳
✳    Civil Action No. 2:07-CV-266-WKW
✳

## MOTION OF OBJECTION TO DOCUMENT #: 47-1

Comes Now, Plaintiff in the above styled cause and moves this
Honorable Court for the following reasons:

1) In RE: Section-2., If defendants are not compelled to produce
Requested documents of motion for discovery there would be no way
For Plaintiff to prove that defendants violated his constitutional
Rights and Plaintiff have not requested any documents that would
Breach the security of (ADOC) and the post log's and
assignment rosters are needed to prove constitutional violations
that Defendants denied by not following their own A.R.
and S.O.P. (Administrative Regulation and Standard
Operational Procedures - when expected while dealing with
Inmates) and without the Requested documents Plaintiff
Could not subpoena witnesses and Plaintiff request of documents
Would not be overly burdensome on the defendants.

2) Plaintiff is indigent and at current is proceeding in forma
Pauperis and is not able to make prepayment for copies and
Requested documents are necessary to constitutional violations
by Defendants.

DONE THIS __9th__ DAY OF JULY 20__07__.

RESPECTFULLY SUBMITTED,

Bruce L _____

BRUCE LAMAR HILL, #138707, PLAINTIFF

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF FOLLOWING HAVE BEEN SERVED ON JULY __9th__ DAY OF 20__07__ BY PLACING IN U.S. MAIL POSTAGE PREPAID TO THE FOLLOWING:

C/O: OFFICE OF HON. CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
                36101-0711 ;

C/O: OFFICE OF ATTORNEY GENERAL
STATE OF ALABAMA
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA
                36130-0152 ,

AND

RESPECTFULLY SUBMITTED,
PRO SE

MR. _____

(MR. BRUCE LAMAR HILL, PLAINTIFF
#138707 (L-44)
3700 HOLMAN UNIT
ATMORE, ALABAMA
            36503

-2-

Mr. Bruce F. Zell
#235707 (L-44)
2100 Halcon Unit
Elmore, Al.
36503

LEGAL MAIL

36101+0711

%: Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101.0711



UNITED STATES POSTAGE
PITNEY BOWES
02 1A      $ 00.41°
0004370190   JUL 10 2007
MAILED FROM ZIPCODE 36502