IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRUCE LAMAR HILL (AIS# 138707), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:07-CV-266-WKW |
| | * | |
| ALABAMA DEPARTMENT OF | * | |
| CORRECTIONS, et al. | * | |
| | * | |
| Defendants. | * | |

## SUPPLEMENTAL SPECIAL REPORT OF DEFENDANTS, PRISON HEALTH SERVICES, INC. AND LINDA BELL

COME NOW the Defendants, Prison Health Services, Inc. and Linda Bell, Director of Nursing (hereinafter "PHS"), by and through counsel, and in response to this Court's Order dated June 7, 2007, requesting a Supplemental Special Report on an isolated incident pertaining to the filing or potential filing of grievances, does hereby submit this Supplemental Special Report.

## I.  INTRODUCTION

In its initial Special Report, Defendants Prison Health Services, Inc. and Linda Bell, established prisoner Hill not only failed to allege any constitutional violations regarding medical treatment or the denial of same, but it failed to state a cognizable claim against PHS or its employees concerning deficient medical treatment or deliberate indifference to a serious medical need.   In response, prisoner Hill moved for leave to amend his Complaint asserting that witnesses would attest to the fact that he filed informal grievances with the medical staff.  In that Amended Complaint, Hill asserted the following:

> That plaintiff did file informal grievances to medical staff and they did receive it by this plaintiff [sic] need to add through motion for leave to amend amendment to complaint the names of staff and date of March 11, 2007.  Plaintiff submitted last informal grievance concerning nurse Hardy to Correctional Officer I. Washington, 2[nd] shift, upon which he turned it over to Sgt. Allan Smith, 2[nd] shift, who turned it into the medical unit personally and Alferda Delaney, LPN, Kilby Corr. Fac. saw the Complaint personally in administrators possession at the medical unit offices.

[Plaintiff's Motion for Leave
to Amend Complaint].

In the Amended Complaint, Hill sought permission to add the following additional defendants:

> Mr. Washington, COI, B/M, 2[nd] Shift;
> Mrs. Alfreda Delaney, B/F, LPN, 1[st] Shift;
> Mr. Allan Smith, Sgt., W/M, 2[nd] Shift, to Franklin Youth Center

In support of this Supplemental Special Report, Prison Health Services, submits affidavits from Linda Lawrence, Health Service Administrator for Kilby Correctional Facility and PHS, Nurse Alferda Delaney and Officer Kenneth Washington, which discuss the issues regarding a possible grievance submitted to PHS personnel regarding medical complaints asserted by Mr. Hill.  In addition, PHS has attached a series of medical records prepared by PHS on Bruce Hill since the filing of its initial Special Report.  These records indicate that Hill routinely completes sick call requests and also receives referrals to primary medical providers when complaints are warranted.  [Exhibit "A" -- supplemental medical records of Bruce Lamar Hill].  Medical records indicate that Hill has complained of foot and back pain and received appropriate treatment and medication, for this condition.  [Id.].  Perhaps, more importantly, Mr. Hill's actions and complaints have given rise to a psychiatric evaluation prepared by the Department of Corrections' Mental Health Unit in June 2007, at which time the unit diagnosed

Hill with Adjustment Disorder, Anti-Social and Narcissistic Behavior and prescribed appropriate medication. [Id.].

## II. ARGUMENT

It is the position of PHS that the initial Complaint and the Amended Complaint filed by Hill failed to state a claim against any PHS employee or official for deliberate indifference to a serious medical need. In fact, the Complaints do not seem to assert any formal, medically-related complaint against any PHS employee. When asked to itemize his particular complaints, Hill stated the following:

> Ground I: Eighth Amendment Violation of the United States Constitution "sanitation" compelled to shower in unit with raw sewage.
> . . . .
>
> Ground II: First, Fifth, Sixth, Eighth, and Fourteenth Amendment Violations of the United States Constitution, write a notice of violations to Warden Rowell, Capt. Barrett, Capt. Bowling, Sgt. Streeter, concerning excessive lighting and noise from mental inmate, can't sleep, and being denied access to law library books and court.
> . . . . .
>
> Count III: Eighth and Fourteenth Amendment Violations of the United States Constitution, on March 13, 2007, was moved from L Block 6 to O Block 6 mental health unit and placed in cell with a mattress given to me by COI Barnes and Rowe with the stench of urine and it was torn up. Sgt. Streeter would not allow Officer McCrady to exchange mattress. Sgt. Streeter and I had an argument concerning urinated mattress violating Const. Rgt. Desk and Sgt. Streeter threatened me. We argued some more. He wrote three fabricated infractions and they had me housed in unit with mentally ill inmates with excessive noise. . . . .
>
> [Plaintiff's Complaint, pp. 2-4.]

In a continued summary, Hill does mention the fact that he received medical treatment for foot irritation, which he blames exclusively on his exposure to feces while in a shower. In addition, Hill claims to suffer from high blood pressure and alleges that his medication had not been properly dispensed by Linda Bell, Director of Nursing. A detailed review of Hill's file material has turned up no such grievance complaint.[1]

Assuming, *arguendo*, that Hill has even filed an appropriate medical grievance, he has still not fully and completely exhausted the internal processes that are available to him at Kilby Correctional Facility. As outlined in the affidavit of Linda Lawrence, R.N., attached to these Defendants' initial Special Report, Inmate Grievance Forms are available and must be submitted to the healthcare unit. [Exhibit "E" -- Affidavit of Linda Lawrence]. Although Hill claims to have processed a grievance form, he did not fully and completely exhaust the full gamut of internal procedures available to him. For example, if an inmate is "unsatisfied" with his initial grievance, Inmate Grievance Appeal Forms are also available. Hill does not address this in his Motion to Amend or in his original Complaint. Under Jones v. Bock, 127 S. Ct. 910, 166 L. Ed. 2d 798, exhaustion is mandatory under the Prison Litigation Reform Act and unexhausted claims may not be brought in federal or state courts.

Recent litigation from the Eleventh Circuit formally confirms the exhaustion requirement. Garcia v. Glover, 2006 U.S. App. LEXIS 24285 (11th Cir. 2006); Lyons v. Serrano, 2006 U.S. App. LEXIS 23774 (11th Cir. 2006); Johnson v. Meadows, 418 F.3d 1152 (11th Cir. 2005).

---

[1] In fact, Hill's complaint states that the complaint to Linda Bell, Director of Nursing, concerning living conditions of mental patients in L and O Block rather than medical treatment for any complaint experienced by Mr. Hill.

## V. <u>CONCLUSION</u>

For the reasons set out herein and in this Defendant's initial Special Report, the Defendant contends that no deliberate indifference to a serious medical need exists and that Prison Health Services and its employees are entitled to a judgment as a matter of law.

Respectfully submitted,

<u>/s/  PAUL M. JAMES, JR.</u>
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Linda Bell
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail

this the 31st day of July, 2007, to:

      Mr. Bruce Lamar Hill (AIS # 138707)
      Holman Correctional Facility
      3700 Holman Unit
      Atmore, AL  36503


      The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

      Benjamin Howard Albritton, Esq.
      Office of the Attorney General
      Alabama State House
      11 Union Street
      Montgomery, AL  36130-0152


                    /s/  PAUL M. JAMES, JR. (JAM017)
                    Attorney for Defendants Prison Health
                    Services, Inc. and Linda Bell

# EXHIBIT A

06/26/2007  22:53    2513684417                     HOLMAN CF                              PAGE  02

## HYPERTENSION CLINIC
### Q 3-6 months

Name: _Hill Bruce_ DOB: _9-1-65_ AIS#: _138907A_ R/S _Bm_

### PATIENT HISTORY

Date of Diagnosis: _9-6-05_
Current Meds: _my lub GMS DMeprazule, Tylewl ES Clonidine Triavil_
Diet/exercise history: _Regular_                                    Compliant?  Yes    No

__ Family History __ Smoker __ Diabetes __ Alcoholism __ Drug Abuse __ Obesity __ CHF __ Hyperlipidemia __ Renal Disease

**Risk factors (check all that apply)**

| VARIABLE | Date (initial exam) | Date | Date |
|---|---|---|---|
| BP/Weight/Pulse | | | |
| CP | | | |
| Exertional Dyspnea | | | |
| Orthopnea | | | |
| Fundi exam annually | 3/28/07 | | |
| General Appearance | | | |
| Heart | | | |
| JVD/Carotid Bruits | / | | |
| Lungs | | / | / |
| Abdomen | | | |
| Periph. Pulses/edema | / | / | / |

### LABS

| | Date | Date | Date |
|---|---|---|---|
| CBC = 3/7/07 unk | | | |
| BMP per MD/NP order | 2/6/7 | | |
| DPII annually | | | |
| UA Dipstick (on-site) | 2/6/07 | | |
| EKG | 5/3/07 Normal | | |
| CXRAY | 9-1-05 normal | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened | Good/Fair/ Poor Improved/Worsened |

### PLAN

| | Date | Date | Date |
|---|---|---|---|
| Patient Edu/Training | wt. control, exercise | | |
| Completed Master Problem Sheet | / | | |
| Next F/U | | | |
| Signature | | | |

| SHORT TERM GOALS | | |
|---|---|---|
| 1 | LONG TERM GOALS | |
| 2 | 1 | |
| Comments: | 2 | |

## Chronic Care Clinic
### Evaluation (New Patient) – Referral (Continue Follow-Up) Form

To:   Unit Medical Doctor- Director
      Chronic Care Clinic Nurse

Referral Date: __6/22/07__

Referring Dept./Person: __RNettles, Lpn__

Name of Patient: __Bruce Hill__

AIS Number: __138707__     Location: __Holman (Seg)__

DOB: __9-1-65__     Social Security # __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__

Reason Requesting Assessment: __CCC HTN__

_____

_____

_____

_____

_____

Due Date of Follow- Up Needed: _____

Chronic Care Clinic: _____

Last Seen: __11/8/06 elef__

**********Chronic Care Clinic Follow- Up Appointment**********

(Set By Chronic Care Clinic Nurse) Date: _____

Form disbursement:
Nursing Intake Department
Physicals Department
Med. Surg. Unit
Mental Health Department
Doctor's Clinic
Chronic Care Nurse

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PSYCHIATRIC EVALUATION

**Referred by:** ☐ Mental Health Staff  ☐ Medical Staff  ☐ Other_____
**Reason for Referral (Presenting Problem):** _Triavil ³/25, ☒ reports ↓d from init dose._
_Deprived of sleep 2° lights in MH dorm. Now °/o noise here same_

**Psychiatric History (inpatient/outpatient/medications prescribed):**

_Hx BM.  Ø Yhosps._
_Screening coming thru prison._

_FH: Ø Yhosp/ Ø YMH, meds, tx/ Ø sui._

**Pertinent Medical History: (medication allergies)** _ASA  Ibu  — GI irritate._
_                                        milk, tea  — break out._
_HTN since 18-19yo._

_Head inj 5-6 yrs ago. LOC × ~1 yr._

_2005 acute bronchitis: now not smoking._
**Substance Abuse History:** _20 yrs ago  inpt tx._
_EtOH )_
_MJ )_
_EtOH 2005      ØMJ × 15-16yrs._

_Ø inj.  Ø huffing.      Ø others. ℞._
**Pertinent Personal/Family History (inmate's sentence):** _4th  "3"  incarc._

_99yrs  parole violation.  parole Sept 09_
_                        Hop 23yrs        son 24yo._
_Etowah Co.  Mom, sisters, wife        last saw 2.5yrs ago._
**Institutional Adjustment (current placement)**
_Holman × 5d ("since Fri"), Kilby × 4mos, Limestone × 13 mos, Staton × 4 mos,_
_Kilby × 1mo; County × 1 mo._

_2/06 multiple °/o re form squad_

| Inmate Name | AIS # |
|---|---|
| _Hill, Bruce_ | _138707_ |

Disposition: Inmate Medical Record

Reference: ADOC AR: 609, 613, 615, 616, 632, 633, 635, 638
ADOC Form MH-018 – November 14, 2005
Page 1 of 2

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES
**ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)**

CODE

INVOLUNTARY MOVEMENT RATING
Rate highest severity observed.  Rate movements
That occur upon activation one less than those
Observed spontaneously.

0 – Normal, no involuntary movement
1 – Minimal, fleetingly present
2 – Mild, occurs more than four times
3 – Moderate, persistent
4 – Severe, very pronounced and continuous

| FACIAL AND ORAL MOVEMENTS | MUSCLES OF FACIAL EXPRESSION: movements of forehead, eyebrows, periorbital area, cheeks; includes frowning, blinking, smiling, grimacing | ⓪ 1  2  3  4 |
|---|---|---|
| | LIPS AND PERIORAL AREA: puckering, pouting, smacking | 0  1  2  3  4 |
| | JAW: biting, clenching, chewing, mouth opening, lateral movement | 0  1  2  3  4 |
| | TONGUE: rate only increase in movement both in and out of mouth NOT inability to sustain movement | ⓪ 1  2  3  4 |
| EXTREMITY MOVEMENTS | UPPER (arms, wrists, hands, fingers): include choreic movements (rapid, objectively purposeless, irregular, spontaneous), athetoid movements (slow, irregular, complex, serpentine).  DO NOT INCLUDE tremors (repetitive, regular, rhythmic) | ⓪ 1  2  3  4 |
| | LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | ⓪ 1  2  3  4 |
| TRUNK MOVEMENTS | NECK, SHOULDER, HIPS: rocking, twisting, squirming, pelvic gyrations. | 0  1  2  3  4 |
| GLOBAL JUDGEMENTS | SEVERITY OF ABNORMAL MOVEMENTS | 0  1  2  3  4 |
| | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | 0  1  2  3  4 |
| | PATIENTS AWARENESS OF ABNORMAL MOVEMENTS: rate only patient's report<br>0 – No awareness      3 – Aware, moderate distress<br>1 – Aware, no distress   4 – Aware, severe distress<br>2 – Aware, mild distress | 0  1  2  3  4 |
| DENTAL STATUS | CURRENT PROBLEMS WITH TEETH AND/OR DENTURES | NO    YES |
| | DOES PATIENT USUALLY WEAR DENTURES? | NO    YES |

Assessed by: _Joseph R _____ M_  Date: _6/13/07_
Reviewed by: _____  Date: _____

| Inmate Name | AIS # |
|---|---|
| Hill, Bruce | 138707 |

DOC Form #456-02

AR 456 – August 21, 2001

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

DOB
9/1/65

PSYCHIATRIC EVALUATION

Referred by:   Mental Health Staff    Medical Staff    Other_____

Reason for Referral (Presenting Problem):_____

I m suins mental health the the prison
cause they wont treat me.

Psychiatric History. (inpatient/outpatient/medications prescribed):

4 y/o AAO? housed an old MH Unit but in a spillover
from seg. Verbally hostile, often agitated. Seen briefly in prot
@ Limestone by counsler due to do neither no farm good work
Described an angry Antisocial personality and "a millitant attitude."
S'hts he asked for sleep meds due to the lights on all night (previously?)

Pertinent Medical History: (medication/allergies) ASA

Denys prior Ψ Γx                                    V Thu he oftes this to be eyeshe
- to get a 2 hr sleep

Blames this as reason he has sotten 7 disciplns whiden
this cell. Take zero personal responsibility. Blames System, ADOC
this. Murphy verbally agidets shorty and screens of the
unruly in crisis alls.

Substance Abuse History:

Stah rear he needs sum thg to celm hm & wyld is dro t
his phrent here Near Obser mH cell(s)

Pertinent Personal/Family History (inmate's sentence):

GED.       Single                         E.M.
prior conuite/comind work.        3 sisters

Institutional Adjustment (current placement)

Sent 7/2/86   RSP ПХ3.           "99 years"
Sent. 1/10/90
                                  Min det 5/2009/

Inmate Name
Hall, Bruce                        AIS# 138707

Disposition: Inmate Medical Record

Reference: ADOC AR: 609, 613, 615, 616, 632, 633, 635, 638
ADOC Form MH-018 – November 14, 2005
Page 1 of 2

Mental Health P&P #.40
Page 8 of 11

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION CONSENT

I agree to treatment with the following medication(s) in the dosage range(s) noted and as recommended to me by the psychiatrist:

| | |
|---|---|
| 1. _Trazel_ 4/50 T — mgh | |
| 2. _E ~ Conath use_ | |
| 3. | |

I have been made aware that the following are benefits that may occur through taking these medications:

| | |
|---|---|
| _Improves sleep, reduces anxiety, depression_ | |
| _agitation_ | |
| | |

I have been made aware that possible side effects of taking these medications may be:

| | |
|---|---|
| _Sedation, dry mouth._ | |
| | |
| | |
| | |

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrist. I understand that this permission may be revoked at my discretion. I have had an opportunity to ask any questions that I wished to ask. I have been made aware of alternative treatments.

INMATE SIGNATURE: X _Bruce Hill_ 138707 _____ DATE: 6/13/07

PSYCHIATRIST SIGNATURE: _____ DATE: 6/13/07

I have been advised to take the medication(s) listed above but I am unwilling to take the medication(s)· as recommended.  The possible consequences· of not taking the medication have been explained to me.

INMATE SIGNATURE:_____ DATE:_____

PSYCHIATRIST SIGNATURE:_____ DATE:_____

| Inmate Name _Hill, Bruce_ | AIS # 138707 |
|---|---|

## PSYCHIATRIC EVALUATION (Continued)

**Mental Status Examination:**

Appearance and Behavior: _WDWN not in 0° A & O X 3_

Mood and Affect: _angry , cooperative to a limited degree_

Speech and Language: _nl loud as fair. overly assertive_

Thought Process: _goal-directed belligent manner_

Thought Content and Perceptions: _reports NO S/H ; deck No AVH hallue no delum ;_

Cognitive Assessment: _Sensorium clear ; Memory intact X 3 assess to te_

Insight/Judgement: _Adequate_ _Calm dem @ night to get Sun s, t._

**Suicide/Violence Risk Assessment:**

Past Suicidal Idention/Attempts (dates and methods): _____

Current Suicidal Idention and Behavior: _____

Past Violent/AssaultiveBehavior: _____

Current Violent/Assaultive Ideas/Behavior: _____

**Diagnostic Impression:**

Axis I: _Adjustmt Disorder Due to Situatnl Conflicts, Agitatn_

Axis II: _R/O a recopr Dx = Antisocial & Narcissistic Persnly Disr._

Axis III: _Unremarkble_

Axis IV: _Incarceration ; SEG Abaut a related illsnes_

Axis V: _60_

**Treatment Recommendations (including medications/labs ordered/special housing):**

_Agree to Mh. Only enough med to help hm @ night to sleep, agitatn Ts not a major mrbl / the Ts cunstat for his rehu 1 oly a Behavr problm_

Psychiatric Follow-Up Required Within: _3_ Days    _Trazad 4/50 T 8 hr reqd_

Mental Health Code:    0    ① (1)    2    3    4    5    6

_[signature]_ MD

Psychiatrist or Nurse Practitioner Signature

_6/13/07_
Date

Inmate Name: _H.T.L. BRUCE_

Disposition: Inmate Medical Record

AIS #: _138707_

Reference: ADOC AR: 609, 613, 615, 616, 632, 633, 635, 638
ADOC Form MH-018 – November 14, 2005
Page 2 of 2



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### 'PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Hill, Bruce 138707 | DIAGNOSIS (If Chg'd) D/c Triavil |
|---|---|
| D.O.B. 9/1/65 | Dr. Earnshaw MD |
| ALLERGIES: ASA | |
| Use Third    Date 6/26/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

*noted 6/26/07 @ 1330*

| NAME: Hill, Bruce 138707 | DIAGNOSIS (If Chg'd) |
|---|---|
| | D/c Clonidine 0.2mg ÷ tab PO BID |
| D.O.B. 9/1/65 | Clonidine 0.1mg PO BID X 2wks then |
| ALLERGIES: A-SA | 0.1 mg PO QHS x 2wks then |
| | Lopressor 50 mg PO x 100 days DP×Wkly |
| Use Second    Date 1/25/07 | x 4 wks |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Hill, Bruce 138707 | DIAGNOSIS  Medication rewritten to HCF |
|---|---|
| profile → | Mytab Gas 80mg ÷ tabs PO QID (may issue |
| | extra dose @ AM + PM pillcalls) |
| D.O.B. 9/1/65 | Omeprazole 20mg ÷ tab PO QD, Tylenol 500mg |
| ALLERGIES: ASA | ÷ tab PO BID PRN, Clonidine 0.2mg ÷ tab PO |
| | BID, Triavil 2/25 mg ÷ PO Qhs x 90days |
| Use First    Date 6/22/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

**MHM Correctional Services, Inc.** 

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.:    /    / | |
| ALLERGIES: | |
| Use Last    Date:    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.:    /    / | |
| ALLERGIES: | |
| Use Fourth    Date:    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.:    /    / | |
| ALLERGIES: | |
| Use Third    Date:    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.:    /    / | |
| ALLERGIES: | |
| Use Second    Date:    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: Hall, Bruce #138707 | DIAGNOSIS |
| D.O.B.: 9 / 1 /'65 | Recent |
| ALLERGIES: ASA | 2/25  T po 3 he  X90d |
| Use First    Date: 6/20/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

**WHITE – MEDICAL RECORDS COPY    CANARY – PHARMACY COPY**

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Hill, Bruce, #138707 | DIAGNOSIS (If Chg'd) Adjusted Dasith APD |
|---|---|
| ⊙-06 | Trend 4/50 Tpoghs x90l |
| D.O.B. 9/1/65 | |
| ALLERGIES: ASA | |
| Use Last    Date 6/3/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill, Bruce 138707 | DIAGNOSIS (If Chg'd) renew: Clonidine 0.2 mg p.o. QDX180 days |
|---|---|
| D.O.B. 9/01/65 | V.o. Dr. Rollins |
| ALLERGIES: ASA | |
| 5-29-00 9Am | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hill, Bruce 138707 | DIAGNOSIS (If Chg'd) ① Clipper Shave Profile x 90 days |
|---|---|
| D.O.B. 9/1/65 | |
| ALLERGIES: QsA | |
| Use Third    Date 5/16/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED Marianne Baker CRNP |

| NAME: Hill, Bruce 138707 | DIAGNOSIS (If Chg'd) ① Ibuprofen 600mg† PO BID PRN x 10days ② Tylenol #3 500mg # PO BID PRN x 60 days ③ EKG |
|---|---|
| D.O.B. 9/1/65 | |
| ALLERGIES: QsA | |
| Use Second    Date 5/1/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED Marianne Baker CRNP |

| NAME: Hill, Bruce 138707 | DIAGNOSIS A+D Ointment -- Apply BID (Keep) x 30 day |
|---|---|
| D.O.B. 9/1/65 | |
| ALLERGIES: ASA | |
| Use First    Date 4/11/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)                          **MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hill, Bruce   738707          D.O.B.: 9 / 1 / 165 |
|---|---|

5/16/07  CC'd need to have some diagnostic testing done for my
heart - sharp pains — Shaving profile.

API: 41 y/o BM presents to OPC č c/o needing to have
some diagnostic tests done for his heart. States he is
having (sometimes a sharp pain — sometimes a dull pain —
sometimes it feels like pressure in his chest left anterior
over nipple area - occ flats like going to his back — and sl.
vanilla. Reports his pain doesn't happen all the time —
hurts mainly when he's laying down — Denies contributing
factors — Denies assoc outside factors at present. Reports
he does feel a little dizzy (last episode × 1/yr ago - only
happened twice) - states he does feel tired, weak and
sometimes SOB during chest pain episode — "It feels
like my heart is just beating — palpating." Reports having
long history of this chest discomfort — but seems to be worse
now. Reports from and aunt and himself greatly concerned
č family history of heart problems — father ↓ age ≈ 51 —
brother NI age 38. States "I may have the same thing."
Presents č a written list of possible tests per aunt that
should be done ie ultrasound, stress testing etc.
PE: Gen - Cooperative - talkative č prob. insisting on his
requests being met - "If you think the state can't do it
I'll contact my family to get money together - talk č
commissioner - do what needs to be done to take care
of me — we get money — we'll have to just pay for it"

60111 (5/95)        Complete Both Sides Before Using Another Sheet

cont. ↓



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hill, Bruce | D.O.B.: 9 / 1 / 65 |
|---|---|---|

5/1/07

Cl: Back Pain  SOB č CP

HPI: 41 y/o BM presents to OP Clinic č C/o back
pain - lower back - sharp, 7/10 pain scale - occ radiation
↓ hip area - occ numbness in calf area > ® side.
Reports sometimes his entire body aches. Reports having
pain in his Chest area when he takes a deep breath → No
cough, fever - or assoc symptoms.

PE: Gen: Cooperative - talkative

   Integ: Skin Warm and dry

   Pulm: BS essentr clear

   CV: Heart rate reg.

   Muscul: C/o pain on deep enspiration ® rib cage.

Assess: ① Low Back Pain

   ② Rh. Arthritis

   ③ R/o Chest Wall Pain vs Cardiac

Plan: ① Ibuprofen 600mg BID

   ② Tylenol ES 500mg ii BID

   ③ EKG

Education: ① Medication Compliance

   ② Pain Management

           Marianne Baker, CRNP

60111 (5/85)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: _____ | |
| Date: _____ Time: _____ AM/PM | Date: 6/21/07 Time: 2000 AM/PM | PHYSICAL EXAMINATION |

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RELEASE FROM:
- [ ] Infirmary
- [✓] Population
- [ ] Other _____
- [ ] Segregation
- [ ] Mental Health

RECEIVING MEDICAL STATUS
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASE TO:
- [✓] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

PHYSICAL EXAMINATION
Date of last exam: 9/3/06
Chest X-Ray Date: 8/30/06 Result: ⊖
PPD Reading: Ø neg
Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | 2/7/07 | [✓] | [ ] | Wears Glasses/Contacts | [X] | [ ] | |
| Urinalysis | | [✓] | [ ] | Dental Prosthesis | [ ] | [X] | |
| RPR | 8/30/03 | [✓] | [ ] | Hearing Aide | [ ] | [X] | RN Nuttle? |
| | | | | Other Prosthesis | [ ] | [X] | Receiving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Adjustment Disorder / HTN

CURRENT MEDICATION -- DOSAGE AND FREQUENCY

Trisivil 2/25 + gtts
Clonidine 0.2mg
Tylenol ES ii

| | MEDICATIONS | [✓] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|---|
| | X-RAY FILM | [ ] Sent w / inmate | [✓] Not sent w / inmate |
| | HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |
| | Released to: DOC | | |

Date: 6/21/07 Time: 2000 AM/PM

| MEDICATIONS | [ ] Received | [ ] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [X] Not Received |
| HEALTH RECORD | [X] Received | [ ] Not Received |
| CHART REVIEWED | [X] YES | [ ] NO |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

Received by: RN Nuttle?
Signature of Receiving Nurse
Date: 6-22-07 Time: 1905 AM/PM

FOLLOW-UP CARE NEEDED

- [ ] Medical
- [ ] Dental
- [ ] Mental Health

Date/Appt. Made w/Whom (Rec. Nurse)
6/25/07 CCC
6/25/07 MH

| NURSING ASSESSMENT (SENDING NURSE) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | [✓] | |
| | Mental Illness | [✓] | |
| | Suicide Attempt | | [✓] |
| | Chronic Care | [✓] | |
| STATUS | Special Diet | | [✓] |
| | Appearance | [✓] | |
| OTHER PERTINENT NURSING ASSESSMENT | | | |

| NURSING ASSESSMENT (RECEIVING NURSE) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | [X] |
| | Lice | | [X] |
| | Edema | | [X] |
| | Warm & Dry | [X] | |
| | Cool & Moist | | [X] |
| CONDITION | Alert | [X] | |
| | Oriented | [X] | |
| | Uncooperative | | [X] |
| | Depressed | | [X] |

INTAKE
Sick Call Procedures Explained: Yes
Height: 5'10
Weight: 193
Blood Pressure: 126/86
Temperature: 98.2
Pulse Resp.: 91, 20
Other _____

Signature of Nurse Completing Assessment (Sending Nurse)    Date: 6/21/07
Signature of Intake Screening Nurse (Receiving Nurse): RN Nuttle?    Date: 6/22/07

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Hill, Bruce | 138707 | 9/1/65 | B/M | KCF |

PHS-MD-70009
PAGE 14

(White - Medical Jacket; Yellow - Transfer Coordinator)

HOLMAN CF    2513684417    06/25/2007  22:53



PHS
PRISON
HEALTH
SERVICES

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL | EMERGENCY |
| | AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ OUTPATIENT | |

ALLERGIES

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP _____ ORAL RECTAL  RESP _____ PULSE _____ B/P _____ RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION / SUTURES |

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

RIGHT OR LEFT

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

DIAGNOSIS

INSTRUCTIONS TO PATIENT

DISCHARGE DATE | TIME AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE _____ DATE _____ PHYSICIAN'S SIGNATURE _____ DATE _____ CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
| Hill  Bruce | | 138737 | | B/M | KGF |

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**

**PHS**

## Nursing Evaluation Tool:

Facility: Alabama Department of Corrections

**General Sick Call**

Patient Name: Hill, Bruce
                Last          First

Inmate Number:

Date of Report: 5/14/07
                MO  DD  YR

Date of Birth: 9 / 11 / 65
                MO  DD  YR

Time Seen: 110  AM / PM  Circle One

**Subjective:** Chief Complaint(s) ① I need to ② Shaving Profile have some diagnostic

Onset: Testing done for my heart, Sharp chest pains

Brief History: (Continue on back if necessary) H/yo BM c Hx H7N  everyday. Laying ↓ + they start

**Objective:** Vital Signs: (As indicated) T: 98.0  P: 101  RR: 20  B/P: 147/197

☐ Check Here if additional notes on back

Examination Findings: (Continue on back if necessary) a+ O x 3. Resp. neg c ease. Skin warm + dry to touch. NO acute distress noted @ this time
EKG done 5/3/07

**Assessment:** (Referral Status)
☐ Referral NOT REQUIRED
☒ Referral REQUIRED due to the following: (Check all that apply)
  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other:

Preliminary Determination(s): Pt. in comfort R/T above statement

☐ Check Here if additional notes on back

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES. ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:

OTC Medications given ☒ NO  ☐ YES (If Yes List): (Describe)

Referral: ☐ NO  ☒ YES (If Yes List):

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?):   M. Baller CRNP

x _Bruce LPN_
   Nurse's Signature

Date for referral: 5/14/07
                    MO  DD  YR  Time

Name: Lorn...

06/26/2007  22:53  2513684417    HOLMAN CF    PAGE  17
PHS

Nursing Evaluation Tool:                                    **Back Pain**

Facility: KBY

Patient Name: Hill, Bruce
                        Last

Inmate Number: 138 707

Date of Report: 5 / 11 / 07    Date of Birth: 9 / 1 / 65
                MM  DD  YYYY                    MM  DD  YYYY  MI

Time Seen: 335  AM/PM  Circle One
                HH MM

**Subjective:** Chief Complaint(s): Severe backpain with problems

Onset: of Shortness of Breath with chest pain

☐ New onset  ☐ Chronic condition exacerbation

Pain Scale: (1-10)  7   Type: ☑Sharp ☐ Dull ☑ Intermittent ☐ Constant

Location of Pain: Lower
(Neck / mid-back / low back)      Radiation of pain☑No ☐ Yes to: Numbness ↓ Calf    Numbness: ☑ No ☐ Yes

History: 41 yo BM ⊂ Hx HTN,
(Continue on back if necessary)

Associated symptoms: Pain on urination?  ☑No ☐ Yes   Nausea ☑NO ☐ Yes   ☐ Check Here if additional notes on back

Increased urination?  ☐ No ☑Yes   Pain with cough/breathing? ☐ No ☑Yes   Vomiting ☑No ☐ Yes (x___)

**Objective:** Vital Signs: (If Indicated) T: 98.4  P: 85   RR: 20  B/P: 134 / 103

Back Exam: ☐ Tender to touch  ☐ Contusion ☐ Muscle spasms  ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait  ☐ Weakness of extremities ☐ Foot drop ☐ Other: ___

Elaborate positive findings: _____

Lower extremities:  ☐ Normal     ☐ Abnormal (Describe): _____

Pedal pulses:  ☐ Present   ☐ Absent       ☐ Check Here if additional notes on back

☐ Additional Examination: _____
Continue on back if necessary)

**Assessment:** (Referral Status)

☐  Referral **NOT** Required    Preliminary Determination(s): Alt in comfort   ☐ Check Here if continued on back

☑  Referral **Required** due to the following: (Check all that apply)    R/T above

☐ Loss of sensation     ☐ Presence of RBCs from dipstick

☐ Prior malignancy     ☐ Presence of WBCs from dipstick   ☐ Recurrent Complaint (More than 2 visits for the same complaint)

☐ Other: _____

**Plan:**

Check All That Apply: ☐ Work and recreation restrictions x 72 hours

☐ Education on avoiding back pain ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well

as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐Other: _____
       (Describe)

☐ Cold Compress (Acute injury)   ☐ Warm Compress

☐ OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑YES (If Yes, Whom/Where): M. Baker CRNP

Referral Type: ☐ Routine  ☐ Urgent ☑ Emergent (if emergent who was contacted?): _____   Date for referral: 5 / 11 / 07
                                                                                            MM  DD  YYYY

X _____                                                                                  Time _____
   Nurses Signature

Name: Lorraine Crane
                    Printed

06/26/2007  22:53    2513684417                    HOLMAN CF                              PAGE  18

PHS

## Nursing Evaluation Tool:

**General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: Hill, Bruce
                 Last          First

Inmate Number: 135707

Date of Report: 4-11-07
                MM DD YYYY

Date of Birth: 0 / 1 / 65
               MM  DD  YYYY

Time Seen: 1125 (AM/PM) Circle One

### Subjective:
Chief Complaint(s): My feet Are messed up

Onset: from the shower

Brief History: 41 y/o Bm c̄ Hx of HTN
(Continue on back if necessary)

### Objective:
Vital Signs: (As Indicated) T: 98  P: 74  RR: 20  B/P: 150/90
☐ Check Here if additional notes on back

Examination Findings: A+O x3. Resp. neg c̄ use. Skin to
both feet dry. No noted infection
(Continue on back if necessary)

### Assessment: (Referral Status)
☐ Referral NOT REQUIRED     Preliminary Determination(s): Alt. in comfort
☒ Referral REQUIRED due to the following: (Check all that apply)  R/T above statement  ☐ Check Here if additional notes on back
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

### Plan:
Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other_____ (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List):_____

Referral: ☐ NO  ☒ YES (If Yes Whom/Where):_____
Referral Type: ☒ Routine  ☐ Urgent ☐ Emergent (If emergent who was contacted?): V.Lwelwart. PA  Date for referral: 4-11-07
                                                                                                              MM DD YYYY

x _____                                                                                          Time_____
    Nurse's Signature

Name: Lorraine Graves
         Printed



 **PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Bruce Limiek Hill_   Date of Request: _5/14/07_
ID # _138707_                     Date of Birth: _9/1/65_ Location: _C-6-014_
Nature of problem or request: _Been Having These Chest pains For over_
_3 Wks. would like to See a Specialist for my Heart and Rgt._
_Eye. Been acheing or Hewing Exposed to specific light, need_
_Shading purple Bennivird. Thank you For your Assistance!_
                                        _Bruce Limiek Hill_
                                             Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘

**(S)ubjective:**

                    _Sen 5/14/07_

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

                    _____
                        _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Bruce Chanar Hill_ _____ Date of Request: _5/15/07_

ID # _138707_ _____ Date of Birth: _9/11/65_ Location: _G-6-01A_

Nature of problem or request: _Having Periodical Chest pains. Request_
_To See Specialist For Ultrasound Techniques, Unless_
_Imaging and Flouroscopy studies and Blood test_
_For Enzyme Levels. I've family History of Heart Disease._
_Bruce Chanar Hill_
_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

_5/16/07_

**(O)bjective   (V/S):  T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN

                                        CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                    Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

06/26/2007  22:53   2513684417              HOLMAN CF                        PAGE  21



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Bruce Lamar Hill _____ Date of Request: 4/28/07
ID # 138707 _____ Date of Birth: 9/1/65 Location: O-6
Nature of problem or request: I've Been Having Severe Back Pain &
Spinal area of lower Back and Breathing Problems &
Shortness of Breath, with Chest Pain.

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 5/1/07
Time: 3 35 pm
Receiving Nurse Intials ___
```

**(S)ubjective:**

See Next

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



*Follow up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Bruce L. Hill*                Date of Request: *4/10/07*
ID # *138207*                Date of Birth: *9/11/65*  Location: *O-6*
Nature of problem or request: *Feet still Irritated from*
*Raw Sewage Back up on C-Block &*
*Shower.*

_____

*Bruce L. Hill*
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│          RECEIVED           │
│  Date:                      │
│  Time:                      │
│  Receiving Nurse Intials ___│
└─────────────────────────────┘
```

(S)ubjective:


(O)bjective   (V/S): **T:**_____   **P:**_____   **R:**_____   **BP:**_____   **WT:**_____


(A)ssessment:


(P)lan:


Refer to:   MD/PA   Mental Health   Dental  Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                Was MD/PA on call notified:   Yes ( )   No ( )


_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

06/26/2007  22:53    2513684417    HOLMAN CF    PAGE   23

| Facility Name: Kilby Correctional Facility | | Month/Year of Charting: 05/07 |
|---|---|---|

**Clonidine HCl 0.2MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 02-28-2007    Prescriber: Robbins, M.
Stop Date: 05-28-2007    RX #: 252457373

**Omeprazole 20MG Cap    30.00**

Take 1 capsule(s) by mouth daily

Start Date: 01-26-2007    Prescriber: Siddiq, Tahir
Stop Date: 07-24-2007    RX #: 252458303

**Vitamin A & D Ointment    1**

Apply use as directed

Start Date: 04-13-2007    Prescriber: Lockhart, Valencia
Stop Date: 05-12-2007    RX #: 252507311

Simethecone 80 mg tabs 2
po QID x 180 days

Start Date: 1/24/07    Prescriber: Dr. M. Robbins
Stop Date: 7/26/07    RX #:

Ibuprofen 600mg
T po BID PRN
X 10 d

Start Date: 5/1/07    Prescriber: M. Butler CRNP
Stop Date: 5/12/07    RX #:

Tylenol ES 500mg
Ti po BID PRN
X 60 days

Start Date: 5/1/07    Prescriber: M. Butler CRNP
Stop Date: 7/1/07    RX #:

Diagnosis

Allergies: Salicylates

Housing Unit:    Population
Patient ID Number: 138707
Patient Name:

**Hill, Bruce**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | Discontinued Order |
| | | | | Refused |
| | | | | Patient out of facility |
| | | | | Charted in Error |
| | | | | Lock Down |
| | | | | Not Administered |
| | | | | Medication out of Stock |
| | | | | Medication Held |
| | | | | No Show |
| | | | | Other |

Date of Birth:

Facility Name: CCF

Clonidine HCl 0.2mg 0900

+ po bid x 180d  1800

Month/Year of Charting: [handwritten]

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 5-29-07    Prescriber: Robbins
Stop Date: 11-29-07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:        Prescriber:
Stop Date:         RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:        Prescriber:
Stop Date:         RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:        Prescriber:
Stop Date:         RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:        Prescriber:
Stop Date:         RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:        Prescriber:
Stop Date:         HX #:

Diagnosis

Nurse's Signature    Initial

Allergies
Salicylates
Housing Unit:
Patient ID Number: 135702
Patient Name:
Hill, Bruce

Nurse's Signature     Initial
Bessie Zapn    BZ

Patra Snu日pm    P5

Dr. Reth:

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4 Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

06/26/2007  22:53    2513684417                HOLMAN CF                                    PAGE  25

Facility Name: Kilby Correctional Facility

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | | | Month/Year of Charting: 05/07 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Clonidine HCl 0.2MG Tab        60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 03-02-2007        Prescriber: Robbins, M.
Stop Date: 05-30-2007         RX #: 252403504

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Start Date:        Prescriber:
Stop Date:         RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Start Date:        Prescriber:
Stop Date:         RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:        Prescriber:
Stop Date:         RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:        Prescriber:
Stop Date:         RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:        Prescriber:
Stop Date:         RX #:

Diagnosis

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |

Allergies
NKA

Housing Unit:  Population
Patient ID Number: 138707
Patient Name:

Hill, Robert

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient at ay facility
4. Charting in Error
5. Lock Down
6. Self Administered
7. Medical out of Block
8. Meds
9. Not st
10. Othe

06/26/2007  22:53    2513684417                HOLMAN CF                    PAGE  26

Facility Name: Kilby Correctional Facility

| | Hour | Month/Year of Charting: 04/07 |
|---|---|---|

Q-Naftate (Plastic) ( for Anti-Fungal
(Plastic) ) 1% Cream     1

Apply twice daily

*Duplicate*

Start Date: 03-12-2007        Prescriber: Adams, Bradford
Stop Date: 04-10-2007         RX #: 252427113

Prilosec 20mg
T qd X 180 days

Start Date: 1/24/07           Prescriber: Dr. Robbins
Stop Date: 7/26/07            RX #:

Simethcone 80mg
TT P.O. qid X 180 days

Start Date: 1/24/07           Prescriber: Dr. Robbins
Stop Date: 7/26/07            RX #:

Clonidine 0.2mg
P.O. Bid 180 days

Start Date: 2/20/07           Prescriber: Dr. Robbins
Stop Date: 8/28/07            RX #:

A/C Bid Kop
X 30 days

Start Date: 3/5/07            Prescriber: Dr. Robbins
Stop Date: 4/5/07             RX #:

A+D ointment
KOP X 30 d

Start Date: 4/11/07           Prescriber: Lockhart PA
Stop Date: 5/11/07            RX #:

Diagnosis

Allergies
Salicylates, salicylites

Housing Unit:  Population
Patient ID Number: 138707
Patient Name:

**Hill, Bruce**

Documentation Codes
- Discontinued Order
- Refused
- Patient out of facility
- Counted in Error
- Lock Down
- Self Administered
- Medication out of Stock
- Medication Hold
- No Show

Date of Birth: 9/1/65



Facility Name:

Prilosec 20mg +
Cbd x 180days

Start Date:

Simethicone 80mg
Ti PO q JO x 180days

Clonidine 0.2mg
P.O - BID

AFC BID KOP
X 30d

Keflex 250mg
PO BID X 7d

Diagnosis

Allergies
ASA

Housing Unit
Patient ID Number: 138707
Patient Name:
Hill, Bruce

06/26/2007  22:53  2513684417          HOLMAN CF                    PAGE  28

Facility Name: KILBY

Clonidine 0.2mg
ī tab p.o. BID
X 180 days

Omeprazole 20mg
ī qhr x
180 days

Amitriptylin 80mg
ī tab PC+HS
X 180 days Must
receive QID doses

Diagnosis

Allergies  ASA

Housing Unit:
Patient ID Number: 138707
Patient Name:
Hill, Bruce

06/26/2007  22:53    2513684417                    HOLMAN CF                          PAGE  29

Tylenol 325-g#
P.O. TID PRN x
14 days

Start Date: 2-6-07        Prescriber: Mr. Hooper CRNP
Stop Date: 2-20-07        RX #:

Start Date:               Prescriber:
Stop Date:                RX #:

Start Date:               Prescriber:
Stop Date:                RX #:

Start Date:               Prescriber:
Stop Date:                RX #:

Start Date:               Prescriber:
Stop Date:                RX #:

Diagnosis: Bruce Terry Penn

Allergies: ASA

Housing Unit:
Patient ID Number: 138707
Patient Name:

Hill, Bruce

Nurse's Signature: Zollston Nazfn  Init: pm

N... Signature: A Simmsin  Init: AS
K Glasscock LPN  BD
A. Laww, LPN  AU
Snu Sa Cox  28

4-1-65

Documentation Codes
Discontinued Order
Refused
Patient out of facility
Counted in Error
Hold Down
Self-Administered
Unavailable out of Stock
Duplicate Med
Release
Other

06/26/2007  22:53  2513684417                    HOLMAN CF                          PAGE  30

Facility Name: Limestone Correctional Facility

| Clonidine HCl 0.2MG Tab    60.00 | Month-Year of Charting: 02/07 |
| Take 1 tablet(s) by mouth twice daily | Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 30 |

Start Date: 11-20-2006   Prescriber: Pousaied, Shala
Stop Date: 02-18-2007   RX #: 252109580

| Ranitidine HCl ( for zantac ) 300MG Tab    60.00 | Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
| Take 1 tablet(s) by mouth twice daily | |

Start Date: 01-10-2007   Prescriber: Hobbs, William Douglas
Stop Date: 04-09-2007   RX #: 252272555

| Tylenol 325MG Tab    42.00 | Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 30 31 |
| Take 1 tablet(s) by mouth Three Times Daily as needed | |

Start Date: 01-19-2007   Prescriber: Hooper, C
Stop Date: 02-02-2007   RX #: 252304041

Prilosec 20mg
ī po qd
x 180 days

Start Date: 1-24-07   Prescriber: Hobbs
Stop Date: 2-24-07   RX #:

Simethicone 80mg
ī po pc & hs
x 180 days

Start Date: 1-24-07   Prescriber: Hobbs
Stop Date: 2-24-07   RX #:

Clonidine, 2mg
ī po x 180 days
BID

Start Date: 1-17-07   Prescriber: Pousard
Stop Date: 2-17-07   RX #:

Diagnosis:

Allergies: Salicylates

Housing Unit: Population
Patient ID Number: 138707
Patient Name:
**Hill, Bruce**

Nurse's Signature / Initial / Nurse's Signature / Initial

A. Davis, LPN
Glasscock LPN

Documentation Codes
1  Discontinued Order
2  Refused
3  Patient out to HIV
4  Charted in error
5  Lock Down
6  Self Admin
7  Medication
8  Medication
9  No Show
10  Other

06/25/2007  22:53  2513684417                    HOLMAN CF                              PAGE  31

09/16/2005 09:53 FAX 3342159126                                                      ☑024/065

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
### ADMIN
Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

☑013

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: Kilby # 840 | Patient Name: (Last, First) Hill, Bruce | Date: (mm/dd/yr) 09.15.05 |
| Site Phone # 334-215-6708 | Alias: (Last, First) | Date of Birth: (mm/dd/yr) 09.01.65 |
| Site Fax # 334-215-6698 | Inmate # 138707 | PHS Custody Date: (mm/dd/yr) 08.29.05 |
| Will there be a charge? ☑ Yes ☐ No    Sex ☑ Male ☐ Female | SS Number: | Potential Release Date: (mm/dd/yr) 5.29.81 |

Responsible party:  ☑ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans.)  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration services)

## CLINICAL DATA

Requesting Provider:  ☑ Physician  ☐ NP, PA  ☐ Dental
Dr. M Bradford

Facility Medical Director Signature and Date
Will Roff MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.
☑ Office Visit (OV)    ☐ X-ray (XR)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DR)    ☐ Scheduled Admission (SA)
☑ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yr): ____/____/____
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: ____
☐ Radiation therapy
☐ Chemotherapy
☐ Other: ____

Specialist referred to: *Optometrist*

Type of Consultation, Treatment, Procedure or Surgery:
*Vision Exam*

Diagnosis:
ICD-9 code: V-72.0

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Reviewed with requested information

Regional Medical Director Signature,
printed name and date received:
Will Musler, MD

History of illness/injury/symptoms with Date of Onset:

*HTN*

Results of a complaint directed physical examination:

*Ou - 20/40*

Previous treatment and response (including medications):

***For security and safety, please do not inform patient of possible follow-up appointments***

☑ Offsite Service Recommended and Authorized

Date resubmitted:

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Care Type: | Std Class: | CPT code: |
|---|---|---|

05a - UM Referral review form

UM Auth #: AL 15060

06/26/2007  22:53   2513684417        HOLMAN CF                    PAGE  32

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Hill, Bruce | 10.21.05 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| (334) 567-1548 | | 09.01.65 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567-1538 | 138707 | 08.29.05 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 09. ___ 07 |

**Responsible party:** ☐ HMO ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☒ MD, PA ☐ Dental
_Lassiter CRNP  Druceelup_

**Facility Medical Director Signature and Date:**
_[signature]_

☐ Service meets criteria for "approval via protocol"    10/21/05

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☒ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy  ☐ Other:

**Number of Visits/Treatments:** 1

**Specialist referred to:** _Dr Bradford_

**Type of Consultation, Treatment, Procedure or Surgery:**
_In House Eye Exam_

**Diagnosis:**

**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Regional Medical Director Signature, printed name and date required:**

---

**History of illness/injury/symptoms with Date of Onset:**
OD
OS  History Hypertension
OU '''

**Results of a complaint directed physical examination:**
Black spots )  20 yrs
Headache )  Since 1st
Diagnosed w/ HTN

**Previous treatment and response (including medications):**
Clonidine - 0.3 mg BID

***For security and safety, please do not inform patient of possible follow-up appointments***

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

FAXED
10/21/05

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

Use – UM Referral Review form



# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL, #138707           *

        Plaintiff,               *

                            *

V.                                  *          2:07-CV-266-WKW

                            *

ALABAMA DEPARTMENT OF
CORRECTIONS, et al.,                *

        Defendant.               *

## SUPPLEMENTAL AFFIDAVIT OF LINDA BELL, RN, DIRECTOR OF NURSING

BEFORE ME, Perry O Woods, a notary public in and for said County and State, personally appeared LINDA BELL, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Linda Bell. I am over the age of twenty-one and I am personally familiar with all of the facts set forth in this affidavit. I have been a licensed, registered nurse in Alabama since 1983. I hold an Associate's Degree in Nursing from Troy State University in Montgomery, Alabama. I have practiced nursing since 1983. In particular, I have been employed as the Director of Nursing at Kilby Correctional Facility in Montgomery, Alabama, since November 29, 2004.

It is my understanding that Mr. Hill has made an allegation in this matter, that he filed an Inmate Informal Grievance on March 11, 2007. I have no recollection of receiving Mr. Hill's Complaint.

If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Informal Grievance" form. These are standard forms that may be acquired in the healthcare unit or from an inmate's supervising officer in his dormitory. If I had received Mr. Hill's Complaint and it was in fact prepared on the appropriate Prison Health Services form, I would have answered his Grievance, signed it and then make a copy of it. The copy would have been placed in an envelope directed to Mr. Hill and given to the Lieutenant's Office. The Lieutenant's Office is then responsible for delivering the envelope to Mr. Hill. The "original" Inmate Informal Grievance is filed in a "Grievance Notebook" which is kept in the secretary's office of the Medical Infirmary.

As I previously stated, I do not have any recollection of receiving Mr. Hill's Inmate Informal Grievance.

According to PHS Policy, Mr. Hill had the right to file an "Inmate Grievance Appeal" form if he was unsatisfied with the response he received or did not receive. However, Hill did not file nor did he attempt to file such a form, thereby violating the facility's procedures governing this issue."

Further affiant sayith not.

LINDA BELL, RN, DON

STATE OF ALABAMA                    )
COUNTY OF Montgomery                )

SWORN TO and SUBSCRIBED BEFORE ME on this the 31st day of July, 2007.

NOTARY PUBLIC
My Commission Expires: June 2, 2011

(NOTARIAL SEAL)

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL, (AIS #138707)     §
                                    §
        Plaintiff,                  §
                                    §
v.                                  §     2:07-CV-266-WKW
                                    §
ALABAMA DEPARTMENT OF               §
CORRECTIONS, et al.,                §
                                    §
        Defendants.                 §

## AFFIDAVIT OF CORRECTION OFFICER I, KENNETH WASHINGTON

Personally appeared before me, the undersigned notary public, in and for said county and state, KENNETH WASHINGTON, who, after being duly sworn, did depose and state on oath as follows:

1.      My name is Kenneth Washington and I give this Affidavit based on personal knowledge.

2.      I am currently a resident of Montgomery, Alabama, and have lived in Montgomery, Alabama for approximately five years.

3.      I have been employed as a Correction Officer I at Kilby Correctional Facility since June of 2005.

4.      I do recall an incident that occurred in March of this year involving Inmate, Bruce Lamar Hill. Mr. Hill gave me a handwritten Complaint which he had prepared. I do not recall if this Complaint was prepared on the appropriate Prison Health Services form. I called Sergeant Allan Smith regarding this matter. Sergeant Smith came to the "L Block"

1

where I was working and I personally gave Sergeant Smith Mr. Hill's Inmate Informal Grievance.

5.      I do not have any further information concerning this matter. I do not know what Sergeant Allan Smith did with the grievance after I gave it to him.

6.      The above statements are true and correct to the best of my knowledge.

FURTHER AFFIANT SAITH NOT.

KENNETH WASHINGTON

STATE OF ALABAMA                    )

COUNTY OF Montgomery          )

I, the undersigned, a Notary Public in and for said State and County, hereby certify that, KENNETH WASHINGTON, whose name is signed to the foregoing Affidavit and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily.

Given under my hand and official seal on this the 31 day of July, 2007.

[SEAL]

NOTARY PUBLIC Penny O. Woods
My Commission Expires: June 2, 2011

2

# EXHIBIT D

IN THE DISTRICT COURT OF THE UNITED STATES
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL, (AIS#138707)     \*

                             \*

     Plaintiff,

                             \*

V.                            2:07-CV-266-WKW

                             \*

ALABAMA DEPARTMENT OF
CORRECTIONS, et al.,              \*

     Defendant.                 \*

## AFFIDAVIT OF ALFREDA DELANEY, LPN

**BEFORE ME** _Cynthia Bitter_, a notary public in and for said County and State, personally appeared **ALFREDA DELANEY,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Alfreda Delaney. I am over the age of twenty-one and I am personally familiar with all of the facts set forth in this affidavit. I received my nursing diploma from Trenholm State Technical College in Montgomery, Alabama in December of 1999. I have practiced as a licensed practical nurse in a variety of positions and settings. In particular, I have been employed as a LPN with Kilby Correctional Facility since December 2003 and I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates since November 3, 2003.

Bruce Lamar Hill (AIS# 138707) was an inmate incarcerated at Kilby Correctional Facility at all times pertinent to this lawsuit. It is my understanding that Mr. Hill has made an allegation in this matter, that he filed an Inmate Informal Grievance on March 11, 2007 and I personally saw his Complaint.

I do remember an incident that occurred in March of this year regarding a Complaint filed by Mr. Hill. I was in Nurse Bell's office and saw the Complaint on her desk. I picked it up and proceeded to read his Complaint. However, I do not recall whether or not it was prepared on the appropriate Prison Health Services form. I do recall the Complaint involved Nurse Hardy and a problem regarding Mr. Hill's medication. Nurse Bell saw me place the Complaint back on her desk, but I do not know if Nurse Bell was aware of what it was or if she did in fact read it. I do not know what happened to the Complaint after I placed it back on Nurse Bell's desk.

I have no further knowledge regarding this incident."

Further affiant sayith not.

_____
ALFREDA DELANEY, LPN

STATE OF ALABAMA                    )

COUNTY OF _Montgomery_              )

SWORN TO and SUBSCRIBED BEFORE ME on this the _31st_ day of _July_____, 2007.

_____
NOTARY PUBLIC
My Commission Expires: _12-15-2009_

(NOTARIAL SEAL)

# EXHIBIT E

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRUCE LAMAR HILL (AIS # 138707), | * | |
| Plaintiff, | * | |
| V. | * | 2:07-CV-266-WKW |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | * | |
| | * | |
| Defendants. | | |

## SUPPLEMENTAL AFFIDAVIT OF LINDA LAWRENCE, R.N., C.C.H.P., H.S.A.

BEFORE ME, _____, a notary public in and for said County and State, personally appeared **LINDA LAWRENCE, R.N., C.C.H.P., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Linda Lawrence. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1997. I hold an Associates Degree in nursing from Troy State University in Montgomery. I have worked as a nurse at Kilby Correctional Facility in Mt. Meigs, Alabama, since March of 2002, and have been the Health Services Administrator (H.S.A.) at Kilby since May of 2002. I obtained my Certified Correctional Health Professional Certificate in May 2007. I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates since November 3, 2003.

It is my understanding that Bruce Lamar Hill has made an allegation in this matter that he filed an Inmate Informal Grievance on March 11, 2007 concerning Nurse Hardy. Mr. Hill's allegations in this regard are untrue.

I have reviewed our records at Kilby Correctional Facility and have determined that we do not have an Inmate Informal Grievance filed on March 11, 2007 by Mr. Hill. I have further determined that we do not have any Inmate Informal Grievances filed by Mr. Hill during the months of February, March, or April, 2007. "

Further affiant sayeth not.

LINDA LAWRENCE,
R.N., C.C.H.P., H.S.A.

STATE OF ALABAMA )
                 )
COUNTY OF Montgomery )

Sworn to and subscribed before me on this the ___31__ day of ____, 2007.

Notary Public

My Commission Expires:

6-23-08

2