IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707,       ) | |
| )  | |
| Plaintiff,                         ) | |
| )  | |
| v.                                 ) | CASE NO. 2:07-cv-00266-WKW |
| )  | (WO) |
| ALABAMA DEPT. OF CORRECTIONS, *et al.*, ) | |
| )  | |
| Defendants.                        ) | |

## ORDER

On March 28, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case in response to the plaintiff's Motion for Preliminary Injunction (Doc. # 1). The plaintiff timely objected. (Doc. # 8.) Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Motion for Preliminary Injunction (Doc. # 1) is DENIED;

2. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

3. The objection of the plaintiff (Doc. # 8) is OVERRULED.

4. The case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 1st day of August, 2007.

                                          /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE