IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL,
#138707, PLAINTIFF,

v.

ALABAMA DEPARTMENT OF
CORRECTIONS, ET AL,
DEFENDANTS,

* CASE NO. 2:07-CV-266-WKW

## MOTION TO COMPEL DISCOVERY

COMES NOW PLAINTIFF IN THE ABOVE STYLED CAUSE AND MOVES THIS HONORABLE COURT FOR THE FOLLOWING REASONS:

1) ON MAY 30th, 2007 COURT DOCUMENT #35-1 AND 2 PAGES ORDERED THE PRISON HEALTH SERVICES, INC. TO GET AFFIDAVITS FROM THE FOLLOWING OFFICER WASHINGTON, SGT. ALLEN SMITH, AND ALFREDA DELANEY.

2) (PHS INC.) RESPONDED ON JULY 31, 2007 AND WAS RECEIVED ON AUGUST 2, 2007 WITH AFFIDAVITS FROM NURSE DELANEY, OFFICER WASHINGTON, BUT NOT SGT. ALLEN SMITH, WOULD THIS HONORABLE COURT ORDER (PHS, INC.) TO GET AFFIDAVIT FROM SGT. ALLEN SMITH AS ORDERED IN DOCUMENT #35-1 OF THIS HONORABLE COURT. (PHS, INC.) HAS NO EXCUSE FOR NOT OBTAINING SGT. SMITH AFFIDAVITS THEY RECEIVED THREE (3) EXTENSIONS OF TIME AND FAILED TO COMPLY TO ORDER.

DONE THIS August 2nd, 2007.

Respectfully Submitted,
Bruce Hill #138707

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF FOREGOING HAS BEEN SERVED BY U.S. MAIL THIS THE 3rd DAY OF AUGUST 20 07, ON THE FOLLOWING:

C/O: HON. CLERK
MIDDLE DISTRICT OF ALABAMA
U.S. DIST. COURT
P.O. BOX 711
MONTGOMERY, AL
36101-0711,
AND

C/O: HON. PAUL M. JAMES JR.
ATTORNEY AT LAW
184 COMMERCE STREET
P.O. BOX 270
MONTGOMERY, AL.
36101-0270

~~Respectfully Submitted~~, PRO'SE
Mr. BRUCE LAMAR HILL, PLAINTIFF
#138707 (L-44)
3700 Holman Unit
ATMORE, AL.
36503



Return address (rotated):
M. Bruce X. Reid
AIS#208707 (L-46)
3700 Holman Unit
Atmore, AL. 36503

Addressee:
%: Hon Clerk
Middle District & Alabama
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

Postmark: MOBILE AL 366 — 03 AUG 2007 PM 1 T