IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| OFFICER BARNES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel discovery filed herein by the plaintiff on August 7, 2007 (Court Doc. No. 55), and for good cause, it is

ORDERED that on or before August 18, 2007 the medical defendants shall show cause why this motion should not be granted.

Done this 8th day of August, 2007.


       /s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE