IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL (AIS# 138707), | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 2:07-CV-266-WKW |
| | * |
| ALABAMA DEPARTMENT OF | * |
| CORRECTIONS, et al. | * |
| | * |
| Defendants. | * |

**NOTICE OF FILING IN FURTHER SUPPORT
OF DEFENDANT'S SUPPLEMENTAL SPECIAL REPORT**

COME NOW the Defendants, Prison Health Services, Inc. and Linda Bell, by and through counsel, and file the Affidavit of Allan D. Smith in further support of their Supplemental Special Report filed with this Honorable Court on July 31, 2007, and in response to this Court's Order dated August 8, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Linda Bell
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 20th day of August, 2007, to:

Mr. Bruce Lamar Hill (AIS # 138707)
Holman Correctional Facility
3700 Holman Unit
Atmore, AL 36503

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Benjamin Howard Albritton, Esq.
Office of the Attorney General
Alabama State House
11 Union Street
Montgomery, AL 36130-0152

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc. and Linda Bell

IN THE DISTRICT COURT OF THGE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707 )<br>      Plaintiff )<br>vs. )<br> )<br>DEPARTMENT OF CORRECTIONS, et al., )<br>      Defendants ) | CASE NO. 2:07-CV-266-WKW |

## AFFIDAVIT

Personally appeared before me, the undersigned notary public, in and for said county and state, Allan Smith, who after being duly sworn, did depose and state on oath as follows:

1. My name is Allan Smith and I give this affidavit based on personal knowledge.

2. I am currently a resident of Slapout, Alabama, in Elmore county, Alabama and have lived in Slapout, Alabama for approximately 30 years.

3. At all times relevant to this Complaint, I was employed as a Correctional Sergeant at Kilby Correctional facility.

4. I do recall an incident that occurred in March of this year involving inmate, Bruce Lamar Hill and his allegation that he did not receive his medication. Mr Hill gave Officer Washington a handwritten complaint which he had prepared. I then gave Mr. Hill a Prison Health Service complaint form for him to be completed and turn in to Prison Health Services. I do not know if Mr. Hill turned in his complaint form or not.

5. I do Not have any further information concerning this matter.

6. The above statements are true and correct to the best of my knowledge.

**FURTHER AFFIANT SAITH NOT**

_____
Allan D. Smith

STATE OF ALABAMA           *
MONTGOMERY COUNTY          *

Before me, the undersigned authority, a Notary Public in and for said State and County, personally appeared Allan D. Smith, being by me first duly sworn, deposes and says on oath that the averments contained in the foregoing complaint are true and correct to the best of his knowledge, information and belief.

_____
Allan D. Smith

Sworn to and Subscribed before me this 15th day of August, 2007.

_____
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Dec 5, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS