IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RECEIVED
2007 SEP -7 A 9:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BRUCE LAMAR HILL, #138707,
  PLAINTIFF,

v.                                   CASE # 2:07-CV-266-WKW

ALABAMA DEPARTMENT OF
CORRECTIONS, ET AL.,
  DEFENDANTS.

PLAINTIFF'S MOTION TO EXTEND TIME TO FILE THE SPECIAL REPORT AND ANSWER TO DEFENDANTS

COMES NOW PLAINTIFF BRUCE LAMAR HILL AND MOVES THIS HONORABLE COURT IN THE ABOVE STYLED CAUSE RESPECTFULLY FOR THE FOLLOWING REASON:

(1) LAW LIBRARY AT HOLMAN FACILITY HAS BEEN IN TRANSITION TO ANOTHER LOCATION IN FACILITY AND COMPUTERS LEXISNEXIS WAS TAKEN OUT OF FACILITY AND TAKEN TO MONTGOMERY LEGAL DIVISIONS FOR UPGRADE AND LEGAL ADVISOR AT FACILITY IS ALLEGEDLY DOWNLOADING THE COMPUTERS DISC AND PLAINTIFF HAVENT HAD PROPER ACCESS TO REVIEW DEFENDANTS SPECIAL REPORTS PROPERLY BY SHEPARDIZING CASES AND BEING ABLE TO PREPARE HIS (PLAINTIFF) SPECIAL REPORT.

(2) PLAINTIFF REQUEST THIRTY (30) DAYS EXTENSION OF TIME WHICH

WILL IN NO WAY PREJUDICE ANY PARTY NOR WILL IT UNDULY DELAY THE AJUDICATION OF THIS MATTER.

(3) ALSO PLAINTIFF HAVE REQUESTED LEGAL CITATIONS FROM AN OUTSIDE LEGAL INSTITUTION DUE TO INSTITUTIONAL LEGAL LIBRARY NOT BEING IN PROPER OPERATION OVER THE LAST PAST MONTH AND A HALF.

DONE SEPTEMBER 1ST, 2007.

RESPECTFULLY SUBMITTED,
PRO SE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING HAS BEEN SERVED BY U.S. MAIL THIS THE 1ST DAY OF SEPTEMBER 2007,

TO: HON. CLERK
MIDDLE DISTRICT OF ALABAMA
U.S. DIST. COURTHOUSE
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711 ;

STATE OF ALABAMA
ATTORNEY GENERAL OFFICE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA
36130-0152
AND

HON. PAUL M. JAMES, JR.
ATTORNEY AT LAW
184 COMMERCE STREET
P.O. BOX 270
MONTGOMERY, ALABAMA
36101-0270 .

RESPECTFULLY SUBMITTED,
PRO SE

MR. BRUCE LAMAR HILL, PLAINTIFF
3700 HOLMAN UNIT (L-44)
ATMORE, ALABAMA
36503

-2-

