IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

2007 SEP 27 A 9:44
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

BRUCE LAMAR HILL,
    PLAINTIFF,

V.

OFFICER BANKS, ET.AL,
    DEFENDANT(S)

CASE # : 2:07-CV-266-WKW-WC

PLAINTIFF MOTION TO EXTEND TIME TO FILE
SPECIAL REPORT AND ANSWER TO DEFENDANTS AND
SPECIAL MOTION FOR DISCOVERY/REQUEST FOR
PRODUCTION OF DOCUMENTS, F.R.Civ.P. 26(A), 26(B)(1), 34

COMES NOW PLAINTIFF IN THE ABOVE STYLED CAUSE(S) AND MOVES THIS HONORABLE COURT FOR THE FOLLOWING REASONS:

(1) PLAINTIFF REQUEST THIRTY (30) DAYS EXTENSION OF TIME WHICH WILL IN NO WAY PREJUDICE ANY PARTY NOR WILL IT UNDULY DELAY THE ADJUDICATION OF THIS MATTER, FOR WITHOUT REQUESTED EXTENSION PLAINTIFF WILL NOT BE ABLE TO DEFEND AGAINST DEFENDANTS ARGUMENT FOR SUMMARY JUDGMENT STANDARDS DUE TO THIS HONORABLE COURT NOT ORDERING DEFENDANTS TO PRODUCE THE FOLLOWING DOCUMENTATION TO PROVE A ESTABLISHMENT OF PRIMA FACIE CASE THAT THERE ARE MATERIAL FACTS THAT DO EXIST TO SUPPORT EACH CLAIM OF THE DEPRIVATION OF CONSTITUTIONAL RIGHTS VIOLATIONS ON DEFENDANTS BEHALF AND DEFENDANTS USED THIS DEFENSE BECAUSE THEY SEE THAT THIS HONORABLE COURT PLACE DEFENDANTS IN A POSITION WITHOUT PRODUCING REQUESTED DOCUMENTATION TO PLAINTIFF PLAINTIFF WOULD NOT SURVIVE SUMMARY JUDGMENT OF F.R.Civ.P 56.

(2) PLAINTIFF REQUEST THESE DOCUMENT(S) BECAUSE IF THIS HONORABLE COURT LOOK AT DEFENDANTS SPECIAL REPORT EACH DEFENDANT DENIES EACH OF PLAINTIFF CLAIMS BUT REQUESTED DOCUMENTS WILL PROVE THAT CONSTITUTIONAL AND ADMINISTRATIVE VIOLATIONS HAVE TAKEN PLACE AND THE NAME OF INMATE WITNESSES WILL BE REVEAL THAT TESTIMONY WILL BARE FORTH THESE CONSTITUTIONAL AND ADMINISTRATIVE VIOLATIONS OF PLAINTIFF RIGHTS, THE REQUESTED DOCUMENTATION DOES NOT BREACH SECURITY OF (ADOC).

(3) PER CAUDWELL V. MILLER, 790 F.2d 589 (7TH CIR. 1986).
[32] ADMINISTRATIVE LAW AND PROCEDURE KEY 416
AGENCY MUST CONFORM IT'S ACTIONS TO PROCEDURES THAT IT HAS ADOPTED.
[33] PRISON KEY 12
INMATE HAS RIGHT TO EXPECT PRISON OFFICIALS TO FOLLOW ITS POLICIES AND REGULATIONS.

(4) Request a copy of following regulations of administration A.R. #403, #433, #434 and Classification Manual Sept. 1, 2006, S.O.P. #208, #217, #327 of Warden, Officers Duties to Inmates and this Honorable Court is fully aware now that an inmate was murdered by officers at Kilby Corr. Fac. recently and the officials made an attempt to blame PHS, Inc. and the free world medical staff for the inmates inflicted wounds that lead to his death and PHS, Inc. and free world hospital denied officials allegations and made it clear to the press, society, and inmate family members that ADOC officials had to inflict these wounds and this Honorable Court documents reflect the excessive use of force claim and constitution violations of inmate rights on current pending dockets in the Middle District of Alabama Northern Division.

(5) A copy of all disciplinary investigation, incident, reports #'s, written against plaintiff while at Kilby Corr. Fac. from Feb 14, 07 til June 22, 07.

(6) A copy of maintenance logs of plumbing from Feb. 16, 07 til March 12, 07 from L-Block with post log unit entries to prove that the shower backing up raw sewage has been a problem in unit for years which caused my feet and lower leg to obtain infection and other inmates also.

(7) A copy of maintenance logs electrical and ventilation work of O-Block from April, 07 til June 22, 07 and name of the contractors from society that had to work on these issues for weeks of which they had to exchange circuit boards because 2 boards had burned up and the ventilation system just was not working properly and also names of institutional maintenance officials that worked on the project one of them their arm was in a medical sling.

(8) A copy of inmate assignment rosters of each day plaintiff was at Kilby Corr. Fac. of each unit D-Block Feb. 14-16, 07, L-Block Feb. 16, 07 til March 12, 07, O-Block March 13, 07 til June 22, 07 by identifying each inmate who was on mental health evaluation/watch (suicide), who cut their wrist, tried to hang themselves, etc. And a copy of post log of each unit during those days which will have data of monitoring these inmates of mental health, which is of 120 days and is not an unusual request of documents in order for plaintiff to prove his claim that each defendant denies and names of nurses on psychiatric and psychological mental health staff that screened these inmates specifically. The state submitted a daily inmate transfer list with other persons enemies they did not consider this as a breach of security surely this request will.

(9) A copy of "shift directive" from Lt. John Crow dated: 2/26/07 to all first shift employees concerning officers conduct with inmates.

Done this the 24 day of September 2007.

Respectfully submitted,
Pro Se
Mr. Bruce Hill, Plaintiff
#138707

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING HAS BEEN SERVED BY PLACING IN U.S. MAIL POSTAGE PRE PAID ON SEPTEMBER 24, 2007 TO THE FOLLOWING:

C/O: THE HON. CLERK
MIDDLE DIST. OF ALA.
U.S. DIST. COURT HOUSE
P.O. BOX 711
MONTGOMERY, AL.
36101-0711
,

STATE OF ALABAMA
ATTORNEY GENERAL OFFICE
11 SOUTH UNION STREET
MONTGOMERY, AL.
36130-0152

AND

HON. PAUL M. JAMES, JR.
ATTY. AT LAW
184 COMMERCE STREET
P.O. BOX 270
MONTGOMERY, AL.
36101-0270

RESPECTFULLY SUBMITTED,

/s/ _____ PER SE
MR. BRUCE LAMAR HILL, PLAINTIFF
#138707 (L-44)
3700 HOLMAN UNIT
ATMORE, AL.
36503

-3-

USA FIRST-CLASS FOREVER

Mr. Bruce Hill
#138207 (L-40)
3700 Holman Unit
Atmore, AL.
36503

LEGAL MAIL ONLY

To: Hon. Clerk
Middle District of Alabama
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711