IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, ) | |
| AIS #138707, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-266-WKW |
| ) | |
| OFFICER BARNES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for discovery filed by the plaintiff on September 27, 2007 (Court Doc. No. 63), in which the plaintiff seeks production of various documents, and for good cause, it is

ORDERED that:

1. On or before October 9, 2007, the defendants shall object or otherwise respond to the plaintiff's request for production of the following documents: (i) investigation, incident and disciplinary reports written against Bruce Lamar Hill at Kilby Correctional Facility ["Kilby"] from February 14, 2007 until June 22, 2007, (ii) copies of plumbing maintenance logs/records for L-Block at Kilby from February 16, 2007 until March 12, 2007, and (iii) copies of electrical/ventilation maintenance logs/records for work on O-Block at Kilby from April of 2007 until June 22, 2007.

2. This motion be and is hereby DENIED in all other respects as the plaintiff seeks production of documents which (i) are cumulative or duplicative in nature to information

provided in the special report(s), (ii) are irrelevant to a determination of the constitutional issues before this court, and/or (iii) would be overly burdensome on the defendants.

    Done this 27th day of September, 2007.


                      /s/ Wallace Capel, Jr.
                      WALLACE CAPEL, JR.
                      UNITED STATES MAGISTRATE JUDGE