**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION**

| | | |
|---|---|---|
| **BRUCE LAMAR HILL, 138707** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **2:07-CV-266-WKW-WC** |
| **OFFICER BARNES, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**RESPONSE TO COURT ORDER (DOC 65) AND MOTION
FOR EXTENSION OF TIME**

COME NOW the ADOC Defendants, by and through the undersigned counsel, and in response to this Court's Order (Doc 65) hereby submit the following:

1.     Affidavit of Warden W.G. Rowell with attached plumbing and electrical/ventilation logs for Kilby Correctional Facility as ordered.

The ADOC Defendants also respectfully move for a ten day extension of time in which to provide the requested investigation, incident and disciplinary reports written against Bruce Lamar Hill and for grounds state:

A.     The information was requested on from Holman Correctional Facility (where Inmate Hill is currently incarcerated) on September 27, 2007.

B.     The undersigned's secretary contacted the Warden's Office at Holman today and was informed that the requested information had been mailed to the Attorney General's Office late last week.

C.    The undersigned has yet to receive the requested documents and needs additional time to fully respond to this Court's Order.

D.    No party will be prejudiced by the granting of this request.

Respectfully submitted,

TROY KING
Attorney General

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 9th day of October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Bruce Lamar Hill, AIS 138707
Holman Correctional Facility
Holman 3700
Atmore, Alabama 36503-3700

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton
Assistant Attorney General

# A F F I D A V I T

Hill, Bruce Lamar, 138707
      **PLAINTIFF**
**VS**                                              CIVIL ACTION: 2:07 – CV-266-WKW
et. al
      **DEFENDANTS**

### STATE OF ALABAMA
### MONTGOMERY COUNTY

I, W. G. Rowell, hereby certify and affirm that I am Warden II at Kilby Correctional Facility; that I am one of the custodians of the inmate institutional records at this institution; that the attached documents are true, exact, and correct photo-copies of certain original documents maintained here in the institutional files; and that I am over the age of nineteen (19) years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Kilby Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near the time that such acts, events, and transactions referred to therein are said to have occurred.

Attached are copies of the Kilby Maintenance Department's work order for repairs made during January – September, 2007. Inmate Hill requested plumbing & maintenance logs/records for L-Block for February 16, 2007 until March 12, 2007, and electrical/ventilation maintenance logs/records for work on O-Block at Kilby from April, 2007 until June 22, 2007. (Quarterly Maintenance Reports reflect all repairs made at Kilby during that particular quarter.) O-Block is the new name for old Mental Health Unit (MH) and L-Block is the new name for old E-Block and old P-1 Unit. The reports are highlighted for these areas and Maintenance may refer to O-Block and L-Block by their previous designated unit names.

This, I do hereby certify and affirm to on the 1st day of October, 2007.

_____
W. G. Rowell, Warden II
Kilby Correctional Facility

State of Alabama
Montgomery County

Sworn to and subscribed before me and under my hand and official seal this the 1st day of October, 2007.

_____
Betty S. Carr, Notary Public
My comm. expires 12-17-09

Quarterly Maintenance Report
January – March 2007

1.  Repaired Chiller-Main Building
2.  Repaired Actuator on #4 H&V Unit-Basement
3.  Unstopped Water Line-Basement
4.  Power House Blow Down Boiler
5.  Installed Coat Rack-Education Trailer
6.  Removed Shelving-Education Trailer
7.  Moved In-Box-Education Trailer
8.  Installed 2ea. Fluorescent Lamps & Ballast- Education Trailer
9.  Repaired Back Door- H Dorm
10. Repaired Water Cooler-H Dorm
11. Installed 8ea. Fluor. Lamps-Kitchen
12. Shut Down Boiler #1
13. Cleaned Boiler #1
14. Return Boiler #1 On Line
15. Power House Blow Down
16. Installed Computer Cable Phone Room to Sgt. Williams Office
17. Installed Computer Cable Ms. Lawrence's Office to E Dorm Office
18. Cleaned AC Filter Shift Office
19. Ran Generator Under Load
20. Serviced Generator-Changed Oil & Filters
21. Power House Blow Down
22. Installed 4ea Wheels Ms. Gates Cabinet
23. Repaired Ms. Cotrell's Phone Lines
24. Installed Shelving-KCF Dorm
25. Replaced Lamp-M Dorm Restroom
26. Installed Computer Cable GED Trailer
27. Power House Blow Down
28. Repaired Handles on Power House Hand Trucks
29. Repaired Outside Door C-Block
30. Turned G-Block Heater On
31. Unload 12ea Bags of Salt
32. Repaired 9ead Lavatories-M Dorm
33. Put Tar & Gravel on Gate #3 Roof
34. Worked on Main Entrance Door
35. Installed Lamp on Runway Gate #3
36. Repaired Chair Seg Unit
37. Power House Blow Down
38. Mix New Batch of Chemicals
39. Installed 8ea 4' Lamps
40. Installed 8ea 15 W Lamps
41. Make Step Stool for Central Control

Quarterly Maintenance Report
January-March 2007

42. Mixed New Batch of Chemicals
42. Repaired Water Leak Mental Health Unit
43. Power House Blow Down
44. Started Boiler #2
45. Repaired Shelf-Mr. Holt
46. Repaired Peg Board-Assist. Business Manager
47. Power House Blow Down
48. Installed New Condensate Float Switch-Basement
49. Turned Off Exhaust Fans-Seg Unit
50. Replaced Belts on Unit- Seg Roof
51. Power House Blow Down
52. Patched Floor in Handicap Restroom-Front Lobby
53. Installed New Drinking Fountain-Front Lobby
54. Mix Chemicals-Power House
55. Installed 2ea. 1" Gate Valves on Boiler #1
56. Started Boiler #1
57. Power House Blow Down
58. Test Ran Generator-No Load
59. Replaced Lamp-G Dorm TV Room
60. Replaced 4ea 4' Lamps-MHU
61. Replaced 2ea Lamps-Nurses Restroom
62. Replaced 12ea 60 Watt Lamps-Seg Unit
63. Replaced 1ea Lamps-Walkway to PP
64. Cleaned Steam Trap-Seg Unit Heater
65. Power House Blow Down
66. Mowed Lawn Power House
67. Picked Up Trash-Power House
68. Repaired Actuator for Seg Unit Heater-Rooftop
69. Order Parts for Institutional Repairs
70. Power House Blow Down
71. Installed 2ea Door Hinges on G&H Dorm
72. Replaced Male Plug J-Dorm Fan
73. Removed Old Drain Pipe from Water Tower
74. Power House Blow Down
75. Repaired Ceiling in Office-J Dorm
76. Covered Vent Back J Dorm
77. Cleaned Up Spill in P Dorm Pipe Chase
78. Adjusted Temp. Control & Started Chiller
79. Power House Blow Down
80. Worked on Chiller
81. Adjusted Belts for Chiller Cooling Tower
82. Replaced Pneumatic Controller for Chiller

Quarterly Maintenance Report
January-March 2007

83. Replaced Toilet Seat-M Dorm Officer's Restroom
84. Removed Old Tile-M Dorm
85. Removed Chalk Board Education Trailer
86. Power House Blow Down
87. Adjusted Boiler Chemicals
88. Unloaded 12 Bags Salt
89. Repaired AC Unit in J Dorm Office
90. Replaced 3ea 4' Lamps J Dorm Restroom
91. Replaced 2ea 4' Lamps K Dorm
92. Power House Blow Down
93. Order Repair Parts
94. Installed Vent Cap on Sewer Line Seg F Side
95. Installed Towel Holder-Emergency Room
96. Mixed Boiler Chemicals
97. Power House Blow Down
98. Replaced Cast Iron Fittings-P Dorm Seg Cells
99. Restart Chiller
100. Repaired Sump Pump Power House
101. Power House Blow Down
102. Checked Fuel Levels
103. Added Water Softener Salt
104. Escorted Chemical Rep to Power House
105. Replaced Water Filters-A&B Dorm Ice Makers
106. Repaired Barber Chair-I Dorm
107. Power House Blow Down
108. Restarted Chiller
109. Installed Conduit for Snack Line
110. Escorted Service Tech (Climate Service) to Basement
111. Power House Blow Down
112. Replaced Batteries Gas Detectors- J Dorm
113. Replaced 3ea 4' Lamps-Power House
114. Removed Exhaust Fan-Roof
115. Replaced Night Light-H Dorm TV Room
116. Welded Hole in Pre-Heat Tank
117. Replaced Cond. Fan Motor- Veg. Room Unit
118. Installed Number Sign-Water Tower
119. Installed New Plug & Conduit Water Fountain
120. Power House Blow Down
121. Power House Blow Down
122. Restarted Chiller
123. Shortened Drain Pipe on Boiler #3 to #2
124. Picked Up Trash-Power House Yard

Quarterly Maintenance Report
January-March 2007

125. Built Table for Mail Room
126. Replaced 2ea Shut-Off Valves and Unions for Pots and Pans Sink
127. Power House Blow Down
128. Replaced Solenoid Valves on MHU Unit
129. Closed Vent for Ms. DeRamus Classroom
130. Added Water Softener-Power House
131. Power House Blow Down
132. Picked Up Trash-Power House
133. Repaired Wheel Barrow
134. Cleaned Pipe Chase-J Dorm
135. Repaired 1ea Seg Cell Light Fixture
136. Repaired MHU A/C Unit
137. Repaired Phone Lines-Phone Room
138. Power House Blow Down
139. Removed Old F & T Trap-Seg Unit
140. Installed New Trap-Seg Unit
141. Measure Pipe Mechanical Room-G&H Dorm
142. Mixed Chemicals-Power House
143. Power House Blow Down
144. Opened Steam for K Dorm Heating
145. Power House Blow Down
146. Replaced 2ea 26 Watt Lamps-Power House
147. Removed Old Stack Insulation-Boiler #3
148. Patched Roof Leak-Ms. Lawson's Office
149. Moved T-Stat-J Dorm
150. Removed Stack-Boiler #3
151. Power House Blow Down
152. Repaired Outer Door-E Block
153. Replaced Door-Main Hallway Kitchen Entrance
154. Power House Blow Down
155. Test Ran Boiler #2
156. Installed New Motor on Table Saw
157. Repaired Desk Drawer-Steward's Office
158. Replaced 5ea 4' Lamps-RCV Unit
159. Mixed Boiler Chemicals
160. Replaced Conduit & Wire-J Dorm
161. Power House Blow Down
162. Escorted Exterminator
163. Repaired Urinal-J Dorm
164. Escorted Roto-Rooter
165. Repaired Blowers in AC Units-Visitation
166. Repaired Perimeter Lights-Gate #3

Quarterly Maintenance Report
January-March 2007

167. Power House Blow Down
168. Repaired Steam Leak-RCV Mechanical Room
169. Replaced 3ea. Thermostats-J Dorm
170. Replaced Fuse Water Heater-K Dorm
171. Power House Blow Down
172. Repaired Perimeter Light Fixture-Gate #3\
173. Repaired 2ea Perimeter Lights-I Dorm
174. Replaced J-Box Cover-Gate #3
175. Replaced Lamp, Perimeter Lighting-Tower #1
176. Installed Fan Motor, AC Visitation Yard
177. Repaired Water Heater-K Dorm
178. Power House Blow Down
179. Replaced Perimeter Lamp-Tower #2
180. Replaced Perimeter Lamp-J-K Dorm Rec Yard
181. Replaced Perimeter Lamp-Front Gate
182. Power House Blow Down
183. replaced Heat Actuator-Seg Unit
184. Set Thermostats for Seg Units-Rooftop
185. Picked Up Trash-Power House
186. Adjusted Thermostat for PP Classification
187. Adjusted Thermostat for Hospital Area
188. Installed Breaker for G Dorm Microwave
189. Tightened Lugs in Load Center-G Dorm
190. Cleaned & Rebuilt Steam Pilot Station-RVC Unit
191. Fabricated 6ea Camera Boxed-Kitchen
192. Installed 2ea Hinges-G&H Dorm
193. Moved 4 Desks from P Dorm Office to Pill Room
194. Mixed Boiler Chemicals
195. Power House Blow Down
196. Carried Water Softener to Power House
197. Power House Blow Down
198. Installed Toilet Seat I Dorm
199. Tightened All Toilet Seats-I Dorm
200. Drained Cooling Tower
201. Turn All Heat Units On-Basement
202. Power House Blow Down
203. Tested Generator
204. Adjusted Chiller Set-Point
205. Ran Generator Under Load
206. Check Fuel Level
207. Replace Perimeter Lighting Fixture-Chapel Yard
208. Power House Blow Down

Quarterly Maintenance Report
January-March 2007

209. Added Water Softener-Boiler
210. Replace Igniter-J Dorm Water Heater
211. Picked Up Trash-Power House
212. Cleaned Boiler #1
213. Power House Blow Down
214. Cleaned Filter A&B Dorm Ice Machines
215. Repaired Shower in K Dorm
216. Picked Up Trash in Power House Yard
217. Tightened Toilet Seat Tower #5
218. Tightened Toilet Tank Tower #5
219. Power House Blow Down
220. Check Food Waste Disposal
221. Removed Motor J Dorm Shower Area
222. Repaired Pedestal Fan
223. Installed 6ea Lamps in Seg Unit
224. Replaced 4ea 4' Lamps-Canteen
225. Installed Door Closer Back Door H Dorm
226. Adjusted Front Door-G Dorm
227. Power House Blow Down
228. Mowed Lawn Power House Yard
229. Made Shelf for Mr. Hill
230. Replaced Shut Off Valve-H Dorm Water Heater
231. Repaired Exhaust Fan-H Dorm Restroom
232. Replaced Water Heater Element-K Dorm
233. Repaired Thermostat-K Dorm
234. Power House Blow Down
235. Picked Up Trash Power House
236. Repaired Shower Heads-K Dorm
237. Repaired Toilet-G Dorm
238. Repaired Water Leak-A&B Dorm Ice Machines
239. Order Motor-Food Waste Disposal
240. Picked Up Steel at Sable
241. Picked Up Counter Top
242. Made Parts Run to M&M Motors
243. Repaired Water Heater-P Dorm
244. Repaired 2ea Commodes- P Dorm
245. Replaced Shower Head- P Dorm
246. Repaired Gate #3-Main Hall
247. Installed Building Number Signs
248. Installed Sump Pump-Basement
249. Repair Roof Leaks-Main Building
250. Replaced Exhaust Fan Motor-A Dorm

Quarterly Maintenance Report
January-March 2007

251. Repaired Air Compressor-Basement
252. Repaired Sewer Line-Basement
253. Replaced Window-PP Classification
254. Installed Carpet-3 Offices Classification
255. Installed Coat Rack- Ms. Evans
256. Replaced Pipe- M Dorm
257. Put Tar on Roof Over Warden's Office
258. Rewired Lighting Seg Unit
259. Service Heat Units-Rooftop
260. Replaced Lamps-Central Control Restroom
261. Removed Condensation Pump-Basement South
262. Retapped Holes in AHU 8 Condensation Pump
263. Power House Blow Down
264. Roof Inspection
265. Worked On Glass-B Dorm
266. Installed Gasket-AHU 8
267. Replaced Pipe Chase Cover-A Dorm
268. Cleaned Basement
269. Replaced Swamp Cooler Water Line
270. Changed Filters Air Handlers
271. Installed Signs-Main Hallway
272. Put New Box in Central Control
273. Installed Shelf in CC Office
274. Replaced Fuse-Control Panel Seg Unit
275. Repaired Water Heater-A Dorm
276. Replaced Exhaust Fan Motor- P Dorm
277. Replaced Ballast-O Dorm
278. Unstopped Toilet-Ms Lawrence Office
279. Repaired Water Line-Basement
280. Removed Plastic-Swamp Coolers
281. Installed V-Belt- A Dorm
282. Installed Ceiling Tile-Social Services
283. Unstopped Toilet- P Dorm Office
284. Change Out Momar-Basement
285. Replaced Water Heater-Warden's House
286. Greased Bearing- All Air Handlers
287. Removed Motor-B Dorm
288. Poured Tar on Roof-B Dorm
289. Replaced Sump Pump-South Basement
290. Replaced Fan Motor-AC Unit-Visitation
291. Replaced Soffet & Fascia-Riot Building
292. Installed Vinyl Siding-Gables Riot Building

Quarterly Maintenance Report
April-June 2007

1. Power House Blow Down
2. Picked Up Trash-Power House
3. Repaired Cover for Urinal-J Dorm
4. Replaced Shaft Bearing-Cooling Tower
5. Took Scrap Material to Sallyport
6. Power House Blow Down
7. Installed Conduit-K Dorm
8. Repaired Mobile Cabinet-Lab
9. Unstopped Drain-K Dorm
10. Installed Countertop-I Dorm
11. Installed Drain Cover-J Dorm
12. Unstopped 4ea Lavatories-P Dorm
13. Unstopped 2ea Floor Drain-P Dorm
14. Power House Blow Down
15. Picked Up Trash-Power House
16. Installed Weather Strips-Power House
17. Removed Bird's Nest-Power House Docks
18. Cleaned Ramps-K-J Dorm
19. Finished J Dorm Urinal Cover
20. Removed Old Door Bricked Opening-J Dorm
21. Repaired Cage-Seg Unit
22. Repaired Showers-J Dorm
23. Primed Urinal Cover-J Dorm
24. Removed Vent Covers-K Dorm
25. Repaired K Dorm Windows
26. Installed Motor-Food Waste Disposal
27. Power House Blow Down
28. Picked Up Trash-Power House
29. Installed Microwave Cabinet-I Dorm
30. Cut Plexi Glass for Seg Shower Unit
31. Replaced Both Water Filter for A-B Ice Machine
32. Repaired F6 Seg Cell Door
33. Cleaned 2ea Ice Machines-A&B Dorm
34. Checked Heat-M Intake Office
35. Test Ran Generator-No Load
36. Power House Blow Down
37. Picked Up Trash-Power House
38. Replaced 40 Amp Circuit Breaker-Ice Machine A&B Dorm
39. Installed New Exhaust Fan Motor-J Dorm
40. Replaced Light-SW Front Door
41. Replaced 26 Watt Lamp-Front Door
42. Repaired Pipe Chase-K Dorm
43. Installed Sign-Kitchen
44. Power House Blow Down
45. Picked Up Trash-Power House
46. Replaced 3ea 4' Lamp-I Dorm

Pg.2

Quarterly Maintenance Report
April-June 2007

47. Sprayed for Ants-P.H. Yard
48. Cleaned Outside Boiler #3
49. Cleaned Outside Boiler #2
50. Installed Hasp on Ice Machine-A&B Dorm
51. Sharpened Drill Bits-Power House
52. Added Water Softener-Power House
53. Replaced 1ea 4' Lamp-P Dorm Pill Room
54. Replaced 1ea 4' Lamp-M Dorm
55. Replaced 2ea 4' Lamp-Gate 5 Pill Room
56. Replaced 4ea 36" Lamps-Main Hallway
57. Welded Bar for Weight Shed
58. Replaced 1ea Lamp-J Dorm Pipe Chase
59. Power House Blow Down
60. Repaired Gate-Front Entrance
61. Removed 2 Lights Shower Area-I Dorm
62. Repaired #3 Washer-Laundry
63. Power House Blow Down
64. Picked Up Trash-Power House
65. Mowed Grass-Power House
66. Cleared Floor Drain-B Dorm
67. Repaired Condensate Pump-Basement
68. Power House Blow Down
69. Picked Up Trash-Power House
70. Repaired Disconnect Switch-Basement
71. Power House Blow Down
72. Ordered Repair Parts
73. Changed 2ea 4' Lamps-Warden's Office
74. Changed 2ea 4' Lamps- Front Lobby
75. Replaced 1ea Ballast-J Dorm
76. Replaced 1ea Ballast J Dorm
77. Power House Blow Down
78. Added Water Softener-Power Houses
79. Replaced Thermostats-AHU 2
80. Replaced Breaker-Condensation Pump Basement
81. Replaced Water Filter K Dorm Ice Machine
82. Added Water Softener-Power House
83. Removed Handicap Door for Repair
84. Power House Blow Down
85. Picked Up Trash-Power House
86. Repaired Snack Line A/C
87. Repaired Reach-In Freezer-Kitchen
88. Replaced 2ea Water Filter-Vegetable Room Kitchen
89. Repaired Loose Conduit-L Dorm
90. Repaired Gate #6
91. Replaced 3 Lamps L Dorm Pipe Chase

Quarterly Maintenance Report
April-June 2007

92. Installed Door Strips-Power House
93. Replaced Keyless-L Dorm
94. Adjusted Thermostat-Social Services
95. Power House Blow Down
96. Picked Up Trash-Power House
97. Repaired Barrel Fan-J Dorm
98. Started Heaters-A&B Dorm
99. Installed New Condensation Pump-Basement
100.   Painted Wall Power  House
101.   Removed Condenser Coil-Reach In Freezer
102.   Repaired K Dorm Ice Machine
103.   Ran Generator Under Load
104.   Escorted Chemical Company-Power House
105.   Installed Weather Strip-Roll Up Door Power House
106.   Cleaned K Dorm Ice Machines
107.   Installed 5ea Bench Boards-Hobby/Craft
108.   Added Water Softener-Power House
109.   Power House Blow Down
110.   Repaired Perimeter Light-J-K Dorm Yard
111.   Power House Blow Down
112.   Opened Boiler #1 for Inspection
113.   Replaced Gaskets-Boiler #1
114.   Power House Blow Down
115.   Repaired Perimeter Light
116.   Mowed and Trimmed Power House Yard
117.   Installed New Heater Gate #3
118.   Replaced 1ea Lamp-Perimeter Light Tower #3
119.   Installed New Heater Motor K Dorm Office
120.   Repaired Gate #1
121.   Turned On Steam-K Dorm
122.   Ran Boiler Up to Temp.
123.   Tightened All Bolts Boiler #1
124.   Sprayed for Ants-Power House Yard
125.   Picked Up Trash-Power House Yard
126.   Power House Blow Down
127.   Transported Boiler Chemicals to Power House
128.   Replaced Cord on Box Fan-A Dorm
129.   Replaced 1ea 4' Lamp-K Dorm
130.   Repaired Steam Trap K Dorm
131.   Mixed Chemicals-Power House
132.   Repaired Gate #1
133.   Repaired Brick Wall-J Dorm
134.   Took Drum of Chemicals to Basement
135.   Installed Ceiling Fan Mail Room
136.   Restarted Chiller

Quarterly Maintenance Report
April-June 2007

137.    Power House Blow Down
138.    Picked Up Trash-Power House Yard
139.    Replaced Gage-Steam Line K Dorm Heater
140.    Repaired AHU-2
141.    Power House Blow Down
142.    Picked Up Trash-Power House Yard
143.    Replaced 1ea 4' Lamp-J Dorm
144.    Replaced 4ea 4' Lamp-J Dorm
145.    Unstopped Urinal-K Dorm
146.    Repaired Spare Perimeter Light Fixture
147.    Fabricated Metal Bench Frames
148.    Cleared RCV Unit Shower Drain
149.    Power House Blow Down
150.    Picked Up Trash-Power House Yard
151.    Worked On Bench Frames-Kitchen
152.    Cleaned Power House
153.    Repaired Spare Perimeter Light Fixture
154.    Repaired K Dorm-Ice Machine
155.    Repaired Veg. Room Ice Machine
156.    Repaired 4ea Perimeter Light Fixtures
157.    Ran Generator-No Load
158.    Power House Blow Down
159.    Escorted Roto-Rooter to Grease Trap
160.    Power House Blow Down
161.    Picked Up Trash-Power House Yard
162.    Repaired Perimeter Light-K Dorm
163.    Repaired Perimeter Light-J&K Dorm Yard
164.    Replaced Flush Handle-J Dorm
165.    Replaced Washer-Water Heater J Dorm
166.    Installed Breaker-Gate #3
167.    Replaced 15 Watt Lamp-K Dorm
168.    Replaced 2ea 4' Lamp-Lt. Office
169.    Replaced 6ea 4' Lamp-Kitchen
170.    Power House Blow Down
171.    Picked Up Trash-Power House Yard
172.    Work on Bench Frames
173.    Installed Benches-Kitchen
174.    Welded Bed-G Dorm
175.    Picked Up Water Softener
176.    Power House Blow Down
177.    Picked Up Trash-Power House Yard
178.    Repaired A/C Unit-Captain's Office
179.    Cleaned Ice Machines-A&B Dorm
180.    Replaced Sink Faucet Assy.-RCV Unit
181.    Worked On MHU Cell Lighting

Quarterly Maintenance Report
April-June 2007

| | |
|---|---|
| 182. | Installed Hasp- Mechanical Room RCV Unit |
| 183. | Power House Blow Down |
| 184. | Picked Up Trash-Power House Yard |
| 185. | Repaired Conduit-Seg Pipe Chase |
| 186. | Repaired Benches-Hallway Hospital |
| 187. | Repaired Base Cover-Perimeter Light Fixture Gate #3 |
| 188. | Replaced Fuse-Perimeter Light J&K Dorm Yard |
| 189. | Installed New Compressor-Reach In Freezer Kitchen |
| 190. | Ran New Wire for Deep Fat Fryer-Kitchen |
| 191. | Replaced Window in Door-MHU Office |
| 192. | Repaired Door Lock-Mechanical Room-RCV |
| 193. | Power House Blow Down |
| 194. | Picked Up Trash-Power House Yard |
| 195. | Repaired Spare Perimeter Light Fixture |
| 196. | Replaced 1ea Flood Light-Chapel |
| 197. | Cleaned Return Air Filter-Chapel |
| 198. | Cut Brackets for Benches-Dining Room |
| 199. | Replaced 1ea Perimeter Light-Gate #3 |
| 200. | Ran New Conduit for I Dorm TV Area |
| 201. | Replaced Transformer-Perimeter Light Fixture |
| 202. | Repaired Cabinet-Ms. Morris/Ms. Cottrell |
| 203. | Checked All Ice Machines |
| 204. | Installed Fan-Reach In Freezer Benches-Dining Room |
| 205. | Replaced 1ea Perimeter Light-Gate #3 |
| 206. | Ran New Conduit for I Dorm TV Area |
| 207. | Replaced Transformer-Perimeter Light Fixture |
| 208. | Repaired Cabinet-Ms. Morris/Ms. Cottrell |
| 209. | Checked All Ice Machines |
| 210. | Installed Fan-Reach In Freezer |
| 211. | Power House Blow Down |
| 212. | Picked Up Trash-Power House Yard |
| 213. | Returned 2ea Rebuilt Perimeter Lights to Maint. Shop |
| 214. | Repaired Steam Leak-Steam Kettle Kitchen |
| 215. | Service I Dorm Heater Unit |
| 216. | Welded Weight Bench |
| 217. | Ordered Compressor Reach In-Kitchen |
| 218. | Ordered Refrigerant for Ice Machines |
| 219. | Cleaned Ice From Freezer Floor-Kitchen |
| 220. | Restarted Walk In Freezer-Checked Temp. |
| 221. | Power House Blow Down |
| 222. | Picked Up Trash-Power House Yard |
| 223. | Picked Up Motor from Mail Room |
| 224. | Replaced 3ea 4' Lamps-Kitchen |
| 225. | Replaced 2ea 4' Lamps-Staff Dining |
| 226. | Replaced 6ea 4' Lamps-PP Classification |

Quarterly Maintenance Report
April-June 2007

| | |
|---|---|
| 227. | Replaced 1ea Lamp-Gate #3 |
| 228. | Replaced 2ea 4' Lamp-Kitchen |
| 229. | Patched Holes-Education Trailer |
| 230. | Installed 2ea File Holders-Ed. Trailer |
| 231. | Checked I Dorm Ice Machine |
| 232. | Power House Blow Down |
| 233. | Picked Up Trash-Power House Yard |
| 234. | Ran Generator-No Load |
| 235. | Changed Generator Batteries |
| 236. | Started Boiler #1-Now On Line |
| 237. | Shut Down Boiler #2 |
| 238. | Test Ran Generator-No Load |
| 239. | Power House Blow Down |
| 240. | Picked Trash-Power House Yard |
| 241. | Escorted Chemical Company to Power House |
| 242. | Installed New Compressor-Reach In Freezer |
| 243. | Replaced Flush Valve-P Dorm |
| 244. | Test Ran Generator Under Load-20 Minutes |
| 245. | Power House Blow Down |
| 246. | Repaired Spare Perimeter Light Fixture |
| 247. | Replaced 4" No Hub Band-P1 Pipe Chase |
| 248. | Replaced 2ea 60 Watt Lamps-P1 Pipe Chase |
| 249. | Rewire 1ea Lighting Fixture-P1 Pipe Chase |
| 250. | Replaced Belt I Dorm Exhaust Fan |
| 251. | Repaired 1ea Perimeter Hot Restart Lighting Fixture |
| 252. | Replaced Flush Valve-Laundry |
| 253. | Installed Cover Plate-N Dorm Wall |
| 254. | Checked MHU A/C Unit |
| 255. | Repaired Ice Machine-Veg. Room |
| 256. | Replaced Switch-Ceiling Fan Shift Office |
| 257. | Power House Blow Down |
| 258. | Picked Up Trash-Power House Yard |
| 259. | Cleaned Shift Office A/C Unit |
| 260. | Cleaned A/C Unit Gate #3 |
| 261. | Cleaned A/C Unit I Dorm Office |
| 262. | Cleaned A/C Unit Hobby/Craft |
| 263. | Power House Blow Down |
| 264. | Picked Up Trash-Power House Yard |
| 265. | Installed New Compressor-O Dorm A/C Unit |
| 266. | Welded Bed-K Dorm |
| 267. | Mixed Boiler Chemicals |
| 268. | Cleaned Condenser J Dorm Drinking Fountain |
| 269. | Power House Blow Down |
| 270. | Picked Up Trash-Power House |
| 271. | Replaced Water Shut Off-J Dorm Drinking Fountain |

Quarterly Maintenance Report
April-June 2007

272.    Cleaned Ice Machine-Vegetable Room
273.    Cleared Drain-K Dorm
274.    Replaced 4ea 15 Watt Lamps-Seg Unit
275.    Replaced 6ea 60 Watt Lamps-Seg Unit
276.    Installed Ice Scoop Box-I Dorm
277.    Replaced Door Hasps-J Dorm
278.    Checked Ice Machine-J Dorm
279.    Replaced AAV Diaphragm-AHU 2
280.    Anchored Benches-Dining Hall
281.    Power House Blow Down
282.    Picked Up Trash-Power House Yard
283.    Replaced Fresh Air Actuator-AHU 2
284.    Repaired Door-Physical Exam Room
285.    Cleaned A/C Unit-Veg. Room
286.    Cleaned A/C Unit-Stock Room
287.    Repaired Spare Perimeter Light Fixture
288.    Power House Blow Down
289.    Picked Up Trash-Power House Yard
290.    Parts Run
291.    Installed Expansion Valve-O Dorm A/C Unit
292.    Replaced 8ea. Bench Seats-N Dorm
293.    Test Ran Generator-No Load
294.    Power House Blow Down
295.    Picked Up Trash-Power House Yard
296.    Check Air Leaks-Basement
297.    Replaced 2ea Thermostats-AHU
298.    Adjusted Thermostats South of Gate 3%
299.    Power House Blow Down
300.    Picked Up Trash-Power House Yard
301.    Replaced Blow Down Valve-Boiler#1
302.    Replaced Broken Glass-Shift Office
303.    Replaced Toilet-H Dorm
304.    Installed New Water Filter-Ice Machine
305.    Replaced Filter&Head-Veg. Room Ice Machine
306.    Installed Pencil Sharpener-Social Services
307.    Unstopped 2ea Lavatories-A&B Dorm
308.    Checked Ice Machines-A&B Dorm
309.    Adjusted A/C Unit-ICS Office
310.    Cleaned Windows for Shift Office
311.    Picked Up Trash Power House Yard
312.    Power House Blow Down
313.    Installed Water Filter-Ice Machine Veg. Room
314.    Took Trash Out of Power House
315.    Repaired Air Compressor-Basement
316.    Serviced AHU Units 4,7, & 8

Quarterly Maintenance Report
April-June 2007

317. Power House Blow Down
318. Picked Up Trash-Power House Yard
319. Repaired AHU 5&6
320. Adjusted Compressor Settings-Basement
321. Installed 88ea 60 Watt-Seg Unit
322. Installed 4ea 15 Watt Night Lights-Seg
323. Installed 5ea 4' Lamps-MHU
324. Installed 1ea 15 Watt Lamp-I Dorm
325. Rewire Light Fixture-21 C Cell Seg Unit
326. Repaired South Dorm Exit Door Hinges
327. Repaired AHU 5-Basement
328. Power House Blow Down
329. Picked Up Trash-Power House Yard
330. Installed New High-Pressure Cutout-Compressor Basement
331. Repaired Air Leak-Instrument Air Compressor
332. Repaired AHU 1
333. Replaced 2ea 15 Watt Lamps-M Dorm
334. Replaced 3ea 4' Lamps-J Dorm
335. Replaced 2ea 4' Lamps-G&H Dorm
336. Repaired Drinking Fountain-K Dorm
337. Cleared Drain-A Dorm Lavatory
338. Cleared Drain-K Dorm Urinal
339. Power House Blow Down
340. Picked Up Trash-Power House Yard
341. Cleaned Canteen A/C Unit
342. Cleaned Walk In Freezer Condenser-Rooftop
343. Cleaned Walk In Cooler      "          "
344. Cleaned Butcher Shop        "          "
345. Cleaned Captain's           "          "
346. Cleaned Courtroom           "          "
347. Cleaned Staff Dining        "          "
348. Replaced 4ea 4' Lamps-Dining Hall
349. Mixed Boiler Chemicals
350. Removed Signs for Painting Faith Dorm
351. Applied Duct Seal to Lt. Office A/C Unit
352.     "     "   "   "  Seg Unit
353. Power House Blow Down
354. Picked Up Trash Power House Yard
355. Insulated AHU #7
356. Insulated AHU #3
357. Installed New Fresh Air Damper-AHU #6
358. Replaced Cond. Fan Motor-Canteen Unit
359. Transported Water Softener to Power House
360. Installed Sight Glass-Condensation Pump Basement
361. Power House Blow Down

Quarterly Maintenance Reports
April-June 2007

362. Replaced 8ea 4' Lamps-Supply Room RCV Unit
363. Repaired Walk In Freezer-Kitchen
364. Repaired A/C Unit RCV Unit
365. Insulated AHU #1
366. Test Ran Generator Under Load
367. Power House Blow Down
368. Picked Up Trash-Power House Yard
369. Installed New Blow Down Valve-Boiler #1
370. Checked Fuel Levels-Diesel
371. Repaired Walk In Freezer-Kitchen
372. Repaired Reach In Freezer-Kitchen
373. Repaired Outside Freezer-Kitchen
374. Repaired Toilets-P Dorm
375. Repaired Light-J Dorm
376. Repaired Ice Machine-K Dorm
377. Replaced Water Curtain Ice Machine-K Dorm
378. Cleaned Flame Rod & Restarted Boiler #1
379. Power House Blow Down
380. Picked Up Trash Power House Yard
381. Cleaned A&B Dorm Ice Machine
382. Drilled Hole for Computer Cable-JF Ingram
383. Reset Ice Machine-J Dorm
384. Added Oil to Laundry Compressor
385. Replaced Water Filter, Ice Machine-J Dorm
386. Power House Blow Down
387. Picked Up Trash-Power House Yard
388. Cleaned Pipe Chase-J Dorm
389. Mixed Boiler Chemicals
390. Repaired Water Tank-J Dorm Water Heater
391. Installed Hand Rail-Warren's Office
392. Replaced Seg Cell F6 Button
393. Power House Blow Down
394. Picked Up Trash-Power House Yard
395. Test Ran Generator-No Load
396. Repaired Swamp Cooler-A Dorm
397. Completed Roof Fan Check
398. Checked All Ice Machines
399. Repaired Insulation Chiller
400. Completed Basement Unit Check
401. Installed Screen Over Exhaust Fan Dining Hall
402. Insulated AHU #1
403. Changed Oil-Laundry Compressor
404. Power House Blow Down
405. Picked Up Trash-Power House Yard
406. Installed Splash Block-Downspout J Dorm

Quarterly Maintenance Report
April-June 2007

407.   Repaired Captain's A/C Unit
408.   Replaced Motor-Exhaust Fan-H Dorm
409.   Replaced Sheave on Barrel Fan-A Dorm
410.   Welded Fan-K Dorm
411.   Power House Blow Down
412.   Picked Up Trash-Power House Yard
413.   Serviced A/C Unit-ICS
414.   Removed Wood Benches-Dining Hall
415.   Replaced 4ea 4' Lamps & Ballasts-B Dorm
416.   Replaced 1ea Red Lamp-Medical Records
417.   Relocated Computer Box-JF Ingram
418.   Reset Water Heater-JF Ingram
419.   Installed New A/C Unit-ICS
420.   Power House Blow Down
421.   Picked Up Trash-Power House Yard
422.   Welded Table-J Dorm
423.   Repaired Water Leak-Kitchen Basement
424.   Repaired Table-K Dorm
425.   Installed Compressor-Captain's A/C Unit
426.   Power House Blow Down
427.   Picked Up Trash-Power House Yard
428.   Mowed Grass and Trimmed Power House Yard
429.   Serviced Pill Room A/C Unit
430.   Serviced Lab A/C Unit
431.   Serviced Snack Line A/C Unit
432.   Power House Blow Down
433.   Picked Up Trash-Power House Yard
434.   Replaced 3ea Night Lights-P Dorm
435.   Replaced 2 V-Belts-Laundry Compressor
436.   Replaced 4ea 4' Lamps-Emergency Room
437.   Installed Metal Steps-GED Trailer
438.   Installed Antenna-Q Dorm
439.   Replaced Barrel Fan Motor-H Dorm
440.   Replaced Barrel Fan Motor-G Dorm
441.   Escorted Momar to Basement
442.   Replaced Motor Canteen Cooler
443.   Cleaned A/C Unit-Lt's Office
444.   Repaired Fence-Old South Dorm Yard
445.   Repaired O Dorm Lights
446.   Worked with MTI-MHU
447.   Installed Handicap Grab Bar-G & H Dorm
448.   Roof Inspection
449.   Changed Relay North Control-Basement
450.   Power House Blow Down
451.   Repaired Fan-L Block

Quarterly Maintenance Report
April-June 2007

452.    Plumbing Repairs to Dorms A-N
453.    Replaced Bottom Hinge-Front Entrance Door
454.    Installed Defrost Timer-Outside Freezer
455.    Replaced V-Belt-L Block
456.    Basement Blow Down
457.    Repaired Showers-A Dorm
458.    Installed A/C Unit-M Dorm TB Iso Cell
459.    Power House Blow Down
460.    Replaced V-Belt-Hood Vent Kitchen
461.    Installed A/C Units in 515 557
462.    Basement Blow Down
463.    Roof Inspection
464.    Patch Kitchen Floor
465.    Repaired Swamp Cooler
466.    Replaced Outlet-ICS
467.    Installed Conduit-Education Trailer
468.    Cleared Sewer-L Dorm
469.    Repaired Toilet-P Dorm
470.    Repaired Leak-Basement North Control
471.    Put Tar on Roof-N Dorm
472.    Cleaned Basement
473.    Replaced J-Box Cover-Social Services
474.    Installed Ceiling Fan-Ms. Carr's Office
475.    Replaced Exhaust Fan Motor-B Dorm
476.    Repaired Lavatory-Officer's Restroom
477.    Replaced Lamp-Staff Dining
478.    Repaired Water Heater- A & B Dorm
479.    Repaired Swamp Cooler-Rooftop
480.    Turned On Heat-G & H Dorm
481.    Replaced V-Belt-Swamp Cooler #4
482.    Cleaned Grease-Basement Under Kitchen
483.    Poured Cement Behind Kitchen
484.    Installed Conduit For Time Clock
485.    Replaced Motor-Rooftop M Dorm
486.    Repaired Lights-O Dorm
487.    Installed Time Clock
488.    Repaired Razor Wire-Chapel Yard
489.    Power House Blow Down
490.    Replaced Motor-B Dorm
491.    Replaced 4ea 4' Lamps-Kitchen
492.    Sprayed Around Cooling Tower for Weeds
493.    Escorted Exterminator
494.    Power House Blow Down
495.    Repaired O Dorm Lighting MTI
496.    Replaced Fuses Switch Gear-Basement N Control

Pg. 12

Quarterly Maintenance Report
April-June 2007

497.  Turned Off Steam-A & B Units
498.  Repaired Farm Implement
499.  Repaired Ice Machine-Visitation
500.  Repaired Front Entrance Gate
501.  Installed Locking Module-MHU
502.  Repaired Grill Grate-Kitchen
503.  Adjusted Sallyport Gate Height
504.  Repaired Toilet Flush Valve-Tower #1
505.  Repaired Paper Shredder-I&I
506.  Checked Exhaust Fan Motor-Pre-Release
507.  Replaced Belts-Finishing Mower
508.  Repaired John Deere Tractor, Fuse Block
509.  Installed Bearing-Gate #6
510.  Power House Blow Down
511.  Picked Up Trash-Power House Yard
512.  Replaced Compressor A/C Unit-Captain's Office
513.  Replaced 2ea 4' Lamps-Social Services
514.  Replaced 1ea 2 Lamp Ballast-Social Services
515.  Replaced 2ea 4' Lamps-Front Lobby
516.  Cleaned Return Air Grille-Front Lobby
517.  Replaced 3ea 30 Amp Fuses-AHU 6
518.  Replaced V-Belt-AHU 4
519.  Changed A/C Filters-RCV Unit
520.  Replaced Switch Cover-Lighting Inmate Restroom Gate #5
521.  Started #2 Boiler/Shut Down Boiler #1
522.  Cleaned and Serviced I Dorm Library A/C
523.  Power House Blow Down
524.  Picked Up Trash-Power House Yard
525.  Repaired Exhaust Fan Cover-K Dorm
526.  Escorted Chemical Co. to Power House
527.  Escorted Roto-Rooter to Pump Grease Trap
528.  Escorted Hobart to Repair Dish Washer
529.  Replaced 2ea 4' Lamps- Conference Room
530.  Measured Special Ed. Trailer for Carpet
531.  Tightened All Bolts on Chairs-Special Ed. Trailer
532.  Replaced Spigot-A Dorm Coffee Pot
533.  Replaced 10ea 4' Lamps-MHU
534.  Replaced 1ea 4' Lamp Ballast-MHU
535.  Power House Blow Down
536.  Picked Up Trash-Power House
537.  Changed Filters-Basement Air Handlers
538.  Removed All Old Pipe & Trash from Basement
539.  Reset A/C Unit for North Control
540.  Made Roof Check-Main Building
541.  Made Basement Check

Quarterly Maintenance Report
April-June 2007

542.  Replaced 3ea 20 Amp Fuses-Laundry
543.  Bled Air Compressor-Laundry
544.  Cleaned A/C Unit-Court Room
545.  Installed 27ea 4' Lamps-Main Building
546.  Mixed Boiler Chemicals
547.  Power House Blow Down
548.  Picked Up Trash-Power House
549.  Repaired Washer-Laundry
550.  Removed Scrap Wood-Native American Grounds
551.  Cleaned Canteen A/C Filters
552.  Cleaned Coil Reach In Freezer
553.  Cleaned & Serviced All Coils-Ice Machines
554.  Replaced Flush Piston-P Dorm
555.  Repaired Food Waste Disposal
556.  Serviced Laundry A/C Unit
557.  Greased All Washers-Laundry
558.  Installed Water Inlet Solenoid Kit-Washer #3
559.  Power House Blow Down
560.  Picked Up Trash-Power House
561.  Anchored Walk Yard Gate-J Dorm
562.  Installed Chem. Pump-Kitchen Grease Trap
563.  Installed New Fan Motor-Laundry A/C Unit
564.  Replaced 2ea 26 Watt Lamps-Kitchen Vent Hood
565.  Repaired Back Door-H Dorm
566.  Power House Blow Down
567.  Picked Up Trash-Power House
568.  Cleaned A/C Unit-TB Cell #1
569.  Repaired Urinal-B Dorm
570.  Replaced V Belt-G Dorm Exhaust Fan
571.  Installed Blank Cover & Duplex Cover-M Dorm
572.  Replaced T-Stat-AHU 8
573.  Power House Blow Down
574.  Picked Up Trash-Power House
575.  Repaired Fence-N Dorm Yard
576.  Installed Portable A/C Unit-Phone Room
577.  Power House Blow Down
578.  Picked Up Trash-Power House
579.  Added Water Softener-Boiler
580.  Installed Drain Hose A/C Unit-Phone Room
581.  Repaired Cord Barrel Fan-G Dorm
582.  Replaced Lavatory Stems-Ladies Room Front Lobby
583.  Installed Cooler-Snack Line
584.  Repaired Chemical Line-Condensation Tank
585.  Power House Blow Down
586.  Installed Duct Phone Room A/C

Pg. 14

Quarterly Maintenance Report
April-June 2007

587.   Repaired A/C Unit-RCV Unit
588.   Replaced Steam Trap-Laundry
589.   Replaced Ceiling Tile-Phone Room
590.   Power House Blow Down
591.   Picked Up Trash-Power House
592.   Power House Blow Down

Quarterly Maintenance Report
July-September 2007

1. Power House Blow Down
2. Picked Up Trash-Power House Yard
3. Replaced A/C Coil-Commissioner Brown's Residence
4. Repaired Exercise Yard Fence-L Dorm
5. Repaired Thermostat-Visitation Yard
6. Serviced Front Gates
7. Repaired Sally Port Gate
8. Cleaned A/C Coil-Advanced Training
9. Built Handicapped Work Station-Social Services
10. Repaired Chair-Law Library
11. Replaced 2ea 4 Lamp Ballast- Old I&I Building
12. Built Book Shelf-Social Services
13. Serviced Compressor-Maintenance Shop
14. Replaced 5 Ton Condenser Unit-Rooftop I & I Building
15. Repaired Air Handler Duct-A/C Unit I & I Building
16. Insulated Refrigerant Line-A/C Unit I & I Building
17. Built Book Shelf-Social Services
18. Replaced Post-L Dorm Yard
19. Roof Inspection
20. Basement Blow Down
21. Worked with MTI-MHU
22. Replaced Toilet Seat-Nurses Station
23. Cleaned Fan-Rooftop M Dorm
24. Repaired Fence-B Dorm
25. Repaired Restroom Floor-B Dorm
26. Cleaned Basement
27. Escort Carpet Installer-Education Trailer
28. Replaced Spud Washer-Lobby Restroom
29. Basement Blow Down
30. Roof Inspection
31. Replaced Pump-Swamp Cooler #4
32. Repaired Light Switch-MHU
33. Replaced Metal-K Dorm Showers
34. Repaired Lights-O Dorm
35. Stored Filter Order in Basement
36. Replaced Bolt RCV Roof
37. Repaired Phone Line 627
38. Plumbing Repairs-P Dorm
39. Cleaned Flush Piston-A Dorm
40. Repaired Contactor-RCV Unit
41. Replaced Light Switch-MHU
42. Roof Inspection
43. Basement Blow Down
44. Repaired Toilet-RCV Unit
45. Check Air Handlers-Basement

Quarterly Maintenance Report
July-September 2007

46. Cleaned Flush Valve-N Dorm
47. Repaired K Dorm Showers
48. Replaced PVC-Training Trailer
49. Assembled Mail Rack-Hospital
50. Repaired Seg Cell Door F-12
51. Repaired Leak-M Dorm
52. Moved Desks for Social Services
53. Replaced Bearings-Swamp Cooler #1
54. Moved Portable Wall-Social Services
55. Replaced Night Light-O Dorm
56. Roof Inspection
57. Replaced V Belt-Swamp Cooler #3
58. Basement Blow Down
59. Repaired K Dorm Showers
60. Replaced Fan Motor-C Block Segregation
61. Replaced Motor on Barrel Fan-H Dorm
62. Roof Inspection
63. Replaced Gear on Gate B Dorm
64. Replaced Sand Trap-N Dorm
65. Cleared Drain-Warden's Office
66. Replaced Outlet-Shift Office
67. Roof Inspection
68. Repaired Drain Pipe-Basement
69. Replaced Motor-Kitchen Dish Room Exhaust Fan
70. Replaced Light-F Dorm Hallway
71. Repaired Sewer Line-L Dorm
72. Roof Inspection
73. Replaced Diaphragm-Basement Air Hander Actuator
74. Cleared Drain-O Dorm
75. Replaced Lights-Dental X-Ray
76. Moved File from Basement to G&H Dorm
77. Replaced Wall Fan-G Dorm
78. Repaired Seg Cell C-12 Door
79. Replaced Relay and Button on Cell F7-Seg Unit
80. Replaced V Belt on Swamp Cooler
81. Serviced all Exhaust Fan Motors and Bearing-Rooftop
82. Serviced all Exhaust Fan Motors-J Dorm
83. Basement Blow Down
84. Checked for Leaks in Main Building
85. Repaired Light-Social Services
86. Power House Blow Down
87. Replaced 2ea V Belts-A & B Dorms
88. Repaired Chair-Seg Office
89. Repaired Door-G Dorm
90. Repaired Lavatory-G Dorm

Quarterly Maintenance Report
July-September 2007

91. Cleared Drain-Seg Unit
92. Repaired Gate #4
93. Replaced Lamp-Lt.'s Office
94. Replaced Outlet Wire-ICS Office
95. Installed 4 ea Fluorescent Fixtures-I&I Building
96. Installed Lavatory-I&I Building
97. Replaced and Painted Ceiling Tiles/Grid-I&I Building
98. Installed Window Tint-I&I Building
99. Power House Blow Down
100.    Picked Up Trash-Power House Yard
101.    Cleaned Rooftop Condenser-Walk-In Freezer
102.    Mowed Grass-Power House
103.    Cleaned Outside-Boiler #1
104.    Mixed Boiler Chemicals
105.    Replaced 1ea 2 Lamp Ballast-Kitchen
106.    Replaced 2ea Lampholders-Kitchen
107.    Replaced 1ea 4 Lamp Ballast/6ea 4' Lamps-J-Dorm
108.    Installed Defrost Timer-Walk-In Freezer-Kitchen
109.    Power House Blow Down
110.    Picked Up Trash-Power House
111.    Replaced Condenser Fan Motor-Courtroom Rooftop Unit
112.    Repaired Ice Machine-J Dorm
113.    Power House Blow Down
114.    Picked Up Trash-Power House
115.    Picked Up Equipment Purchase-State Surplus
116.    Repaired Dryer Vent Switch-Laundry
117.    Repaired Vent Pipe-Dryer #1
118.    Installed Conduit-Drinking Fountain-J Dorm
119.    Installed Refrigerator-Break Room
120.    Power House Blow Down
121.    Removed Business Office Refrigerator
122.    Moved Refrigerator to I & I
123.    Mowed Grass Power House
124.    Repaired Phone Line #627
125.    Cleared Drain-G & H Dorm
126.    Rewired Barrel Fan-G Dorm
127.    Power House Blow Down
128.    Picked Up Trash-Power House Yard
129.    Installed 2ea 100 Gallon Water Heaters-I Dorm
130.    Installed Flues-I Dorm
131.    Piped Water Feeds-I Dorm
132.    Power House Blow Down
133.    Picked Up Trash-Power House Yard
134.    Replaced Lavatory Faucet-Ladies Restroom
135.    Power House Blow Down

Quarterly Maintenance Report
July-September 2007

136.    Replaced Steam Trap-RCV Unit Mechanical Room
137.    Cleaned Drip Leg Gas Line-I Dorm
138.    Escorted Boiler Inspector
139.    Installed Parking Sign
140.    Escorted Glass Co. for Quote
141.    Power House Blow Down
142.    Picked Up Trash Power House Yard
143.    Mowed Grass Power House
144.    Installed New V Belt Exhaust Fan-Power House Roof
145.    Removed Defective Compressor-Reach-In Refrigerator
146.    Replaced Slow Open Valve-Boiler #2
147.    Replaced 1ea 4 Lamp Ballast-Chapel Office
148.    Made Parts Run to Lowe's
149.    Delivered Cabinet to Social Services
150.    Repaired Cabinet-Lab
151.    Repaired Buzzer Button-South Dorm Exit
152.    Power House Blow Down
153.    Test Ran Generator
154.    Installed New Compressor-Reach-In Refrigerator
155.    Repaired Water Line-Staff Housing
156.    Power House Blow Down
157.    Picked Up Trash House Yard
158.    Replaced Return Line-Emergency Generator
159.    Cleaned Check Valve-E Generator
160.    Replaced Control Board-J Dorm Ice Maker
161.    Power House Blow Down
162.    Picked Up Trash House Yard
163.    Test Ran Generator
164.    Welded Fence Frame-Generator
165.    Cleaned Sump Pit-Generator Oil Drain
166.    Power House Blow Down
167.    Picked Up Trash-Power House Yard
168.    Swept Power House
169.    Replaced V Belt on Barrel Fan- J Dorm
170.    Replaced Exhaust Fan Belt-A Dorm Rooftop
171.    Replaced Swamp Cooler Pump-A Dorm Rooftop
172.    Adjusted Swamp Cooler Float-A Dorm Rooftop
173.    Replaced 1ea 2 Lamp Ballast-J Dorm
174.    Replaced 1ea 4' Lamp-J Dorm
175.    Replaced 1ea 2 Lamp Ballast-H Dorm TV Room
176.    Replaced 1ea Night Light-H Dorm
177.    Power House Blow Down
178.    Picked Up Trash-Power House Yard
179.    Escorted Adco to Install Drip Valve-Boiler #1
180.    Mowed Grass-Power House

Pg. 5

Quarterly Maintenance Report
July-September 2007

181.   Repaired Barrel Fan-J Dorm
182.   Put Boiler #1 On Line
183.   Shut Down Boiler #2 for Repair
184.   Power House Blow Down
185.   Mixed Boiler Chemicals
186.   Replaced AC Unit-East Side Visitation
187.   Cleaned AC-Visitation Shake Down Building
188.   Checked Swamp Cooler-B Dorm
189.   Replaced AC-Tower #4
190.   Repaired Showers-K Dorm
191.   Repaired Lighting-Shift Office
192.   Repaired AC-Shift Office
193.   Repaired Cage-Segregation
194.   Repaired B Dorm Entrance Gate
195.   Repaired Steam Kettle Drain-Kitchen
196.   Replaced Broken Window-Shift Office
197.   Welded Beds for MWC
198.   Installed Diaper Changing Station-Women's Restroom Lobby
199.   Basement Blow Down
200.   Repaired Lighting Main Hallway
201.   Installed Hose Bib-A Dorm
202.   Repaired Urinal-Old Chapel
203.   Lubed Bolt Seg Cell 15
204.   Replaced Exhaust Fan Motor-J Dorm Rooftop
205.   Replaced Power Cord on Floor Fan- B Dorm
206.   Roof Inspection
207.   Cleared P Trap-Old Chapel
208.   Greased Bearings-All Air Handlers-Basement
209.   Repaired Stainless Toilet Unit-Segregation Unit E-13
210.   Repaired Evaporator Coil-Walk-In Cooler (Kitchen)
211.   Power House Blow Down
212.   Replaced Button and Control Relay-North Control
213.   Roof Inspection
214.   Basement Blow Down
215.   Repaired Switch Gear-North End Basement
216.   Repaired AC-North Control
217.   Replaced Fan Motor-K Dorm
218.   Measured Sheave-J Dorm
219.   Roof Inspection
220.   Reset AC Unit-Phone Room
221.   Repaired Water Heater-Basement Kitchen
222.   Modified Switch Gear Panel Cover
223.   Installed Fan Motor-J Dorm
224.   Cleaned Basement
225.   Excavated Phone Line Leaving Institution

Quarterly Maintenance Report
July-September 2007

226.   Roof Inspection
227.   Basement Blow Down
228.   Repaired Gate #3
229.   Repaired Swamp Cooler-RCV Unit
230.   Repaired Toilet-RCV Unit
231.   Cleared Drain-G&H Dorm
232.   Repaired Ice Maker-K Dorm
233.   Installed Thermometer-Walk-In Cooler
234.   Cleaned Coils AHU 2&5
235.   Installed Sump Pump-Basement
236.   Installed Barrel Fans-Main Hall Seg Unit
237.   Repaired Ice Maker-Kitchen
238.   Moved 2ea Wall Fans-Seg Unit
239.   Ran New Conduit for Fans-Seg Unit
240.   Basement Blow Down
241.   Checked Fan-Dish Room
242.   Sealed Air Handlers-Rooftop
243.   Sprayed Wasps-Training Trailer
244.   Basement Blow Down
245.   Roof Inspection
246.   Repaired Ice Maker-B Dorm
247.   Replaced Defective Thermostat-Visitation Pavilion
248.   Repaired Gate #6
249.   Installed Door Handle Cover Plate-Visitation Pavilion
250.   Serviced A/C-Tower #1
251.   Repaired Bench-Hospital Waiting Main Hall
252.   Dismantled Trailer Frame-MWC
253.   Rewired Electric Tilt Skillet-Kitchen
254.   Repaired Phone Lines-Transfer Agents Office
255.   Repaired Window Unit-MWC
256.   Replaced A/C Unit-Lt's Office
257.   Replaced 1ea Perimeter Light Fixture-J-K Rec. Yard
258.   Cleared Alarm on Chiller-Basement
259.   Made Parts Run-M&M Motors
260.   Made Parts Run-Wing Locksmith
261.   Installed New Barrel Fan Blade-G Dorm
262.   Took Trash Out of Basement
263.   Power House Blow Down
264.   Escorted Boiler Co.
265.   Replaced Light Switch-Dental Lab
266.   Sprayed for Wasps-K Dorm
267.   Sprayed for Wasps-Power House
268.   Power House Blow Down
269.   Picked Up Trash-Power House Yard
270.   Repaired Prep Room Cooler-Kitched

Quarterly Maintenance Report
July-September 2007

271.  Serviced Emergency Generator
272.  Replaced Check Valve-Generator Fuel Line
273.  Power House Blow Down
274.  Replaced 2ea Breakers-Segregation Unit
275.  Reset Alarm-Boiler #1
276.  Drain Condensation-Air Compressor Basement
277.  Replaced 1ea Male Plug-G Dorm
278.  Replaced Duplex Receptacle-H Dorm
279.  Installed Front Door Closer-G Dorm
280.  Replaced Breaker-J F Ingram Trailer
281.  Adjusted Set-Point-Chiller
282.  Power House Blow Down
283.  Picked Up Trash-Power House
284.  Replaced 2 Lamp Ballast/ 4ea 4' Lamps-Butcher Shop
285.  Replaced T-Stat-Butcher Shop Walk-In Cooler
286.  Power House Blow Down
287.  Picked Up Trash-Power House
288.  Adjusted T-Stat-Butcher Shop Cooler
289.  Installed Pedestal Fan-Kitchen
290.  Repaired Ice Maker-K Dorm
291.  Repaired Ice Maker-J Dorm
292.  Power House Blow Down
293.  Cleaned Air Handlers #4 thru #8- Basement
294.  Replaced Start Capacitor-Captain's Office A/C Unit
295.  Repaired Ice Maker-Vegetable Room
296.  Power House Blow Down
297.  Picked Up Trash-Power House
298.  Installed Conduit/ Wire-New Fan Circuit-Kitchen
299.  Installed Wall Mount Fan-Kitchen
300.  Installed 2nd Wall Mount Fan-Kitchen
301.  Turned 2 Exhaust Fans On-Main Hallway
302.  Power House Blow Down
303.  Picked Up Trash-Power House
304.  Replaced 45ea Breakers-Seg Unit
305.  Replaced 2ea Filter Elements-Air Compressor Separator
306.  Repaired Inmate Waiting Bench-Hospital Area
307.  Replaced 6ea 60 Watt Lamps-Basement
308.  Power House Blow Down
309.  Picked Up Trash-Power House Yard
310.  Installed Window Exhaust Fan-Kitchen
311.  Test Ran Generator Under Load
312.  Power House Blow Down
313.  Picked Up Trash-Power House
314.  Cleaned Ice Maker-A&B Dorm
315.  Cleaned and Repaired Ice Maker-Vegetable Room

Quarterly Maintenance Report
July-September 2007

316.  Cleaned Power House
317.  Installed New Drinking Fountain-G Dorm
318.  Power House Blow Down
319.  Picked Up Trash-Power House Yard
320.  Repaired Fan-G Dorm
321.  Replaced Air Actuator-AHU 2
322.  Replaced 2ea V Belts, Exhaust Fans-Main Hallway
323.  Replaced Capacitor, Exhaust Fan-Main Hallway
324.  Replaced 1ea Fan-RCV Unit
325.  Replaced Breaker-Laundry
326.  Cleaned Feed Line-Grease Enzyme Pump
327.  Power House Blow Down
328.  Picked Up Trash-Power House Yard
329.  Swept Power House
330.  Repaired Barrel Fan-H Dorm
331.  Installed T-Stat Cover-Vegetable Room Cooler
332.  Power House Blow Down
333.  Picked Up Trash-Power House Yard
334.  Cleaned Staff Dining Room A/C Unit
335.  Replaced Condenser Fan Motor-Captain's Office A/C Unit
336.  Cleaned Water Inlet Valve on Ice Maker-Vegetable Room Ice Maker
337.  Installed A/C Unit-Phone Room
338.  Power House Blow Down
339.  Picked Up Trash-Power House Yard
340.  Drilled Hole in Phone Room Floor for A/C Vent
341.  Repaired Short in Outlet-ICS Office
342.  Power House Blow Down
343.  Mixed Boiler Chemicals
344.  Changed Boilers #1 to #2
345.  Repaired Courtroom Unit
346.  Replaced 1ea 4' Lamp Ballast-Ms. Deramus' Office
347.  Rewire Lights/ A/C Unit- ICS Office
348.  Power House Blow Down
349.  Picked Up Trash-Power House Yard
350.  Repaired Toilet J Dorm
351.  Mowed Grass-Power House Yard
352.  Adjusted Pulley-Dishwasher
353.  Replaced Fan Pipe Chase-J Dorm
354.  Power House Blow Down
355.  Escorted Boiler Chemical Co. to Power House
356.  Picked Up Trash-Power House Yard
357.  Installed New Window Unit-Shift Office
358.  Installed New Exhaust Fan-Bathroom Next to Central
359.  Adjusted A/C Unit-Basement
360.  Replaced 1ea 4' Ballast-J Dorm

Quarterly Maintenance Report
July-September 2007

361.  Power House Blow Down
362.  Picked Up Trash-Power House Yard
363.  Test Ran Generator-No Load
364.  Replaced Pushbutton-#2 Washer-Laundry
365.  Ran Basement Check
366.  Repaired Sink-J Dorm
367.  Installed New Exhaust Fan Motor-Dishwasher Duct
368.  Replaced Switch for Above Fan
369.  Repaired Entrance Gate-Chapel
370.  Repaired Pedestal Fan Blade-Kitchen
371.  Reattached Light Cover-MHU Office
372.  Inspected Roof, Greased All Swamp Coolers
373.  Basement Blow Down
374.  Change Filters, Cleaned Coils-AHU 1
375.  Repaired PA System-G&H Dorm
376.  Replaced Condensation Pump-Kitchen Basement
377.  Cleaned Tar From Ceiling-Medical Records
378.  Cleaned Filter-M Dorm Cell
379.  Roof Inspection
380.  Repaired Gate 5
381.  Repaired MHU Office-Restroom
382.  Checked All Public Restrooms-Main Building
383.  Replaced 4 Lamp Ballast-Medical Records
384.  Replaced Switch Cover-Medical Records
385.  Replaced Duplex Receptacle-Seg
386.  Reset A/C-Dental Office
387.  Replaced Fluorescent Lamps-Kitchen
388.  Roof Inspection
389.  Basement Blow Down
390.  Replaced Barrel Fan Covers- A,B,G&H Dorm
391.  Repaired Walk-In Cooler-Kitchen
392.  Worked with Crew Installing New Washers
393.  Power House Blow Down
394.  Serviced Exhaust Fan-Laundry
395.  Repaired Toilet-P Dorm
396.  Installed Box for Sgt. Williams
397.  Worked with Crew Installing New Washers
398.  Rewired Electrical Service for New Washers
399.  Repaired Seg Cell Door-C 15
400.  Repaired Mixer-Kitchen
401.  Repaired Lighting-Lt's Office
402.  Roof Inspection
403.  Replaced A/C Unit-Lt's Office
404.  Replaced Starter-Kitchen Unit
405.  Basement Blow Down

Quarterly Maintenance Reports
July-September 2007

406.  Checked Shower Temp-A&B Shower
407.  Escorted Simplex to Replace Sprinkler Head
408.  Escorted Norment to Quote Front Gate
409.  Replace Switch-Dental Lab
410.  Replaced Defective Exhaust Fan Motor-Seg Unit Rooftop
411.  Replaced Toilet-P Dorm
412.  Roof Inspection
413.  Basement Blow Down
414.  Repaired Lavatory-B Dorm
415.  Cleaned Basement
416.  Repaired Floor-Kitchen
417.  Repaired Dryer-Laundry
418.  Started Forming Pad-Walk-In Cooler Project-Kitchen
419.  Cleaned Filters Medical Records
420.  Roof Inspection
421.  Basement Blow Down
422.  Repaired Lavatories-M Dorm
423.  Replaced Lavatory P Trap-P Dorm
424.  Replaced Push Button-M Dorm
425.  Repaired Toilet-Dental Office
426.  Removed Motor-#1 Swamp Cooler
427.  Basement Blow Down
428.  Cleared Drain-P Dorm
429.  Repaired Lavatories-M Dorm
430.  Roof Inspection
431.  Basement Blow Down
432.  Installed Poly, Wire, Sand-Walk-In Cooler Pad
433.  Replaced Lighting-A Dorm, D Block, L Block, P Ward, N Dorm
434.  Replaced Broken Window-H Dorm
435.  Replaced Receptacle Cover-K Dorm
436.  Replaced Fire Exit Lights-A Dorm

FUNCTION:          DOCID: PVQ  KL1  7KL10000085    09/10/07 10:05:16 AM
 STATUS: PEND1      BATID:          ORG:    001-001 OF 001
H-               QUICK PAYMENT VOUCHER INPUT FORM
  DATE:      ACCT PRD: __  BFY:    ACT: E
 VENDOR CODE: ̶F̶          ̶̶̶̶̶̶̶̶̶            SCH PAY DATE:
    NAME: MONTGOMERY TECHNOLOGY      OFF LIAB ACCT:
  ADDRESS: 800 E COMMERCE ST        DOCUMENT TOTAL:    2,112.00
                  CALC DOC TOTAL:    2,112.00
       GREENVILLE    AL 36037      FA IND:
EFT IND: N APPLICATION TYPE:   SINGLE CHECK FLAG: Y  CHECK CATEGORY: PO
LN         COM
NO REF CD/NUMBER/LN   LN  VI NUMBER/LN   DESCRIPTION
-- -------------------- --- --------------- -------------------------
FUND AGCY ORG/SUB APPR UNIT ACTV FUNC OBJ/SUB REV/SUB  JOB NO  RCAT BS ACCT
---- ---- ------- --------- ---- ---- ------- ------- --------- ---- ------
DISC TYPE  LINE AMOUNT  I/D P/F  QUANTITY  I/D
-------- -------------- --- --- ------------ ---
01- 01 PO AEKL1700001    01   O07-10246     REPAIRS TO ELECTRICAL PANEL
  0101 005  5622 07 0101633  0369    0500 02
        2,112.00


H--*S401-READY FOR APPROVAL 1



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|---|---|
| 7/2/2007 | O07-10246 |

| Bill To |
|---|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 |

| Ship To |
|---|
| Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

| S.O. No. | P.O. No. | Terms | Other |
|---|---|---|---|
| na | AEKL1700001 | Net 30 | Kilby |

| Item | Description | Ordered | Prev. Invoic. | Invoic... | Rate | Backordered | Amount |
|---|---|---|---|---|---|---|---|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum. Service trip performed by Dustin Harris on 7/2/07. | | | 8 | 75.00 | | 600.00 |
| B1066 | Small AC Door Module | | | 12 | 126.00 | 0 | 1,512.00 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| | |
|---|---|
| **Total** | $2,112.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,112.00 |

| Phone # | Fax # |
|---|---|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|---|
| www.montgomerytechnology.com |



*State of Alabama*

*Alabama Department of Corrections*

### Kilby Correctional Facility
P O Box 150
Mount Meigs, Alabama 36057

**BOB RILEY**
GOVERNOR

**RICHARD F ALLEN**
COMMISSIONER

September 10, 2007

I have researched the problem and the original invoice is not available. Paying from the copy of this invoice will not result in a duplicate payment of invoice #O07-10246 from Montgomery Technology Inc in the net amount of $2,112.00.

Herbert Hobbs
Business Manager
Kilby Correctional Facility

PHONE AUTHORIZATION

DATE: 06/28/07                SNAP REQ NO. 1370885        AGENCY REQ NO. AEKL170000

REQUESTED BY  BETH BURNETT

DEPARTMENT/DIVISION  DEPARTMENT OF CORRECTIONS           AGENCY NO. 005000

VENDOR NO.   NAME MONTGOMERY TECHNOLOGY        CITY GREENVILLE

| QUANTITY | UNIT | DESCRIPTION/JUSTIFICATION | UNIT PRICE |
|---|---|---|---|
| 1.000 | LT | 285-95-013237 | 2192.00000 |
| | | ELECTRICAL ITEMS NEED FOR KILBY CORR | |
| | | NEED TO PURCHASE: | |
| | | 12 EA - SMALL AC DOOR MODULE | |
| | | TO INCLUDE LABOR AND TRIP CHARGES | |
| | | *************************************** | |
| | | ITEMS NEEDED TO REPAIR MENTAL HEALTH | |
| | | GATES AND LIGHTS - SECURITY RISK | |
| | | NEED ASAP - ONLY QUOTE | |

REQUISITION LINE TOTAL:        $2,192.00

**** LAST ITEM ****

                                              TOTAL
                                              AUTHORIZED        $2,192.00

_____              _____
PURCHASING APPROVAL                      AUTHORIZED DEPARTMENT SIGNATURE

NOTE:  IF THE VALUE OF THIS PHONE AUTHORIZATION IS MORE THAN $5000,
THE VENDOR MUST SUBMIT A DISCLOSURE FORM AS REQUIRED BY ACT 2001-955.
THIS FORM CAN BE ACCESSED, ALONG WITH INSTRUCTIONS, FROM THE ATTORNEY
GENERAL'S WEBSITE WWW.AGO.STATE.AL.US/AG_ITEMS.CFM.  DO NOT SUBMIT
THIS FORM TO THE DIVISION OF PURCHASING.  SUBMIT THE FORM TO THE 3
LOCATIONS AS DESCRIBED IN THE ATTORNEY GENERAL'S INSTRUCTIONS.

** ATTACH MATERIAL RECEIPT **

RECEIVED
JUN 2 8 2007
STATE OF ALABAMA PURCHASING



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama 36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2007 | O07-10246 |

**Bill To**

Kilby Prison
P.O. Box 150
Mt. Meigs, AL 36037

**Ship To**

Kilby Prison
12201 Wares Ferry Road
Montgomery, AL 36117

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| na | AEKL1700001 | Net 30 | Kilby |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum. Service trip performed by Dustin Harris on 7/2/07. | | | 8 | 75.00 | 0 | 600.00 |
| 81066 | Small AC Door Module | | | 12 | 126.00 | 0 | 1,512.00 |
| 81050 | Processor Decoder | | | 1 | 251.00 | 0 | 251.00 |
| Expenses | EXPENSES | | | 1 | 107.66 | 0 | 107.66 |

Terms are net 30,credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| **Total** | $2,470.66 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,470.66 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |

**Hobbs, Herbert (DOC)**

**From:**    Hobbs, Herbert (DOC)
**Sent:**    Friday, June 22, 2007 8:13 AM
**To:**    Burnett, Beth (DOC)
**Subject:** Phone Authorization AEKL1700001

**From:** Lovelace, Greg (DOC)
**Sent:** Friday, June 22, 2007 7:53 AM
**To:** Lee, Rachel (DOC); Hobbs, Herbert (DOC)
**Cc:** Hamm, Janice (DOC); Bohannon, Susan (DOC)
**Subject:** RE: Budget Expenditure

Approved
06-22-07
G.Lovelace

**From:** Lee, Rachel (DOC)
**Sent:** Friday, June 22, 2007 7:27 AM
**To:** Lovelace, Greg (DOC)
**Cc:** Hamm, Janice (DOC)
**Subject:** FW: Budget Expenditure

Recommend approval from budgeted funds provided all State bid laws and all DOC policies
are followed.

*Rachel Lee*
Associate Commissioner

**From:** Hobbs, Herbert (DOC)
**Sent:** Thursday, June 21, 2007 2:45 PM
**To:** Lee, Rachel (DOC); Hamm, Janice (DOC)
**Cc:** Holt, Arnold (DOC); Rowell, Willie (DOC)
**Subject:** Budget Expenditure

Montgomery Technology Inc has tried again to repair our gates, doors, lights, etc in Mental Health. They have
failed again and have submitted another quote to complete repairs in the amount of $2,192.00. They are a sole
source vendor as they designed and constructed the system. We seem to be at their mercy because of this.
Hopefully this will be their last trip. We need this declared an emergency since we can not control lights, gates,
and doors in Mental Health. Mr Kelley is aware of our problem and according to our maintenance people concurs.
Please approve this expenditure from budgeted funds.

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**
**REQUISITION PENDING DOCUMENT**

| | | | |
|---|---|---|---|
| **REQUISITION PENDING NUMBER:** | AEKL170000' | **DATE ENTERED:** | 06/25/2007 |

**SHIP TO:**

| | | **BILL TO:** | |
|---|---|---|---|
| AGENCY: | Corrections | AGENCY: | Corrections |
| NAME: | Kilby CF | NAME: | Kilby CF |
| ADDRESS: | 12201 Wares Ferry Rd | ADDRESS: | P O Box 150 |
| CITY: | Montgomery, | CITY: | Mt Meigs |
| STATE: | AL          ZIP:    36117 | STATE: | AL     ZIP: 36057 |

CONTACT NAME:  Herbert Hobbs                    CONTACT PHONE:          334 215-6618

**RECOMMENDED VENDOR:**

| | | | |
|---|---|---|---|
| FEIN: | | PURCHASE METHOD: | EMG |
| NAME: | Montgomery Technology | PURCHASE AMOUNT: | $          2,192.00 |
| ADDRESS: | 800 E Commerce St | APPROVAL AUTHORITY: | 1006 |
| ADDRESS: | | GRANT NUMBER: | |
| CITY: | Greenville | PROJECT NUMBER: | |
| STATE: | AL          ZIP:    36037 | BUDGET YEAR: | 2007 |
| | | CONTRACT NUMBER/LINE: | |

PURCHASE TITLE:     Mental Health repairs to electrical panel

ATTN: TALLEY



**Montgomery Technology, Inc.**
800 East Commerce Street
Greenville, Alabama 36037

ISO9001 CERTIFIED

# Estimate

| Date | Estimate # |
|------|-----------|
| 6/19/2007 | 29 |

| Name / Address |
|----------------|
| Kilby Prison |
| P.O. Box 150 |
| Mt. Meigs, AL 36037 |

| Project |
|---------|
|         |

| Description | Qty | Cost | Total |
|-------------|-----|------|-------|
| Small AC Door Module | 12 | 126.00 | 1,512.00 |
| Labor for Service trip @$75 per hour-8 hour minimum | 8 | 75.00 | 600.00 |
| Expenses during service trip | 1 | 80.00 | 80.00 |
| *THIS IS JUST AN ESTIMATE. | | | |

| **Total** | $2,192.00 |
|-----------|-----------|

Terms are net 30,credit hold at 60. A 2% charge will be applied monthly to all invoices over
30 days

TIME : 06/22/2007 08:16

```
DATE,TIME            06/22 08:15
FAX NO./NAME         5671561
DURATION             00:00:38
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```



**KILBY CORRECTIONAL FACILITY**
**POST OFFICE BOX 150**
**MT. MEIGS, AL 36057**

ARNOLD HOLT
WARDEN III

334-215-6600
FAX-215-0630

TO:_Beth Burnett_____     DATE:_June 22, 2007_____

FROM:_ Herbert Hobbs

PAGE 1 OF  2                               567-1561

If there is a problem with this fax, please call **(334) 215-6618**.

REMARKS:



**KILBY CORRECTIONAL FACILITY
POST OFFICE BOX 150
MT. MEIGS, AL 36057**

ARNOLD HOLT
WARDEN III

334-215-6600
FAX-215-0630

TO:_Dustin___(MTI)_____      DATE:_June 21, 2007_____

FROM:_ Herbert Hobbs

PAGE 1 OF  2                          (334) 382-9793

If there is a problem with this fax, please call (334) 215-6618.

REMARKS:





*State of Alabama*

*Alabama Department of Corrections*

**Kilby Correctional Facility**

P O Box 150

**Mount Meigs, Alabama 36057**

**BOB RILEY**
GOVERNOR

**RICHARD F ALLEN**
COMMISSIONER

June 21, 2007

# MEMORANDUM

To:  Montgomery Technology, Inc.

From:  Herbert Hobbs, Business Manager *Herbert Hobbs*

Subject: Kilby Mental Health Light & Door Control Repairs

This is your authorization for a service call to repair the above subject equipment at Kilby CF per your quote of $2,192.00. Your PO # for this repair is AEKL1700001. This area is a segregated area and is to be considered an emergency. Therefore, these repairs should be completed immediately.

```
    DATE,TIME          06/21 15:28
    FAX NO./NAME        13343829793
    DURATION           00:00:38
    PAGE(S)            02
    RESULT             OK
    MODE               STANDARD
                       ECM
```

ATTN. TALLEY



**Montgomery Technology, Inc.**

800 East Commerce Street
Greenville, Alabama   36037

# Estimate

| Date | Estimate # |
|------|-----------|
| 6/19/2007 | 29 |

| Name / Address |
|----------------|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 |

|  | Project |
|--|---------|
|  |  |

| Description | Qty | Cost | Total |
|-------------|-----|------|-------|
| Small AC Door Module | 12 | 126.00 | 1,512.00 |
| Labor for Service trip @$75 per hour-8 hour minimum | 8 | 75.00 | 600.00 |
| Expenses during service trip | 1 | 80.00 | 80.00 |
| *THIS IS JUST AN ESTIMATE. |  |  |  |

| **Total** | $2,192.00 |
|-----------|-----------|

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over
30 days

```
                       MATERIAL RECEIPT DOCUMENT
                          KILBY CORR FACILITY
VENDOR CODE:                 RECEIPT YEAR: 2007    RECEIPT NUMBER: 0240966
VENDOR NAME:  CMI ELECTRONICS INC                 DATE OF RECEIPT: 05/07/2007
ADDRESS:      436A HACKEL DR                       ACCOUNTING PERIOD: 200705
                                                   BUDGET YEAR: 2007
CITY:         MONTGOMERY                            FUND:
ST: AL    ZIP: 36117                               PROJECT:
                                                    GRANT:
RQ/PO NUMBER: 0093302   RQ/PO YEAR: 2007           FIXED ASSET:
```

| PO N LN | INVOICE NUMBER | INVOICE DATE | ORG CODE | APP/ACTY | OBJ | I D | UNIT-PRICE | CREDIT ACCT | AMOUNT |
|---------|----------------|--------------|----------|----------|-----|-----|------------|-------------|--------|
| 1 01 | 2 EA BOARD-ELECTRICAL REPAIR | | | | | | | | |
| 1 01 | 2185 | 04/18/2007 | 562207 | 6330369 | 050200 | I | 126.00 | 022000 | 252.00 |
| | 1 LT FREIGHT FOR ABOVE | | | | | | | F | |
| 2 01 | 2185 | 04/18/2007 | 562207 | 6330369 | 050200 | I | 25.00 | 022000 | 25.00 |

```
         ****** LAST LINE ********
```

                                        TOTAL    AMOUNT    277.00

HEREBY CERTIFY THAT THE ARTICLE(S) AND/OR SERVICE(S) LISTED ON THIS DOCUMENT
ND/OR THE ATTACHED INVOICE(S) HAVE BEEN RECEIVED IN UNDAMAGED CONDITION, ARE
HE KIND AND QUANTITY ORDERED, ARE NOT EXCESSIVE, WILL BE USED EXCLUSIVELY IN
ONDUCTING OFFICIAL STATE BUSINESS, THAT ALL REQUIRED APPROVALS WERE OBTAINED,
HAT PERTINENT PURCHASING POLICY AND PROCEDURES WERE FOLLOWED, AND THIS ACCOUNT
S CORRECT, DUE, AND UNPAID.
PROCESSED BY: 008MJB

RECEIVED BY: _Norbert Nobb_____    DATE: _4·18·07_____



**CMI Electronics, Inc.**
**436-A Hackle Drive**
**Montgomery, AL 36117**
**334.272.5630**

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/18/2007 | 2185 |

**Bill To**

**Kilby Prison**
**p.o. box 150**
**Mt. Meigs, AL 36057**

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
| Tally | Net 30 | LLK | BESTWAY |

| Item | Description | Rate | Qty | Amount |
|------|-------------|------|-----|--------|
| 81066 | SMALL AC DOOR MODULE | 126.00 | 2 | 252.00T |
| Shipping & Handl... | Shipping and Handling | 25.00 | 1 | 25.00 |

A finance charge of 1.5% per. month will be charged on all past due invoices over 30 days.

| | |
|---|---|
| **Subtotal** | $277.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $277.00 |

*Rcy 93302*

## STATE OF ALABAMA

**DOC 149A**
**(REV 1/18/90)**

### DEPARTMENT OF CORRECTIONS

## REQUEST FOR ENGINEERING SUPPLIES

PRIORITY CODE

FROM : *KCF Maint Dept.*  DATE : *3/6/07*

ORGANIZATIONAL ACCOUNT *C.M.I. etc 272-5630 — Jeri*

| NO. | QRN | DESCRITION | UNIT OF ISSUE | QUANTITY |
|---|---|---|---|---|
| 1. | 2 ea. | *Monty Tecnology Board PN 51049*, | 96 00 ea | 192 00 |
| 2. | | *Shipping* | | 25 00 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | *Will Call* | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | #217 00 |

MARK FOR : *Mental Helth Cells*

PREPARED BY : *(signature)*  DATE : *3/6/07*

APPROVED BY : *(signature)*  DATE : *5/4/07*

APPROVED BY : _____  DATE : _____

RECEIVED BY : _____  DATE : _____

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
REQUISITION PENDING DOCUMENT

```
===========================================================================

     REQUISITION PENDING NUMBER: 0093302          DATE ENTERED: 03/06/2007

===========================================================================


SHIP TO:                               BILL TO:
--------                               --------

AGENCY:  005M18                        AGENCY:  005A18
NAME:    KILBY CORRECTIONAL FACILITY   NAME:    KILBY CORRECTIONAL FACILITY
ADDRESS: 12201 WARES FERRY ROAD        ADDRESS: POST OFFICE BOX 150
CITY:    MONTGOMERY                    CITY:    MT. MEIGS
STATE:   AL            ZIP: 361170000  STATE:   AL            ZIP: 360570000



CONTACT NAME: HERBERT HOBBS                  CONTACT PHONE: (334) 215-6618



RECOMMENDED VENDOR:
-------------------

FEIN:                                  PURCHASE METHOD:          EMG
NAME:    CMI ELECTRONICS INC           PURCHASE AMOUNT:          200.00
ADDRESS: 436A HACKEL DR                APPROVAL AUTHORITY:       1006
ADDRESS:                               GRANT NUMBER:
CITY:    MONTGOMERY                    PROJECT NUMBER:
STATE    AL            ZIP: 36117      BUDGET YEAR:              2007
                                       CONTRACT NUMBER/LINE:          /



PURCHASE TITLE:BOARD




ACCOUNTING LINE:     01
ORGANIZATION CODE:  562207             FUND CODE:
APPROPRIATION CODE: 633                ACTIVITY CODE:
OBJECT CODE:        0502               SUB OBJECT CODE:    00
DEPT. INFO. LINE 1:                    DEPT. INFO. LINE 2:
AMOUNT:              200.00            AMOUNT RECEIPTED:       0.00
```

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
REQUISITION PENDING DOCUMENT

=================================================================================

REQUISITION PENDING NUMBER: 0093302            DATE ENTERED: 03/06/2007

=================================================================================

| UNIT COST | QUANTITY | COMMODITY DESCRIPTION | ACT. LINE |
|-----------|----------|-----------------------|-----------|
| 200.0000  | 1        | 99999999999LT BOARD   | 01        |

```
VENDOR CODE:                    KILBY CORR FACILITY       RECEIPT NUMBER: 0243797
VENDOR NAME:    MONTGOMERY TECHNOLOGY    RECEIPT YEAR: 2007    DATE OF RECEIPT: 06/08/2007
ADDRESS:        800 E COMMERCE ST                            ACCOUNTING PERIOD: 200706
                                                             BUDGET YEAR: 2007
    CITY:       GREENVILLE                                       FUND:
    ST: AL   ZIP: 36037                                       PROJECT:
                                                                GRANT:
    RQ/PO NUMBER: 0094721   RQ/PO YEAR: 2007                 FIXED ASSET:
```

| PO LN | LN | INVOICE NUMBER | INVOICE DATE | ORG CODE | APP/ACTY | OBJ | I D | UNIT-PRICE | CREDIT ACCT | AMOUNT |
|-------|----|----------------|--------------|----------|----------|-----|-----|------------|-------------|--------|
|       |    | 1 LT PARTS-REPAIR ELECTRICAL | | | | | | | F | |
| 01 | 01 | P07-10803 | 05/15/2007 | 562207 | 6330369 | 050200 | I | 1,890.00 | 022000 | 1,890.00 |

```
            ******* LAST LINE ********
```

```
                                                    TOTAL   AMOUNT   1,890.00
```

I HEREBY CERTIFY THAT THE ARTICLE(S) AND/OR SERVICE(S) LISTED ON THIS DOCUMENT
AND/OR THE ATTACHED INVOICE(S) HAVE BEEN RECEIVED IN UNDAMAGED CONDITION, ARE
THE KIND AND QUANTITY ORDERED, ARE NOT EXCESSIVE, WILL BE USED EXCLUSIVELY IN
CONDUCTING OFFICIAL STATE BUSINESS, THAT ALL REQUIRED APPROVALS WERE OBTAINED,
THAT PERTINENT PURCHASING POLICY AND PROCEDURES WERE FOLLOWED, AND THIS ACCOUNT
IS CORRECT, DUE, AND UNPAID.
 PROCESSED BY: 008BSMGR

RECEIVED BY:  *Hubert Nobles*            DATE:  5-15-07





*State of Alabama*

*Alabama Department of Corrections*

**Kilby Correctional Facility**
P O Box 150
Mount Meigs, Alabama 36057

**BOB RILEY**
GOVERNOR

**RICHARD F ALLEN**
COMMISSIONER

June 8, 2007

I have researched the problem and the original invoice is not available. Paying from the copy of this invoice will not result in a duplicate payment of invoice #007-10803 from Montgomery Technology, Inc. in the net amount of $1890.00.

_Herbert Hobbs_
Herbert Hobbs
Business Manager
Kilby Correctional Facility

PHONE AUTHORIZATION

*Kilby*

DATE: 05/09/07          SNAP REQ NO. 1368041          AGENCY REQ NO. 0094721

REQUESTED BY  BETH BURNETT

DEPARTMENT/DIVISION  DEPARTMENT OF CORRECTIONS          AGENCY NO. 005000

VENDOR NO. (_____    NAME MONTGOMERY TECHNOLOGY          CITY GREENVILLE

| QUANTITY | UNIT | DESCRIPTION/JUSTIFICATION | UNIT PRICE |
|---|---|---|---|
| 1.000 | LT | 936-00-081248 | 1890.00000 |
| | | MAINTENANCE REPAIR AT KILBY CORR FAC | |
| | | NEED TO PURCHASE: | |
| | | 3 EA - C8 PROCESSOR PART # 81114 | |
| | | $630.00 EACH | |
| | | VENDOR IS SOLE SOURCE | |

REQUISITION LINE TOTAL:          $1,890.00

**** LAST ITEM ****

TOTAL
AUTHORIZED          $1,890.00

_____          _____
PURCHASING APPROVAL                        AUTHORIZED DEPARTMENT SIGNATURE

NOTE:  IF THE VALUE OF THIS PHONE AUTHORIZATION IS MORE THAN $5000,
THE VENDOR MUST SUBMIT A DISCLOSURE FORM AS REQUIRED BY ACT 2001-955.
THIS FORM CAN BE ACCESSED, ALONG WITH INSTRUCTIONS, FROM THE ATTORNEY
GENERAL'S WEBSITE WWW.AGO.STATE.AL.US/AG_ITEMS.CFM.  DO NOT SUBMIT
THIS FORM TO THE DIVISION OF PURCHASING.  SUBMIT THE FORM TO THE 3
LOCATIONS AS DESCRIBED IN THE ATTORNEY GENERAL'S INSTRUCTIONS.

** ATTACH MATERIAL RECEIPT **



**Montgomery Technology, Inc.**
**800 East Commerce Street**
**Greenville, Alabama 36037**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2007 | P07-10803 |

**Bill To**

Kilby Prison
P.O. Box 150
Mt. Meigs. AL 36037

**Ship To**

Kilby Prison
12201 Wares Ferry Road
Montgomery, AL 36117

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| P07-10803 | 94721 | Net 30 | KILBY/6100 |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| 81114 | C8 Processor PROGRAMMED WITH 6101,6102,6103 DUSTIN IS TAKING THESE WITH HIM TO JOBSITE | 3 | 0 | 3 | 630.00 | 0 0 0 | 1,890.00 |

Terms are net 30,credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| Total | $1,890.00 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,890.00** |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |

## Hobbs, Herbert (DOC)

**From:**     Lee, Rachel (DOC)
**Sent:**     Monday, May 07, 2007 4:18 PM
**To:**       Hobbs, Herbert (DOC)
**Cc:**       Lovelace, Greg (DOC); Bohannon, Susan (DOC)
**Subject:** RE: Budget Expenditure Emergency

Approved from budgeted funds to spend $1,890 provided all State bid laws and all DOC policies are followed.


Rachel Lee
Associate Commissioner

for

Greg Lovelace

Deputy Commissioner

---

**From:** Hobbs, Herbert (DOC)
**Sent:** Monday, May 07, 2007 4:11 PM
**To:** Lee, Rachel (DOC)
**Subject:** FW: Budget Expenditure Emergency

MTI has been to Kilby to survey the damage to our Mental Health gates, doors, etc panels. They have determined that we have three C8 processor boards that need replacing at a total cost of $1,890.00. Request approval for repairs from budgeted funds. Thanks for your consideration.

---

**From:** Lovelace, Greg (DOC)
**Sent:** Wednesday, May 02, 2007 9:23 AM
**To:** Hobbs, Herbert (DOC)
**Cc:** Lee, Rachel (DOC); Bohannon, Susan (DOC)
**Subject:** RE: Budget Expenditure Emergency

Approved
05-01-07
G.Lovelace

---

**From:** Lee, Rachel (DOC)
**Sent:** Wednesday, May 02, 2007 8:58 AM
**To:** Lovelace, Greg (DOC)
**Subject:** FW: Budget Expenditure Emergency


Recommend approval from budgeted funds provided all State bid laws and all DOC policies are followed.


05/07/2007

*Rachel Lee*
Associate Commissioner

**From:** Hobbs, Herbert (DOC)
**Sent:** Tuesday, May 01, 2007 12:42 PM
**To:** Lee, Rachel (DOC)
**Subject:** Budget Expenditure Emergency

All our power in Mental Health unit shut down this AM due to a short in some of the wires. All our lights, doors, controls for gates, etc quit working in Mental Health area. Montgomery Technology is the firm that installed our system originally. They have quoted us a price of $680.00 for an eight hour period of work to fix our problem. If it takes longer, the price will increase. Maintenance has rigged something up for the time being but we will most certainly have problems until a proper fix has been done on the system. We need your approval to proceed and we would also like to have this declared an emergency situation. Thanks for your consideration.



Montgomery Technology, Inc.

800 East Commerce Street
Greenville, Alabama   36037

# Sales Order

| Date | S.O. No. |
|------|----------|
| 5/4/2007 | P07-10797 |

| Name / Address | Ship To |
|----------------|---------|
| Kilby Prison | 94.721 |

| P.O. No. | Terms | Rep | Ship Via | FOB | Other |
|----------|-------|-----|----------|-----|-------|
|          |       |     | GROUND   | Our Dock |    |

| Item | Description | Ordered | Rate | Amount |
|------|-------------|---------|------|--------|
| 81114 | C8 Processor service hours 75 and hour | 3 | 630.00 | 1,999.00 |

$75.00/hr

MTI is the
Sole Source of
the part #
81114.

| | Total | $1,990.00 |

This document will be credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days.



**KILBY CORRECTIONAL FACILITY**
**POST OFFICE BOX 150**
**MT. MEIGS, AL 36057**

ARNOLD HOLT
WARDEN III

334-215-6600
FAX-215-0630

TO:_Beth Burnett_____    DATE:__May 8, 2007_____

FROM:_ Herbert Hobbs

PAGE 1 OF  2                                         567-1561

If there is a problem with this fax, please call (334) 215-6618.

**REMARKS:**

TRANSMISSION VERIFICATION REPORT

TIME : 05/08/2007 08:18

```
DATE,TIME          05/08 08:17
FAX NO./NAME       5671561
DURATION           00:00:56
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

DEPARTMENT OF CORRECTIONS
REQUISITION PENDING DOCUMENT

===================================================================

REQUISITION PENDING NUMBER: 0094721          DATE ENTERED: 05/08/2007

===================================================================

HIP TO:                              BILL TO:
-------                              --------

GENCY:  005M18                       AGENCY:  005A18
AME:    KILBY CORRECTIONAL FACILITY  NAME:    KILBY CORRECTIONAL FACILITY
DDRESS: 12201 WARES FERRY ROAD       ADDRESS: POST OFFICE BOX 150
ITY:    MONTGOMERY                   CITY:    MT. MEIGS
TATE:   AL          ZIP: 361170000   STATE:   AL          ZIP: 360570000


ONTACT NAME: HERBERT HOBBS                   CONTACT PHONE: (334) 215-6618



ECOMMENDED VENDOR:
------------------

EIN:                                 PURCHASE METHOD:            EMG
AME:    MONTGOMERY TECHNOLOGY         PURCHASE AMOUNT:        1890.00
DDRESS: 800 E COMMERCE ST            APPROVAL AUTHORITY:        1006
DDRESS:                              GRANT NUMBER:
ITY:    GREENVILLE                   PROJECT NUMBER:
TATE    AL          ZIP: 36037       BUDGET YEAR:               2007
                                     CONTRACT NUMBER/LINE:         /



URCHASE TITLE:REPAIR ELECTRICAL CONTROL PANEL



CCOUNTING LINE:    01
RGANIZATION CODE:  562207            FUND CODE:
PPROPRIATION CODE: 633               ACTIVITY CODE:
BJECT CODE:        0502              SUB OBJECT CODE:      00
EPT. INFO. LINE 1:                   DEPT. INFO. LINE 2:
MOUNT:             1890.00           AMOUNT RECEIPTED:         0.00

DEPARTMENT OF CORRECTIONS
REQUISITION PENDING DOCUMENT

========================================================================

REQUISITION PENDING NUMBER: 0094721          DATE ENTERED: 05/08/2007

========================================================================

| UNIT COST | QUANTITY | COMMODITY DESCRIPTION | ACT. LINE |
|-----------|----------|------------------------|-----------|
| 1890.0000 | 1 | 93600081248LT C8 PROCESSOR | 01 |

```
                          KILBY CORR FACILITY
VENDOR CODE:                          RECEIPT YEAR: 2007    RECEIPT NUMBER: 0243794
VENDOR NAME:   MONTGOMERY TECHNOLOGY                        DATE OF RECEIPT: 06/08/2007
ADDRESS:       800 E COMMERCE ST                            ACCOUNTING PERIOD: 200706
                                                            BUDGET YEAR: 2007
CITY:          GREENVILLE                                          FUND:
ST: AL   ZIP: 36037                                            PROJECT:
                                                                 GRANT:
RQ/PO NUMBER: 0094607   RQ/PO YEAR: 2007                   FIXED ASSET:
```

| LN | PO LN | INVOICE NUMBER | INVOICE DATE | ORG CODE | APP/ACTY | OBJ | I D | UNIT-PRICE | CREDIT ACCT | AMOUNT |
|----|-------|----------------|--------------|----------|----------|-----|-----|------------|-------------|--------|
| | | 1 LT LABOR-REPAIR ELECTRICAL | | | | | | | F | |
| 01 | 01 | 007-10232 | 05/09/2007 | 562207 | 6330369 | 050200 | I | 675.00 | 022000 | 675.00 |

```
        ******* LAST LINE *******
```

```
                                                  TOTAL    AMOUNT    675.00
```

I HEREBY CERTIFY THAT THE ARTICLE(S) AND/OR SERVICE(S) LISTED ON THIS DOCUMENT
AND/OR THE ATTACHED INVOICE(S) HAVE BEEN RECEIVED IN UNDAMAGED CONDITION, ARE
THE KIND AND QUANTITY ORDERED, ARE NOT EXCESSIVE, WILL BE USED EXCLUSIVELY IN
CONDUCTING OFFICIAL STATE BUSINESS, THAT ALL REQUIRED APPROVALS WERE OBTAINED,
THAT PERTINENT PURCHASING POLICY AND PROCEDURES WERE FOLLOWED, AND THIS ACCOUNT
IS CORRECT, DUE, AND UNPAID.
 PROCESSED BY: 008BSMGR

RECEIVED BY: _Herbert Nobles_                    DATE: _5-9-07_

PHONE AUTHORIZATION

**DATE:** 05/09/07            SNAP REQ NO. 1368042        AGENCY REQ NO. 0094607

**REQUESTED BY** BETH BURNETT

**DEPARTMENT/DIVISION** DEPARTMENT OF CORRECTIONS        AGENCY NO. 005000

**VENDOR NO.** ▓▓▓▓▓▓ NAME MONTGOMERY TECHNOLOGY        CITY GREENVILLE

| QUANTITY | UNIT | DESCRIPTION/JUSTIFICATION | UNIT PRICE |
|---|---|---|---|
| 1.000 | JB | 730-99-054388 | 680.00000 |
| | | LABOR/INSTALLATION  SERVICE TECHNICIAN | |
| | | AT KILBY CORR FAC | |
| | | TROUBLE SHOOTING THE CONTROL PANEL | |
| | | WOULD NOT OPEN - MENTAL HEALTH UNIT | |
| | | ONLY QUOTE | |
| | | VENDOR IS SOLE SOURCE | |

**REQUISITION LINE TOTAL:**        $680.00

**** LAST ITEM ****

TOTAL
AUTHORIZED        $680.00

_(signature)_

PURCHASING APPROVAL            AUTHORIZED DEPARTMENT SIGNATURE

NOTE:  IF THE VALUE OF THIS PHONE AUTHORIZATION IS MORE THAN $5000,
THE VENDOR MUST SUBMIT A DISCLOSURE FORM AS REQUIRED BY ACT 2001-955.
THIS FORM CAN BE ACCESSED, ALONG WITH INSTRUCTIONS, FROM THE ATTORNEY
GENERAL'S WEBSITE WWW.AGO.STATE.AL.US/AG_ITEMS.CFM.  DO NOT SUBMIT
THIS FORM TO THE DIVISION OF PURCHASING.  SUBMIT THE FORM TO THE 3
LOCATIONS AS DESCRIBED IN THE ATTORNEY GENERAL'S INSTRUCTIONS.

** ATTACH MATERIAL RECEIPT **

_(stamp)_ PROCUREMENT DIVISION
MAY ▓ ▓ 2007

RECEIVED
MAY  9 2007



### State of Alabama
## Alabama Department of Corrections
### Kilby Correctional Facility
P O Box 150
**Mount Meigs, Alabama 36057**

**BOB RILEY**
GOVERNOR



**RICHARD F ALLEN**
COMMISSIONER

June 8, 2007

I have researched the problem and the original invoice is not available. Paying from the copy of this invoice will not result in a duplicate payment of invoice #007-10232 from Montgomery Technology, Inc.in the net amount of $675.00.

Herbert Hobbs
Business Manager
Kilby Correctional Facility



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama  36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/9/2007 | O07-10232 |

**Bill To**

Kilby Prison
P.O. Box 150
Mt. Meigs, AL 36037

**Ship To**

Kilby Prison
12201 Wares Ferry Road
Montgomery, AL 36117

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| NA | 94607 | Net 30 | KILBY |

| Item | Description | Ordered | Prev. Invoi.. | Invoic.. | Rate | Backordered | Amount |
|------|-------------|---------|---------------|----------|------|-------------|--------|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum (THIS IS FOR A SERVICE TRIP PERFORMED BY DUSTIN HARRIS ON 5/3/07) | | | 8 | 75.00 | 0 | 600.00 |
| Expenses | Expenses | | | 1 | 75.00 | 0 | 75.00 |

Terms are net 30,credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| Total | $675.00 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $675.00 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

**Web Site**

www.montgomerytechnology.com



**Simple, Reliable & Cost Effective Technology.**

8 HR. MINIUM FOR SERVICE TRIP 680.00.

Phone: (334) 382-7441      Fax: (334) 382-9793      800 East Commerce Street      Greenville, Alabama 36037

*Reg # 94607*

**STATE OF ALABAMA**

DOC 149A
(REV 1/18/90)

**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ENGINEERING SUPPLIES**

PRIORITY CODE [ ]

FROM : *'CF Mlint Dept*    DATE : *5/3/07*

ORGANIZATIONAL ACCOUNT    *Dora*
*Montgomery Techn - Dir. 1-800-392-8292*

| NO. | QRN | DESCRIPTION | UNIT OF ISSUE | QUANTITY |
|-----|-----|-------------|---------------|----------|
| 1. | | *8 hr. Min - Trouble Shoot -* | | |
| 2. | | *for Repairs - Mileage & Hrly Rate -* | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | *$1680.00* |
| 15. | | | | |

MARK FOR : *Mental Health Elec - Control Panel -*

PREPARED BY : *Mallory*    DATE : *5/3/07*

APPROVED BY : *Powell*    DATE : *5/4/07*

APPROVED BY : _____    DATE : _____

RECEIVED BY : _____    DATE : _____

DEPARTMENT OF CORRECTIONS
REQUISITION PENDING DOCUMENT

===============================================================================

REQUISITION PENDING NUMBER: 0094607         DATE ENTERED: 05/10/2007

===============================================================================

SHIP TO:                                BILL TO:
-------                                 -------

AGENCY:  005M18                         AGENCY:  005A18
NAME:    KILBY CORRECTIONAL FACILITY    NAME:    KILBY CORRECTIONAL FACILITY
ADDRESS: 12201 WARES FERRY ROAD         ADDRESS: POST OFFICE BOX 150
CITY:    MONTGOMERY                     CITY:    MT. MEIGS
STATE:   AL          ZIP: 361170000     STATE:   AL          ZIP: 360570000


CONTACT NAME: HERBERT HOBBS                    CONTACT PHONE: (334) 215-6618


RECOMMENDED VENDOR:
------------------

FEIN:  _____                  PURCHASE METHOD:            EMG
NAME:    MONTGOMERY TECHNOLOGY           PURCHASE AMOUNT:         680.00
ADDRESS: 800 E COMMERCE ST              APPROVAL AUTHORITY:        1006
ADDRESS:                                GRANT NUMBER:
CITY:    GREENVILLE                      PROJECT NUMBER:
STATE    AL          ZIP:  36037        BUDGET YEAR:               2007
                                        CONTRACT NUMBER/LINE:          /


PURCHASE TITLE: ELECTRICAL SYSTEM REPAIR


ACCOUNTING LINE:    01
ORGANIZATION CODE:  562207              FUND CODE:
APPROPRIATION CODE: 633                 ACTIVITY CODE:
OBJECT CODE:        0502                SUB OBJECT CODE:    00
DEPT. INFO. LINE 1:                     DEPT. INFO. LINE 2:
AMOUNT:              680.00             AMOUNT RECEIPTED:        0.00

DEPARTMENT OF CORRECTIONS
REQUISITION PENDING DOCUMENT

====================================================================================

REQUISITION PENDING NUMBER: 0094607          DATE ENTERED: 05/10/2007

====================================================================================

| UNIT COST | QUANTITY | COMMODITY DESCRIPTION | ACT. LINE |
|-----------|----------|------------------------|-----------|
| 680.0000 | 1 | 73099054388LT<br>LABOR TO TROUBLESHOOT CONTROL PANEL | 01 |

# DEPARTMENT OF CORRECTIONS
## MATERIAL RECEIPT

Vendor No.:
Date: 09/04/07
AEPO No.: 29K1700021
Vendor's Name: Montgomery Technology Inc
Vendor's Address: 800 East Commerce St
Greenville, AL 36037

PVQ No.: 7k1f0000083

Purchase Order No.:
Institution or Division: Kilby CF
Date Received:

| Invoice Date | Invoice No. | Description of Commodity or Service | Unit Price | Quantity | Unit | Total |
|---|---|---|---|---|---|---|
| 05/25/2007 | O07-10288 | labor | $75.00 | 8 | hr | $600.00 |
| 05/25/2007 | O07-10288 | Service trip expenses | $75.15 | 1 | ea | $75.15 |
| 05/25/2007 | O07-10273 | labor | $75.00 | 8 | hr | $600.00 |
| 05/25/2007 | O07-10273 | Service trip expenses | $75.15 | 1 | ea | $75.15 |
| 05/25/2007 | O07-10287 | Replacement parts | $902.00 | 1 | ea | $902.00 |
| 06/08/2007 | P07-10839 | Entercon Dta Driver | $80.00 | 9 | ea | $720.00 |
| 06/08/2007 | P07-10839 | Entercon Dta Relay | $64.00 | 4 | ea | $266.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $3,228.30 |

I hereby certify that the article(s) and/or service(s) listed on this document and/or the attached invoice(s) have been received in undamaged condition, are the kind and quantity ordered, are not excessive, will be used exclusively in conducting official state business, that all requisite approvals were obtained, that pertinent purchasing policy and procedures were followed, and this account is correct, due, and unpaid.

_____
Signature

Case 2:07-cv-00266-WKW-WC    Document 66-2    Filed 10/09/2007    Page 73 of 108

```
FUNCTION:         DOCID: PVQ KL1 7KL10000083    09/04/07 02:00:58 PM
  STATUS: PEND1      BATID:         ORG:     001-001 OF 004
H-            QUICK PAYMENT VOUCHER INPUT FORM
  DATE:       ACCT PRD:      BFY:     ACT: E
VENDOR CODE:                      SCH PAY DATE:
    NAME: MONTGOMERY TECHNOLOGY       OFF LIAB ACCT:
  ADDRESS: 800 E COMMERCE ST       DOCUMENT TOTAL:      3,228.30
              CALC DOC TOTAL:     3,228.30
       GREENVILLE    AL 36037      FA IND:
EFT IND: N APPLICATION TYPE:   SINGLE CHECK FLAG: Y  CHECK CATEGORY: PO
LN         COM
NO REF CD/NUMBER/LN    LN VI NUMBER/LN   DESCRIPTION
-- -- --------------- ----- --- --------------- ---------------------------
FUND AGCY ORG/SUB APPR UNIT ACTV FUNC OBJ/SUB REV/SUB  JOB NO  RCAT BS ACCT
---- ---- ------- --------- ---- ---- ------- ------- -------- ---- -------
DISC TYPE LINE AMOUNT  I/D P/F  QUANTITY  I/D
--------- ------------- --- --- ----------- ---
01- 01 PO AEKL1700021   01    O07-10288      REPAIR GATES LIGHTS DOORS M
  0101 005 5622 07 0101633  0369     0500 02
          675.15


H--*S401-READY FOR APPROVAL 1
```

FUNCTION:           DOCID: PVQ  KL1  7KL10000083    09/04/07 02:01:32 PM
 STATUS: PEND1         BATID:            ORG:      002-002 OF 004
H-                QUICK PAYMENT VOUCHER INPUT FORM
  DATE:         ACCT PRD: ___  BFY:     ACT: E
  VENDOR CODE:(                           SCH PAY DATE:
    NAME: MONTGOMERY TECHNOLOGY       OFF LIAB ACCT:
   ADDRESS: 800 E COMMERCE ST            DOCUMENT TOTAL:      3,228.30
                          CALC DOC TOTAL:     3,228.30
       GREENVILLE       AL 36037       FA IND:
  EFT IND: N APPLICATION TYPE:   SINGLE CHECK FLAG: Y  CHECK CATEGORY: PO
  LN            COM
  NO REF CD/NUMBER/LN    LN VI NUMBER/LN   DESCRIPTION
-- -- ----------------- ---- --- ---------------- ---------------------------
  FUND AGCY ORG/SUB APPR UNIT ACTV FUNC OBJ/SUB REV/SUB  JOB NO  RCAT BS ACCT
---- ---- ------- --------- ---- ---- ------- ------- -------- ---- -------
  DISC TYPE  LINE AMOUNT  I/D P/F  QUANTITY  I/D
--------- --------------- --- --- ------------- ---
01- 02 PO AEKL1700021   01    O07-10273     REPAIR GATES LIGHTS DOORS M
   0101 005  5622 07 0101633   0369    0500 02
           675.15


H--*S401-READY FOR APPROVAL 1

```
FUNCTION:         DOCID: PVQ  KL1  7KL10000083    09/04/07 02:01:36 PM
  STATUS: PEND1       BATID:        ORG:       003-003 OF 004
H-              QUICK PAYMENT VOUCHER INPUT FORM
  DATE:        ACCT PRD:        BFY:    ACT: E
  VENDOR CODE:                         SCH PAY DATE:
     NAME: MONTGOMERY TECHNOLOGY        OFF LIAB ACCT:
   ADDRESS: 800 E COMMERCE ST        DOCUMENT TOTAL:      3,228.30
                    CALC DOC TOTAL:     3,228.30
        GREENVILLE    AL 36037      FA IND:
  EFT IND: N APPLICATION TYPE:   SINGLE CHECK FLAG: Y  CHECK CATEGORY: PO
  LN           COM
  NO REF CD/NUMBER/LN    LN VI NUMBER/LN   DESCRIPTION
  -- ----------------- --- --------------- ----- -----------------
  FUND AGCY ORG/SUB APPR UNIT ACTV FUNC OBJ/SUB REV/SUB  JOB NO  RCAT BS ACCT
  ---- ---- -------- --------- ---- ---- ------- ------- ------- ---- -------
  DISC TYPE  LINE AMOUN    I/D P/F  QUANTITY  I/D
  -------- -------------- --- --- ----- ----- ---
  01- 03 PO AEKL1700021    01    O07-10287    REPAIR GATES LIGHTS DOORS M
    0101 005  5622 07 0101633   0369    0500 02
            902.00
```

H--*S401-READY FOR APPROVAL 1

Case 2:07-cv-00266-WKW-WC     Document 66-2     Filed 10/09/2007     Page 76 of 108

```
FUNCTION:          DOCID: PVQ KL1 7KL10000083     09/04/07 02:01:39 PM
  STATUS: PEND1      BATID:        ORG:       004-004 OF 004
H-              QUICK PAYMENT VOUCHER INPUT FORM
  DATE:       ACCT PRD:      BFY:     ACT: E
  VENDOR CODE:                            SCH PAY DATE:
    NAME: MONTGOMERY TECHNOLOGY          OFF LIAB ACCT:
    ADDRESS: 800 E COMMERCE ST          DOCUMENT TOTAL:     3,228.30
                          CALC DOC TOTAL:     3,228.30
        GREENVILLE     AL 36037       FA IND:
EFT IND: N APPLICATION TYPE:   SINGLE CHECK FLAG: Y  CHECK CATEGORY: PO
LN          COM
NO REF CD/NUMBER/LN    LN VI NUMBER/LN   DESCRIPTION
-- -------------------- --- ---------------- ---------------------------
FUND AGCY ORG/SUB APPR UNIT ACTV FUNC OBJ/SUB REV/SUB  JOB NO  RCAT BS ACCT
---- ---- -------- --------- ---- ---- ------- ------- -------- ---- -------
DISC TYPE  LINE AMOUNT  I/D P/F   QUANTITY   I/D
--------- -------------- --- --- ------------ ---
01- 04 PO AEKL1700021   01   P07-10839     REPAIR GATES LIGHTS DOORS M
  0101 005 5622 07 0101633  0369     0500 02
          976.00


H--*S401-READY FOR APPROVAL 1
```



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | O07-10288 |

| Bill To | Ship To |
|---------|---------|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 | Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

## CREDIT HOLD

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| na | | Net 30 | Kilby |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum. Labor service trip performed on 5/24 by Dustin Harris | | | 8 | 75.00 | | 600.00 |
| Expenses | EXPENSES DURING SERVICE TRIP | | | | | | 75.15 |

**PAST DUE**

| | |
|---|---|
| **Total** | $675.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $675.15 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | O97-10273 |

| Bill To | Ship To |
|---------|---------|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 | Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

CREDIT HOLD

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| NA | 94721 | Net 30 | KILBY PRISON |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum (THIS IS FOR A SERVICE TRIP PERFORMED BY DUSTIN HARRIS ON 5/15/07) | | | 8 | 75.00 | | 600.00 |
| Expenses | EXPENSES DURING SERVICE TRIP | | | 1 | 75.15 | | 75.15 |

PAST DUE

Terms are net 30,credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| Total | $675.15 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $675.15 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | O07-10287 |

| Bill To | Ship To |
|---------|---------|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 | Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

## CREDIT HOLD

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| NA | | Net 30 | Kilby |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| Parts | Replacement parts, as needed during service trip performed on  5/24 by Dustin Harris (2-81050 @$502.00 & 5-81054 @$400.00) | | | 1 | 902.00 | | 902.00 |

## PAST DUE

| | |
|---|---|
| **Total** | $902.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $902.00 |

Terms are net 30,credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|---|---|
| 6/8/2007 | P07-10839 |

| Bill To |
|---|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 |

| Ship To |
|---|
| Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

| S.O. No. | P.O. No. | Terms | Other |
|---|---|---|---|
| P07-10839 | 95443 | Net 30 | KILBY |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|---|---|---|---|---|---|---|---|
| 81054 | Entercon Data Driver (Single) | 9 | 0 | 9 | 80.00 | 0 | 720.00 |
| 932R120 | ENERCON DATA RELAY 120 V | 4 | 0 | 4 | 64.00 | 0 | 256.00 |
| | (These are $86.00 each but we quoted the customer $64.00 each) | | | | | | |
| SHIPPING | SHIPPING | | | 1 | 20.00 | 0 | 20.00 |

Terms are net 30,credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| Total | $996.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $996.00 |

| Phone # | Fax # |
|---|---|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|---|
| www.montgomerytechnology.com |

N-114

# STATE OF ALABAMA

Department _____ **Corrections** _____

Division _____ **Kilby CF** _____

## INVOICE CORRECTION NOTICE

Gentlemen:

Your Invoice No. __**P07-10839**__ dated __**6/8/2007**__ for __**$996.00**__

Has been corrected to read ------------------------------------------ **$976.00**

Difference (Debit or Credit) ------------------------------------------ **$ 20.00**

This correction issued on account of: **Quote included shipping chgs.**

STATE OF ALABAMA

BY _Herbert Nobl_ _____

PHONE AUTHORIZATION

DATE: 06/15/07          SNAP REQ NO. 1370039      AGENCY REQ NO. 0095443

REQUESTED BY  BETH BURNETT

DEPARTMENT/DIVISION  DEPARTMENT OF CORRECTIONS          AGENCY NO. 005000

VENDOR NO.              NAME MONTGOMERY TECHNOLOGY          CITY GREENVILLE

| QUANTITY | UNIT | DESCRIPTION/JUSTIFICATION | UNIT PRICE |
|----------|------|---------------------------|------------|
| 1.000 | LT | 285-95-013237 | 3228.30000 |
| | | ELECTRICAL ITEMS REPLACE IN CONTROL PANEL AT KILBY CORR CONTROL PANEL FOR MENTAL HEALTH GATES / DOORS AND PANELS NEEDED TO BE ASAP  - SECURITY RISK ONLY QUOTE | |

REQUISITION LINE TOTAL:          $3,228.30

**** LAST ITEM ****

TOTAL
AUTHORIZED          $3,228.30

*Roger McKean*

PURCHASING APPROVAL          AUTHORIZED DEPARTMENT SIGNATURE

NOTE:  IF THE VALUE OF THIS PHONE AUTHORIZATION IS MORE THAN $5000,
THE VENDOR MUST SUBMIT A DISCLOSURE FORM AS REQUIRED BY ACT 2001-955.
THIS FORM CAN BE ACCESSED, ALONG WITH INSTRUCTIONS, FROM THE ATTORNEY
GENERAL'S WEBSITE WWW.AGO.STATE.AL.US/AG_ITEMS.CFM.  DO NOT SUBMIT
THIS FORM TO THE DIVISION OF PURCHASING.  SUBMIT THE FORM TO THE 3
LOCATIONS AS DESCRIBED IN THE ATTORNEY GENERAL'S INSTRUCTIONS.

** ATTACH MATERIAL RECEIPT **

FUNCTION:          DOCID: PO  KL1  AEKL1700021    07/19/07 05:07:50 PM
 STATUS: REJCT      BATID:          ORG:     001-001 OF 001
H-              PURCHASE ORDER INPUT FORM

  PO DATE:       ACCTG PRD:     BUDGET FY:
   ACTION: E    ORDER TYPE:          COMMENTS:
   VENDOR:              NAME: MONTGOMERY TECHNOLOGY
  INT IND:    SELLER FUND:      SELLER AGENCY:
      CALCULATED DOC TOTAL:    3,228.30  DOC TOTAL:    3,228.30
  LN    REF RQ                         JOB
  NO    NUMBER     FUND AGCY ORG/SUB APPR UNIT ACTV FUNC OBJ/SUB NUMBER
  -- --------------- ---- ---- ------- --------- ---- ---- ------- ----

   TEXT RPT CAT  UNITS       DESCRIPTION        AMOUNT    I/D
   --- ------- -------  ------------------------  --------------- ---

01- 01        0101 005 5622 07 0101633  0369     0500 02
              REPAIR GATES LIGHTS DOORS MH        3,228.30
02-

03-


A--*HP03-DOCUMENT ERRORS DETECTED     01-A492E-INCREASE > UNOBLG EXP BUD

**Hobbs, Herbert (DOC)**

| | |
|---|---|
| **From:** | Hobbs, Herbert (DOC) |
| **Sent:** | Tuesday, June 12, 2007 3:04 PM |
| **To:** | Burnett, Beth (DOC) |
| **Subject:** | Phone Authorization 95443 |

**From:** Lovelace, Greg (DOC)
**Sent:** Tuesday, June 12, 2007 12:30 PM
**To:** Lee, Rachel (DOC); Hobbs, Herbert (DOC)
**Cc:** Hamm, Janice; Bohannon, Susan (DOC)
**Subject:** RE: Budget Expenditure

Approved
06-12-07
G.Lovelace

**From:** Lee, Rachel (DOC)
**Sent:** Tuesday, June 12, 2007 12:27 PM
**To:** Lovelace, Greg (DOC)
**Subject:** FW: Budget Expenditure

Recommend approval of increased amount.

*Rachel Lee*
Associate Commissioner

**From:** Hobbs, Herbert (DOC)
**Sent:** Tuesday, June 12, 2007 11:07 AM
**To:** Lee, Rachel (DOC)
**Subject:** FW: Budget Expenditure

After submission of this we received another change from MTI. The total to complete repair is now $3,228.30.
Please approve the new amount.

**From:** Lovelace, Greg (DOC)
**Sent:** Monday, June 11, 2007 11:45 AM
**To:** Lee, Rachel (DOC); Hobbs, Herbert (DOC)
**Cc:** Hamm, Janice; Bohannon, Susan (DOC)
**Subject:** RE: Budget Expenditure

Approved
06-11-07
G.Lovelace

06/12/2007

**From:** Lee, Rachel (DOC)
**Sent:** Wednesday, June 06, 2007 7:25 AM
**To:** Lovelace, Greg (DOC)
**Cc:** Hamm, Janice
**Subject:** FW: Budget Expenditure

Recommend approval from budgeted funds provided all State bid laws and all DOC policies are followed.

*Rachel Lee*
Associate Commissioner

---

**From:** Hobbs, Herbert (DOC)
**Sent:** Tuesday, June 05, 2007 2:55 PM
**To:** Lee, Rachel (DOC); Hamm, Janice
**Cc:** Holt, Arnold (DOC); Rowell, Willie (DOC)
**Subject:** Budget Expenditure

After replacing a large part of the panels with boards etc for our Mental Health gates, doors, panels, etc MTI has advised us that we need to replace some contacts. Their price for these will be $2548.30. MTI is a sole source vendor. Please approve this from budgeted funds.

06/12/2007



**Montgomery Technology, Inc.**
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | O07-10273 |

*REVISED*

| Bill To | Ship To |
|---------|---------|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 | Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| NA | 94721 | Net 30 | KILBY PRISON |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum (THIS IS FOR TWO SERVICE TRIPS PERFORMED BY DUSTIN HARRIS ON 5/15 AND 5/24) | | | 16 | 75.00 | 0 | 1,200.00 |
| Expenses | EXPENSES DURING SERVICE TRIP | | | 1 | 150.30 | 0 | 150.30 |
| Parts | Replacement parts, as needed during service trip (2-81050 @502.00 & 5-81054 @400.00) | | | 1 | 902.00 | 0 | 902.00 |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |

*REVISED TO REMOVE COST FOR 3·81114 WHICH HAD ALREADY BEEN INVOICED AS A PARTS ORDER ON INVOICE #PO7-10803 FOR $1890.00.*

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| | |
|---|---|
| **Total** | $2,252.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,252.30 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |



Company name: MONTGOMERY TECHNOLOGY

Mailing address: 800 EAST COMMERCE STREET

Phone: (334) 382-7441

Fax:: (334) 382-9793

## FACSIMILE TRANSMITTAL SHEET

TO: **Talley**

FAX NUMBER: **215-6705**

COMPANY:

PHONE NUMBER:

RE: **Estimate**

FROM: **Dustin**

DATE: **6/13/07**

TOTAL NO. OF PAGES: **(1)**

SENDER'S REFERENCE NUMBER:

YOUR REFERENCE NUMBER:

☐ URGENT  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY

NOTES/COMMENTS:

Talley,

This will be a 4hr. minium.

@ 75.00 an hr.

*This could take longer.

FreeFaxCoverSheets.net



<table>
<tr><td>ARNOLD HOLT<br>WARDEN III</td><td>KILBY CORRECTIONAL FACILITY<br>POST OFFICE BOX 150<br>MT. MEIGS, AL 36057</td><td>334-215-6600<br>FAX-215-0630</td></tr>
</table>

TO:_dUSTIN_____    DATE:__June 13, 2007_____

FROM:_ Herbert Hobbs

PAGE 1 OF  2                              (334) 382-9793

If there is a problem with this fax, please call (334) 215-6618.

REMARKS:





*State of Alabama*

*Alabama Department of Corrections*

**Kilby Correctional Facility**
P O Box 150
Mount Meigs, Alabama 36057

**BOB RILEY**
GOVERNOR

**RICHARD F ALLEN**
COMMISSIONER

June 13, 2007

## MEMORANDUM

To:    Montgomery Technology, Inc.

From:  Herbert Hobbs, Business Manager *Herbert Hobbs*

Subject: Kilby Mental Health Light & Door Control Repairs

This is your authorization for a service call to repair the above subject equipment at Kilby CF. The charge we agree to will be $75.00 per hour of onsite work. We will expect the repairs to be completed at the point you depart Kilby and all Mental Health area lights and door controls working to Mr Talley's satisfaction. Your PO # for this repair is 07-88442. We will also need a total charge for this trip within 12 hrs. This area is a segregated area and is to be considered an emergency. Therefore, these repairs should be completed immediately.

TRANSMISSION VERIFICATION REPORT

TIME : 06/13/2007 11:48

| | |
|---|---|
| DATE,TIME | 06/13 11:47 |
| FAX NO./NAME | 2156705 |
| DURATION | 00:00:25 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

TRANSMISSION VERIFICATION REPORT

TIME : 06/13/2007 11:04

| | |
|---|---|
| DATE,TIME | 06/13 11:03 |
| FAX NO./NAME | 13343829793 |
| DURATION | 00:00:40 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



Montgomery Technology, Inc.

800 East Commerce Street
Greenville, Alabama 36037

# Packing Slip

| Date | S.O. No. |
|------|----------|
| 6/8/2007 | P07-10839 |

| Ship To |
|---------|
| Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

| P.O. No. | S.O. Entered | Ship Via | FOB | Project | Other |
|----------|--------------|----------|-----|---------|-------|
| 95443 | 5/25/2007 | GROUND | Our Dock | | KILBY |

| Item | Description | Shipped | Ordered | To Pick |
|------|-------------|---------|---------|---------|
| 81054 | Entercon Data Driver (Single) | | 9 | 9 |
| 932R120 | ENERCON DATA RELAY 120 V (These are $86.00 each but we quoted the customer $64.00 each) | | 4 | 4 |
| Fed-Ex 3 day | | | 1 | 0 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

*P4 # 95443*

DOC 149A
(REV 1/18/90)

**STATE OF ALABAMA**

**DEPARTMENT OF CORRECTIONS**

## REQUEST FOR ENGINEERING SUPPLIES

FROM : _KCF Maint Dept._    DATE : _6/8/07_

PRIORITY CODE [          ]

ORGANIZATIONAL ACCOUNT _____

_Montgomery Tech - Inc. 1-800-392-8292 Dou_

| NO. | CRN | DESCRITION | UNIT OF ISSUE | QUANTITY |
|-----|-----|------------|---------------|----------|
| 1.  |     | 7 ea. Data Relays |  |  |
| 2.  |     | 4 ea. Intercom 81054 Relays |  |  |
| 3.  |     |  |  |  |
| 4.  |     |  |  |  |
| 5.  |     |  |  |  |
| 6.  |     |  |  |  |
| 7.  |     |  |  |  |
| 8.  |     |  |  |  |
| 9.  |     |  |  |  |
| 10. |     |  |  |  |
| 11. |     |  |  |  |
| 12. |     |  |  |  |
| 13. |     |  |  |  |
| 14. |     |  |  |  |
| 15. |     |  | $976 00 |  |

MARK FOR : _Mental Health Panel —_

PREPARED BY : _Z. Gulley_    DATE : _6/8/07_

APPROVED BY : _____    DATE : _____

APPROVED BY : _____    DATE : _____

RECEIVED BY : _____    DATE : _____

Montgomery Technology, Inc.

800 East Commerce Street
Greenville, Alabama  36037

ISO9001 CERTIFIED

95443

# Sales Order

| Date | S.O. No. |
|------|----------|
| 5/25/2007 | P07-10839 |

**Name / Address**

Kilby Prison
P.O. Box 150
Mt. Meigs, AL 36037

**Ship To**

Kilby Prison
12201 Wares Ferry Road
Montgomery, AL 36117

| P.O. No. | Terms | Rep | Ship Via | FOB | Other |
|----------|-------|-----|----------|-----|-------|
| 94721 | Net 30 | CRF | GROUND | Our Dock | KILBY |

| Item | Description | Ordered | Rate | Amount |
|------|-------------|---------|------|--------|
| 81054 | Entercon Data Driver (Single) | 9 | 80.00 | 720.00 |
| 932R120 | ENERCON DATA RELAY 120 V (These are $86.00 each but we quoted the customer $64.00 each) | 4 | 64.00 | 256.00 |

| | Total | $976.00 |
|---|-------|---------|

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over
30 days

95443



**Montgomery Technology, Inc.**
800 East Commerce Street
Greenville, Alabama   36037



# Invoice

| Date | Invoice # |
|---|---|
| 5/25/200? | 007 19273 |

**Bill To**

Kilby Prison
P O Box 150
Mt. Meigs, AL 36037

**Ship To**

Kilby Prison
1 201 Wares Ferry Road
Montgomery, AL 36117

| S.O. No. | P.O. No. | Terms | Other |
|---|---|---|---|
| NA | 94721 | Net 30 | KILBY PRISON |

| Item | Description | Ordered | Prev. Invoi... | Invoi... | Rate | Backordered | Amount |
|---|---|---|---|---|---|---|---|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum (THIS IS FOR A SERVICE TRIP PERFORMED BY DUSTIN HARRIS ON 5/15/07) | | | 8 | 75.00 | 0 | 600.00 |
| Expenses | EXPENSES DURING SERVICE TRIP | | | 1 | 75.15 | 0 0 0 0 0 0 | 75.15 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| | |
|---|---|
| **Total** | $675.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $675.15 |

| Phone # | Fax # |
|---|---|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|---|
| www.montgomerytechnology.com |

95443



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | O07-10288 |

**Bill To**

Kilby Prison
P.O. Box 150
Mt. Meigs, AL 36037

**Ship To**

Kilby Prison
12201 Wares Ferry Road
Montgomery, AL 36117

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| ns |  | Net 30 | Kilby |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum. Labor service trip performed on 5/24 by Dustin Harris |  |  | 8 | 75.00 | 0 | 600.00 |
| Expenses | EXPENSES DURING SERVICE TRIP |  |  | 1 | 75.15 | 0 | 75.15 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| Total | $675.15 |
|-------|---------|
| **Payments/Credits** | 50.00 |
| **Balance Due** | $675.15 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |



95443



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama  36037

ISO 9001 CERTIFIED

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | U07-10287 |

| Bill To | Ship To |
|---------|---------|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 | Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| NA | | Net 30 | Kilby |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| Parts | Replacement parts, as needed during service trip performed on 5/24 by Dustin Harris (2-81050 @$502.00 & 5-81054 @$400.00) | | | 1 | 902.00 | 0 | 902.00 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| | |
|-|-|
| **Total** | $902.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $902.00 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |



**KILBY CORRECTIONAL FACILITY**
**POST OFFICE BOX 150**
**MT. MEIGS, AL 36057**

ARNOLD HOLT
WARDEN III

334-215-6600
FAX-215-0630

TO:_Beth Burnett_____    DATE:_June 12, 2007_____

FROM:_ Herbert Hobbs

PAGE 1 OF  5                              567-1561

If there is a problem with this fax, please call (334) 215-6618.

REMARKS:



**KILBY CORRECTIONAL FACILITY**
**POST OFFICE BOX 150**
**MT. MEIGS, AL 36057**

\RNOLD HOLT
WARDEN III

334-215-6600
FAX-215-0630

TO:_Beth Burnett_____    DATE:_June 12, 2007_____

FROM:_ Herbert Hobbs

PAGE 1 OF  5                              567-1561

If there is a problem with this fax, please call (334) 215-6618.

REMARKS:

TRANSMISSION VERIFICATION REPORT

TIME : 06/12/2007 15:11

| | |
|---|---|
| DATE,TIME | 06/12 15:09 |
| FAX NO./NAME | 5671561 |
| DURATION | 00:01:39 |
| PAGE(S) | 05 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

TRANSMISSION VERIFICATION REPORT

TIME : 06/12/2007 15:11

| | |
|---|---|
| DATE,TIME | 06/12 15:09 |
| FAX NO./NAME | 5671561 |
| DURATION | 00:01:39 |
| PAGE(S) | 05 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | O07-10273 |

| Bill To |
|---------|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 |

| Ship To |
|---------|
| Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| NA | 94721 | Net 30 | KILBY PRISON |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum (THIS IS FOR TWO SERVICE TRIPS PERFORMED BY DUSTIN HARRIS ON 5/15 AND 5/24) | | | 16 | 75.00 | 0 | 1,200.00 |
| Expenses | EXPENSES DURING SERVICE TRIP | | | 1 | 150.30 | 0 | 150.30 |
| Parts | Replacement parts, as needed during service trip (2-81050 @$502.00, 3-81114 @$1890.00 & 5-81054 @$400.00) | | | 1 | 2,792.00 | 0 | 2,792.00 |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |

| | |
|---|---|
| **Total** | $4,142.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,142.30 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |

215-6705



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | O07-10273 |

**Bill To**

Kilby Prison
P.O. Box 150
Mt. Meigs, AL 36037

**Ship To**

Kilby Prison
12201 Wares Ferry Road
Montgomery, AL 36117

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| NA | 94721 | Net 30 | KILBY PRISON |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum (THIS IS FOR TWO SERVICE TRIPS PERFORMED BY DUSTIN HARRIS ON 5/15 AND 5/24) EXPENSES DURING SERVICE TRIP | | | 16 | 75.00 | 0 | 1,200.00 |
| Expenses Parts | Replacement parts, as needed during service trip (2-81050 @$502.00, 3-81114 @$1890.00 & 5-81054 @400.00) | | | 1 | 150.30 | 0 | 150.30 |
| | | | | 1 | 2,792.00 | 0 | 2,792.00 |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |

Terms are net 30 credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| | |
|---|---|
| **Total** | $4,142.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,142.30 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

**Web Site**

www.montgomerytechnology.com



Montgomery Technology, Inc.

800 East Commerce Street
Greenville, Alabama  36037

# Sales Order

| Date | S.O. No. |
|------|----------|
| 5/25/2007 | P07-10839 |

**Name / Address**

Kilby Prison
P.O. Box 150
Mt. Meigs, AL 36037

**Ship To**

Kilby Prison
12201 Wares Ferry Road
Montgomery, AL 36117

| P.O. No. | Terms | Rep | Ship Via | FOB | Other |
|----------|-------|-----|----------|-----|-------|
| 94721 | Net 30 | CRF | GROUND | Our Dock | KILBY |

| Item | Description | Ordered | Rate | Amount |
|------|-------------|---------|------|--------|
| B1054 | Entercon Data Driver (Single) | 9 | 80.00 | 720.00 |
| 932R120 | ENERCON DATA RELAY 120 V (These are $86.00 each but we quoted the customer $64.00 each) | 4 | 64.00 | 256.00 |

| | **Total** | | | |
|---|---|---|---|---|
| | | | | $976.00 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over
30 days



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | 007 19273 |

**Bill To**

Kilby Prison
P.O. Box 150
Mt. Meigs, AL 36037

**Ship To**

Kilby Prison
1 201 Wares Ferry Road
Montgomery, AL 36117

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| NA | 94721 | Net 30 | KILBY PRISON |

| Item | Description | Ordered | Prev. Invoi... | Invoi... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|----------|------|-------------|--------|
| LABOR | Labor for Service trip @$75 per hour-8 hour minimum (THIS IS FOR A SERVICE TRIP PERFORMED BY DUSTIN HARRIS ON 5/15/07) | | | 8 | 75.00 | 0 | 600.00 |
| Expenses | EXPENSES DURING SERVICE TRIP | | | 1 | 75.15 | 0 | 75.15 |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| | |
|--|--|
| **Total** | $675.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $675.15 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

**Web Site**

www.montgomerytechnology.com



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | O07-10288 |

| Bill To |
|---------|
| Kilby Prison
P.O. Box 150
Mt. Meigs, AL 36037 |

| Ship To |
|---------|
| Kilby Prison
12201 Wares Ferry Road
Montgomery, AL 36117 |

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| na | | Net 30 | Kilby |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| LABOR | Labor for Service trip (@$75 per hour-8 hour minimum. Labor service trip performed on 5/24 by Dustin Harris | | | 8 | 75.00 | 0 | 600.00 |
| Expenses | EXPENSES DURING SERVICE TRIP | | | 1 | 75.15 | 0 | 75.15 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| | |
|---|---|
| **Total** | $675.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $675.15 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |



Montgomery Technology, Inc.
800 East Commerce Street
Greenville, Alabama   36037

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2007 | U07-10287 |

| Bill To |
|---------|
| Kilby Prison<br>P.O. Box 150<br>Mt. Meigs, AL 36037 |

| Ship To |
|---------|
| Kilby Prison<br>12201 Wares Ferry Road<br>Montgomery, AL 36117 |

| S.O. No. | P.O. No. | Terms | Other |
|----------|----------|-------|-------|
| | NA | Net 30 | Kilby |

| Item | Description | Ordered | Prev. Invoi... | Invoic... | Rate | Backordered | Amount |
|------|-------------|---------|----------------|-----------|------|-------------|--------|
| Parts | Replacement parts, as needed during service trip performed on 5/24 by Dustin Harris (2-81050 @$502.00 & 5-81054 @$400.00) | | | 1 | 902.00 | 0 | 902.00 |

Terms are net 30, credit hold at 60. A 2% charge will be applied monthly to all invoices over 30 days

| | |
|--|--|
| **Total** | $902.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $902.00 |

| Phone # | Fax # |
|---------|-------|
| 334-382-7441 | 334-382-9793 |

| Web Site |
|----------|
| www.montgomerytechnology.com |



Company name: MONTGOMERY TECHNOLOGY

Mailing address: 800 EAST COMMERCE STREET

Phone: (334) 382-7441

Fax:: (334) 382-9793

## FACSIMILE TRANSMITTAL SHEET

TO: *HERBERT HOBBS*          FROM: *LARA BROWN*

FAX NUMBER: **334·215·0630**     DATE: *6/8/07*

COMPANY:                    TOTAL NO. OF PAGES:

PHONE NUMBER:               SENDER'S REFERENCE NUMBER:

RE:                         YOUR REFERENCE NUMBER:

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

NOTES/COMMENTS:

FreeFaxCoverSheets.net