IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| OFFICER BARNES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the correctional defendants on October 9, 2007 (Court Doc. No. 66), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the correctional defendants be GRANTED an extension from October 9, 2007 to and including October 19, 2007 to file the investigation, incident and disciplinary reports written against Bruce Lamar Hill at Kilby Correctional Facility from February 14, 2007 until June 22, 2007.

Done this 10th day of October, 2007.

/s/  Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE