IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| OFFICER BARNES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for discovery/request for production of documents filed by the plaintiff on October 24, 2007 (Court Doc. No. 69), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent allowed by this order.

2. On or before November 13, 2007, the correctional defendants shall file a supplement to their special report which addresses (i) whether the plaintiff was housed with mental health inmates during his confinement at the Kilby Correctional Facility from February 16, 2007 until March 13, 2007, and (ii) if housed with such inmates, whether this housing assignment in and of itself violated plaintiff's constitutional rights.

Done this 25th day of October, 2007.

/s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE