IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BRUCE LAMAR HILL #138702,
   PLAINTIFF,

v.

OFFICER BARNES, ET. AL.,
   DEFENDANT(S)

CASE NO. 2:07-CV-266-WKW

CIVIL ACTION

## PLAINTIFF'S MOTION FOR RECONSIDERATION FOR MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER TO DEFENDANTS AND SPECIAL MOTION FOR DISCOVERY/REQUEST FOR PRODUCTION OF DOCUMENTS, F.R.CIV.P. 26(A)(B), 34

COMES NOW PLAINTIFF IN THE ABOVE STYLED CAUSE(S) AND MOVES THIS HONORABLE COURT FOR THE FOLLOWING REASONS:

(1) ACCORDING TO COURTS DOCUMENT #71-1 OF ORDER ON MOTION SECTION -(2)(i)(ii) IN ORDER TO PROVE PRIMA FACIE CASE OF OBJECTIVE COMPONENT AND SUBJECTIVE COMPONENT OF EIGHTH AMENDMENT CONSTITUTIONAL VIOLATIONS BY THE DEFENDANTS; PLAINTIFF ALSO PRIOR TO ORDER REQUESTED DOCUMENT FROM MARCH 13, 2007 TIL JUNE 22, 2007 OF O-BLOCK INMATES THAT WAS HOUSED IN UNITS THAT WERE UNDER MENTAL HEALTH OBSERVATION, PLAINTIFF ASK THIS HONORABLE COURT TO RECONSIDER ORDER AND ORDER DEFENDANTS TO SEND THOSE DOCUMENTS REQUESTED ALSO.

(2) YOUR HONOR ON THE INITIAL MOTION DOCUMENT OF COURT NO. 69 NO PARTIES WILL BE DELAYED THROUGH THIS MOTION OF EXTENSION OF TIME THIRTY (30) DAYS OF RESPOND TO THIS MOTION AND WITH GOOD CAUSE PLAINTIFF REQUEST COURT RECONSIDER MOTION FILED OCTOBER 24, 2007 TO ASCERTAIN PLAINTIFF(S) INITIAL REQUEST OF DATES TO ESTABLISH PRIMA FACIE CASE OF FEB. 16, 2007 TIL MARCH 13, 2007 L-BLOCK AND MARCH 13, 2007 TIL JUNE 22, 2007 O-BLOCK.

DATED: OCTOBER 30, 2007.    RESPECTFULLY SUBMITTED,
    MR. [signature]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE FOREGOING HAVE BEEN PLACED IN U.S. MAIL ON OCTOBER 30, 2007 POSTAGE PRE PAID AND SERVED ON THE FOLLOWING:

| C/O: HON. CLERK<br>MIDDLE DISTRICT COURT<br>U.S. OF ALABAMA<br>P.O. BOX 711<br>MONTGOMERY, AL.<br>36101-0711, | STATE OF ALABAMA<br>ATTORNEY GENERAL OFFICE<br>11 SOUTH UNION STREET<br>MONTGOMERY, AL.<br>36130-0152 | HON. PAUL M. JAMES, JR.<br>ATTORNEY AT LAW<br>184 COMMERCE STREET<br>P.O. BOX 270<br>MONTGOMERY, AL.<br>36101-0270. |

RESPECTFULLY SUBMITTED,
MR. [signature] Pro Se
MR. BRUCE LAMAR HILL, PLAINTIFF
#138707 (K-48)
3700 HOLMAN UNIT
ATMORE, ALABAMA
36503

-2-