IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| OFFICER BARNES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on November 5, 2007 (Court Doc. No. 72), and for good cause, it is

ORDERED that:

1. The motion for reconsideration be and is hereby GRANTED to the extent the plaintiff seeks information regarding his confinement with mental health inmates at the Kilby Correctional Facility.

2. On or before November 21, 2007, the correctional defendants shall file a supplement to their special report which addresses (i) whether the plaintiff was housed with mental health inmates during his confinement at the Kilby Correctional Facility from February 16, 2007 until June 22, 2007, and (ii) if housed with such inmates, whether this housing assignment in and of itself violated plaintiff's constitutional rights.

3. The motion for reconsideration be and is hereby DENIED in all other respects.

4. The plaintiff be GRANTED an extension from November 28, 2007 to and

including December 10, 2007 to file a response to the defendants's written reports

    Done this 6th day of November, 2007.

                      /s/ Wallace Capel, Jr.
                      WALLACE CAPEL, JR.
                      UNITED STATES MAGISTRATE JUDGE