IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BRUCE LAMAR HILL, #138707,          )
            PLAINTIFF,
                                            JERRY P. HACKETT
                                            U.S. DISTRICT COURT
                                            MIDDLE DISTRICT ALA
V,                                  )   CASE NO: 2:07-CV-266-WKW
OFFICER BARNES, ET AL,
            DEFENDANTS.              )

## MOTION FOR MANDATORY INJUNCTION

COMES NOW PLAINTIFF IN THE ABOVE STYLED CAUSE
AND MOVES THIS HONORABLE COURT FOR THE FOLLOWING
REASONS:

(1) PLAINTIFF REQUEST A MANDATORY INJUNCTION ORDER,
ORDERING THAT WARDEN GRANT CULLIVER III AND
CAPTAIN WALTER BISHOP SEGREGATION UNIT COMMANDER
LOCATED AT HOLMAN CORRECTIONAL FACILITY 3700 HOLMAN
UNIT ATMORE, ALABAMA 36503, HAVE THEM TO GIVE
BACK THE EXHIBIT-A DOCUMENTS THAT WERE TAKEN
THAT WILL ALSO SUBSTANTIATE THE SUBJECTIVE COM-
PONENT THAT NOT ONLY WAS DEFENDANTS AWARE OF
THE DEPLORABLE MAINTANENCE CONDITIONS AT KILBY
CORRECTIONAL FACILITY BUT THE COMMISSIONER OF
ALABAMA DEPARTMENT OF CORRECTIONS RICHARD ALLEN
WAS AWARE ALSO BUT HIS MAIN CONCERN WAS
HIRING OFFICERS PRIMARILY AND PRISON LIVING
CONDITIONS SECONDARILY WHEN THE FINANCES ARE

AVAILABLE, WHICH VIOLATES EIGHTH AMENDMENT CLAIM OF DELIBERATE INDIFFERENCE AND THEY TOOK THE DOCUMENT IN HOPES OF PREVENTING ME FROM PROVING MY CLAIM, THE DOCUMENTS WERE TAKEN FROM MY CURRENT SUIT.

(2) DURING THE CELL SEARCH A CAMERA CREW FROM MSNBC FROM LOS ANGELES, CALIFORNIA WAS FILMING A DOCUMENTARY OF WHICH I SIGNED A 'RELEASE FORM' TO PART TAKE IN DOCUMENTARY WITH AN ORAL AGREEMENT WITH DIRECTOR SUSAN OF THE DOCUMENTARY OF MSNBC STUDIO'S SUSAN AGREED TO ALLOW ME TO HAVE A COPY OF DOCUMENTARY OF CAPT. BISHOP ORDERING COI SHUFFORD TO TAKE LEGAL DOCUMENTS FROM MY LEGAL WORK OF LITIGATION OF THIS CASE EXHIBIT-A AND THE CONVERSATION OF WHICH CAPT. BISHOP SHOWED VERBALLY NO RESPECT FOR THE LAW NOR THIS HONORABLE COURT, THE REASON SUSAN AGREED TO ALLOW ME A COPY OF THE TAPE. OF DOCUMENTARY OF NOVEMBER 1ST, 2007 AT APPRX. 9:30 AM SUSAN STATED SHE WOULD HAVE CAPT. CRAFT GIVE ME THE ADDRESS TO HER OFFICE AND PHONE # OF WHERE I COULD CONTACT HER AND OBTAIN A COPY OF DOCUMENTARY AND WHEN I

ASKED CAPT. CRAFT FOR THE INFORMATION
SUSAN HAD LEFT FOR ME IN HIS CARE UNDER
THE IMPRESSION HE WOULD GIVE IT TO ME
BUT WHEN I SAW CAPT. CRAFT AND ASKED FOR
THE INFORMATION SUSAN HAD LEFT HE STATED
HE WOULD NOT HELP ME PROVE NOTHING AGAINST
ANOTHER CAPTAIN FOR VIOLATING YOUR RIGHTS
IF I WANT IT GET THE COURTS TO GET IT
FOR YOU SO HERE I AM REQUESTING AN ORDER
FOR A COPY OF THE DOCUMENTARY OF FOR
CAPT. CRAFT TO GIVE ME THE INFORMATION
WHERE I CAN / MAY REACH THE CAMERA
CREW TEAM OF MSNBC OF LOS ANGELES, CALI-
FORNIA MSNBC STUDIO'S AND THE DIRECTOR
SUSAN CAN SUBSTANTIATE THIS VIOLATION OF
THE 1st, 7th AND 14th AMEND. OF U.S. CONST.

DATED: 11/4/07.

RESPECTFULLY SUBMITTED,
Mr. Bruce _____, PRO SE
MR. BRUCE LAMAR HILL, PLAINTIFF
#138707 (K-48)
3700 Holman Unit
ATMORE, ALABAMA 36503

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF FOREGOING HAVE BEEN SERVED ON NOVEMBER 4th, 2007 BY PLACING IN U.S. MAIL POSTAGE PREPAID ON THE FOLLOWING:

TO: HON. CLERK
MIDDLE DIST. OF ALABAMA
U.S. DIST. COURTHOUSE
P.O. BOX 711
MONTGOMERY, AL.
           36101-0711

STATE OF ALABAMA
ATTORNEY GENERAL OFFICE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA
           36130-0152

RESPECTFULLY SUBMITTED
MR. _____, PRO-SE
MR. BRUCE LAMAR HILL, PLAINTIFF
#138707 (K-48)
3700 HOLMAN UNIT
ATMORE, ALABAMA
           36503

-4-

Mr. Bruce L. Hill
#138707 (K-48)
3700 Holman Unit
Atmore, Al.
36503



$ 00.41
NOV 16 2007
MAILED FROM ZIP CODE 36502

C/o: Hon. Clerk
United States District CourtHouse
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama
36101-0711

**LEGAL MAIL ONLY**

EXHIBIT "A"

"COMPLAINT"

Nov. 1, 07

NOV 2 2007

From: Mr. Bruce L. Hill
NCF, #138707, (K-78)     } "URGENT"

To: Warden Culliver

In Re: Capt. Bishop Ordered cor. Shuppard To
Take Civil Suit exhibits To Current
Suit And Legal Supplies, In Violation
of 1st, 7th & 14th amend. of U.S.C.A. Civil Rights.

Please see the note from
Capt. Bishop Warden Culliver,
in the back page. Today During a Cell Search, while
set Camera Crew of MSNBC was Filming the
on carpet Search, Capt. Bishop ordered cor. Shuppard
his for To Take Civil Suit Exhibits From my
used. I Current Civil Suit That I'm litigating
in case Capt. Bishop Has acted with Deliberate
and of Indifference violating The Subjective
stuffed Component of eighth Amendment and
to deny First Amendment Access To Courts and
any any Seventh " Right To File Civil
legal nature Suit Against (ADOC) and Fourteenth
you call Amendment Equal Protection and
Civil will Due Process of Law By Ordering

COI Shuppard to take Civil Exhibit
"of Corrections News letter with state-
ment of Comm. Allen making a Statement
Concerning Deplorable living Conditions
in (ADOC) Prison System Conditions
of Maintenence etc./Security".
⦿ I'm requesting you Order Capt.
Bishop and COI Shuppard To Return
Those exhibits Legal Documents
And Carbon Paper Legal Supplies
That They Took out of Cell.
⦿ I Await your Response A.S.A.P.!

There were 4 pages cut    Respectfully Submitted,
out of Sept, '06 "Corrections    Mr. Bruce L. Hill
News." The pages were    #138707 (K-48)
taken because the Corrections    Holman Corr. Seg. Unit
News is not a publication for inmates. We did not take
carbon paper or other legal supplies.

207 - 2 -