IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0266-WKW |
| ) | |
| OFFICER BARNES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Because the plaintiff's corresponding request for a preliminary injunction has already been considered and denied (Docs. # 36 & 42), it is ORDERED that the plaintiff's motions for temporary restraining orders (Docs. # 22 & 33) are DENIED as MOOT.

DONE this 26th day of November, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE