IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| OFFICER BARNES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the motion for mandatory injunction filed by the plaintiff on November 19, 2007 (Court Doc. No. 74), which the court construes as a motion for court order requiring return of documents, in which the plaintiff seeks return of confiscated evidentiary materials alleged to support his claims for relief, and for good cause, it is

ORDERED that on or before December 10, 2007 the correctional defendants shall show cause why this motion for court order should not be granted.

Done this 27th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE