IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, NORTHERN DIVISION

BRUCE LAMAR HILL,
    PLAINTIFF,

V.                                              CASE No. 2:07-CV-266-WKW-WC

ALABAMA DEPARTMENT OF CORRECTIONS, ET. AL.,
    DEFENDANTS,



PLAINTIFF'S MOTION FOR RECONSIDERATION FOR MOTION TO EXTEND
TIME TO FILE SPECIAL REPORT AND ANSWER TO DEFENDANTS AND
SPECIAL MOTION FOR DISCOVERY/REQUEST FOR PRODUCTION OF DOCUMENTS
FEDERAL RULES OF CIVIL PROCEDURE 26(A), 26(B)(1), 34

COMES NOW PLAINTIFF IN THE ABOVE STYLED CAUSE(S) AND MOVES THIS HONORABLE
COURT FOR THE FOLLOWING REASONS:

(1) ACCORDING TO THE DOCUMENTS SUBMITTED TO THIS HONORABLE COURT
FROM DEFENDANTS SUPPLEMENTAL SPECIAL REPORT DEFENDANTS ADMIT
THAT THEY HAVE HAD MENTAL HEALTH INMATES IN SEGREGATION L-BLOCK AND
O-BLOCK ON OCCASIONALLY FROM COUNTY JAILS THAT CAN NOT BE HOUSED
IN GENERAL POPULATION IN AFFIDAVIT OF W.G. ROWELL WARDEN II
AND ALSO STATES (ADOC) DEFENSE IS INMATE HILL (PLAINTIFF) WAS ALSO
MENTAL HEALTH, BEFORE INMATE HILL (PLAINTIFF) WAS PLACED IN L-BLOCK
OR O-BLOCK PLAINTIFF WAS NOT MENTAL HEALTH PATIENT AFTER THE
HOUSING OF HILL IN EACH OF THESE UNITS OVER A 4 MONTH PERIOD
WITH MENTAL HEALTH INMATES WAS PLAINTIFF FORCED TO SEEK MENTAL
HEALTH AID FOR DEPRIVATION OF SLEEP, EXCESSIVE NOISE, INMATES THROWING
FECES AND URINE ETC. IT WAS NOT UNTIL JUNE 13th, 2007 WAS
PLAINTIFF PLACED ON MENTAL HEALTH MEDICATION - TRAVIL TO HELP ME
ADJUST MY NERVES AND MENTAL STATE AND TO HELP ME SLEEP AND

I'D FILED COMPLAINTS TO AUTHORITIES THAT HOUSING PLAINTIFF IN SUCH UNIT WAS VIOLATING PLAINTIFF'S RIGHTS NOW DEFENDANTS SEEK IMMUNITY, King v. Cuyler, 541 F. Supp. 1230 (1982) (LIABILITY UNDER CIVIL RIGHTS STATUE MAY BE IMPOSED ON AN OFFICIAL WHO KNOWINGLY ACQUIESCES IN THE MISCONDUCT OF OTHERS. (42 U.S.C.A. §1983).

THE DEFENDANTS INTENTIONS IS TO DECEIVE THIS HONORABLE COURT BY NOT PRODUCING THE ORDERED DOCUMENTS, SO PLAINTIFF NOW REQUEST THAT THIS HONORABLE COURT MAKE AN ORDER TO THE MENTAL HEALTH STAFF SUPERVISORS AND ASSOCIATES AT KILBY CORRECTIONAL UNIT TO SUBMIT THEIR FILES OF THE INMATES THAT THEY SCREENED WEEKLY FROM FEB. 16, 2007 TIL JUNE 22, 2007 IN L-BLOCK AND O-BLOCK WHICH WERE BEING TREATED FOR MENTAL HEALTH ISSUES REGULARLY AND TREATED BY MEDICATION AND THAT WAS UNDER SUICIDE OBSERVATION BECAUSE THESE INMATES PER SE WERE NOT COMING FROM COUNTY JAILS BUT WERE BEING BROUGHT TO L/O-BLOCKS FROM GENERAL POPULATION AND FROM A, B, C, D SEGREGATIONS UNITS.

THE ONLY WAY PLAINTIFF CAN PROVE HIS EIGHTH AMENDMENT CLAIM BY OBJECTIVE AND SUBJECTIVE COMPONENTS IS THAT THE REQUIRED REQUESTED DOCUMENTS BE RELEASED FROM MENTAL HEALTH STAFF MEMBER/TEAMS AT KILBY CORRECTIONAL MEDICAL FACILITY THAT WILL PROVE THE DEFENDANTS HAVE ONCE AGAIN COMMITTED PERJURY AND ATTEMPTED TO DECIEVE THIS HONORABLE AND THE SAME PSYCHIATRIST THAT SCREENED PLAINTIFF FOR THE FIRST TIME ON 6/13/07 ACCORDING TO MEDICAL RECORDS WAS SCREENING HIS REGULAR PATIENTS WEEKLY IN L/O-BLOCK ALONG WITH OTHER MENTAL HEALTH STAFF THAT SCREENED THEIR REGULAR INMATES WEEKLY, WITHOUT THESE MENTAL HEALTH DOCUMENTS, AFFIDAVITS AND REPORTS THIS CASE WILL FAIL

-2-

AND THE DEFENDANTS REFUSAL TO COMPLY WITH THIS HONORABLE ORDER TO PRODUCE DOCUMENTS ONLY SHOW THEIR ATTEMPT TO DECIEVE THIS HONORABLE COURT ONCE AGAIN BY PERJURY.

(2) PLAINTIFF DID NOT RECIEVE SUPPLEMENTAL SPECIAL REPORT UNTIL NOVEMBER 26, 2007 OPPOSING TO COURT ORDER OF NOVEMBER 21, 2007 AND NO PARTY WILL BE DELAYED OR HINDERED BY THE EXTENSION OF TIME OF 30 DAYS ORDERING DEFENDANTS MEDICAL UNIT AT KILBY CORRECTIONAL FACILITY MENTAL HEALTH STAFF/TEAM TO PRODUCE REQUESTED DOCUMENTS OF MENTAL HEALTH INMATES TREATED IN L/O-BLOCKS FROM FEB. 16, 2007 TIL JUNE 22, 2007 AND FROM WHICH UNITS THEY WERE TRANSFERED TO THOSE UNITS AND UNDER WHAT SUCH CIRCUMSTANCES (SUICIDAL, ETC.).

DONE THIS NOVEMBER 26, 2007.

Respectfully Submitted
_____, Pro Se
MR. BRUCE LAMAR HILL, PLAINTIFF
#138707 (K-48)
3700 Holman Unit
ATMORE, AL.
36503

-3-

## Certificate of Service

COMES NOW I HEREBY CERTIFY THAT A COPY OF FOREGOING HAVE BEEN PLACED IN MAIL U.S. POSTAGE PRE-PAID ON NOVEMBER 27, 2007 AND SERVED ON THE FOLLOWING PARTIES:

| C/O: HON. CLERK | C/O: ATTY. GEN. OFFICE | HON. PAUL M. JAMES, JR |
| U.S. DIST. COURTHOUSE | STATE OF ALABAMA | ATTY. AT LAW |
| P.O. BOX 711 | 11 SOUTH UNION ST. | 184 COMMERCE STREET |
| MONTGOMERY, AL. | MONTGOMERY, AL. | P.O. BOX 270 |
| 36101-0711 | 36130-0152 | MONTGOMERY, AL. |
| | | 36101-0270 |

Respectfully Submitted,

_____, Pro Se
MR. BRUCE CAMAR HILL, PLAINTIFF
#138707 (K-48)
3700 Holman Unit
ATMORE, ALABAMA
36503

-4-

Mr. Bruce L. Hill
#138707 (K-48)
3700 Holman Unit
Atmore, Al.
36503

MOBILE AL 365
27 NOV 2007PM 2 L

Legal Mail

C/o: Hon. Clerk, U.S. Dist. Court
U.S. Dist. CourtHouse Middle Dist.
P.O. Box 711
Montgomery, Al.
36101-0711