IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL,<br>AIS #138707,<br><br>v.<br><br>OFFICER BARNES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:07-CV-266-WKW<br>)<br>)<br>)<br>) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to submit discovery requests filed by the plaintiff on November 28, 2007 (Court Doc. No. 78), in which the plaintiff seeks production of mental health evaluations of other inmates, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 29th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE