IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW |
| | ) |
| OFFICER BARNES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on November 28, 2007 (Court Doc. No. 78), in which the plaintiff appears to seek reconsideration of the order entered on November 6, 2007 (Court Doc. No. 73), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 29th day of November, 2007.

/s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE