IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, #138707,  ) | |
| ) | |
| ) | |
| v.            ) | CIVIL ACTION NO. 2:07-CV-266-WKW |
| ) | |
| OFFICER BARNES, et al.,     ) | |
| ) | |
| Defendants.     ) | |

**ORDER**

Upon consideration of the motion for court order filed by the plaintiff on November 19, 2007 (Court Doc. No. 74), and in light of the response filed by the defendants on December 7, 2007 (Court Doc. No. 82), it is

ORDERED that this motion be and is hereby DENIED

Done this 10th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE