IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE LAMAR HILL (AIS # 138707),

    Plaintiff,

v.    CASE NO. 2:07-CV-266-WKW

ALABAMA DEPT OF CORRECTIONS, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW PRISON HEALTH SERVICES, INC., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

Date

/s/ PAUL M. JAMES, JR.
(Signature)

Paul M. James, Jr.
(Counsel's Name)

Prison Health Services, Inc.
Counsel for (print names of all parties)

P. O. Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3148
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Paul M. James, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th day of December 2007, to:

Mr. Bruce Lamar Hill (AIS # 138707), Holman Correctional Facility,

3700 Holman Unit, Atmore, AL 36503

Benjamin Howard Albritton, Esq., Office of the Attorney General, Alabama State House

11 Union Street, Montgomery, AL 36130-0152

12/13/2007
Date

/s/ PAUL M. JAMES, JR. (JAM017)
Signature