In the United States District Court for the Middle District of Alabama, Northern Division

Bruce Lamar Hill, 2007 Dec * A 0:28
    Plaintiff,

V.

Officer Barnes, et. al,    Case No: 2:07-CV-266-WKW
    Defendants,
U.S. DISTRICT
MIDDLE DISTRICT AL

*

Motion for Reconsideration for Special Discovery and Request for Production of Documents, F.R.Cv.P. 26(A), 26(B)(1), 34, 26 F.R.Cv.P. 26(F) Motion for Conference of Parties

Comes now the Plaintiff surely a Layman of the Law and moves this Honorable Court in the above styled cause for the following:

1) Plaintiff clearly states for this Honorable in Request for his Discovery is to have a List of Names of the inmates that were housed in L-Block from Feb. 16, 2007 til Mar. 13, 2007 and names of inmates housed in O-Block from Mar. 13, 2007 til June 22nd, 2007 with the Plaintiff. Plaintiff is not requesting the files of any of those inmates because Plaintiff is aware that that would violate doctor, patient privilege and their privacy and Equal Protection and due process of law, Plaintiff need these cell assignment rosters of inmates and officers assigned to each unit each day cause with this information Plaintiff can prove by testimony of inmates and guards the circumstances of situations that took place daily and the condition of inmates during this period, that would substantiate at Conference the objective and subjective component of Eighth Amendment Violations, Plaintiff request courts review case: BRACEWELL V. LOBMILLER, 938 F.Supp. 1571 (M.D. Ala. 1996), Hopefully this Court will now understand my discovery Request because Plaintiff will then if he's interpreted the F.R.Cv.P. properly will then file motions for subpoenas of these (some) witnesses and officers to be at hearing conference to establish some facts and file motion for Request for admissions F.R.Cv.P. 36, I don't have an attorney and I'm doing the best I can towards this Honorable Court, I know this court sees the perjury of some Def. and withhelded documents intentionally to mislead court but due to courts admissions of amended discovery these documents came out at the hands of Warden Culliver, not initial defendants.
                                                        Respectfully submitted,
Done: 12/13/07,
                            Mr. B_____, Pro Per
                            Mr. Bruce Lamar Hill, Plaintiff
                            #138707

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE FOREGOING HAS BEEN SERVED BY PLACING IN U.S. MAIL POSTAGE PRE PAID ON DECEMBER 13, 2007 TO THE FOLLOWING:

C/O: HON. CLERK
U.S. DIST. COURTHOUSE
MIDDLE DIST. ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

C/O: STATE OF ALABAMA
ATTY. GEN. OFFICE
11 SOUTH UNION ST.
MONTGOMERY, ALABAMA
36130-0152

HON. PAUL M. JAMES, JR.,
ATTY. AT LAW
184 COMMERCE STREET
P.O. BOX 270
MONTGOMERY, ALABAMA
36101-0270

AND

RESPECTFULLY SUBMITTED,
MR. _____, PRO PER
MR. BRUCE LAMAR HILL, PLAINTIFF
#138707 (K-48)
3700 HOLMAN UNIT
ATMORE, ALABAMA
36503

mr. Bruce L. Hill
#138707 (K-48)
3700 Holman Unit
Atmore, Al.
            36503



$ 00.41⁰
02 1M
0004251327      DEC 14 2007
MAILED FROM ZIP CODE 36502

c/o: Hon. Clerk, U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama
                    36101-0711

**LEGAL MAIL ONLY**

36101+0711 B007