IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT FOR ALABAMA, NORTHERN DIVISION

BRUCE LAMAR HILL,
  PLAINTIFF,

V.                                                CASE NO: 2:07-CV-266-WKW

OFFICER BARNES, ET. AL.,
  DEFENDANTS,

## MOTION FOR MANDATORY INJUNCTION ORDERING THE WARDEN GRANT CULLIVER TO ALLOW PLAINTIFF ACCESS TO LAW LIBRARY BOOKS TO FILE PROPER MOTIONS AND RESPONSE TO ANSWER DEFENDANTS SPECIAL REPORT AND MOTION FOR EXTENSION OF TIME OF RECONSIDERATION

COMES NOW PLAINTIFF IN ABOVE STYLED CAUSE AND MOVES THIS HONORABLE COURT FOR THE FOLLOWING REASONS:

1) PLAINTIFF SUBMITS TO HANDWRITTEN COMPLAINTS FILED TO WARDEN GRANT CULLIVER EXPLAINING HIS NEED OF ACCESS TO LAW BOOK TO GET PROPER CASE CITATIONS TO RESPOND TO COURT ORDERS AND THIS WAS HIS RESPONSES, PLAINTIFF HAVE NOT HAD ACCESS TO LAW BOOKS IN WELL OVER TWO (2) WEEKS, EXHIBIT A & B, NEED COURT ORDER ORDERING ACCESS TO LAW BOOKS IN ORDER TO PREPARE RESPONSES TO THIS HONORABLE COURT AND DEFENDANTS AT EVERY JUNCTION THE DEPARTMENT OF CORRECTIONS TAKE ANY CHEAP SHOT THEY CAN IN HOPE'S THAT PLAINTIFFS CASE IS DISMISSED.

2) PLAINTIFF JUST RECEIVED RESPONSE FROM ATTORNEY GENERAL TODAY 12/13/07 AS WELL AS COURT AND PLAINTIFF REQUEST THAT THIS HONORABLE ORDER WARDEN CULLIVER TO SUBMIT TO THIS HONORABLE COURT THE DOCUMENTS RETRIEVED FROM PLAINTIFF'S CELL ON 11/1/07 AND YOU'LL SEE IT WAS MARKED EXHIBIT A FRONT RIGHT CORNER OF PAGE, THERE IS NO REGULATION THAT STATES THAT NEWSLETTER IS UNAUTHORIZED OR CONTRABAND TO INMATES THE DOCUMENTS WERE TAKEN OUT OF CURRENT CIVIL SUIT AND ALLOW THE COURT TO DECIDE IT'S CONTENTS PURPOSE AND NATURE AND THEN THIS HONORABLE COURT WILL SEE AGAIN THE ATTEMPT TO MISLEAD THIS HONORABLE COURT BY THE (ADOC).

DONE THIS 13th DAY OF DECEMBER 2007.

RESPECTFULLY SUBMITTED,

MR. _____ PRO PER
MR. BRUCE LAMAR HILL, PLAINTIFF
#138207

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE FOREGOING HAS BEEN SERVED BY PLACING IN U.S. MAIL POSTAGE PRE-PAID ON DECEMBER 13, 2007 TO THE FOLLOWING:

C/O: HON. CLERK
U.S. DIST. COURTHOUSE
MIDDLE DIST., ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

C/O: STATE OF ALABAMA
ATTY. GEN. OFFICE
11 SOUTH UNION ST.
MONTGOMERY, ALABAMA
36130-0152

AND

HON. PAUL M. JAMES, JR.,
ATTY. AT LAW
184 COMMERCE STREET
P.O. BOX 270
MONTGOMERY, ALABAMA
36101-0270

RESPECTFULLY SUBMITTED,

MR. _____, PRO PER

MR. BRUCE LAMAR HILL, PLAINTIFF
#138707 (K-48)
3700 Holman Unit
ATMORE, ALABAMA
36503

Mr. Bruce L. Hill
#138707 (K-48)
3700 Holman Unit
Atmore, Al.
　　　36503



c/o: Hon. Clerk, U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama
　　　　　　　　36101-0711

LEGAL MAIL ONLY

"_Emergency_ / _Urgent_"

11/27/07
3:15 AM

From: Mr. Bruce L. Hill
#138207 (K-___)

"EXHIBIT A"

RECEIVED 2007 DEC 17 A 10:28 DEBRA P. HAC[KETT] U.S. DISTRICT MIDDLE DISTRICT A[LA]

To: Mr. Culliver, Warden III
HCF, Admin. Bldg.

In Re: Denial of Access to Courts — Refusing to Allow Law Library to Enter Segregation Unit.

[margin note: Will consider & allow this in the future but no problems from population, we don't open the door for general population when there's no lock down. Segregation defin[itely]. Culliver]

Warden,

I understand you run and operate this facility as you deem fit when it comes to security. This is an open dorm facility and on the morning of 11/26/07 they allowed inmates to go work on Truck Crew, Metal Fab, Kitchen, etc... I need access to courts, through Law Library to respond to court orders and file proper motions in the Segregation Unit. To not allow the Law Library in Seg. Unit which he's escorted by an officer violates the 1st, 8th and 14th Amendment of U.S.C.A.

Respectfully Submitted,
Mr. Bruce L. Hill

Hendrix

Legal

To: Mr. Culliver
Warden III
HCF, Admin. Bldg.

(8h-7)

"EXHIBIT B"

12/11/07

From: Mr. Bruce L. Hill
#138707 (K-48)

3:40 AM

"Complaint"

To: Warden III - Culliver
HCF, Admin. Bldg.

(URGENT)

In Re: To Denial of Access To Courts - Refusing To Allow Law Library To Enter Segregation Unit.

Warden III - Culliver, When the facility is locked down it applies to all of the facility. To include the law library upon going to segregation. On 11/27/07 I submitted to you another Complaint Concerning the Same (In Re:), This is an open Dorm Facility And Maximum Prison There Is Going to Be Acts of Violence In population and Segregation Should not Be Denied Access To The Law Library Due to those Acts, I'm Currently Litigating 4-Cases and without access To Law Books To prepare my Brief, Responses, File Proper & Timely motions, I'm Subject to Loose the Case and if so I'm also Denied the Right of Appellate Review. The Law Library Hasn't Brought Any Books In over Two weeks. This is not a violation of This violates The Law of any right. Prisoner Rights 1st, 8th & 14th Amend. U.S.C.A.! I'm Submitting For your Review: ALLEN v. Culliver (ADOC), 471 F.3d 1196 (11th Cir. 2006) and HOPE v. Pelzer, Et. Al. (ADOC), 536 U.S 730 (2002), Prisoner Rights! You have all day any day to work on your legal You have Three Court orders I need To Respond To ASAP material. But I'm Being Denied access To Law Library which Is Deliberate Indifference!" Thank you For your Consideration In This Matter!
Sincerely, Mr. Bruce L. Hill