IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, ) | |
| AIS #138707, ) | |
| ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-266-WKW |
| ) | |
| OFFICER BARNES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the request for production of documents filed by the plaintiff on December 17, 2007 (Court Doc. No. 97), which the court construes as a motion for production of documents, and in light of the special reports filed by the defendants, it is

ORDERED that this motion be and is hereby DENIED.

Done this 18th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE