IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL,<br>AIS #138707, | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 2:07-CV-266-WKW<br>) |
| OFFICER BARNES, et al., | )<br>) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for conference of the parties filed by the plaintiff on December 17, 2007 (Court Doc. No. 97), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 18th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE