IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, ) | |
| AIS #138707, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-266-WKW |
| ) | |
| OFFICER BARNES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for order filed by the plaintiff on December 18, 2007 (Court Doc. No. 98), in which the plaintiff requests that this court issue an order requiring specific action by correctional officials with respect to plaintiff's access to specific legal materials, and as such action is not warranted in this case, *Lewis v. Casey*, 518 U.S. 343 (1996), it is

ORDERED that this motion be and is hereby DENIED.

Done this 18th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE