**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION**

| | |
|---|---|
| **BRUCE LAMAR HILL** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) **CASE NO. 2:07-CV-266-WKW-WC** |
| **ALABAMA DEPARTMENT OF** | ) |
| **CORRECTIONS, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW, **Otis Barnes, Bobby Barrett, Leon Bolling, Clarence Hall, Irvin Harris, William Jackson, Nathaniel McCray, Michael Rowe, William Streeter, W.G. Rowell, and Allan Smith**, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

      XX    This party is an individual, or

            This party is a governmental entity, or

            There are no entities to be reported, or

            The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

Respectfully submitted,

TROY KING
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General
Counsel for Otis Barnes, Bobby Barrett, Leon Bolling, Clarence Hall, Irvin Harris, William Jackson, Nathaniel McCray, Michael Rowe, William Streeter, W.G. Rowell, and Allan Smith

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 21st day of December, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Bruce Lamar Hill, AIS 138707
Holman Correctional Facility
Holman 3700
Atmore, Alabama 36503-3700

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General