From: Mr. Bruce L. Hill
#138707 (R-4)
100 Warrior Lane
Bessemer, Al.
35023-7228

RECEIVED

2008 MAR 18  A 9: 23

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To: Hon. Clerks Office, U.S. Dist Ct.

In Re: Change of Address:
     Bruce Lamar Hill v. Officer Barnes, et al
     Case No.: 2:07-cv-266-WKW

Hon Clerk,
     I'm notifying this Court that I'm
Currently Being Housed at above address;
From: 3700 Holman Unit Atmore, Al. 36503.

     Thank you. From This Facility Wm. E. Donaldson.

                              Respectfully,
                              Mr. Bruce L. Hill
                              #138707

Mr. Bruce L. Hill
#138707 (R-4)
100 Warrior Lane
Bessemer, Al.
    35023-7228



Legal Mail

c/o: Hon. Clerks Office
United States District Court
P.O. Box 711
Montgomery, Al.
36101-0711