IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL<br>AIS # 138707, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CASE NO. 2:07-CV-266-WKW<br>) |
| DEPUTY WARDEN ROWELL, *et al.,* | )<br>) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 107), and upon an independent review of the file, it is ORDERED that the Recommendation is adopted and that Defendants' motions for summary judgment (Docs. # 30, 40, 52, & 75), are GRANTED and this case is DISMISSED with prejudice, with costs taxed against Plaintiff for which let execution issue.

DONE this 19th day of May, 2009.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE